JOSEPH E. ADDIEGO III (CA State Bar No. 169522)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone:     (415) 276-6500
Facsimile:      (415) 276-6599
Email:            joeaddiego@dwt.com

STEPHEN M. RUMMAGE (*Pro hac vice application to follow*)
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, Washington 98101-3045
Telephone:     (206) 622-3150
Fax:               (206) 757-7700
Email:            steverummage@dwt.com

SCOTT R. COMMERSON (CA State Bar No. 227460)
DAVIS WRIGHT TREMAINE LLP
865 S. Figueroa St., Suite 2400
Los Angeles, California 900017
Telephone:     (213) 633-6890
Fax:               (213) 633-4290
Email:            scottcommerson@dwt.com

Attorneys for Defendant SPOTIFY USA INC.

GILLIAN WADE (CA State Bar No. 229124)
MILSTEIN ADELMAN JACKSON FAIRCHILD & WADE, LLP
10250 Constellation Blvd., Suite 1400
Los Angeles, California 90067
Telephone:     (310) 396-9600
Facsimile:      (310) 396-9635
Email:            gwade@majfw.com

DEREK J. MEYER (CA State Bar No. 278346)
LEONARDMEYER LLP
5900 Wilshire Boulevard, Suite 500
Los Angeles, California 90036
Telephone:     (310) 220-0331
Email:            rmeyer@leonardmeyerllp.com

Attorneys for Plaintiffs GREGORY INGALLS and TONY HONG

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY INGALLS and TONY HONG, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SPOTIFY USA INC., a Delaware corporation,<br><br>Defendant. | Case No. CV 3:16-cv-3533<br><br>**STIPULATION EXTENDING DEADLINE FOR SPOTIFY USA INC. TO RESPOND TO COMPLAINT**<br><br>**[Civil L.R. 6-1(a)]**<br><br>**Complaint Filed: June 24, 2016**<br>**Process Served:  June 30, 2016** |

On June 24, 2016, Plaintiffs Gregory Ingalls and Tony Hong ("Plaintiffs") filed the underlying Complaint against Defendant Spotify USA Inc. ("Spotify") in this action.

On June 30, 2016, Plaintiffs served Spotify with the Complaint.

WHEREAS, under Federal Rule of Civil Procedure 12(a)(1)(A)(i), the current deadline for Spotify to respond to the Complaint is July 21, 2016.

NOW THEREFORE, Plaintiffs and Defendant HEREBY STIPULATE AND AGREE AS FOLLOWS:

1. The deadline for Defendants to respond to the Complaint shall be extended by 30 days, up to and including August 22, 2016.

2. This stipulation will not alter the date of any event or any deadline already fixed by Court order.

IT IS SO STIPULATED.

DATED:  July 15, 2016                    DAVIS WRIGHT TREMAINE LLP

                                         By:        */s/ Scott R. Commerson*
                                                  Scott R. Commerson

                                         Attorneys for Defendant SPOTIFY USA INC.

DATED:  July 15, 2016                    MILSTEIN ADELMAN JACKSON FAIRCHILD & WADE, LLP

                                         By:        */s/ Gillian Wade*
                                                  Gillian Wade

                                         Attorneys for Plaintiffs GREGORY INGALLS and TONY HONG

**Attestation Pursuant to General Order 45**

I, Scott R. Commerson, hereby attest that concurrences in the filing of this document have been obtained from each of the signatories.

                                            */s/  Scott R. Commerson*
                                              Scott R. Commerson

DAVIS WRIGHT TREMAINE LLP