# Exhibit B

# Spotify® Terms and Conditions of Use

Effective as from 30 November 2011.

This document (the "**Agreement**") is a legally binding agreement between you and Spotify USA Inc., a Delaware company ("**Spotify**"), that governs your use of Spotify's software application, including the Mobile Client as defined in Section 5 below (the "**Spotify Software Application**") and online streaming Spotify Service (as defined below), both available at the Spotify Websites (as defined in the Spotify Privacy Policy). The Spotify Service can be accessed (i) as an ad-supported free-to-the-user service having no monthly cap on listening hours or a cap on number of plays of a unique track during the first 6 months following creation of your Spotify account but thereafter a cap of 10 listening hours per month and a cap of 5 plays per unique track (the "**Free Service**"), (ii) as an advertisement free version of the Spotify Service for which you pay a monthly or yearly subscription (the "**Unlimited Service**"), (iii) as an advertisement free version of the Spotify Service including an offline mode which makes it possible to listen to music without a connection to the Internet via conditional downloads and other additional features for which you pay a monthly or yearly subscription (the "**Premium Service**"), and (iv) as a version of the Spotify Service that provides access to aspects of the Spotify Service via a supported mobile handset (the "**Mobile Service**"). The Unlimited Service, the Premium Service and the Mobile Service are collectively referred to as the "**Spotify Paid for Service**". The Free Service, the Unlimited Service, the Premium Service, and the Mobile Service are collectively referred to as the "**Spotify Service**". Please note that you must read and agree to the terms and conditions of this Agreement before you use the Spotify Software Application or the Spotify Service. If you do not agree to the terms and conditions of the Agreement, you may NOT use the Spotify Software Application or the Spotify Service. For a detailed description of the features in each of the Spotify Paid for Services, please see the Spotify Websites.

## 1. Contract formation

By creating a Spotify account, either through Spotify or a third party such as Facebook, Inc ("**Facebook**"), or commencing download of the Spotify Software Application at the Facebook website or by using the Spotify Software Application (including but not limited to the downloading of said application) or the Spotify Service, you confirm that you are 18 years of age or more, or that you are 13 years of age or more and that you have received your parent's or guardian's consent to enter into this Agreement, that you have your residence in the United States, that any registration information that you submit to Spotify is true, accurate and complete, that you will update such information in order to keep it current, and that you agree to the terms and conditions of this Agreement and the Spotify Privacy Policy.

## 2. Changes to the Agreement and notices

Spotify may make changes to this Agreement at its sole discretion. Changes will be communicated to you by us posting the new version of the Agreement on the Spotify Websites or as otherwise determined by Spotify in its sole discretion and your acceptance of and / or continued use of the Spotify Software Application or the Spotify Service after such notification of changes to this Agreement will constitute your acceptance of such changes. You may also be asked to reacknowledge and reaccept this Agreement following any material changes.

## 3. Grant of license

You are granted a limited, non-exclusive, revocable license to make personal non-commercial use of the Spotify Software Application (including a right to download said application) and the Spotify

Service and to receive by stream (and, where you have purchased the Premium Service or the Mobile Service, by conditional download) the media content made available through the Spotify Service in the United States. You do not have a right to transfer or sublicense your rights under this Agreement. Third party components included in the Spotify Software Application are licensed to you either under this Agreement, or under the relevant third party component license terms, as applicable, and published in the help section of the Spotify Software Application.

## 4. Purchase of the Spotify Paid for Service

If you agree to pay the fee for access to the applicable Spotify Paid for Service, such fee will be charged by the company designated by Spotify in accordance with the payment method you have chosen for your purchase. If you are paying by credit or debit card, by designating a card to be billed, you confirm that you are authorized to make such purchase and that you are the holder of such card (i.e. that the card is issued in your name). All prices stated on the Spotify Websites are inclusive of any applicable sales taxes and fees. Spotify accepts a variety of different payment methods, so please check the Spotify Websites for the best way for you to pay.

## 5. The Mobile Service

You are required to have the most recent mobile version of the Spotify Software Application (the "**Mobile Client**") on your mobile handset in order to use the Mobile Service. The Mobile Client may be acquired only via the official channels authorized by Spotify. You agree that your access to and right to use the Mobile Service is expressly conditioned on your registering as a mobile subscriber via the authentication process associated with the Mobile Client, which authentication process may include additional terms and conditions applicable to the Mobile Service (the "**Mobile Terms**") and any Mobile Terms shall form part of this Agreement. Only handsets that are supported by Spotify may be used to access the Mobile Service and you agree that Spotify has no obligation to support any particular make or model of handset, whether or not such make or model is currently, or was previously supported by Spotify.

## 6. Premium code and unlimited code

Spotify also allows you to purchase an access code which will provide access to the Premium Service and the Mobile Service ("**Premium Code**"). In order to purchase a Premium Code please go to the Spotify Websites and follow instructions. Your purchase and use of a Premium Code will be governed by the Premium Code Terms and Conditions, as well as this Agreement. Or you can choose to purchase an access code which will provide access to the Unlimited Service ("**Unlimited Code**"). In order to purchase an Unlimited Code please go to the Spotify Websites and follow instructions. Your purchase and use of an Unlimited Code will be governed by the Unlimited Code Terms and Conditions, as well as this Agreement.

## 7. Use of cached content

The "offline mode" of the Premium Service and the Mobile Service permits you to download temporary copies of content and play it locally for so long as you maintain your subscription to the applicable Spotify Paid for Service. As a subscriber to the Premium Service, you are permitted to store such cached content on up to three (3) separate devices.

## 8. Local files

The Spotify Software Application automatically generates a list of the local music files which you have stored on your computer or other relevant device. This function does not automatically copy or

import these music files. This automatic list function can be disabled in the preferences view in the Spotify Software Application. The "local files" function of the Spotify Service permits you to choose to import local files stored on your computer or other relevant device into the Spotify Software Application or to copy local files from your computer onto your mobile handset or other relevant device using the Mobile Client. You may only import or copy files that you have legally acquired, and have the right to import or copy. For instance, you may not use the Spotify Service to import or copy any music you have illegally downloaded from the Internet.

## 9. Prices

Spotify may change the price for the Spotify Paid for Service from time to time. In respect of the Spotify Paid for Service, such changed price will take effect after the expiry of the then current paid for period (i.e. the term that you have already paid for). Any price change will be communicated to you at least 14 days in advance so that you have an opportunity to elect to not renew. If you do not wish to be bound by such changed price relating to your Spotify Paid for Service you may terminate your subscription of your Spotify Paid for Service in accordance with Section 16 (Term and termination). Your continued use of the Spotify Paid for Service after the communication of such price change to you constitutes an acceptance of such new price.

## 10. Automatic subscription renewal

Your subscription to the Spotify Paid for Service will automatically renew at the end of each subscription term unless you terminate your subscription prior to the end of such subscription term in accordance with Section 16 (Term and termination), or, in the case of the Mobile Service, your access to the Mobile Service is revoked by Spotify in accordance with the Mobile Terms. Such renewal will always be for a monthly subscription term, even if the previous subscription term was for a longer period. If you would like to renew for a longer term, then please log into your account on the Spotify Websites. At the time of renewal the payment method you have designated to be charged for the purchase of the Spotify Paid for Service will automatically be charged our then current fees for the applicable subscription.

## 11. Spotify Social

The Spotify Software Application has features that allow you to make your profile publicly available, share links to tracks and playlists with other users of the Spotify Service, integrate your activities on the Spotify Service with functionality offered by third party social networking services, including Facebook and Twitter, including to connect your Spotify account to your Facebook account ("**Spotify Social**"). If you choose to activate Spotify Social, including choosing to connect to a Facebook account, your Spotify profile, including your Facebook user name and Facebook profile photo, will become publicly viewable to other users of the Spotify Service in the Spotify Software Application. If you connect your Spotify account to a Facebook account, in the preferences pane you can choose whether or not to automatically share your listening activities to Facebook, including whether or not to publish your playlists when created, to other Spotify Social users or to Facebook if you have activated sharing to Facebook. You agree that Spotify is not responsible for content once it is shared to Facebook. If you use Spotify Social, you must respect other users of the Spotify Service in your interactions with them. Spotify reserves the right, in its absolute discretion, to disable your account if it believes that you are violating this principle. Unacceptable behavior will result in your account being terminated and you being blocked from accessing the Spotify Service. Examples of unacceptable behavior include, but are not limited to:

i.   giving playlists offensive, abusive, defamatory, pornographic or obscene titles;

ii.  harassing or bullying other users;

iii.  spamming other users through the inbox, or using automated means to artificially promote content; and

iv.  using a photo on your profile that infringes the copyright of a third party, or is offensive, abusive, defamatory, pornographic or obscene.

## 12. Third Party Applications and Third Party Applications Content

The partner section of the Spotify Software Application links to software applications which are owned and operated by third parties ("**Third Party Applications**"). Such Third Party Applications and all third party content available through such applications ("**Third Party Applications Content**") are provided by the relevant third parties only and not by Spotify. Use of Third Party Applications and Third Party Applications Content are subject to the terms of use of such Third Party Applications. Your use of the Third Party Application and Third Party Application Content is subject to Section 17 (No warranty) and Section 18 (Limitation of liability).

## 13. Restrictions of use

For the avoidance of doubt, you agree that you may not (without limitation):

i.  copy, reproduce, "rip", record, make available to the public or otherwise use any part of the Spotify Software Application or the Spotify Service or its content (including but not limited to tracks, images and text) in a manner not expressly permitted under this Agreement;

ii.  sell or attempt to sell any invite to access the Spotify Service, or resell any code used to access the Spotify Paid for Service;

iii.  provide your password to any other person or use any other person's user name and password;

iv.  reverse-engineer, decompile, disassemble, modify or create derivative works based on the Spotify Software Application or the Spotify Service or any part thereof;

v.  circumvent any technology used by Spotify, its licensors, or any third party to protect content accessible through the Spotify Software Application and Spotify Service;

vi.  rent or lease any part of the Spotify Software Application or the Spotify Service;

vii.  use the Spotify Software Application or the Spotify Service in a way that violates the terms of this Agreement;

viii.  circumvent any territorial restrictions applied by Spotify;

ix.  artificially increase play count or otherwise manipulate the Spotify Software Application or the Spotify Service by using a script or other automated process;

x.  import any local files which you have not legally acquired into the Spotify Service; and

xi.  copy any local files which you have not legally acquired onto your mobile handset or other device using the Mobile Client.

In addition to the above, you agree to take all reasonable care to prevent unauthorized use of the Spotify Software Application and the Spotify Service and its content. You also acknowledge and agree that Spotify may remove or reclaim your username at any time if Spotify in its absolute discretion considers such action appropriate.

## 14. Advertising and use of computational resources

As consideration for your rights under this Agreement, you agree that (i) Spotify and its business partners have a right to provide promotional offers, advertising and other information to you by email or other means of communication, and that (ii) Spotify has a right to allow the Spotify Software Application and the Spotify Service to utilize the processor, bandwidth and storage hardware on your computer or other relevant device for the limited purpose of facilitating the communication and transmission of content and other data or features to you and other users of the Spotify Software Application and the Spotify Service, and to facilitate the operation of the network on which the Spotify Software Application and the Spotify Service runs. You may opt out of receiving promotional messages from Spotify and its business partners at any time by changing your account settings or by hitting the "unsubscribe" link in any of your emails. You may adjust the level of usage that the Spotify Service makes of your computer in the settings of the Spotify Software Application.

## 15. Customer support

If you have any questions concerning the Spotify Software Application, the Spotify Service or this Agreement, please contact Spotify customer service by visiting the help section.

## 16. Term and termination

This Agreement will become effective in relation to you when you create a Spotify account or when you start using the Spotify Software Application or the Spotify Service and will remain effective until terminated by you or Spotify. You may cancel your subscription of the Spotify Paid for Service at any time by visiting your subscription page which termination shall have effect at the expiry of the then-current subscription period that you have already paid for (e.g. one month, one quarter or a year). Spotify will not refund any remaining portion of subscription fees you have already paid for. Spotify reserves the right to terminate this Agreement or suspend your Spotify account at any time in case of unauthorized, or suspected unauthorized use of the Spotify Software Application or the Spotify Service whether in contravention of this Agreement or otherwise. If Spotify terminates this Agreement, or suspends your Spotify account for any of the reasons set out in this section, Spotify shall have no liability or responsibility to you, and Spotify will not refund any amounts that you have previously paid.

## 17. NO WARRANTY

**THE USE OF THE SPOTIFY SOFTWARE APPLICATION AND THE SPOTIFY SERVICE (INCLUDING BUT NOT LIMITED TO ITS CONTENT) IS AT YOUR OWN RISK. THE SPOTIFY SOFTWARE APPLICATION AND THE SPOTIFY SERVICE IS PROVIDED AND LICENSED ON AN "AS IS" AND "AS AVAILABLE" BASIS. TO THE FULLEST EXTENT POSSIBLE UNDER APPLICABLE LAW, SPOTIFY DISCLAIMS AND GIVES NO WARRANTY, EXPRESS OR IMPLIED, INCLUDING WITHOUT LIMITATION ANY WARRANTY AS TO THE QUALITY, CONTENT AND AVAILABILITY OR FITNESS FOR A SPECIFIC PURPOSE OF THE SPOTIFY SOFTWARE APPLICATION OR THE SPOTIFY SERVICE OR WARRANTY OF TITLE OR NON-INFRINGEMENT.** In addition, Spotify does not warrant, endorse, guarantee or assume responsibility for any Third Party Application, Third Party Application Content or any other product or service advertised or offered by a third party on or through the Spotify Service or any hyperlinked website, or featured in any banner or other advertising. Consequently Spotify will in no way be responsible for any transaction between you and third-party providers of Third Party Applications or products or services advertised on or through the Spotify Service. As with any purchase of a product or service through any medium or in any environment, you should use your judgment and exercise caution

where appropriate. No advice or information whether oral or in writing obtained by you from Spotify shall create any warranty on behalf of Spotify in this regard.

## 18. LIMITATION OF LIABILITY

**TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, IN NO EVENT SHALL SPOTIFY, ITS AFFILIATES, OFFICERS, DIRECTORS, EMPLOYEES OR LICENSORS BE LIABLE FOR ANY DIRECT, INDIRECT, INCIDENTAL, SPECIAL OR CONSEQUENTIAL DAMAGES (INCLUDING BUT NOT LIMITED TO ANY LOSS OF PROFITS, BUSINESS INTERRUPTION, CORRUPTION OF FILES, LOSS OF BUSINESS INFORMATION, LOSS OF DATA, SERVICE INTERRUPTION, COMPUTER FAILURE OR PECUNIARY LOSS) ARISING OUT OF THE USE OF OR INABILITY TO USE THE SPOTIFY SOFTWARE APPLICATION OR THE SPOTIFY SERVICE (INCLUDING BUT NOT LIMITED TO ITS CONTENT), THE THIRD PARTY APPLICATIONS OR THE THIRD PARTY APPLICATION CONTENT EVEN IF YOU HAVE ADVISED SPOTIFY ABOUT THE POSSIBILITY OF SUCH LOSS, AND INCLUDING ANY DAMAGES RESULTING THEREFROM.**
Your only right with respect to any problems or dissatisfaction with the Spotify Software Application, the Spotify Service, the Third Party Applications or the Third Party Application Content is to uninstall the Spotify Software Application and to stop using the Spotify Service, the Third Party Applications or the Third Party Application Content. In no event will Spotify's total liability to you in connection with this Agreement exceed the greater of one dollar (U.S. $1.00) or the total amount paid by you for the relevant Spotify Services.

Nothing in this Agreement removes or limits Spotify's liability for fraudulent misrepresentation, death or personal injury caused by its negligence.

## 19. Indemnity

You agree to indemnify and hold Spotify and its officers, directors, employees and licensors harmless from any claim or demand (including but not limited to reasonable legal fees) made by a third party due to or arising out of or related to your violation of the terms and conditions of this Agreement or your violation of any laws, regulations or third party rights.

## 20. Intellectual property

Spotify respects intellectual property rights, and expects you to do the same. The Spotify Software Application, the Spotify Service and the content provided through the Spotify Service is the property of Spotify or Spotify's licensors and protected by intellectual property rights (including but not limited to copyright), and you do not have a right to use the Spotify Software Application or the Spotify Service (including but not limited to its content) in any manner not covered by the Agreement. Furthermore, you must not infringe any third party's intellectual property rights in using the Spotify Service or the Spotify Software Application, which means that (for example) you may not import or copy any music which you have not legally acquired and have the right to so import or copy into the Spotify Software Application or the Mobile Client. Further, you may not remove or alter any copyright, trademark or other intellectual property notices contained on or provided through the Spotify Software Application or the Spotify Service.

## 21. Copyright infringement and take down

If you are a copyright holder who believes that any of the products, services or content which are directly available via the Spotify Software Application or the Spotify Websites are infringing copies of

your work, please let us know. Pursuant to The Digital Millennium Copyright Act, 17 United States Code 512(c)(3), a notice of alleged copyright infringement should be sent to Spotify's designated copyright agent at the following address:

Spotify USA Inc.
Attn: Legal Department, Copyright Agent
76 9th Avenue, Suite 1110, 11th Floor
New York, NY 10011, USA
legal@spotify.com
A notification of claimed copyright infringement must be addressed to Spotify's copyright agent listed above and include the following:

i.    A physical or electronic signature of the owner (or person authorized to act on behalf of the owner) of the copyright that is allegedly infringed;

ii.   Specific identification of each copyrighted work claimed to have been infringed;

iii.  A description of where the material believed to be infringed is located on Spotify Service or the Spotify Websites (please be as detailed as possible and provide a URL to help us locate the material you are reporting);

iv.   Contact information for the complaining party, such as a complete name, address, telephone number, and email address;

v.    A statement that the complaining party has a good faith belief that use of the work(s) in the manner complained of is not authorized by the copyright owner, its agent, or the law; and

vi.   A statement that the information in the notification is accurate, and under penalty of perjury, that the complaining party is authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.

## 22. Technology limitations and modifications

Spotify will make reasonable efforts to keep the Spotify Software Application and the Spotify Service operational. However, certain technical difficulties or maintenance may, from time to time, result in temporary interruptions. Spotify reserves the right at any time and from time to time to modify or discontinue, temporarily or permanently, functions and features of the Spotify Software Application and the Spotify Service with or without notice.

## 23. Privacy

You agree that Spotify has a right to collect and process your personal information in accordance with the Spotify Privacy Policy.

## 24. Assignment by Spotify

Spotify may assign this Agreement or any part of it without restrictions. You may not assign this Agreement or any part of it to any third party.

## 25. Entire agreement

This Agreement together with the Spotify Privacy Policy, the Mobile Terms(if applicable), the Premium Code Terms and Conditions (if applicable) and the Unlimited Code Terms and Conditions (if applicable) (the "**Agreements**") constitutes all the terms and conditions agreed upon between you and Spotify and supersede any prior agreements in relation to the subject matter of

these Agreements, whether written or oral. Any additional or different terms or conditions in relation to the subject matter of these Agreements in any written or oral communication from you to Spotify are void. You agree and accept that you have not accepted the terms and conditions of this Agreement in reliance of or to any oral or written representations made by Spotify not contained in this Agreement.

## 26. Severability

Should for any reason or to any extent any provision of this Agreement be held invalid or unenforceable, such invalidity or enforceability shall not in any manner affect or render invalid or unenforceable the remaining provisions of this Agreement and the application of that provision shall be enforced to the extent permitted by law.

## 27. Mandatory arbitration; exceptions to mandatory arbitration, waiver of class action rights; limitations period; venue and choice of law

i. You and Spotify agree that any dispute, claim or controversy arising out of or relating in any way to the Spotify Service and Spotify Software Application or your use thereof, including our Agreement, shall be determined by mandatory binding arbitration. You agree that the U.S. Federal Arbitration Act governs the interpretation and enforcement of this provision, and that you and Spotify are each waiving the right to a trial by jury and the right to participate in a class or multi-party action. This arbitration provision shall survive termination of this Agreement and the termination of your Spotify subscription. The arbitration will be governed by the Commercial Arbitration Rules and the Supplementary Procedures for Consumer Related Disputes of the American Arbitration Association (the "AAA Rules"), as modified by this Agreement, and as administered by the AAA.

ii. You and Spotify agree that (a) any claims seeking to enforce, protect, or determine the validity or ownership of any intellectual property rights, and (b) any claims related to allegations of theft, piracy or unauthorized use of the Spotify Service or Spotify Software Application are NOT subject to mandatory arbitration. Instead, you and Spotify agree that the preceding claims (including but not limited to claims for injunctive or equitable relief) shall be exclusively decided by Courts of competent jurisdiction in New York, New York, and that applicable New York and/or Federal law shall govern, without regarding to choice of law principals.

iii. YOU AND SPOTIFY AGREE THAT EACH MAY BRING CLAIMS AGAINST THE OTHER ONLY IN YOUR OR ITS INDIVIDUAL CAPACITY, AND NOT AS A CLASS MEMBER OR IN ANY REPRESENTATIVE CAPACITY OR PROCEEDING. Further, the arbitrator shall not consolidate any other person's claims with your claims, and may not otherwise preside over any form of a multi-party or class proceeding. If this specific provision is found to be unenforceable in any way, then the entirety of this arbitration section shall be null and void. The arbitrator may not award declaratory or injunctive relief.

iv. Any arbitration must be commenced by filing a demand for arbitration with the AAA within ONE (1) YEAR after the date the party asserting the claim first knows or reasonably should know of the act, omission or default giving rise to the claim; and there shall be no right to any remedy for any claim not asserted within that time period. If applicable law prohibits a one-year limitations period for asserting claims, any claim must be asserted within the shortest time period permitted by applicable law. Your arbitration fees and your share of arbitrator compensation will be limited to those fees set

forth in the AAA's Consumer Rules with the remainder paid by Spotify. Any arbitration costs or fees deemed "excessive" will be paid by Spotify.

v. You and Spotify agree that this Agreement involves interstate commerce and is subject to the Federal Arbitration Act. You and Spotify further agree that applicable laws of the State of New York shall exclusively govern any dispute without regard to choice or conflicts of law rules. The sole and exclusive venue for the resolution of any dispute, whether or not subject to mandatory arbitration as described above, shall lie in New York, New York.

## 28. English version prevails

In the event that this Agreement is translated into other languages and there is a discrepancy between the two language versions, the English language version shall prevail to the extent that such discrepancy is the result of an error in translation. Copyright © 2008-2011 Spotify USA Inc. and its affiliates. All rights reserved.

Spotify USA Inc., 76 9th Avenue
Suite 1110, 11th Floor
New York, NY 10011
USA

# Spotify Terms and Conditions of Use

Effective as from 17 October 2012

1. Introductions
2. Changes to the Agreements
3. Enjoying Spotify
▪ 3.1 Subscriptions
▪ 3.2 Codes and other Limited Offers
▪ 3.3 Trials
4. Licence and assignment
5. Third Party Applications
6. User generated content
7. Consideration
8. User Guidelines
9. Copyright infringement
10. Technology limitations and modifications
11. Export control
12. Payments, cancellations and cooling off
13. Term and termination
14. Warranty
15. Limitation
16. Entire agreement
17. Severability
18. Choice of law, mandatory arbitration and venue
19. Local Country chart

Hello, and welcome to our Terms and Conditions of Use. This is important and affects your legal rights, so please read them and our Privacy Policy carefully. We hope you're sitting comfortably. Here we go…

## 1. Introductions

Thanks for choosing Spotify **("Spotify", "we", "us", "our").** By using the Spotify service, websites, or software applications (together, the "Spotify Service" or "Service"), including by purchasing or receiving Codes or Limited Offers, you are entering into a binding contract with our local company in your country of residence (your "Local Country"), as detailed in this chart. Your agreement with us includes these Terms and Conditions of Use (**"Terms"**) and our Privacy Policy (together with the Mobile Terms where applicable, the **"Agreements"**). If you don't agree with these Terms, then please don't use the Service.

We're pleased to make our Service available to you. The Spotify Service includes social and interactive features. Learn more about the Spotify Service here.

In order to use the Spotify Service, you need to (a) be 18 or older, or be 13 or older and have your parent or guardian's consent to these Terms, (b) have the power to enter a binding contract with us and are not barred from doing so under any applicable laws, and (c) be resident in the Local Country. You also warrant that any registration information that you submit to Spotify is true, accurate and complete, and you agree to keep it that way at all times.

## 2. Changes to the Agreements

Occasionally we may, in our discretion, make changes to the Spotify Service and Agreements. When we make changes to the Agreements that we consider material, we'll notify you through the Service. By continuing to use the Service after those changes are made, you are expressing and acknowledging your acceptance of the changes.

## 3. Enjoying Spotify

Here's some information about all the ways you can enjoy Spotify.

### 3.1 Subscriptions

Spotify account holders may access the Spotify Service by any of our several Subscriptions:

- **Free Service:** an ad-based, free-of-charge service;
- **Unlimited Service:** a subscription fee-based service;
- **Premium Service:** an ad-free, subscription fee-based service which enables you to listen to music while not connected to the internet, among other features; or
- **Mobile Service:** via a supported mobile handset.
  The Premium Service permits you to store cached content on up to three (3) personal computers, mobile handsets and/or other relevant devices (collectively "Devices") while your Premium Service subscription is active. You may not transfer copies of cached content to any other device via any means. By using the Mobile Service, you agree to accept the Mobile Terms and to register for the Service as a mobile subscriber.

### 3.2 Codes and other Limited Offers

If you have purchased a code sold by or on behalf of Spotify for access to the Unlimited Service or Premium Service for the time period indicated on your email or paper receipt ("Code"), or if you are accessing the service through some other limited offer which you received or purchased from Spotify ("Limited Offer"), these Agreements apply to your access to the Service. Any separate sets of terms and conditions presented to you along with the Code or other Limited Offer also apply to your access to the Service using the Code or Limited Offer.

Subject to any rights you may have under Section 12, Codes are not redeemable for cash and may not be returned for a cash refund, exchanged, resold or used to purchase other Codes.

### 3.3 Trials

From time to time, we may offer trials of the Premium Service and/or Mobile Service for a specified period without payment (a "Trial"). Spotify reserves the right, in its absolute discretion, to determine your eligibility for a Trial, and to withdraw or to modify a Trial at any time without prior notice and with no liability.

For some Trials, we'll require you to provide your payment details to start the Trial. At the end of such Trials, we may automatically start to charge you for the Premium Service on the first day following the end of the Trial, on a recurring monthly basis. By providing your payment details in conjunction with the Trial, you agree to this charge. If you do not want this charge, you must change your Subscription to the Free Service through your Spotify account's settings before the end of the Trial.

## 4. Licence and assignment

The Spotify Service and the content provided through it are the property of Spotify or Spotify's licensors, and we grant you a limited, non-exclusive, revocable licence to make personal, non-commercial use of the Spotify Service and to receive the media content made available through the Spotify Service in your Local Country, based on the Subscription or Trial you have selected (the "Licence"). This Licence shall remain in effect for a period of 20 years unless terminated by you or Spotify.

The Spotify software applications are licensed, not sold, to you, and Spotify retains ownership of all copies of the Spotify software applications even after installation on your Devices. Spotify may assign these Agreements or any part of them without restrictions. You may not assign these Agreements or any part of them, nor transfer or sub-licence your rights under this Licence, to any third party.

All Spotify trademarks, service marks, trade names, logos, domain names, and any other features of the Spotify brand are the sole property of Spotify. This Licence does not grant you any rights to use the Spotify trademarks, service marks, trade names, logos, domain names, or any other features of the Spotify brand, whether for commercial or non-commercial use.

You agree to abide by our User Guidelines and not to use the Spotify Service (including but not limited to its content) in any manner not expressly permitted by the Terms.
Third party software libraries included in the Spotify Service are licensed to you either under these Terms, or under the relevant third party software library's licence terms as published in the help or settings section of our desktop and mobile client and on our website.

## 5. Third Party Applications

The Spotify Service provides a platform for third party applications, websites and services to make available products and services to you (**"Third Party Applications"**), and your use of these Third Party Applications is subject to their terms of use. You understand and agree that Spotify is not responsible or liable for the behavior, features, or content of any Third Party Application.

## 6. User generated content

Spotify users may post, upload and/or contribute ("post") content to the Service, including pictures, text and playlist compilations (**"User Content"**). You represent that you have the right to post any User Content which you post to the Service, and that such User Content, or its use by us as contemplated by this Agreement, does not violate these Agreements, applicable law, or the intellectual property rights of others. You grant us a non-exclusive, transferable, sub-licensable, royalty-free, worldwide license to use any User Content that you post on or in connection with Spotify. This license lasts until you terminate your Spotify account, except in the case of User Content that you have published, made public and/or share with others. Aside from the rights specifically granted herein, you retain ownership of all rights, including intellectual property rights, in the User Content that you post to the Spotify Service, except that, where applicable under Local Country law, you agree to waive your right to be identified as the author of any User Content on the Spotify Service and your right to object to derogatory treatment of such User Content.
Spotify does not monitor, review, or edit User Content, but reserves the right to remove or disable access to any User Content for any or no reason, including but not limited to, User Content that, in Spotify's sole discretion, violates these Agreements. Spotify may take these actions without prior notification to you. Removal or disabling of access to User Content shall be at our sole discretion, and we do not promise to remove or disable access to any specific User Content.

Spotify is not responsible for User Content nor does it endorse any opinion contained in User Content. If you believe that any User Content infringes your intellectual property rights, please click here, or if you believe that any User Content does not comply with the User Guidelines (Section 8 below) or that your rights under applicable law have been otherwise infringed by any User Content, please contact us at legal-feedback@spotify.com.

## 7. Consideration

In consideration for the rights granted to you under these Terms, you grant us the right (a) to allow the Spotify Service to use the processor, bandwidth and storage hardware on your Device in order to facilitate the operation of the Service, (b) to provide advertising and other information to you, if you subscribe to the Free Service, and (c) to allow our business partners to do the same.

You grant Spotify a non-exclusive, transferable, sub-licensable, royalty-free, perpetual, worldwide licence to use, reproduce, make available to the public, publish, translate and distribute any User Content that you post on or otherwise provide through the Spotify Service.

These Terms are not intended to grant rights to anyone except you and Spotify, and in no event shall these Terms create any third party beneficiary rights. Any failure by Spotify to enforce these Terms or any provision thereof shall not waive Spotify's right to do so.

## 8. User Guidelines

We've established a few ground rules for you to follow when using the Service, to make sure Spotify stays enjoyable for everyone. Please follow these rules and encourage other users to do the same.

Spotify respects intellectual property rights and expects you to do the same. This means, for example, that the following is not permitted: (a) Copying, reproducing, "ripping", recording, or making available to the public any part of the Spotify Services or content delivered to you via the Spotify Services, or otherwise any making use of the Spotify Service which is not expressly permitted under these Terms; (b) using the Spotify service to import or copy any local files you do not have the legal right to import or copy in this way; (c) reverse-engineering, decompiling, disassembling, modification or creating derivative works based on the Spotify Services or any part thereof; (d) circumventing any technology used by Spotify, its licensors, or any third party to protect content accessible through the Service; (e) renting or leasing of any part of the Services; (f) circumventing of any territorial restrictions applied by Spotify; (g) artificially increasing play count or otherwise manipulating the Services by using a script or other automated process; (h) removing or altering any copyright, trademark or other intellectual property notices contained on or provided through the Spotify Service; (i) providing your password to any other person or using any other person's user name and password.

Please respect Spotify and other users of the Spotify Service. Don't engage in any activity on the Service or upload User Content, including registering and/or using a username, which is or includes material that (a) is offensive, abusive, defamatory, pornographic or obscene; (b) is illegal, or intended to promote or commit an illegal act of any kind, including but not limited to, violations of intellectual property rights, privacy rights or proprietary rights of Spotify or a third party; (c) includes personal data of third parties or is intended to solicit such personal data, (d) includes malicious content such as malware, trojan horses or viruses, or otherwise interferes with any user's access to the Service; (e) is intended or does harass or bully other users; (f) impersonates or misrepresents your affiliation with another user, person or entity, or is otherwise fraudulent, false, deceptive, or

misleading; (g) uses automated means to artificially promote content; (h) involves the transmission of unsolicited mass mailing ("spam"), junk mail, chain letter, or similar, including through the Spotify inbox; (i) involves commercial or sales activities, such as advertising, contests, sweepstakes, or pyramid schemes; (j) promotes commercial products or services; (k) interferes with the Spotify Service, tampers with or attempts to probe, scan, or test for vulnerabilities in the Service or Spotify's computer systems or network, or breaches any of Spotify's security or authentication measures, or (l) conflicts with the Agreement, as determined by Spotify. You agree that Spotify may also reclaim your username for any reason.

Please be thoughtful about what you make public on Spotify. The Spotify Service includes social and interactive features, including the ability to post User Content, share content, and make certain information about you public, as further described in your account settings. Remember that shared or publicly available information may be used and re-shared by other users on Spotify or across the web, so please use Spotify carefully and manage your account settings regularly. Spotify has no responsibility for your choices to make any actions or material public on the Service.

Your password protects your user account, and you are solely responsible for keeping your password confidential and secure. You understand that you are responsible for all use of your username and password on the Service. If your username or password is lost or stolen, or if you believe there has been unauthorized access to your account by third parties, please notify us immediately and change your password as soon as possible.

## 9. Copyright infringement

Spotify respects the rights of intellectual property owners. For details on Spotify's copyright policy, please click here.

## 10. Technology limitations and modifications

Spotify will make reasonable efforts to keep the Spotify Service operational. However, certain technical difficulties or maintenance may, from time to time, result in temporary interruptions. Spotify reserves the right, periodically and at any time, to modify or discontinue, temporarily or permanently, functions and features of the Spotify Service, with or without notice, all without liability to you for any interruption, modification, or discontinuation of the Spotify Service or any function or feature thereof. You understand and agree that Spotify has no obligation to maintain, support, upgrade, or update the Service, or to provide all or any specific content through the Service.

## 11. Export control

Spotify's products may be subject to U.S. export and reexport control laws and regulations, including the Export Administration Regulations ("EAR") maintained by the U.S. Department of Commerce, trade and economic sanctions maintained by the Treasury Department's Office of Foreign Assets Control ("OFAC"), and the International Traffic in Arms Regulations ("ITAR") maintained by the Department of State. You warrant that you are (1) not located in Cuba, Iran, North Korea, Sudan, or Syria, and (2) are not a denied party as specified in the regulations listed above.

You agree to comply with all applicable export and reexport control laws and regulations, including the EAR, trade and economic sanctions maintained by OFAC, and the ITAR. Specifically, you agree that you shall not – directly or indirectly – sell, export, reexport, transfer, divert, or otherwise dispose of any products, software, or technology (including products derived from or based on such technology) received from Spotify under these Agreements to any destination, entity, or person

prohibited by the laws or regulations of the United States, without obtaining prior authorization from the competent government authorities as required by those laws and regulations. This export control clause shall survive termination or cancellation of these Agreements.

## 12. Payments, cancellations and cooling off

If you reside in a Local Country which is part of the European Union and have purchased a Paid Subscription or Code online, you have the right to change your mind and receive a full refund within fourteen (14) days of purchase (the "Cooling-off Period"), but only if you have not logged in or otherwise redeemed or started to consume them.

If you have a Paid Subscription, your payment to Spotify will automatically renew at the end of the subscription period, unless you cancel your Paid Subscription through your subscription page before the end of the current subscription period. The cancellation will take effect the day after the last day of the current subscription period, and you will be downgraded to the Free Service. However, if you cancel your payment and/or terminate the Terms after the Cooling-off Period is over (where applicable), and/or before the end of the subscription period, we will not refund any subscription fees already paid to us.
Spotify may change the price for the Paid Subscriptions from time to time, and will communicate any price changes to you. Price changes for Paid Subscriptions will take effect at the start of the next subscription period following the date of the price change. By continuing to use the Spotify Service after the price change takes effect, you accept the new price.

## 13. Term and termination

These Terms will continue to apply to you until terminated by either you or Spotify. Spotify may terminate the Terms or suspend your access to the Spotify Service at any time, including in the event of your actual or suspected unauthorised use of the Spotify Service or non-compliance with the Terms. If you or Spotify terminate the Terms, or if Spotify suspends your access to the Spotify Service, you agree that Spotify shall have no liability or responsibility to you and Spotify will not refund any amounts that you have already paid, to the fullest extent permitted under applicable law. To learn how to terminate your Spotify account, please go here.

## 14. Warranty

We endeavor to provide the best service we can, but you understand and agree that THE SPOTIFY SERVICE IS PROVIDED "AS IS", WITHOUT EXPRESS OR IMPLIED WARRANTY OR CONDITION OF ANY KIND. YOU USE THE SPOTIFY SERVICE AT YOUR OWN RISK. SPOTIFY DISCLAIMS ANY WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE OR NON-INFRINGEMENT. In addition, Spotify does not warrant, endorse, guarantee or assume responsibility for any Third Party Applications, Third Party Application content, User Content, or any other product or service advertised or offered by a third party on or through the Spotify Service or any hyperlinked website, or featured in any banner or other advertising. You understand and agree that Spotify is not responsible or liable for any transaction between you and third-party providers of Third Party Applications or products or services advertised on or through the Spotify Service. As with any purchase of a product or service through any medium or in any environment, you should use your judgment and exercise caution where appropriate. No advice or information whether oral or in writing obtained by you from Spotify shall create any warranty on behalf of Spotify in this regard. Some aspects of this section may not apply in some jurisdictions.

## 15. Limitation

TO THE FULLEST EXTENT PERMITTED BY LAW, IN NO EVENT WILL SPOTIFY, ITS OFFICERS, SHAREHOLDERS, EMPLOYEES, AGENTS, DIRECTORS, SUBSIDIARIES, AFFILIATES, SUCCESSORS, ASSIGNS, SUPPLIERS OR LICENSORS BE LIABLE FOR (i) ANY INDIRECT, SPECIAL, INCIDENTAL, PUNITIVE, EXEMPLARY OR CONSEQUENTIAL (INCLUDING LOSS OF USE, DATA, BUSINESS, OR PROFITS) DAMAGES, REGARDLESS OF LEGAL THEORY, WITHOUT REGARD TO WHETHER SPOTIFY HAS BEEN WARNED OF THE POSSIBILITY OF THOSE DAMAGES, AND EVEN IF A REMEDY FAILS OF ITS ESSENTIAL PURPOSE; (ii) AGGREGATE LIABILITY FOR ALL CLAIMS RELATING TO THE SPOTIFY SERVICE MORE THAN THE GREATER OF THE AMOUNTS PAID BY YOU TO SPOTIFY DURING THE PRIOR THREE MONTHS IN QUESTION.

You agree that, to the extent permitted by applicable law, your sole and exclusive remedy for any problems or dissatisfaction with the Spotify Service, the Third Party Applications or the Third Party Application content is to uninstall any Spotify software and to stop using the Spotify Service, the Third Party Applications or the Third Party Application content. In no event shall Spotify be liable to you for any more than the total amounts you have paid to Spotify.

Nothing in these Agreements removes or limits Spotify's liability for fraudulent misrepresentation, death or personal injury caused by its negligence. Some aspects of this section may not apply in some jurisdictions.

## 16. Entire agreement

These Agreements constitute all the terms and conditions agreed upon between you and Spotify and supersede any prior agreements in relation to the subject matter of these Agreements, whether written or oral. Any additional or different terms or conditions in relation to the subject matter of the Agreements in any written or oral communication from you to Spotify are void. You represent that you have not accepted the Agreements in reliance on any oral or written representations made by Spotify that are not contained in the Agreements.

Please note, however, that other aspects of your use of the Spotify Service may be governed by additional agreements. That could include, for example, access to the Spotify Community for customer support, access to the Spotify Service as a result of a gift card, or free or discounted Trials. You will agree to separate terms and conditions in those circumstances, which are listed in full here. Those terms and conditions shall govern only with regard to the aspect of the Service to which they apply, and are distinct from and supplemental to these Agreements, and do not supersede these Agreements. To the extent that there is any conflict between those agreements and these Agreements, these Agreements shall control, except as otherwise provided in these Terms. Occasionally we may offer you the chance to participate in sweepstakes, contests, and surveys ("Special Promotions") through the Service. Special Promotions may be governed by terms and conditions that are separate from these Terms. If the provisions of a Special Promotion's terms and conditions conflict with these Terms, those separate terms and conditions shall prevail.

## 17. Severability

Should any provision of the Terms be held invalid or unenforceable for any reason or to any extent, such invalidity or enforceability shall not in any manner affect or render invalid or unenforceable the

remaining provisions of the Terms, and the application of that provision shall be enforced to the extent permitted by law.

# 18. Choice of law, mandatory arbitration and venue

Unless otherwise required by a mandatory law of a member state of the European Union or any other jurisdiction, these Agreements are subject to the law of the State of California, United States, without regard to choice or conflicts of law principles. Further, you and Spotify agree to the exclusive jurisdiction of the state and federal courts in San Francisco County, California or New York, New York to resolve any dispute, claim or controversy that arises in connection with these Agreements.

If you are a United States user, the following mandatory arbitration provisions also apply to you:

i.   You and Spotify agree that any dispute, claim or controversy arising out of or relating in any way to the Spotify Service or your use thereof, including our Agreements, shall be determined by mandatory binding arbitration. You agree that the U.S. Federal Arbitration Act governs the interpretation and enforcement of this provision, and that you and Spotify are each waiving the right to a trial by jury and the right to participate in a class or multi-party action. This arbitration provision shall survive termination of these Agreements and the termination of your Spotify account. The arbitration will be governed by the Commercial Arbitration Rules and the Supplementary Procedures for Consumer Related Disputes of the American Arbitration Association (the "AAA Rules"), as modified by these Agreements, and as administered by the AAA. You and Spotify agree that these Agreements involve interstate commerce and are subject to the Federal Arbitration Act.

ii.  You and Spotify agree that (a) any claims seeking to enforce, protect, or determine the validity or ownership of any intellectual property rights, and (b) any claims related to allegations of theft, piracy or unauthorized use of the Spotify Service are NOT subject to mandatory arbitration. Instead, you and Spotify agree that these claims (including but not limited to claims for injunctive or equitable relief) shall be exclusively decided by courts of competent jurisdiction in San Francisco County, California or New York, New York, and that applicable California and/or Federal law shall govern, without regard to choice of law principles.

iii. YOU AND SPOTIFY AGREE THAT EACH MAY BRING CLAIMS AGAINST THE OTHER ONLY IN YOUR OR ITS INDIVIDUAL CAPACITY, AND NOT AS A CLASS MEMBER OR IN ANY REPRESENTATIVE CAPACITY OR PROCEEDING. Further, no arbitrator shall consolidate any other person's claims with your claims, and may not otherwise preside over any form of a multi-party or class proceeding. If this specific provision is found to be unenforceable in any way, then the entirety of this arbitration section shall be null and void. The arbitrator may not award declaratory or injunctive relief.

iv.  Any arbitration must be commenced by filing a demand for arbitration with the AAA within ONE (1) YEAR after the date the party asserting the claim first knows or reasonably should know of the act, omission or default giving rise to the claim; and there shall be no right to any remedy for any claim not asserted within that time period. If applicable law prohibits a one-year limitations period for asserting claims, any claim must be asserted within the shortest time period permitted by applicable law. Your arbitration fees and your share of arbitrator compensation will be limited to those fees set forth in the AAA's Consumer Rules with the remainder paid by Spotify. Any arbitration costs or fees deemed "excessive" will be paid by Spotify.

# 19. Local Country chart

This chart details the Spotify entity with which you are contracting by accepting these Agreements, depending on your Local Country of residence.

| Local Country of Residence | Spotify entity |
|---|---|
| Australia or New Zealand | Spotify Australia PTY. Ltd., registration number ACN 154 200 941 |
| Austria | Spotify Austria GmbH, kregistration number FN 354148 g |
| Belgium | Spotify NV, registration number 0841.023.949 |
| Denmark | Spotify Denmark ApS, registration number 33785348 |
| Finland | Spotify Finland Oy, registration number 2388862-0 |
| France | Spotify France SAS, registration number 51193072900013 |
| Germany | Spotify GmbH, registration number HRB 114 530 B |
| Netherlands | Spotify Netherlands B.V., registration number 34388788 |
| Norway | Spotify Norway AS, registration number 994 445 820 |
| Spain | Spotify Spain S.L, registration number B85346294 |
| Sweden | Spotify Sweden AB, registration number 556786-5729 |
| Switzerland | Spotify Switzerland AG, registration number CH-020.3.037.242-8 |
| United Kingdom | Spotify Limited, registration number 06436047 |
| USA | Spotify USA Inc, registered in Delaware with registration number 4664052 |

Thank you for reading our Terms. We hope you enjoy Spotify.

Copyright © 2012 Spotify AB. All rights reserved.

Spotify USA Inc., 76 9th Avenue
Suite 1110, 11th Floor
New York, NY 10011
USA

# Spotify Terms and Conditions of Use

Effective as from 18 December 2012

1. Introductions
2. Changes to the Agreements
3. Enjoying Spotify
▪ 3.1 Subscriptions
▪ 3.2 Codes and other Limited Offers
▪ 3.3 Trials
4. Licence and assignment
5. Third Party Applications
6. User generated content
7. Consideration
8. User Guidelines
9. Copyright infringement
10. Technology limitations and modifications
11. Export control
12. Payments, cancellations and cooling off
13. Term and termination
14. Warranty
15. Limitation
16. Entire agreement
17. Severability
18. Choice of law, mandatory arbitration and venue
19. Local Country chart

Hello, and welcome to our Terms and Conditions of Use. This is important and affects your legal rights, so please read them and our Privacy Policy carefully. We hope you're sitting comfortably. Here we go…

## 1. Introductions

Thanks for choosing Spotify **("Spotify", "we", "us", "our").** By using the Spotify service, websites, or software applications (together, the "Spotify Service" or "Service"), including by purchasing or receiving Codes or Limited Offers, you are entering into a binding contract with our local company in your country of residence (your "Local Country") if applicable or the company listed in this chart. Your agreement with us includes these Terms and Conditions of Use (**"Terms"**) and our Privacy Policy (together with the Mobile Terms where applicable, the **"Agreements"**). If you don't agree with these Terms, then please don't use the Service.

We're pleased to make our Service available to you. The Spotify Service includes social and interactive features. Learn more about the Spotify Service here.

In order to use the Spotify Service, you need to (a) be 18 or older, or be 13 or older and have your parent or guardian's consent to these Terms, (b) have the power to enter a binding contract with us and are not barred from doing so under any applicable laws, and (c) be resident in the Local Country. You also warrant that any registration information that you submit to Spotify is true, accurate and complete, and you agree to keep it that way at all times.

## 2. Changes to the Agreements

Occasionally we may, in our discretion, make changes to the Spotify Service and Agreements. When we make changes to the Agreements that we consider material, we'll notify you through the Service. By continuing to use the Service after those changes are made, you are expressing and acknowledging your acceptance of the changes.

# 3. Enjoying Spotify
Here's some information about all the ways you can enjoy Spotify.

### 3.1 Subscriptions
Spotify account holders may access the Spotify Service by any of our several Subscriptions:

- **Free Service:** an ad-based, free-of-charge service;
- **Unlimited Service:** a subscription fee-based service;
- **Premium Service:** an ad-free, subscription fee-based service which enables you to listen to music while not connected to the internet, among other features; or
- **Mobile Service:** via a supported mobile handset.
The Premium Service permits you to store cached content on up to three (3) personal computers, mobile handsets and/or other relevant devices (collectively "Devices") while your Premium Service subscription is active. You may not transfer copies of cached content to any other device via any means. By using the Mobile Service, you agree to accept the Mobile Terms and to register for the Service as a mobile subscriber. The Premium Service and the Unlimited Service are hereinafter referred to as "Paid Subscriptions"

### 3.2 Codes and other Limited Offers
If you have purchased a code sold by or on behalf of Spotify for access to the Unlimited Service or Premium Service for the time period indicated on your email, card or paper receipt ("Code"), or if you are accessing the service through some other limited offer which you received or purchased from Spotify ("Limited Offer"), these Agreements apply to your access to the Service. Any separate sets of terms and conditions presented to you along with the Code or other Limited Offer also apply to your access to the Service using the Code or Limited Offer.

Subject to any rights you may have under Section 12, Codes are only redeemable in the country where you purchased such Code, not redeemable for cash and may not be returned for a cash refund, exchanged, resold or used to purchase other Codes.

### 3.3 Trials
From time to time, we may offer trials of the Premium Service and/or Mobile Service for a specified period without payment (a "Trial"). Spotify reserves the right, in its absolute discretion, to determine your eligibility for a Trial, and to withdraw or to modify a Trial at any time without prior notice and with no liability.

For some Trials, we'll require you to provide your payment details to start the Trial. At the end of such Trials, we may automatically start to charge you for the Premium Service on the first day following the end of the Trial, on a recurring monthly basis. By providing your payment details in conjunction with the Trial, you agree to this charge. If you do not want this charge, you must change your Subscription to the Free Service through your Spotify account's settings before the end of the Trial.

# 4. Licence and assignment

The Spotify Service and the content provided through it are the property of Spotify or Spotify's licensors, and we grant you a limited, non-exclusive, revocable licence to make personal, non-commercial use of the Spotify Service and to receive the media content made available through the Spotify Service in your Local Country, based on the Subscription or Trial, you have selected (the "Licence"). This Licence shall remain in effect for a period of 20 years unless terminated by you or Spotify.

The Spotify software applications are licensed, not sold, to you, and Spotify retains ownership of all copies of the Spotify software applications even after installation on your Devices. Spotify may assign these Agreements or any part of them without restrictions. You may not assign these Agreements or any part of them, nor transfer or sub-licence your rights under this Licence, to any third party.

All Spotify trademarks, service marks, trade names, logos, domain names, and any other features of the Spotify brand are the sole property of Spotify. This Licence does not grant you any rights to use the Spotify trademarks, service marks, trade names, logos, domain names, or any other features of the Spotify brand, whether for commercial or non-commercial use.

You agree to abide by our User Guidelines and not to use the Spotify Service (including but not limited to its content) in any manner not expressly permitted by the Terms.
Third party software libraries included in the Spotify Service are licensed to you either under these Terms, or under the relevant third party software library's licence terms as published in the help or settings section of our desktop and mobile client and on our website.

# 5. Third Party Applications

The Spotify Service provides a platform for third party applications, websites and services to make available products and services to you (**"Third Party Applications"**), and your use of these Third Party Applications is subject to their terms of use. You understand and agree that Spotify is not responsible or liable for the behavior, features, or content of any Third Party Application.

# 6. User generated content

Spotify users may post, upload and/or contribute ("post") content to the Service, including pictures, text and playlist compilations (**"User Content"**). You represent that you have the right to post any User Content which you post to the Service, and that such User Content, or its use by us as contemplated by this Agreement, does not violate these Agreements, applicable law, or the intellectual property rights of others. You grant us a non-exclusive, transferable, sub-licensable, royalty-free, worldwide license to use any User Content that you post on or in connection with Spotify. This license lasts until you terminate your Spotify account, except in the case of User Content that you have published, made public and/or share with others. Aside from the rights specifically granted herein, you retain ownership of all rights, including intellectual property rights, in the User Content that you post to the Spotify Service, except that, where applicable under Local Country law, you agree to waive your right to be identified as the author of any User Content on the Spotify Service and your right to object to derogatory treatment of such User Content.
Spotify does not monitor, review, or edit User Content, but reserves the right to remove or disable access to any User Content for any or no reason, including but not limited to, User Content that, in Spotify's sole discretion, violates these Agreements. Spotify may take these actions without prior

notification to you. Removal or disabling of access to User Content shall be at our sole discretion, and we do not promise to remove or disable access to any specific User Content.

Spotify is not responsible for User Content nor does it endorse any opinion contained in User Content. If you believe that any User Content infringes your intellectual property rights, please click here, or if you believe that any User Content does not comply with the User Guidelines (Section 8 below) or that your rights under applicable law have been otherwise infringed by any User Content, please contact us at legal-feedback@spotify.com.

## 7. Consideration

In consideration for the rights granted to you under these Terms, you grant us the right (a) to allow the Spotify Service to use the processor, bandwidth and storage hardware on your Device in order to facilitate the operation of the Service, (b) to provide advertising and other information to you, if you subscribe to the Free Service, and (c) to allow our business partners to do the same.

You grant Spotify a non-exclusive, transferable, sub-licensable, royalty-free, perpetual, worldwide licence to use, reproduce, make available to the public, publish, translate and distribute any User Content that you post on or otherwise provide through the Spotify Service.

These Terms are not intended to grant rights to anyone except you and Spotify, and in no event shall these Terms create any third party beneficiary rights. Any failure by Spotify to enforce these Terms or any provision thereof shall not waive Spotify's right to do so.

## 8. User Guidelines

We've established a few ground rules for you to follow when using the Service, to make sure Spotify stays enjoyable for everyone. Please follow these rules and encourage other users to do the same.

Spotify respects intellectual property rights and expects you to do the same. This means, for example, that the following is not permitted: (a) Copying, reproducing, "ripping", recording, or making available to the public any part of the Spotify Services or content delivered to you via the Spotify Services, or otherwise any making use of the Spotify Service which is not expressly permitted under these Terms; (b) using the Spotify service to import or copy any local files you do not have the legal right to import or copy in this way; (c) reverse-engineering, decompiling, disassembling, modification or creating derivative works based on the Spotify Services or any part thereof; (d) circumventing any technology used by Spotify, its licensors, or any third party to protect content accessible through the Service; (e) renting or leasing of any part of the Services; (f) circumventing of any territorial restrictions applied by Spotify; (g) artificially increasing play count or otherwise manipulating the Services by using a script or other automated process; (h) removing or altering any copyright, trademark or other intellectual property notices contained on or provided through the Spotify Service; (i) providing your password to any other person or using any other person's user name and password.

Please respect Spotify and other users of the Spotify Service. Don't engage in any activity on the Service or upload User Content, including registering and/or using a username, which is or includes material that (a) is offensive, abusive, defamatory, pornographic or obscene; (b) is illegal, or intended to promote or commit an illegal act of any kind, including but not limited to, violations of intellectual property rights, privacy rights or proprietary rights of Spotify or a third party; (c) includes personal data of third parties or is intended to solicit such personal data, (d) includes malicious

content such as malware, trojan horses or viruses, or otherwise interferes with any user's access to the Service; (e) is intended or does harass or bully other users; (f) impersonates or misrepresents your affiliation with another user, person or entity, or is otherwise fraudulent, false, deceptive, or misleading; (g) uses automated means to artificially promote content; (h) involves the transmission of unsolicited mass mailing ("spam"), junk mail, chain letter, or similar, including through the Spotify inbox; (i) involves commercial or sales activities, such as advertising, contests, sweepstakes, or pyramid schemes; (j) promotes commercial products or services; (k) interferes with the Spotify Service, tampers with or attempts to probe, scan, or test for vulnerabilities in the Service or Spotify's computer systems or network, or breaches any of Spotify's security or authentication measures, or (l) conflicts with the Agreement, as determined by Spotify. You agree that Spotify may also reclaim your username for any reason.

Please be thoughtful about what you make public on Spotify. The Spotify Service includes social and interactive features, including the ability to post User Content, share content, and make certain information about you public, as further described in your account settings. Remember that shared or publicly available information may be used and re-shared by other users on Spotify or across the web, so please use Spotify carefully and manage your account settings regularly. Spotify has no responsibility for your choices to make any actions or material public on the Service.

Your password protects your user account, and you are solely responsible for keeping your password confidential and secure. You understand that you are responsible for all use of your username and password on the Service. If your username or password is lost or stolen, or if you believe there has been unauthorized access to your account by third parties, please notify us immediately and change your password as soon as possible.

# 9. Copyright infringement

Spotify respects the rights of intellectual property owners. For details on Spotify's copyright policy, please click here.

# 10. Technology limitations and modifications

Spotify will make reasonable efforts to keep the Spotify Service operational. However, certain technical difficulties or maintenance may, from time to time, result in temporary interruptions. Spotify reserves the right, periodically and at any time, to modify or discontinue, temporarily or permanently, functions and features of the Spotify Service, with or without notice, all without liability to you for any interruption, modification, or discontinuation of the Spotify Service or any function or feature thereof. You understand and agree that Spotify has no obligation to maintain, support, upgrade, or update the Service, or to provide all or any specific content through the Service.

# 11. Export control

Spotify's products may be subject to U.S. export and reexport control laws and regulations, including the Export Administration Regulations ("EAR") maintained by the U.S. Department of Commerce, trade and economic sanctions maintained by the Treasury Department's Office of Foreign Assets Control ("OFAC"), and the International Traffic in Arms Regulations ("ITAR") maintained by the Department of State. You warrant that you are (1) not located in Cuba, Iran, North Korea, Sudan, or Syria, and (2) are not a denied party as specified in the regulations listed above.

You agree to comply with all applicable export and reexport control laws and regulations, including the EAR, trade and economic sanctions maintained by OFAC, and the ITAR. Specifically, you agree

that you shall not – directly or indirectly – sell, export, reexport, transfer, divert, or otherwise dispose of any products, software, or technology (including products derived from or based on such technology) received from Spotify under these Agreements to any destination, entity, or person prohibited by the laws or regulations of the United States, without obtaining prior authorization from the competent government authorities as required by those laws and regulations. This export control clause shall survive termination or cancellation of these Agreements.

## 12. Payments, cancellations and cooling off

If you reside in a Local Country which is part of the European Union and have purchased a Paid Subscription or Code online, you have the right to change your mind and receive a full refund within fourteen (14) days of purchase (the "Cooling-off Period"), but only if you have not logged in or otherwise redeemed or started to consume them.

If you have a Paid Subscription, your payment to Spotify will automatically renew at the end of the subscription period, unless you cancel your Paid Subscription through your subscription page before the end of the current subscription period. The cancellation will take effect the day after the last day of the current subscription period, and you will be downgraded to the Free Service. However, if you cancel your payment and/or terminate the Terms after the Cooling-off Period is over (where applicable), and/or before the end of the subscription period, we will not refund any subscription fees already paid to us.

Spotify may change the price for the Paid Subscriptions from time to time, and will communicate any price changes to you. Price changes for Paid Subscriptions will take effect at the start of the next subscription period following the date of the price change. By continuing to use the Spotify Service after the price change takes effect, you accept the new price.

## 13. Term and termination

These Terms will continue to apply to you until terminated by either you or Spotify. Spotify may terminate the Terms or suspend your access to the Spotify Service at any time, including in the event of your actual or suspected unauthorised use of the Spotify Service or non-compliance with the Terms. If you or Spotify terminate the Terms, or if Spotify suspends your access to the Spotify Service, you agree that Spotify shall have no liability or responsibility to you and Spotify will not refund any amounts that you have already paid, to the fullest extent permitted under applicable law. To learn how to terminate your Spotify account, please go here.

## 14. Warranty

We endeavor to provide the best service we can, but you understand and agree that THE SPOTIFY SERVICE IS PROVIDED "AS IS", WITHOUT EXPRESS OR IMPLIED WARRANTY OR CONDITION OF ANY KIND. YOU USE THE SPOTIFY SERVICE AT YOUR OWN RISK. SPOTIFY DISCLAIMS ANY WARRANTIES OR CONDITIONS OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE OR NON-INFRINGEMENT. In addition, Spotify does not warrant, endorse, guarantee or assume responsibility for any Third Party Applications, Third Party Application content, User Content, or any other product or service advertised or offered by a third party on or through the Spotify Service or any hyperlinked website, or featured in any banner or other advertising. You understand and agree that Spotify is not responsible or liable for any transaction between you and third-party providers of Third Party Applications or products or services advertised on or through the Spotify Service. As with any purchase of a product or service through any medium or in any environment, you should use your judgment and exercise caution where appropriate. No advice or

information whether oral or in writing obtained by you from Spotify shall create any warranty on behalf of Spotify in this regard. Some aspects of this section may not apply in some jurisdictions.

## 15. Limitation

You agree that, to the extent permitted by applicable law, your sole and exclusive remedy for any problems or dissatisfaction with the Spotify Service, the Third Party Applications or the Third Party Application content is to uninstall any Spotify software and to stop using the Spotify Service, the Third Party Applications or the Third Party Application content.

TO THE FULLEST EXTENT PERMITTED BY LAW, IN NO EVENT WILL SPOTIFY, ITS OFFICERS, SHAREHOLDERS, EMPLOYEES, AGENTS, DIRECTORS, SUBSIDIARIES, AFFILIATES, SUCCESSORS, ASSIGNS, SUPPLIERS OR LICENSORS BE LIABLE FOR (i) ANY INDIRECT, SPECIAL, INCIDENTAL, PUNITIVE, EXEMPLARY OR CONSEQUENTIAL (INCLUDING LOSS OF USE, DATA, BUSINESS, OR PROFITS) DAMAGES, ARISING OUT OF THE USE OR INABILITY TO USE THE SPOTIFY SERVICE, THIRD PARTY APPLICATIONS OR THIRD PARTY APPLICATION CONTENT, REGARDLESS OF LEGAL THEORY, WITHOUT REGARD TO WHETHER SPOTIFY HAS BEEN WARNED OF THE POSSIBILITY OF THOSE DAMAGES, AND EVEN IF A REMEDY FAILS OF ITS ESSENTIAL PURPOSE; (ii) AGGREGATE LIABILITY FOR ALL CLAIMS RELATING TO THE SPOTIFY SERVICE, THIRD PARTY APPLICATIONS OR THIRD PARTY APPLICATION CONTENT MORE THAN THE AMOUNTS PAID BY YOU TO SPOTIFY DURING THE PRIOR THREE MONTHS IN QUESTION.

Nothing in these Agreements removes or limits Spotify's liability for fraud, fraudulent misrepresentation, death or personal injury caused by its negligence. Some aspects of this section may not apply in some jurisdictions.

## 16. Entire agreement

These Agreements constitute all the terms and conditions agreed upon between you and Spotify and supersede any prior agreements in relation to the subject matter of these Agreements, whether written or oral. Any additional or different terms or conditions in relation to the subject matter of the Agreements in any written or oral communication from you to Spotify are void. You represent that you have not accepted the Agreements in reliance on any oral or written representations made by Spotify that are not contained in the Agreements.

Please note, however, that other aspects of your use of the Spotify Service may be governed by additional agreements. That could include, for example, access to the Spotify Community for customer support, access to the Spotify Service as a result of a gift card, or free or discounted Trials. You will agree to separate terms and conditions in those circumstances, which are listed in full here. Those terms and conditions shall govern only with regard to the aspect of the Service to which they apply, and are distinct from and supplemental to these Agreements, and do not supersede these Agreements. To the extent that there is any conflict between those agreements and these Agreements, these Agreements shall control, except as otherwise provided in these Terms. Occasionally we may offer you the chance to participate in sweepstakes, contests, and surveys ("Special Promotions") through the Service. Special Promotions may be governed by terms and conditions that are separate from these Terms. If the provisions of a Special Promotion's terms and conditions conflict with these Terms, those separate terms and conditions shall prevail.

## 17. Severability

Should any provision of the Terms be held invalid or unenforceable for any reason or to any extent, such invalidity or enforceability shall not in any manner affect or render invalid or unenforceable the remaining provisions of the Terms, and the application of that provision shall be enforced to the extent permitted by law.

## 18. Choice of law, mandatory arbitration and venue

Unless otherwise required by a mandatory law of a member state of the European Union or any other jurisdiction, these Agreements are subject to the law of the State of California, United States, without regard to choice or conflicts of law principles. Further, you and Spotify agree to the exclusive jurisdiction of the state and federal courts in San Francisco County, California or New York, New York to resolve any dispute, claim or controversy that arises in connection with these Agreements.

If you are a United States user, the following mandatory arbitration provisions also apply to you:

i.   You and Spotify agree that any dispute, claim or controversy arising out of or relating in any way to the Spotify Service or your use thereof, including our Agreements, shall be determined by mandatory binding arbitration. You agree that the U.S. Federal Arbitration Act governs the interpretation and enforcement of this provision, and that you and Spotify are each waiving the right to a trial by jury and the right to participate in a class or multi-party action. This arbitration provision shall survive termination of these Agreements and the termination of your Spotify account. The arbitration will be governed by the Commercial Arbitration Rules and the Supplementary Procedures for Consumer Related Disputes of the American Arbitration Association (the "AAA Rules"), as modified by these Agreements, and as administered by the AAA. You and Spotify agree that these Agreements involve interstate commerce and are subject to the Federal Arbitration Act.

ii.  You and Spotify agree that (a) any claims seeking to enforce, protect, or determine the validity or ownership of any intellectual property rights, and (b) any claims related to allegations of theft, piracy or unauthorized use of the Spotify Service are NOT subject to mandatory arbitration. Instead, you and Spotify agree that these claims (including but not limited to claims for injunctive or equitable relief) shall be exclusively decided by courts of competent jurisdiction in San Francisco County, California or New York, New York, and that applicable California and/or Federal law shall govern, without regard to choice of law principles.

iii. YOU AND SPOTIFY AGREE THAT EACH MAY BRING CLAIMS AGAINST THE OTHER ONLY IN YOUR OR ITS INDIVIDUAL CAPACITY, AND NOT AS A CLASS MEMBER OR IN ANY REPRESENTATIVE CAPACITY OR PROCEEDING. Further, no arbitrator shall consolidate any other person's claims with your claims, and may not otherwise preside over any form of a multi-party or class proceeding. If this specific provision is found to be unenforceable in any way, then the entirety of this arbitration section shall be null and void. The arbitrator may not award declaratory or injunctive relief.

iv.  Any arbitration must be commenced by filing a demand for arbitration with the AAA within ONE (1) YEAR after the date the party asserting the claim first knows or reasonably should know of the act, omission or default giving rise to the claim; and there shall be no right to any remedy for any claim not asserted within that time period. If applicable law prohibits a one-year limitations period for asserting claims, any claim must be asserted within the shortest time period permitted by applicable law. Your arbitration fees and your share of arbitrator compensation will be limited to those fees set

forth in the AAA's Consumer Rules with the remainder paid by Spotify. Any arbitration costs or fees deemed "excessive" will be paid by Spotify.

## 19. Local Country chart

This chart details the Spotify entity with which you are contracting by accepting these Agreements, depending on your Local Country of residence.

| Local Country of Residence | Spotify entity |
| --- | --- |
| Australia or New Zealand | Spotify Australia PTY. Ltd., registration number ACN 154 200 941 |
| Austria | Spotify Austria GmbH, registration number FN 354148 g |
| Belgium | Spotify NV, registration number 0841.023.949 |
| Denmark | Spotify Denmark ApS, registration number 33785348 |
| Finland | Spotify Finland Oy, registration number 2388862-0 |
| France | Spotify France SAS, registration number 51193072900013 |
| Germany | Spotify GmbH, registration number HRB 114 530 B |
| Liechtenstein, Luxembourg, Monaco and Andorra | Spotify AB, registration number 556703-7485 |
| Netherlands | Spotify Netherlands B.V., registration number 34388788 |
| Norway | Spotify Norway AS, registration number 994 445 820 |
| Spain | Spotify Spain S.L, registration number B85346294 |
| Sweden | Spotify Sweden AB, registration number 556786-5729 |
| Switzerland | Spotify Switzerland AG, registration number CH-020.3.037.242-8 |
| United Kingdom or Ireland | Spotify Limited, registration number 06436047 |
| USA | Spotify USA Inc, registered in Delaware with registration number 4664052 |

Thank you for reading our Terms. We hope you enjoy Spotify.

Copyright © 2012 Spotify AB. All rights reserved.

Spotify USA Inc., 76 9th Avenue
Suite 1110, 11th Floor
New York, NY 10011
USA

# Spotify Terms and Conditions of Use

Effective as from 20 June 2013

1. Introductions
2. Changes to the Agreements
3. Enjoying Spotify
▪ 3.1 Subscriptions
▪ 3.2 Codes and other Limited Offers
▪ 3.3 Trials
4. Licence and assignment
5. Third Party Applications
6. User generated content
7. Consideration
8. User Guidelines
9. Copyright infringement
10. Technology limitations and modifications
11. Brand accounts
12. Export control
13. Payments, cancellations and cooling off
14. Term and termination
15. Warranty
16. Limitation
17. Entire agreement
18. Severability
19. Choice of law, mandatory arbitration and venue
20. Local Country chart

Hello, and welcome to our Terms and Conditions of Use. This is important and affects your legal rights, so please read them and our Privacy Policy carefully. We hope you're sitting comfortably. Here we go…

## 1. Introductions

Thanks for choosing Spotify **("Spotify", "we", "us", "our").** By using the Spotify service, websites, or software applications (together, the "Spotify Service" or "Service"), including by purchasing or receiving Codes or Limited Offers, you are entering into a binding contract with our local company in your country of residence (your "Local Country") if applicable or the company listed in this chart. Your agreement with us includes these Terms and Conditions of Use (**"Terms"**) and our Privacy Policy (together with the Mobile Terms where applicable, the **"Agreements"**). If you don't agree with these Terms, then please don't use the Service.

We're pleased to make our Service available to you. The Spotify Service includes social and interactive features. Learn more about the Spotify Service here.

In order to use the Spotify Service, you need to (a) be 18 or older, or be 13 or older and have your parent or guardian's consent to these Terms, (b) have the power to enter a binding contract with us and are not barred from doing so under any applicable laws, and (c) be resident in the Local Country. You also warrant that any registration information that you submit to Spotify is true, accurate and complete, and you agree to keep it that way at all times.

## 2. Changes to the Agreements

Occasionally we may, in our discretion, make changes to the Spotify Service and Agreements. When we make changes to the Agreements that we consider material, we'll notify you through the Service. By continuing to use the Service after those changes are made, you are expressing and acknowledging your acceptance of the changes.

## 3. Enjoying Spotify

Here's some information about all the ways you can enjoy Spotify.

### 3.1 Subscriptions

Spotify account holders may access the Spotify Service by any of our several Subscriptions:

- **Free Service:** an ad-based, free-of-charge service;
- **Unlimited Service:** a subscription fee-based service;
- **Premium Service:** an ad-free, subscription fee-based service which enables you to listen to music while not connected to the internet, among other features; or
- **Mobile Service:** via a supported mobile handset.
  The Premium Service permits you to store cached content on up to three (3) personal computers, mobile handsets and/or other relevant devices (collectively "Devices") while your Premium Service subscription is active. You may not transfer copies of cached content to any other device via any means. By using the Mobile Service, you agree to accept the Mobile Terms and to register for the Service as a mobile subscriber. The Premium Service and the Unlimited Service are hereinafter referred to as "Paid Subscriptions"

### 3.2 Codes and other Limited Offers

If you have purchased a code sold by or on behalf of Spotify for access to the Unlimited Service or Premium Service for the time period indicated on your email, card or paper receipt ("Code"), or if you are accessing the service through some other limited offer which you received or purchased from Spotify ("Limited Offer"), these Agreements apply to your access to the Service. Any separate sets of terms and conditions presented to you along with the Code or other Limited Offer also apply to your access to the Service using the Code or Limited Offer.

Subject to any rights you may have under Section 12, Codes are only redeemable in the country where you purchased such Code, not redeemable for cash and may not be returned for a cash refund, exchanged, resold or used to purchase other Codes.

### 3.3 Trials

From time to time, we may offer trials of the Premium Service and/or Mobile Service for a specified period without payment (a "Trial"). Spotify reserves the right, in its absolute discretion, to determine your eligibility for a Trial, and to withdraw or to modify a Trial at any time without prior notice and with no liability.

For some Trials, we'll require you to provide your payment details to start the Trial. At the end of such Trials, we may automatically start to charge you for the Premium Service on the first day following the end of the Trial, on a recurring monthly basis. By providing your payment details in conjunction with the Trial, you agree to this charge. If you do not want this charge, you must change your Subscription to the Free Service through your Spotify account's settings before the end of the Trial.

# 4. Licence and assignment

The Spotify Service and the content provided through it are the property of Spotify or Spotify's licensors, and we grant you a limited, non-exclusive, revocable licence to make personal, non-commercial (except as permitted under Section 11) use of the Spotify Service and to receive the media content made available through the Spotify Service in your Local Country, based on the Subscription or Trial, you have selected (the "Licence"). This Licence shall remain in effect for a period of 20 years unless terminated by you or Spotify.

The Spotify software applications are licensed, not sold, to you, and Spotify retains ownership of all copies of the Spotify software applications even after installation on your Devices. Spotify may assign these Agreements or any part of them without restrictions. You may not assign these Agreements or any part of them, nor transfer or sub-licence your rights under this Licence, to any third party.

All Spotify trademarks, service marks, trade names, logos, domain names, and any other features of the Spotify brand are the sole property of Spotify. This Licence does not grant you any rights to use the Spotify trademarks, service marks, trade names, logos, domain names, or any other features of the Spotify brand, whether for commercial or non-commercial use.

You agree to abide by our User Guidelines and not to use the Spotify Service (including but not limited to its content) in any manner not expressly permitted by the Terms.
Third party software libraries included in the Spotify Service are licensed to you either under these Terms, or under the relevant third party software library's licence terms as published in the help or settings section of our desktop and mobile client and on our website.

# 5. Third Party Applications

The Spotify Service provides a platform for third party applications, websites and services to make available products and services to you (**"Third Party Applications"**), and your use of these Third Party Applications is subject to their terms of use. You understand and agree that Spotify is not responsible or liable for the behavior, features, or content of any Third Party Application.

# 6. User generated content

Spotify users may post, upload and/or contribute ("post") content to the Service, including pictures, text and playlist compilations ("**User Content**"). You are solely responsible for any User Content you provide and for any consequences thereof. You represent that you have the right to post any User Content which you post to the Service, and that such User Content, or its use by us as contemplated by this Agreement, does not: (a) violate these Agreements, applicable law, or the intellectual property or publicity rights of others; or (b) imply any affiliation, endorsement, approval or cooperation with you or your User Content by Spotify or any artist, band, label, entity or individual without express written consent from such individual or entity. You grant us a non-exclusive, transferable, sub-licensable, royalty-free, worldwide license to use any User Content that you post on or in connection with Spotify. This license lasts until you terminate your Spotify account, except in the case of User Content that you have published, made public and/or share with others. Aside from the rights specifically granted herein, you retain ownership of all rights, including intellectual property rights, in the User Content that you post to the Spotify Service, except that, where applicable under Local Country law, you agree to waive your right to be identified as the author of any User Content on the Spotify Service and your right to object to derogatory treatment of such User Content.

Spotify does not monitor, review, or edit User Content, but reserves the right to remove or disable access to any User Content for any or no reason, including but not limited to, User Content that, in Spotify's sole discretion, violates these Agreements. Spotify may take these actions without prior notification to you. Removal or disabling of access to User Content shall be at our sole discretion, and we do not promise to remove or disable access to any specific User Content.

Spotify is not responsible for User Content nor does it endorse any opinion contained in User Content. If you believe that any User Content infringes your intellectual property rights, please click here, or if you believe that any User Content does not comply with the User Guidelines (Section 8 below) or that your rights under applicable law have been otherwise infringed by any User Content, please contact us at legal-feedback@spotify.com.

# 7. Consideration

In consideration for the rights granted to you under these Terms, you grant us the right (a) to allow the Spotify Service to use the processor, bandwidth and storage hardware on your Device in order to facilitate the operation of the Service, (b) to provide advertising and other information to you, if you subscribe to the Free Service, and (c) to allow our business partners to do the same.

You grant Spotify a non-exclusive, transferable, sub-licensable, royalty-free, perpetual, worldwide licence to use, reproduce, make available to the public, publish, translate and distribute any User Content that you post on or otherwise provide through the Spotify Service.

These Terms are not intended to grant rights to anyone except you and Spotify, and in no event shall these Terms create any third party beneficiary rights. Any failure by Spotify to enforce these Terms or any provision thereof shall not waive Spotify's right to do so.

# 8. User Guidelines

We've established a few ground rules for you to follow when using the Service, to make sure Spotify stays enjoyable for everyone. Please follow these rules and encourage other users to do the same.

Spotify respects intellectual property rights and expects you to do the same. This means, for example, that the following is not permitted: (a) Copying, reproducing, "ripping", recording, or making available to the public any part of the Spotify Services or content delivered to you via the Spotify Services, or otherwise any making use of the Spotify Service which is not expressly permitted under these Terms; (b) using the Spotify service to import or copy any local files you do not have the legal right to import or copy in this way; (c) reverse-engineering, decompiling, disassembling, modification or creating derivative works based on the Spotify Services or any part thereof; (d) circumventing any technology used by Spotify, its licensors, or any third party to protect content accessible through the Service; (e) renting or leasing of any part of the Services; (f) circumventing of any territorial restrictions applied by Spotify; (g) artificially increasing play count or otherwise manipulating the Services by using a script or other automated process; (h) removing or altering any copyright, trademark or other intellectual property notices contained on or provided through the Spotify Service; (i) providing your password to any other person or using any other person's user name and password.

Please respect Spotify and other users of the Spotify Service. Don't engage in any activity on the Service or upload User Content, including registering and/or using a username, which is or includes material that (a) is offensive, abusive, defamatory, pornographic or obscene; (b) is illegal, or

intended to promote or commit an illegal act of any kind, including but not limited to, violations of intellectual property rights, privacy rights or proprietary rights of Spotify or a third party; (c) includes personal data of third parties or is intended to solicit such personal data, (d) includes malicious content such as malware, trojan horses or viruses, or otherwise interferes with any user's access to the Service; (e) is intended or does harass or bully other users; (f) impersonates or misrepresents your affiliation with another user, person or entity, or is otherwise fraudulent, false, deceptive, or misleading; (g) uses automated means to artificially promote content; (h) involves the transmission of unsolicited mass mailing ("spam"), junk mail, chain letter, or similar, including through the Spotify inbox; (i) involves commercial or sales activities, such as advertising, contests, sweepstakes, or pyramid schemes; (j) promotes commercial products or services (except as permitted under Section 11); (k) interferes with the Spotify Service, tampers with or attempts to probe, scan, or test for vulnerabilities in the Service or Spotify's computer systems or network, or breaches any of Spotify's security or authentication measures, or (l) conflicts with the Agreement, as determined by Spotify. You agree that Spotify may also reclaim your username for any reason.

Please be thoughtful about what you make public on Spotify. The Spotify Service includes social and interactive features, including the ability to post User Content, share content, and make certain information about you public, as further described in your account settings. Remember that shared or publicly available information may be used and re-shared by other users on Spotify or across the web, so please use Spotify carefully and manage your account settings regularly. Spotify has no responsibility for your choices to make any actions or material public on the Service.

Your password protects your user account, and you are solely responsible for keeping your password confidential and secure. You understand that you are responsible for all use of your username and password on the Service. If your username or password is lost or stolen, or if you believe there has been unauthorized access to your account by third parties, please notify us immediately and change your password as soon as possible.

## 9. Copyright infringement

Spotify respects the rights of intellectual property owners. For details on Spotify's copyright policy, please click here.

## 10. Technology limitations and modifications

Spotify will make reasonable efforts to keep the Spotify Service operational. However, certain technical difficulties or maintenance may, from time to time, result in temporary interruptions. Spotify reserves the right, periodically and at any time, to modify or discontinue, temporarily or permanently, functions and features of the Spotify Service, with or without notice, all without liability to you for any interruption, modification, or discontinuation of the Spotify Service or any function or feature thereof. You understand and agree that Spotify has no obligation to maintain, support, upgrade, or update the Service, or to provide all or any specific content through the Service.

## 11. Brand Accounts

If you establish a Spotify account on behalf of a company, organization, entity or brand (a "Brand Account"): (a) the terms "you" and "your", as used throughout the Terms, apply to both you and the Brand (as defined below), as applicable; and (b) the following additional terms apply to your use of the Spotify Service for such purposes (the "Brand Account Terms"). To the extent of a conflict between these Brand Account Terms and the rest of the Terms, these Brand Account Terms shall apply, solely with respect to your Brand Account.

If you open a Brand Account, you represent and warrant that you are authorized to grant all permissions and licenses provided in these Terms and to bind the applicable company, organization, entity or brand (the "Brand") to these Terms. Spotify has no obligation to promote the Brand Account profile or Brand Playlists (as defined below) and reserves the right to remove or disable access to a Brand's User Content or profile, consistent with these Terms.

In addition to the User Guidelines set forth in Section 8, the following additional guidelines apply to the Brand's use of the Spotify Service under a Brand Account:

▪ Brand Playlists."Brand Playlist" means any song compilation that a Brand creates using the Spotify Service. Unless the Brand has obtained all necessary rights and authorizations from all applicable artists, composers, publishers, labels and other relevant third parties with respect to a Brand Playlist: (a) the Brand Playlist may not be used for commercial or promotional purposes; (b) the name of the Brand Playlist may not include the Brand's name or the name of any specific entity, brand product, or service; and (c) the Brand Playlists must consist of at least 20 songs and may not include more than one track by a single artist or band.

▪ Following. Unless the Brand has obtained all necessary rights and authorizations from the applicable user: (a) the Brand may only follow users who first follow the Brand; (b) the Brand may not follow artists; and (c) the Brand may not follow a user in any manner that implies an endorsement or relationship between the Brand and the followed user. Spotify reserves the right to request that a Brand cease following any user(s), for any reason, in Spotify's sole discretion. In such event, the Brand must cease following such user(s).

▪ Sharing. Unless the Brand has obtained all necessary rights and authorizations from all applicable artists, composers, labels and other third parties: (a) the Brand may only share (including but not limited to posting and messaging on an automatic or individual basis) Brand Playlists complying with the Brand Playlist requirements above , but not individual songs; and (b) the Brand may not use the Spotify Play Button to embed Brand Playlists on the Brand's website(s), Facebook page(s) or other assets (but the Brand may use a Spotify link or Spotify Follow button on such assets complying with the Brand Playlist requirements above).

## 12. Export control

Spotify's products may be subject to U.S. export and reexport control laws and regulations, including the Export Administration Regulations ("EAR") maintained by the U.S. Department of Commerce, trade and economic sanctions maintained by the Treasury Department's Office of Foreign Assets Control ("OFAC"), and the International Traffic in Arms Regulations ("ITAR") maintained by the Department of State. You warrant that you are (1) not located in Cuba, Iran, North Korea, Sudan, or Syria, and (2) are not a denied party as specified in the regulations listed above.

You agree to comply with all applicable export and reexport control laws and regulations, including the EAR, trade and economic sanctions maintained by OFAC, and the ITAR. Specifically, you agree that you shall not – directly or indirectly – sell, export, reexport, transfer, divert, or otherwise dispose of any products, software, or technology (including products derived from or based on such technology) received from Spotify under these Agreements to any destination, entity, or person prohibited by the laws or regulations of the United States, without obtaining prior authorization from the competent government authorities as required by those laws and regulations. This export control clause shall survive termination or cancellation of these Agreements.

## 13. Payments, cancellations and cooling off

If you reside in a Local Country which is part of the European Union and have purchased a Paid Subscription or Code online, you have the right to change your mind and receive a full refund within fourteen (14) days of purchase (the "Cooling-off Period"), but only if you have not logged in or otherwise redeemed or started to consume them.

If you have a Paid Subscription, your payment to Spotify will automatically renew at the end of the subscription period, unless you cancel your Paid Subscription through your subscription page before the end of the current subscription period. The cancellation will take effect the day after the last day of the current subscription period, and you will be downgraded to the Free Service. However, if you cancel your payment and/or terminate the Terms after the Cooling-off Period is over (where applicable), and/or before the end of the subscription period, we will not refund any subscription fees already paid to us.

Spotify may change the price for the Paid Subscriptions from time to time, and will communicate any price changes to you. Price changes for Paid Subscriptions will take effect at the start of the next subscription period following the date of the price change. By continuing to use the Spotify Service after the price change takes effect, you accept the new price.

## 14. Term and termination

These Terms will continue to apply to you until terminated by either you or Spotify. Spotify may terminate the Terms or suspend your access to the Spotify Service at any time, including in the event of your actual or suspected unauthorised use of the Spotify Service or non-compliance with the Terms. If you or Spotify terminate the Terms, or if Spotify suspends your access to the Spotify Service, you agree that Spotify shall have no liability or responsibility to you and Spotify will not refund any amounts that you have already paid, to the fullest extent permitted under applicable law. To learn how to terminate your Spotify account, please go here.

## 15. Warranty

We endeavor to provide the best service we can, but you understand and agree that THE SPOTIFY SERVICE IS PROVIDED "AS IS", WITHOUT EXPRESS OR IMPLIED WARRANTY OR CONDITION OF ANY KIND. YOU USE THE SPOTIFY SERVICE AT YOUR OWN RISK. SPOTIFY DISCLAIMS ANY WARRANTIES OR CONDITIONS OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE OR NON-INFRINGEMENT.

In addition, Spotify does not warrant, endorse, guarantee or assume responsibility for any Third Party Applications, Third Party Application content, User Content, or any other product or service advertised or offered by a third party on or through the Spotify Service or any hyperlinked website, or featured in any banner or other advertising. You understand and agree that Spotify is not responsible or liable for any transaction between you and third-party providers of Third Party Applications or products or services advertised on or through the Spotify Service. As with any purchase of a product or service through any medium or in any environment, you should use your judgment and exercise caution where appropriate. No advice or information whether oral or in writing obtained by you from Spotify shall create any warranty on behalf of Spotify in this regard. Some aspects of this section may not apply in some jurisdictions.

## 16. Limitation

You agree that, to the extent permitted by applicable law, your sole and exclusive remedy for any problems or dissatisfaction with the Spotify Service, the Third Party Applications or the Third Party Application content is to uninstall any Spotify software and to stop using the Spotify Service, the Third Party Applications or the Third Party Application content.

TO THE FULLEST EXTENT PERMITTED BY LAW, IN NO EVENT WILL SPOTIFY, ITS OFFICERS, SHAREHOLDERS, EMPLOYEES, AGENTS, DIRECTORS, SUBSIDIARIES, AFFILIATES, SUCCESSORS, ASSIGNS, SUPPLIERS OR LICENSORS BE LIABLE FOR (i) ANY INDIRECT, SPECIAL, INCIDENTAL, PUNITIVE, EXEMPLARY OR CONSEQUENTIAL (INCLUDING LOSS OF USE, DATA, BUSINESS, OR PROFITS) DAMAGES, ARISING OUT OF THE USE OR INABILITY TO USE THE SPOTIFY SERVICE, THIRD PARTY APPLICATIONS OR THIRD PARTY APPLICATION CONTENT, REGARDLESS OF LEGAL THEORY, WITHOUT REGARD TO WHETHER SPOTIFY HAS BEEN WARNED OF THE POSSIBILITY OF THOSE DAMAGES, AND EVEN IF A REMEDY FAILS OF ITS ESSENTIAL PURPOSE; (ii) AGGREGATE LIABILITY FOR ALL CLAIMS RELATING TO THE SPOTIFY SERVICE, THIRD PARTY APPLICATIONS OR THIRD PARTY APPLICATION CONTENT MORE THAN THE AMOUNTS PAID BY YOU TO SPOTIFY DURING THE PRIOR THREE MONTHS IN QUESTION.

Nothing in these Agreements removes or limits Spotify's liability for fraud, fraudulent misrepresentation, death or personal injury caused by its negligence. Some aspects of this section may not apply in some jurisdictions.

# 17. Entire agreement

These Agreements constitute all the terms and conditions agreed upon between you and Spotify and supersede any prior agreements in relation to the subject matter of these Agreements, whether written or oral. Any additional or different terms or conditions in relation to the subject matter of the Agreements in any written or oral communication from you to Spotify are void. You represent that you have not accepted the Agreements in reliance on any oral or written representations made by Spotify that are not contained in the Agreements.

Please note, however, that other aspects of your use of the Spotify Service may be governed by additional agreements. That could include, for example, access to the Spotify Community for customer support, access to the Spotify Service as a result of a gift card, or free or discounted Trials. You will agree to separate terms and conditions in those circumstances, which are listed in full here. Those terms and conditions shall govern only with regard to the aspect of the Service to which they apply, and are distinct from and supplemental to these Agreements, and do not supersede these Agreements. To the extent that there is any conflict between those agreements and these Agreements, these Agreements shall control, except as otherwise provided in these Terms. Occasionally we may offer you the chance to participate in sweepstakes, contests, and surveys ("Special Promotions") through the Service. Special Promotions may be governed by terms and conditions that are separate from these Terms. If the provisions of a Special Promotion's terms and conditions conflict with these Terms, those separate terms and conditions shall prevail.

# 18. Severability

Should any provision of the Terms be held invalid or unenforceable for any reason or to any extent, such invalidity or enforceability shall not in any manner affect or render invalid or unenforceable the

remaining provisions of the Terms, and the application of that provision shall be enforced to the extent permitted by law.

## 19. Choice of law, mandatory arbitration and venue

Unless otherwise required by a mandatory law of a member state of the European Union or any other jurisdiction, these Agreements are subject to the law of the State of California, United States, without regard to choice or conflicts of law principles. Further, you and Spotify agree to the exclusive jurisdiction of the state and federal courts in San Francisco County, California or New York, New York to resolve any dispute, claim or controversy that arises in connection with these Agreements.

If you are a United States user, the following mandatory arbitration provisions also apply to you:

i.    You and Spotify agree that any dispute, claim or controversy arising out of or relating in any way to the Spotify Service or your use thereof, including our Agreements, shall be determined by mandatory binding arbitration. You agree that the U.S. Federal Arbitration Act governs the interpretation and enforcement of this provision, and that you and Spotify are each waiving the right to a trial by jury and the right to participate in a class or multi-party action. This arbitration provision shall survive termination of these Agreements and the termination of your Spotify account. The arbitration will be governed by the Commercial Arbitration Rules and the Supplementary Procedures for Consumer Related Disputes of the American Arbitration Association (the "AAA Rules"), as modified by these Agreements, and as administered by the AAA. You and Spotify agree that these Agreements involve interstate commerce and are subject to the Federal Arbitration Act.

ii.   You and Spotify agree that (a) any claims seeking to enforce, protect, or determine the validity or ownership of any intellectual property rights, and (b) any claims related to allegations of theft, piracy or unauthorized use of the Spotify Service are NOT subject to mandatory arbitration. Instead, you and Spotify agree that these claims (including but not limited to claims for injunctive or equitable relief) shall be exclusively decided by courts of competent jurisdiction in San Francisco County, California or New York, New York, and that applicable California and/or Federal law shall govern, without regard to choice of law principles.

iii.  YOU AND SPOTIFY AGREE THAT EACH MAY BRING CLAIMS AGAINST THE OTHER ONLY IN YOUR OR ITS INDIVIDUAL CAPACITY, AND NOT AS A CLASS MEMBER OR IN ANY REPRESENTATIVE CAPACITY OR PROCEEDING. Further, no arbitrator shall consolidate any other person's claims with your claims, and may not otherwise preside over any form of a multi-party or class proceeding. If this specific provision is found to be unenforceable in any way, then the entirety of this arbitration section shall be null and void. The arbitrator may not award declaratory or injunctive relief.

iv.   Any arbitration must be commenced by filing a demand for arbitration with the AAA within ONE (1) YEAR after the date the party asserting the claim first knows or reasonably should know of the act, omission or default giving rise to the claim; and there shall be no right to any remedy for any claim not asserted within that time period. If applicable law prohibits a one-year limitations period for asserting claims, any claim must be asserted within the shortest time period permitted by applicable law. Your arbitration fees and your share of arbitrator compensation will be limited to those fees set forth in the AAA's Consumer Rules with the remainder paid by Spotify. Any arbitration costs or fees deemed "excessive" will be paid by Spotify.

## 20. Local Country chart

This chart details the Spotify entity with which you are contracting by accepting these Agreements, depending on your Local Country of residence.

| Local Country of Residence | Spotify entity |
| --- | --- |
| Australia or New Zealand | Spotify Australia PTY. Ltd., registration number ACN 154 200 941 |
| Austria | Spotify Austria GmbH, registration number FN 354148 g |
| Belgium | Spotify NV, registration number 0841.023.949 |
| Denmark | Spotify Denmark ApS, registration number 33785348 |
| Finland | Spotify Finland Oy, registration number 2388862-0 |
| France | Spotify France SAS, registration number 51193072900013 |
| Germany | Spotify GmbH, registration number HRB 114 530 B |
| Liechtenstein, Luxembourg, Monaco and Andorra | Spotify AB, registration number 556703-7485 |
| Netherlands | Spotify Netherlands B.V., registration number 34388788 |
| Norway | Spotify Norway AS, registration number 994 445 820 |
| Spain | Spotify Spain S.L, registration number B85346294 |
| Sweden | Spotify Sweden AB, registration number 556786-5729 |
| Switzerland | Spotify Switzerland AG, registration number CH-020.3.037.242-8 |
| United Kingdom or Ireland | Spotify Limited, registration number 06436047 |
| USA | Spotify USA Inc, registered in Delaware with registration number 4664052 |

Thank you for reading our Terms. We hope you enjoy Spotify.

Copyright © 2012 Spotify AB. All rights reserved.

Spotify USA Inc., 76 9th Avenue
Suite 1110, 11th Floor

New York, NY 10011
USA

# Spotify Terms and Conditions of Use

Effective as from 5 March 2014

1. Introductions
2. Changes to the Agreements
3. Enjoying Spotify
   - 3.1 Subscriptions
   - 3.2 Codes and other Limited Offers
   - 3.3 Trials
4. Licence and assignment
5. Third Party Applications
6. User generated content
7. Consideration
8. User Guidelines
9. Copyright infringement
10. Technology limitations and modifications
11. Brand accounts
12. Export control
13. Payments, cancellations and cooling off
14. Term and termination
15. Warranty
16. Limitation
17. Entire agreement
18. Severability
19. Choice of law, mandatory arbitration and venue
20. Local Country chart

Hello, and welcome to our Terms and Conditions of Use. This is important and affects your legal rights, so please read them and our Privacy Policy carefully. We hope you're sitting comfortably. Here we go…

## 1. Introductions

Thanks for choosing Spotify **("Spotify", "we", "us", "our").** By using the Spotify service, websites, or software applications (together, the "Spotify Service" or "Service"), including by purchasing or receiving Codes or Limited Offers, you are entering into a binding contract with our local company in your country of residence (your "Local Country") if applicable or the company listed in this chart. Your agreement with us includes these Terms and Conditions of Use (**"Terms"**) and our Privacy Policy (together with the Mobile Terms where applicable, the**"Agreements"**). If you don't agree with these Terms, then please don't use the Service.

We're pleased to make our Service available to you. The Spotify Service includes social and interactive features.

In order to use the Spotify Service, you need to (a) be 18 or older, or be 13 or older and have your parent or guardian's consent to these Terms, (b) have the power to enter a binding contract with us and are not barred from doing so under any applicable laws, and (c) be resident in the Local Country. You also warrant that any registration information that you submit to Spotify is true, accurate and complete, and you agree to keep it that way at all times.

## 2. Changes to the Agreements

Occasionally we may, in our discretion, make changes to the Spotify Service and Agreements. When we make changes to the Agreements that we consider material, we'll notify you through the Service. By continuing to use the Service after those changes are made, you are expressing and acknowledging your acceptance of the changes.

## 3. Enjoying Spotify

Here's some information about all the ways you can enjoy Spotify.

### 3.1 Subscriptions

Spotify account holders may access the Spotify Service by any of our several Subscriptions:

- **Free Service:** an ad-based, free-of-charge service;
- **Unlimited Service:** a subscription fee-based service;

- **Premium Service:** an ad-free, subscription fee-based service which enables you to listen to music while not connected to the internet, among other features; or
- **Mobile Service:** via a supported mobile handset.

The Premium Service permits you to store cached content on up to three (3) personal computers, mobile handsets and/or other relevant devices (collectively "Devices") while your Premium Service subscription is active. You may not transfer copies of cached content to any other device via any means. By using the Mobile Service, you agree to accept the Mobile Terms and to register for the Service as a mobile subscriber. The Premium Service and the Unlimited Service are hereinafter referred to as "Paid Subscriptions"

3.2 Codes and other Limited Offers

If you have purchased a code sold by or on behalf of Spotify for access to the Unlimited Service or Premium Service for the time period indicated on your email, card or paper receipt ("Code"), or if you are accessing the service through some other limited offer which you received or purchased from Spotify ("Limited Offer"), these Agreements apply to your access to the Service. Any separate sets of terms and conditions presented to you along with the Code or other Limited Offer also apply to your access to the Service using the Code or Limited Offer.

Subject to any rights you may have under Section 12, Codes are only redeemable in the country where you purchased such Code, not redeemable for cash and may not be returned for a cash refund, exchanged, resold or used to purchase other Codes.

3.3 Trials

From time to time, we may offer trials of the Premium Service and/or Mobile Service for a specified period without payment (a "Trial"). Spotify reserves the right, in its absolute discretion, to determine your eligibility for a Trial, and to withdraw or to modify a Trial at any time without prior notice and with no liability.

For some Trials, we'll require you to provide your payment details to start the Trial. At the end of such Trials, we may automatically start to charge you for

the Premium Service on the first day following the end of the Trial, on a recurring monthly basis. By providing your payment details in conjunction with the Trial, you agree to this charge. If you do not want this charge, you must change your Subscription to the Free Service through your Spotify account's settings before the end of the Trial.

# 4. Licence and assignment

The Spotify Service and the content provided through it are the property of Spotify or Spotify's licensors, and we grant you a limited, non-exclusive, revocable licence to make personal, non-commercial (except as permitted under Section 11) use of the Spotify Service and to receive the media content made available through the Spotify Service in your Local Country, based on the Subscription or Trial, you have selected (the "Licence"). This Licence shall remain in effect for a period of 20 years unless terminated by you or Spotify.

The Spotify software applications are licensed, not sold, to you, and Spotify retains ownership of all copies of the Spotify software applications even after installation on your Devices. Spotify may assign these Agreements or any part of them without restrictions. You may not assign these Agreements or any part of them, nor transfer or sub-licence your rights under this Licence, to any third party.

All Spotify trademarks, service marks, trade names, logos, domain names, and any other features of the Spotify brand are the sole property of Spotify. This Licence does not grant you any rights to use the Spotify trademarks, service marks, trade names, logos, domain names, or any other features of the Spotify brand, whether for commercial or non-commercial use.

You agree to abide by our User Guidelines and not to use the Spotify Service (including but not limited to its content) in any manner not expressly permitted by the Terms.

Third party software libraries included in the Spotify Service are licensed to you either under these Terms, or under the relevant third party software library's licence terms as published in the help or settings section of our desktop and mobile client and on our website.

# 5. Third Party Applications

The Spotify Service provides a platform for third party applications, websites and services to make available products and services to you (**"Third Party Applications"**), and your use of these Third Party Applications is subject to their terms of use. You understand and agree that Spotify is not responsible or liable for the behavior, features, or content of any Third Party Application.

# 6. User generated content

Spotify users may post, upload and/or contribute ("post") content to the Service, including pictures, text and playlist compilations ("**User Content**"). You are solely responsible for any User Content you provide and for any consequences thereof. You represent that you have the right to post any User Content which you post to the Service, and that such User Content, or its use by us as contemplated by this Agreement, does not: (a) violate these Agreements, applicable law, or the intellectual property or publicity rights of others; or (b) imply any affiliation, endorsement, approval or cooperation with you or your User Content by Spotify or any artist, band, label, entity or individual without express written consent from such individual or entity. You grant us a non-exclusive, transferable, sub-licensable, royalty-free, worldwide license to use any User Content that you post on or in connection with Spotify. This license lasts until you terminate your Spotify account, except in the case of User Content that you have published, made public and/or share with others. Aside from the rights specifically granted herein, you retain ownership of all rights, including intellectual property rights, in the User Content that you post to the Spotify Service, except that, where applicable under Local Country law, you agree to waive your right to be identified as the author of any User Content on the Spotify Service and your right to object to derogatory treatment of such User Content.

Spotify does not monitor, review, or edit User Content, but reserves the right to remove or disable access to any User Content for any or no reason, including but not limited to, User Content that, in Spotify's sole discretion, violates these Agreements. Spotify may take these actions without prior notification to you. Removal or disabling of access to User Content shall be at

our sole discretion, and we do not promise to remove or disable access to any specific User Content.

Spotify is not responsible for User Content nor does it endorse any opinion contained in User Content. If you believe that any User Content infringes your intellectual property rights, please click here, or if you believe that any User Content does not comply with the User Guidelines (Section 8 below) or that your rights under applicable law have been otherwise infringed by any User Content, please contact us at legal-feedback@spotify.com.

# 7. Consideration

In consideration for the rights granted to you under these Terms, you grant us the right (a) to allow the Spotify Service to use the processor, bandwidth and storage hardware on your Device in order to facilitate the operation of the Service, (b) to provide advertising and other information to you, if you subscribe to the Free Service, and (c) to allow our business partners to do the same.

You grant Spotify a non-exclusive, transferable, sub-licensable, royalty-free, perpetual, worldwide licence to use, reproduce, make available to the public, publish, translate and distribute any User Content that you post on or otherwise provide through the Spotify Service.

These Terms are not intended to grant rights to anyone except you and Spotify, and in no event shall these Terms create any third party beneficiary rights. Any failure by Spotify to enforce these Terms or any provision thereof shall not waive Spotify's right to do so.

# 8. User Guidelines

We've established a few ground rules for you to follow when using the Service, to make sure Spotify stays enjoyable for everyone. Please follow these rules and encourage other users to do the same.

Spotify respects intellectual property rights and expects you to do the same. This means, for example, that the following is not permitted: (a) Copying, reproducing, "ripping", recording, or making available to the public any part of

the Spotify Services or content delivered to you via the Spotify Services, or otherwise any making use of the Spotify Service which is not expressly permitted under these Terms; (b) using the Spotify service to import or copy any local files you do not have the legal right to import or copy in this way; (c) reverse-engineering, decompiling, disassembling, modification or creating derivative works based on the Spotify Services or any part thereof; (d) circumventing any technology used by Spotify, its licensors, or any third party to protect content accessible through the Service; (e) renting or leasing of any part of the Services; (f) circumventing of any territorial restrictions applied by Spotify; (g) artificially increasing play count or otherwise manipulating the Services by using a script or other automated process; (h) removing or altering any copyright, trademark or other intellectual property notices contained on or provided through the Spotify Service; (i) providing your password to any other person or using any other person's user name and password.

Please respect Spotify and other users of the Spotify Service. Don't engage in any activity on the Service or upload User Content, including registering and/or using a username, which is or includes material that (a) is offensive, abusive, defamatory, pornographic or obscene; (b) is illegal, or intended to promote or commit an illegal act of any kind, including but not limited to, violations of intellectual property rights, privacy rights or proprietary rights of Spotify or a third party; (c) includes personal data of third parties or is intended to solicit such personal data, (d) includes malicious content such as malware, trojan horses or viruses, or otherwise interferes with any user's access to the Service; (e) is intended or does harass or bully other users; (f) impersonates or misrepresents your affiliation with another user, person or entity, or is otherwise fraudulent, false, deceptive, or misleading; (g) uses automated means to artificially promote content; (h) involves the transmission of unsolicited mass mailing ("spam"), junk mail, chain letter, or similar, including through the Spotify inbox; (i) involves commercial or sales activities, such as advertising, contests, sweepstakes, or pyramid schemes; (j) promotes commercial products or services (except as permitted under Section 11); (k) interferes with the Spotify Service, tampers with or attempts to probe, scan, or test for vulnerabilities in the Service or Spotify's computer systems or network, or breaches any of Spotify's security or authentication measures, or (l)

conflicts with the Agreement, as determined by Spotify. You agree that Spotify may also reclaim your username for any reason.

Please be thoughtful about what you make public on Spotify. The Spotify Service includes social and interactive features, including the ability to post User Content, share content, and make certain information about you public, as further described in your account settings. Remember that shared or publicly available information may be used and re-shared by other users on Spotify or across the web, so please use Spotify carefully and manage your account settings regularly. Spotify has no responsibility for your choices to make any actions or material public on the Service.

Your password protects your user account, and you are solely responsible for keeping your password confidential and secure. You understand that you are responsible for all use of your username and password on the Service. If your username or password is lost or stolen, or if you believe there has been unauthorized access to your account by third parties, please notify us immediately and change your password as soon as possible.

## 9. Copyright infringement

Spotify respects the rights of intellectual property owners. For details on Spotify's copyright policy, please click here.

## 10. Technology limitations and modifications

Spotify will make reasonable efforts to keep the Spotify Service operational. However, certain technical difficulties or maintenance may, from time to time, result in temporary interruptions. Spotify reserves the right, periodically and at any time, to modify or discontinue, temporarily or permanently, functions and features of the Spotify Service, with or without notice, all without liability to you for any interruption, modification, or discontinuation of the Spotify Service or any function or feature thereof. You understand and agree that Spotify has no obligation to maintain, support, upgrade, or update the Service, or to provide all or any specific content through the Service.

## 11. Brand Accounts

If you establish a Spotify account on behalf of a company, organization, entity or brand (a "Brand Account"): (a) the terms "you" and "your", as used throughout the Terms, apply to both you and the Brand (as defined below), as applicable; and (b) the following additional terms apply to your use of the Spotify Service for such purposes (the "Brand Account Terms"). To the extent of a conflict between these Brand Account Terms and the rest of the Terms, these Brand Account Terms shall apply, solely with respect to your Brand Account.

If you open a Brand Account, you represent and warrant that you are authorized to grant all permissions and licenses provided in these Terms and to bind the applicable company, organization, entity or brand (the "Brand") to these Terms. Spotify has no obligation to promote the Brand Account profile or Brand Playlists (as defined below) and reserves the right to remove or disable access to a Brand's User Content or profile, consistent with these Terms.

In addition to the User Guidelines set forth in Section 8, the following additional guidelines apply to the Brand's use of the Spotify Service under a Brand Account:

- Brand Playlists."Brand Playlist" means any song compilation that a Brand creates using the Spotify Service. Unless the Brand has obtained all necessary rights and authorizations from all applicable artists, composers, publishers, labels and other relevant third parties with respect to a Brand Playlist: (a) the Brand Playlist may not be used for commercial or promotional purposes; (b) the name of the Brand Playlist may not include the Brand's name or the name of any specific entity, brand product, or service; and (c) the Brand Playlists must consist of at least 20 songs and may not include more than one track by a single artist or band.
- Following. Unless the Brand has obtained all necessary rights and authorizations from the applicable user: (a) the Brand may only follow users who first follow the Brand; (b) the Brand may not follow artists; and (c) the Brand may not follow a user in any manner that implies an endorsement or relationship between the Brand and the followed user.

Spotify reserves the right to request that a Brand cease following any user(s), for any reason, in Spotify's sole discretion. In such event, the Brand must cease following such user(s).

- Sharing. Unless the Brand has obtained all necessary rights and authorizations from all applicable artists, composers, labels and other third parties: (a) the Brand may only share (including but not limited to posting and messaging on an automatic or individual basis) Brand Playlists complying with the Brand Playlist requirements above , but not individual songs; and (b) the Brand may not use the Spotify Play Button to embed Brand Playlists on the Brand's website(s), Facebook page(s) or other assets (but the Brand may use a Spotify link or Spotify Follow button on such assets complying with the Brand Playlist requirements above).

## 12. Export control

Spotify's products may be subject to U.S. export and reexport control laws and regulations, including the Export Administration Regulations ("EAR") maintained by the U.S. Department of Commerce, trade and economic sanctions maintained by the Treasury Department's Office of Foreign Assets Control ("OFAC"), and the International Traffic in Arms Regulations ("ITAR") maintained by the Department of State. You warrant that you are (1) not located in Cuba, Iran, North Korea, Sudan, or Syria, and (2) are not a denied party as specified in the regulations listed above.

You agree to comply with all applicable export and reexport control laws and regulations, including the EAR, trade and economic sanctions maintained by OFAC, and the ITAR. Specifically, you agree that you shall not – directly or indirectly – sell, export, reexport, transfer, divert, or otherwise dispose of any products, software, or technology (including products derived from or based on such technology) received from Spotify under these Agreements to any destination, entity, or person prohibited by the laws or regulations of the United States, without obtaining prior authorization from the competent government authorities as required by those laws and regulations. This export control clause shall survive termination or cancellation of these Agreements.

## 13. Payments, cancellations and cooling off

If you reside in a Local Country which is part of the European Union and have purchased a Paid Subscription or Code online, you have the right to change your mind and receive a full refund within fourteen (14) days of purchase (the "Cooling-off Period"), but only if you have not logged in or otherwise redeemed or started to consume them.

If you have a Paid Subscription, your payment to Spotify will automatically renew at the end of the subscription period, unless you cancel your Paid Subscription through your subscription page before the end of the current subscription period. The cancellation will take effect the day after the last day of the current subscription period, and you will be downgraded to the Free Service. However, if you cancel your payment and/or terminate the Terms after the Cooling-off Period is over (where applicable), and/or before the end of the subscription period, we will not refund any subscription fees already paid to us.

Spotify may change the price for the Paid Subscriptions from time to time, and will communicate any price changes to you. Price changes for Paid Subscriptions will take effect at the start of the next subscription period following the date of the price change. By continuing to use the Spotify Service after the price change takes effect, you accept the new price.

## 14. Term and termination

These Terms will continue to apply to you until terminated by either you or Spotify. Spotify may terminate the Terms or suspend your access to the Spotify Service at any time, including in the event of your actual or suspected unauthorised use of the Spotify Service or non-compliance with the Terms. If you or Spotify terminate the Terms, or if Spotify suspends your access to the Spotify Service, you agree that Spotify shall have no liability or responsibility to you and Spotify will not refund any amounts that you have already paid, to the fullest extent permitted under applicable law. To learn how to terminate your Spotify account, please contact us through the Customer Service contact form.

## 15. Warranty

We endeavor to provide the best service we can, but you understand and agree that THE SPOTIFY SERVICE IS PROVIDED "AS IS", WITHOUT EXPRESS OR IMPLIED WARRANTY OR CONDITION OF ANY KIND. YOU USE THE SPOTIFY SERVICE AT YOUR OWN RISK. SPOTIFY DISCLAIMS ANY WARRANTIES OR CONDITIONS OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE OR NON-INFRINGEMENT.

In addition, Spotify does not warrant, endorse, guarantee or assume responsibility for any Third Party Applications, Third Party Application content, User Content, or any other product or service advertised or offered by a third party on or through the Spotify Service or any hyperlinked website, or featured in any banner or other advertising. You understand and agree that Spotify is not responsible or liable for any transaction between you and third-party providers of Third Party Applications or products or services advertised on or through the Spotify Service. As with any purchase of a product or service through any medium or in any environment, you should use your judgment and exercise caution where appropriate. No advice or information whether oral or in writing obtained by you from Spotify shall create any warranty on behalf of Spotify in this regard. Some aspects of this section may not apply in some jurisdictions.

## 16. Limitation

You agree that, to the extent permitted by applicable law, your sole and exclusive remedy for any problems or dissatisfaction with the Spotify Service, the Third Party Applications or the Third Party Application content is to uninstall any Spotify software and to stop using the Spotify Service, the Third Party Applications or the Third Party Application content.

TO THE FULLEST EXTENT PERMITTED BY LAW, IN NO EVENT WILL SPOTIFY, ITS OFFICERS, SHAREHOLDERS, EMPLOYEES, AGENTS, DIRECTORS, SUBSIDIARIES, AFFILIATES, SUCCESSORS, ASSIGNS, SUPPLIERS OR LICENSORS BE LIABLE FOR (i) ANY INDIRECT, SPECIAL, INCIDENTAL, PUNITIVE, EXEMPLARY OR CONSEQUENTIAL (INCLUDING LOSS OF USE, DATA, BUSINESS, OR PROFITS) DAMAGES, ARISING OUT OF THE USE OR INABILITY TO USE THE SPOTIFY SERVICE, THIRD PARTY APPLICATIONS OR THIRD PARTY

APPLICATION CONTENT, REGARDLESS OF LEGAL THEORY, WITHOUT REGARD TO WHETHER SPOTIFY HAS BEEN WARNED OF THE POSSIBILITY OF THOSE DAMAGES, AND EVEN IF A REMEDY FAILS OF ITS ESSENTIAL PURPOSE; (ii) AGGREGATE LIABILITY FOR ALL CLAIMS RELATING TO THE SPOTIFY SERVICE, THIRD PARTY APPLICATIONS OR THIRD PARTY APPLICATION CONTENT MORE THAN THE AMOUNTS PAID BY YOU TO SPOTIFY DURING THE PRIOR THREE MONTHS IN QUESTION.

Nothing in these Agreements removes or limits Spotify's liability for fraud, fraudulent misrepresentation, death or personal injury caused by its negligence. Some aspects of this section may not apply in some jurisdictions.

## 17. Entire agreement

These Agreements constitute all the terms and conditions agreed upon between you and Spotify and supersede any prior agreements in relation to the subject matter of these Agreements, whether written or oral. Any additional or different terms or conditions in relation to the subject matter of the Agreements in any written or oral communication from you to Spotify are void. You represent that you have not accepted the Agreements in reliance on any oral or written representations made by Spotify that are not contained in the Agreements.

Please note, however, that other aspects of your use of the Spotify Service may be governed by additional agreements. That could include, for example, access to the Spotify Community for customer support, access to the Spotify Service as a result of a gift card, or free or discounted Trials. You will agree to separate terms and conditions in those circumstances, which are listed in full here. Those terms and conditions shall govern only with regard to the aspect of the Service to which they apply, and are distinct from and supplemental to these Agreements, and do not supersede these Agreements. To the extent that there is any conflict between those agreements and these Agreements, these Agreements shall control, except as otherwise provided in these Terms.

Occasionally we may offer you the chance to participate in sweepstakes, contests, and surveys ("Special Promotions") through the Service. Special Promotions may be governed by terms and conditions that are separate from these Terms. If the provisions of a Special Promotion's terms and conditions conflict with these Terms, those separate terms and conditions shall prevail.

# 18. Severability

Should any provision of the Terms be held invalid or unenforceable for any reason or to any extent, such invalidity or enforceability shall not in any manner affect or render invalid or unenforceable the remaining provisions of the Terms, and the application of that provision shall be enforced to the extent permitted by law.

# 19. Choice of law, mandatory arbitration and venue

Unless otherwise required by a mandatory law of a member state of the European Union or any other jurisdiction, these Agreements are subject to the law of the State of California, United States, without regard to choice or conflicts of law principles. Further, you and Spotify agree to the exclusive jurisdiction of the state and federal courts in San Francisco County, California or New York, New York to resolve any dispute, claim or controversy that arises in connection with these Agreements.

If you are a United States user, the following mandatory arbitration provisions also apply to you:

1. You and Spotify agree that any dispute, claim or controversy arising out of or relating in any way to the Spotify Service or your use thereof, including our Agreements, shall be determined by mandatory binding arbitration. You agree that the U.S. Federal Arbitration Act governs the interpretation and enforcement of this provision, and that you and Spotify are each waiving the right to a trial by jury and the right to participate in a class or multi-party action. This arbitration provision shall survive termination of these Agreements and the termination of your Spotify account. The arbitration will be governed by the Commercial Arbitration Rules and the Supplementary Procedures for Consumer Related Disputes of the American Arbitration Association (the "AAA

Rules"), as modified by these Agreements, and as administered by the AAA. You and Spotify agree that these Agreements involve interstate commerce and are subject to the Federal Arbitration Act.

2. You and Spotify agree that (a) any claims seeking to enforce, protect, or determine the validity or ownership of any intellectual property rights, and (b) any claims related to allegations of theft, piracy or unauthorized use of the Spotify Service are NOT subject to mandatory arbitration. Instead, you and Spotify agree that these claims (including but not limited to claims for injunctive or equitable relief) shall be exclusively decided by courts of competent jurisdiction in San Francisco County, California or New York, New York, and that applicable California and/or Federal law shall govern, without regard to choice of law principles.

3. YOU AND SPOTIFY AGREE THAT EACH MAY BRING CLAIMS AGAINST THE OTHER ONLY IN YOUR OR ITS INDIVIDUAL CAPACITY, AND NOT AS A CLASS MEMBER OR IN ANY REPRESENTATIVE CAPACITY OR PROCEEDING. Further, no arbitrator shall consolidate any other person's claims with your claims, and may not otherwise preside over any form of a multi-party or class proceeding. If this specific provision is found to be unenforceable in any way, then the entirety of this arbitration section shall be null and void. The arbitrator may not award declaratory or injunctive relief.

4. Any arbitration must be commenced by filing a demand for arbitration with the AAA within ONE (1) YEAR after the date the party asserting the claim first knows or reasonably should know of the act, omission or default giving rise to the claim; and there shall be no right to any remedy for any claim not asserted within that time period. If applicable law prohibits a one-year limitations period for asserting claims, any claim must be asserted within the shortest time period permitted by applicable law. Your arbitration fees and your share of arbitrator compensation will be limited to those fees set forth in the AAA's Consumer Rules with the remainder paid by Spotify. Any arbitration costs or fees deemed "excessive" will be paid by Spotify.

# 20. Local Country chart

This chart details the Spotify entity with which you are contracting by accepting these Agreements, depending on your Local Country of residence.

| Local Country of Residence | Spotify entity |
| --- | --- |
| Australia or New Zealand | Spotify Australia PTY. Ltd., registration number ACN 154 200 941 |
| Austria | Spotify Austria GmbH, registration number FN 354148 g |
| Belgium | Spotify NV, registration number 0841.023.949 |
| Denmark | Spotify Denmark ApS, registration number 33785348 |
| Finland | Spotify Finland Oy, registration number 2388862-0 |
| France | Spotify France SAS, registration number 51193072900013 |
| Germany | Spotify GmbH, registration number HRB 114 530 B |
| Liechtenstein, Luxembourg, Monaco and Andorra | Spotify AB, registration number 556703-7485 |
| Netherlands | Spotify Netherlands B.V., registration number 34388788 |
| Norway | Spotify Norway AS, registration number 994 445 820 |
| Spain | Spotify Spain S.L, registration number B85346294 |
| Sweden | Spotify Sweden AB, registration number 556786-5729 |
| Switzerland | Spotify Switzerland AG, registration number CH-020.3.037.242-8 |
| United Kingdom or Ireland | Spotify Limited, registration number 06436047 |
| USA | Spotify USA Inc, registered in Delaware with registration number 4664052 |

Thank you for reading our Terms. We hope you enjoy Spotify.

Copyright © 2012 Spotify AB. All rights reserved.

Spotify USA Inc.,
45 W. 18th Street,
7th Floor
New York, NY 10011
USA