# Exhibit C



 **Spotify**

Features    Premium    Help    mbleak    **Get Spotify**

## Upgrade to 30 Day Trial

### Payment

| 30 day of recurring Spotify Premium | $0.00 |
|---|---|
| Sales tax | $0.00 |
| **Total** | **$0.00** |

Card number

We accept: **VISA**  MasterCard

Expiration date
(MM/YY)       /            CVC            What is this?

If you do not cancel your subscription before the end of the free trial the credit card you provide will automatically be charged the Spotify Premium subscription fee of US $9.99 + $0.00 sales tax per month, until you cancel. You can cancel at any time by logging into your Spotify account and follow the cancellation instructions. No refunds or credits for partial monthly subscriptions period. For complete terms and conditions, please see our Terms of Service

**Confirm payment**

**Change payment method**

© 2007-2014 Spotify Ltd






Spotify®          Features    Premium    Help    ▣ mbleak    **Get Spotify**

## Enjoy Spotify Premium!

### Receipt

| | |
|---|---|
| 30 day of Spotify Premium | $0.00 |
| Sales tax | $0.00 |
| **Total** | **$0.00** |

| | |
|---|---|
| Order number | 242519682015 |
| Date | 2013-08-26 |
| Payment method | VISA **** **** **** 8562 |
| Email | customer@spotify.com |
| Retailer | Spotify USA Inc. |
| VAT number | 80-0555431 |

This free trial premium account is now active. When the free trial period expires, this account will automatically continue as a Spotify Premium subscription billed monthly until canceled.

Your **Spotify Premium** subscription will be automatically renewed the 2014-01-27 and charged $9.99 every 1 month, unless you cancel your subscription before that time.

A receipt will be sent to your email.

Download Spotify

and let the music begin!

Share the good news that you now got Spotify Premium!    🐦 Tweet    f Share

About  Jobs  Press  News                                                        USA 🇺🇸

Legal   Cookies   ▷ AdChoices   Find us on Google+                    © 2007-2014 Spotify Ltd



Spotify®                                   Features   Upgrade   Help   mbleak   **Get Spotify**



## Upgrade to Spotify Premium

### Payment

| | |
|---|---|
| 1 month of recurring Spotify Premium | $9.99 |
| Sales tax | $0.00 |
| **Total** | **$9.99** |

Card number

We accept: [AMERICAN EXPRESS] [MASTERCARD]

Expiration date (MM/YY)   __ / __   CVC __   What is this?

You authorise Spotify to automatically bill your credit card each month, until you cancel your subscription. No refunds or credits for partial monthly subscription periods. You can cancel your subscription at any time by logging into your account and follow the cancellation instructions.

**Confirm payment**

**Change payment method**

COMODO
AUTHENTIC & SECURE

Trustwave
Trusted Commerce
Click to Validate



Features    Upgrade    Help    mbleak    **Get Spotify**

## Enjoy Spotify Premium!

### Receipt



| 1 month of Spotify Premium | $9.99 |
| Sales tax | $0.00 |
| **Total** | **$9.99** |

Order number    61289558993
Date    2014-01-22
Payment method    AMEX **** **** **** 1111
Email    customer@spotify.com
Retailer    Spotify USA Inc.
VAT number    80-0555431
Your **Spotify Premium** subscription will be automatically renewed the 2014-02-22 and charged $9.99 every 1 month, unless you cancel your subscription before that time.

A receipt will be sent to your email.

Download Spotify

and let the music begin!

Share the good news that you now got Spotify Premium!    Tweet    f Share

About   Jobs   Press   News                                    USA

Legal   Cookies   AdChoices                          © 2007-2014 Spotify AB