# Exhibit E

| | |
|---|---|
| From: | Spotify <no-reply@spotify.com> |
| Sent: | Monday, December 29, 2014 10:23 AM |
| To: | tonyhong1026@gmail.com |
| Subject: | Spotify Receipt |



### Enjoy your Spotify Premium Thank you for signing up for Spotify Premium!Here's your receipt and a playlist to get you started.



Top 100 tracks currently on Spotify

- ♫ **Order ID:** 10466945902071
- ♫ **Date:** 2014-12-29
- ♫ **Username:** 127386445
- ♫ **Payment method:**
- ♫ **Items bought:** Spotify Premium
- ♫ **Item price:** $0.99 Sales tax 0.0%: $0.00
- ♫ **Total:** $0.99

You've authorised Spotify to charge you automatically every month, until you cancel your subscription. You may cancel your subscription at any time by logging into your Spotify account at https://www.spotify.com/account/subscription and following the instructions.

**Welcome to Spotify!** -The Spotify Team

*If you have questions or complaints, please* **contact us**.

**Terms & Conditions** | **Technical requirements** Spotify USA Inc.. c/o RL&F Service Corp., One Rodney Square, 10th floor, Tenth and King streets, Wilmington, New Castle Country, Delaware 19801, USA Tax ID number: 80-0555431

1