# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

GREGORY INGALLS and TONY HONG, individually and on behalf of all others similarly situated

Plaintiff(s),

v.

SPOTIFY USA, INC., a Delaware corporation; DOES 1 – 10, inclusive

Defendant(s).

Case No: 3:16-CV-3533-WHA

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Stephen M. Rummage, an active member in good standing of the bar of Washington State Supreme Court, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Spotify USA, Inc. in the above-entitled action. My local co-counsel in this case is Joseph E. Addiego III, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

MY ADDRESS OF RECORD:
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045

LOCAL CO-COUNSEL'S ADDRESS OF RECORD:
505 Montgomery Street, Suite 800
San Francisco, CA 94111

MY TELEPHONE # OF RECORD:
(206) 622-3150

LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:
415-276-6500

MY EMAIL ADDRESS OF RECORD:
steverummage@dwt.com

LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:
joeaddiego@dwt.com

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: WSBA 11168.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: July 28, 2016

s/ Stephen M. Rummage
APPLICANT
Stephen M. Rummage

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Stephen M. Rummage is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: August 1, 2016.

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE