Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Ingalls, et al.,

        Plaintiff(s),

v.

Spotify USA, Inc., et al.

        Defendant(s).

Case No: CV 3:16-CV-3533

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, __John Patrick Killacky__, an active member in good standing of the bar of __the Supreme Court of Illinois__, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: __Plaintiffs__ in the above-entitled action. My local co-counsel in this case is __Derek J. Meyer__, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 120 N. LaSalle St., Suite 2000<br>Chicago, IL  60602 | 5900 Wilshire Blvd., Suite 500<br>Los Angeles, CA  90036 |
| MY TELEPHONE # OF RECORD:<br>312-943-4888 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>310-220-0331 |
| MY EMAIL ADDRESS OF RECORD:<br>jkillacky@leonardmeyerllp.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>rmeyer@leonardmeyerllp.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: __6275270__.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 8/1/2016

                                              /s/ John Patrick Killacky
                                                  APPLICANT

---

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of __John Patrick Killacky__ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: August 2, 2016.

                                        UNITED STATES DISTRICT/MAGISTRATE JUDGE