# EXHIBIT 1
To Brody Declaration



EXHIBIT 1
1 of 1

# EXHIBIT 2
To Brophy Declaration



EXHIBIT 2
1 of 1

# EXHIBIT 3
To Brophy Declaration



EXHIBIT 3
1 of 1

# EXHIBIT 4
To Brophy Declaration



EXHIBIT 4
1 of 1

# EXHIBIT 5
To Brophy Declaration



EXHIBIT 5
1 of 1

# EXHIBIT 6
## To Brophy Declaration



## Spotify
Play and discover music for FREE!

**Okay, Listen to Music**   **Close**

 1 friend and 10 million other people use this app

ABOUT THIS APP

Spotify is a streaming music service that gives you access to millions of songs. Play, discover and share new music.

Who can see posts this app makes for you on your Facebook timeline: [?]

 🔒 Only Me ▼

THIS APP WILL RECEIVE:

- Your email address (johnson.lieu.fb@playfish.com)
- Your birthday

 This app may post on your behalf, including songs you listened to, radio stations you listened to and more.

By proceeding, you agree to Spotify's **Terms of Service** and **Privacy Policy** · **Report App**          **View in App Center**

EXHIBIT 6
1 of 1

# EXHIBIT 7
To Brophy Declaration

# Open Spotify

## And check out the top artists


Macklemore & Ryan Lewis


Imagine Dragons


Justin Bieber


The Lumineers


Kendrick Lamar


Mumford & Sons


Kanye West


Rihanna

Spotify

EXHIBIT 7
1 of 1

# EXHIBIT 8
To Brophy Declaration



EXHIBIT 8
1 of 1

# EXHIBIT 9
To Brophy Declaration

 

# Listen to millions of songs for free

**Play, discover, and share with your friends.**

- ✅ Millions of songs at your fingertips
- ✅ Listen to any song at any time
- ✅ Spotify Radio - unlimited stations and skips



**f** To save you time, the registration form below has been prefilled using your Facebook profile.

| | |
|---|---|
| Name and Public Information: | Martin Sandberg — 0 friends |
| Email Address: | martins+fb1@spotify.com |
| Gender: | Male |
| Birthday: | Mar / 4 / 1958 |
| I agree with the Spotify end user agreement*: | ☑ |
| | **Register**  Be the first of your friends to register! |

Terms of Service · Privacy Policy · Clicking Register will also give Spotify access to your Facebook friends list and other public information. Nothing will be shared with Spotify until you click Register. **Learn more**

Already have a Spotify account? Click here to log in or create an account using your e-mail address

Featured on Spotify:

**theguardian**   Billboard.com   **RollingStone**   last.fm

Quick links

What is Spotify?   Download   Work with us   About

Spotify   👍 Like  3,381,317

* View the Spotify terms and conditions of use and Privacy policy

Copyright © 2007-2013 Spotify Ltd

EXHIBIT 9
1 of 1

# EXHIBIT 10
## To Brophy Declaration



**You're only 90 seconds away from a world of music.**

✓ Account details    ☐ Choose your product    ☐ Validate and finish

## Choose your product

| Spotify | Unlimited | Premium | Have a |
| It's free! | $4.99 / month | $9.99 / month | code? |

### You've selected Spotify

**Here's what you get**
- Listen to any track instantly on your desktop
- Share tracks and playlists with your friends
- Play and organise your own music files
- Music funded by advertising

**Here's what you don't get**
- Full access on your mobile phone
- Offline mode
- Enhanced sound quality
- Unlimited travel access
- Exclusive content
- Ad-free Spotify

Please enter your zip code: [＿＿＿＿＿] *(to calculate any applicable sales tax)


Download

"Spotify is so good"
- Mark Zuckerberg, co-founder of Facebook

"...the simple and light software application that lets one find and play a terrific range of music instantly."
- AllthingsD

"We once dreamt of an endless CD library ... This year it was created and named Spotify"
- Audio product of the year, Stuff Awards 09

"Money can't buy me love, but it could buy me Spotify. And right now they're sort of one and the same."
- Caroline McCarthy, CNet

# EXHIBIT 11
## To Brophy Declaration



EXHIBIT 11
1 of 1

# EXHIBIT 12
## To Brophy Declaration



EXHIBIT 12
1 of 1

# EXHIBIT 13
## To Brophy Declaration



EXHIBIT 13

1 of 1

# EXHIBIT 14
## To Brophy Declaration

# Listen **free** or subscribe to **Spotify Premium.**

## This is Spotify Free

Shuffle play any artist or playlist on mobile.

Made possible by ads.

Skip 6 times per hour on mobile.



**GET FREE**

## This is Spotify Premium

- Play on-demand on mobile.
- Listen offline. No connection needed.
- Ad-free.
- Unlimited skips.
- Better sound quality.
- Play Spotify on your home speakers.

**GO PREMIUM**

EXHIBIT 14
1 of 1

# EXHIBIT 15
To Brophy Declaration

**LOG IN WITH FACEBOOK**

or

Username

Password

**LOG IN**

Forgot your username or password?

Don't have an account? Sign up

If you click "Log in with Facebook" and are not a Spotify user, you will be registered and you agree to Spotify's Terms & Conditions and Privacy Policy.

EXHIBIT 15
1 of 1

# EXHIBIT 16
To Brophy Declaration



## UPDATED TERMS

We have revised our **Terms and Conditions of Use** and **Privacy Policy**.

By clicking "Accept", you agree to these updates (and the processing of your data as described), so please take a few minutes to read and understand them.

**NOT NOW**   **ACCEPT**

EXHIBIT 16
1 of 1

# EXHIBIT 17
## To Brophy Declaration



**UPDATED TERMS**

You may continue to use Spotify for 30 days without accepting the updated Terms and Conditions and Privacy Policy. If you do not accept the new terms by that time, you will no longer be able to use Spotify. Unless you cancel your subscription, you will continue to be billed monthly on your regular billing cycle. If you do not wish to be charged by Spotify again, you may cancel your subscription at any time by visiting your Spotify subscription page.

OK





EXHIBIT 17
1 of 1

# EXHIBIT 18
To Brophy Declaration

**Legal**      Terms and Conditions of Use      Copyright Policy      Privacy Policy

# Spotify Terms and Conditions of Use

Effective as of September 9, 2015

1 Introduction
2 Changes to the Agreements
3 Enjoying Spotify
4 Rights we grant you
5 Third Party Applications
6 User-Generated Content
7 Rights you grant us
8 User guidelines
9 Infringement and reporting User Content
10 Service limitations and modifications
11 Brand Accounts
12 Spotify Support Community
13 Customer support
14 Export control
15 Payments, cancellations, and cooling off
16 Term and termination
17 Warranty and disclaimer
18 Limitation
19 Third party rights
20 Entire agreement
21 Severability and waiver
22 Assignment
23 Indemnification
24 Choice of law, mandatory arbitration and venue
25 Contact us

Hello, and welcome to our Terms and Conditions of Use. This is important and affects your legal rights, so please read them and our Privacy Policy and other terms referenced in this document carefully. We hope you're sitting comfortably and listening to some great music. Here we go...

# 1 Introduction

Thanks for choosing Spotify ("Spotify", "we", "us", "our"). By signing up or otherwise using the Spotify service, websites, and software applications (together, the "Spotify Service" or "Service"), or accessing any content or material that is made available by Spotify through the Service (the "Content") you are entering into a binding contract with the Spotify entity indicated at the bottom of this document. The Spotify Service also includes the Spotify Support Community as further described in the Spotify Support Community section.

The Spotify Service includes social and interactive features. Use of the Spotify Service relies on several technical requirements.

Your agreement with us includes these Terms and Conditions of Use ("Terms") and our Privacy Policy. (The Terms, Privacy Policy, and any additional terms that you agree to, as discussed in the Entire Agreement section, are referred to together as the "Agreements".) If you wish to review the terms of the Agreements, the effective version of the Agreements can be found on Spotify's website. You acknowledge that you have read and understood the Agreements, accept these Agreements, and agree to be bound by them. If you don't agree with (or cannot comply with) the Agreements, then you may not use the Spotify Service or consume any Content.

**Please read the Agreements carefully.** They cover important information about Spotify Services provided to you and any charges, taxes, and fees we bill you. **The Agreements include information about future changes to the Agreements, export controls, automatic renewals, limitations of liability, privacy information, a class action waiver, and resolution of disputes by arbitration instead of in court.**

Any information that you provided during sign-up can be corrected during the sign-up process by returning to the previous screens and correcting erroneous information.

In order to use the Spotify Service and access the Content, you need to (1) be 18 or older, or be 13 or older and have your parent or guardian's consent to the Agreements (except as set forth in the chart below), (2) have the power to enter a binding contract with us and not be barred from doing so under any applicable laws, and (3) be resident in a country where the Service is available. You also promise that any registration information that you submit to Spotify is true, accurate, and complete, and you agree to keep it that way at all times.

If you are a resident of one of the following countries, reference this chart for your country-specific age restrictions:

| Country | Age Requirements |
|---|---|
| Chile, Ecuador, Paraguay, Peru | Must be 18 or older, or be 15 or older and have parent or guardian consent. |

EXHIBIT 18
2 of 21

| Brazil | Must be 18 or older, or be 16 or older and have parent or guardian consent. |
|---|---|
| Nicaragua, Taiwan | Must be 20 or older, or be 13 or older and have parent or guardian consent. |
| Bulgaria, Hungary, Germany | Must be 18 or older, or be 14 or older and have parent or guardian consent. |
| Italy | Must be 13 or older to use Free Service. To register for a Paid Subscription, you must be 18 or older, or be 13 or older and have parent or guardian consent (your parents/guardians will enter into contract on behalf of you). |
| Malaysia | Must be 18 or older, or if 13 to 18, parent or guardian consent is required, and guardian enters into agreement. |
| Lithuania | Must be 13 or older to use Service. For Paid Subscriptions, you must be 18 or older, or be 14 or older with parent or guardian consent. If you are 13 to 18, guardian enters into agreement. |
| Canada | Must be 13 or older to use Service. For Paid Subscriptions, you must be age of majority in your province or territory of residence, or 13 or older with parent or guardian consent. |
| Spain | Must be 14 or older to use Free Service. To register for a Paid Subscription, you must be 18 or older, or be 14 or older and have parent or guardian consent (your parents/guardians will enter into contract on behalf of you). |

## 2 Changes to the Agreements

Occasionally we may, in our discretion, make changes to the Agreements. When we make material changes to the Agreements, we'll provide you with prominent notice as appropriate under the circumstances, e.g., by displaying a prominent notice within the Service or by sending you an email. In some cases, we will notify you in advance, and your continued use of the Service after the changes have been made will constitute your acceptance of the changes. Please therefore make sure you read any such notice carefully. If you do not wish to continue using the Service under the new version of the Agreements, you may terminate the Agreements by contacting us through the Customer Service contact form.

## 3 Enjoying Spotify

Here's some information about all the ways you can enjoy Spotify.

EXHIBIT 18
3 of 21

3/21

## 3.1 Our Services & Paid Subscriptions

Spotify provides streaming services offering a selection of music and other content. Certain Spotify services are provided to you free-of-charge. Other Spotify services require payment before you can access them. The Spotify services that may be accessed after payment are currently referred to as the "Premium Service" and the "Unlimited Service" (together, the "Paid Subscriptions"). The Spotify service that does not require payment is currently referred to as the "Free Service". You can learn more about our services by visiting our website.

The Unlimited Service may not be available to all users. We will explain which services are available to you when you are signing up for the services. If you cancel your subscription to the Unlimited Service, or if your subscription to the Unlimited Service is interrupted (for example, if you change your payment details), you may not be able to re-subscribe for the Unlimited Service. Note that the Unlimited Service may be discontinued in the future, in which case you will no longer be charged for the Service.

If you reside in Turkey, your access to the Free Service may be limited to a fixed amount of listening hours per month.

## 3.2 Codes and other pre-paid offers

If you have purchased or received a code, gift card, pre-paid offer or other offer provided or sold by or on behalf of Spotify for access to a Paid Subscription ("Code"), separate terms and conditions presented to you along with the Code may also apply to your access to the Service and you agree to comply with any such terms and conditions.

## 3.3 Trials

From time to time, we or others on our behalf may offer trials of Paid Subscriptions for a specified period without payment or at a reduced rate (a "Trial"). Spotify reserves the right, in its absolute discretion, to determine your eligibility for a Trial, and, subject to applicable laws, to withdraw or to modify a Trial at any time without prior notice and with no liability, to the greatest extent permitted under the law.

For some Trials, we'll require you to provide your payment details to start the Trial. AT THE END OF SUCH TRIALS, WE MAY AUTOMATICALLY START TO CHARGE YOU FOR THE APPLICABLE PAID SUBSCRIPTION ON THE FIRST DAY FOLLOWING THE END OF THE TRIAL, ON A RECURRING MONTHLY BASIS. BY PROVIDING YOUR PAYMENT DETAILS IN CONJUNCTION WITH THE TRIAL, YOU AGREE TO THIS CHARGE USING SUCH PAYMENT DETAILS. IF YOU DO NOT WANT THIS CHARGE, YOU MUST CANCEL THE APPLICABLE PAID SUBSCRIPTION THROUGH YOUR SPOTIFY ACCOUNT'S SUBSCRIPTION PAGE OR TERMINATE YOUR SPOTIFY ACCOUNT BEFORE THE END OF THE TRIAL. IF YOU DO NOT WANT TO CONTINUE TO BE CHARGED ON A RECURRING MONTHLY BASIS, YOU MUST CANCEL THE APPLICABLE PAID SUBSCRIPTION THROUGH YOUR SPOTIFY ACCOUNT'S SUBSCRIPTION PAGE OR TERMINATE YOUR SPOTIFY

EXHIBIT 18
4 of 21

ACCOUNT BEFORE THE END OF THE RECURRING MONTHLY PERIOD. PAID SUBSCRIPTIONS CANNOT BE TERMINATED BEFORE THE END OF THE PERIOD FOR WHICH YOU HAVE ALREADY PAID, AND EXCEPT AS EXPRESSLY PROVIDED IN THESE TERMS, SPOTIFY WILL NOT REFUND ANY FEES THAT YOU HAVE ALREADY PAID. THE LIMITATION SECTION SETS FORTH ADDITIONAL TERMS REGARDING CANCELLATION OF YOUR PAID SUBSCRIPTION.

# 4 Rights we grant you

The Spotify Service and the Content are the property of Spotify or Spotify's licensors. We grant you a limited, non-exclusive, revocable licence to make use of the Spotify Service, and a limited, non-exclusive, revocable licence to make personal, non-commercial, entertainment use of the Content (the "Licence"). This Licence shall remain in effect until and unless terminated by you or Spotify. You promise and agree that you are using the Content for your own personal, non-commercial, entertainment use and that you will not redistribute or transfer the Spotify Service or the Content.

The Spotify software applications and the Content are licensed, not sold, to you, and Spotify and its licensors retain ownership of all copies of the Spotify software applications and Content even after installation on your personal computers, mobile handsets, tablets, and/or other relevant devices ("Devices").

All Spotify trademarks, service marks, trade names, logos, domain names, and any other features of the Spotify brand ("Spotify Brand Features") are the sole property of Spotify or its licensors. The Agreements do not grant you any rights to use any Spotify Brand Features whether for commercial or non-commercial use.

You agree to abide by our User guidelines and not to use the Spotify Service, the Content, or any part thereof in any manner not expressly permitted by the Agreements. Except for the rights expressly granted to you in these Agreements, Spotify grants no right, title, or interest to you in the Spotify Service or Content.

Third party software (for example, open source software libraries) included in the Spotify Service are licensed to you either under the Agreements or under the relevant third party software library's licence terms as published in the help or settings section of our desktop and mobile client and/or on our website.

# 5 Third Party Applications

The Spotify Service is integrated with third party applications, websites, and services ("Third Party Applications") to make available content, products, and/or services to you. These Third Party Applications may have their own terms and conditions of use and privacy policies and your use of these Third Party Applications will be governed by and subject to such terms and conditions and privacy policies. You understand and agree that Spotify does not endorse and is not responsible or

liable for the behavior, features, or content of any Third Party Application or for any transaction you may enter into with the provider of any such Third Party Applications.

# 6 User-Generated Content

Spotify users may post, upload, and/or contribute ("post") content to the Service (which may include, for example, pictures, text, messages, information, playlist compilations, and/or other types of content) ("User Content"). For the avoidance of doubt, "User Content" includes any such content posted to the Spotify Support Community as well as any other part of the Spotify Service.

You promise that, with respect to any User Content you post on Spotify, (1) you have the right to post such User Content, and (2) such User Content, or its use by Spotify as contemplated by the Agreements, does not violate the Agreements, applicable law, or the intellectual property (including without limitation copyright), publicity, personality, or other rights of others or imply any affiliation with or endorsement of you or your User Content by Spotify or any artist, band, label, entity or individual without express written consent from such individual or entity.

Spotify may, but has no obligation to, monitor, review, or edit User Content. In all cases, Spotify reserves the right to remove or disable access to any User Content for any or no reason, including but not limited to, User Content that, in Spotify's sole discretion, violates the Agreements. Spotify may take these actions without prior notification to you or any third party. Removal or disabling of access to User Content shall be at our sole discretion, and we do not promise to remove or disable access to any specific User Content.

You are solely responsible for all User Content that you post. Spotify is not responsible for User Content nor does it endorse any opinion contained in any User Content. YOU AGREE THAT IF ANYONE BRINGS A CLAIM AGAINST SPOTIFY RELATED TO USER CONTENT THAT YOU POST, THEN, TO THE EXTENT PERMISSIBLE UNDER LOCAL LAW, YOU WILL INDEMNIFY AND HOLD SPOTIFY HARMLESS FROM AND AGAINST ALL DAMAGES, LOSSES, AND EXPENSES OF ANY KIND (INCLUDING REASONABLE ATTORNEY FEES AND COSTS) ARISING OUT OF SUCH CLAIM.

# 7 Rights you grant us

In consideration for the rights granted to you under the Agreements, you grant us the right (1) to allow the Spotify Service to use the processor, bandwidth, and storage hardware on your Device in order to facilitate the operation of the Service, (2) to provide advertising and other information to you, and (3) to allow our business partners to do the same. In any part of the Spotify Service, the Content you view, including its selection and placement, may be influenced by commercial considerations, including agreements with third parties. Some Content licensed or provided to Spotify (e.g. podcasts) may contain advertising as part of the Content. In such cases, Spotify will make such Content available to you unmodified.

EXHIBIT 18
6 of 21                    6/21

If you provide feedback, ideas or suggestions to Spotify in connection with the Spotify Service or Content ("Feedback"), you acknowledge that the Feedback is not confidential and you authorize Spotify to use that Feedback without restriction and without payment to you. Feedback is considered a type of User Content.

You grant Spotify a non-exclusive, transferable, sub-licensable, royalty-free, perpetual (or, in jurisdictions where this is not permitted, for a term equal to the duration of the Agreements plus twenty (20) years), irrevocable, fully paid, worldwide licence to use, reproduce, make available to the public (e.g. perform or display), publish, translate, modify, create derivative works from, and distribute any of your User Content in connection with the Service through any medium, whether alone or in combination with other content or materials, in any manner and by any means, method or technology, whether now known or hereafter created. Aside from the rights specifically granted herein, you retain ownership of all rights, including intellectual property rights, in the User Content. Where applicable and permitted under applicable law, you also agree to waive any "moral rights" (or the equivalent under applicable law) such as your right to be identified as the author of any User Content, including Feedback, and your right to object to derogatory treatment of such User Content.

# 8 User guidelines

Spotify respects intellectual property rights and expects you to do the same. We've established a few ground rules for you to follow when using the Service, to make sure Spotify stays enjoyable for everyone. Please follow these rules and encourage other users to do the same.

The following is not permitted for any reason whatsoever:

- copying, redistributing, reproducing, "ripping", recording, transferring, performing or displaying to the public, broadcasting, or making available to the public any part of the Spotify Service or the Content, or otherwise making any use of the Spotify Service or the Content which is not expressly permitted under the Agreements or applicable law or which otherwise infringes the intellectual property rights (such as copyright) in the Spotify Service or the Content or any part of it;
- using the Spotify Service to import or copy any local files you do not have the legal right to import or copy in this way;
- transferring copies of cached Content from an authorized Device to any other Device via any means;
- reverse-engineering, decompiling, disassembling, modifying, or creating derivative works based on the Spotify Service, Content or any part thereof unless permitted by applicable law;
- circumventing any technology used by Spotify, its licensors, or any third party to protect the Content or the Service;
- selling, renting, sublicensing or leasing of any part of the Spotify Service or the Content;
- circumventing any territorial restrictions applied by Spotify or it licensors;
- artificially increasing play count or otherwise manipulating the Services by using a script or other automated process;

EXHIBIT 18
7 of 21

- removing or altering any copyright, trademark, or other intellectual property notices contained on or provided through the Spotify Service (including for the purpose of disguising or changing any indications of the ownership or source of any Content);

- providing your password to any other person or using any other person's username and password;

- "crawling" the Spotify Service or otherwise using any automated means (including bots, scrapers, and spiders) to collect information from Spotify; or

- selling a user account or playlist, or otherwise accepting any compensation, financial or otherwise, to influence the name of an account or playlist or the content included on an account or playlist.

Please respect Spotify, the owners of the Content, and other users of the Spotify Service. Don't engage in any activity, post any User Content, or register and/or use a username, which is or includes material that:

- is offensive, abusive, defamatory, pornographic, threatening, or obscene;

- is illegal, or intended to promote or commit an illegal act of any kind, including but not limited to violations of intellectual property rights, privacy rights, or proprietary rights of Spotify or a third party;

- includes your password or purposely includes any other user's password or purposely includes personal data of third parties or is intended to solicit such personal data;

- includes malicious content such as malware, Trojan horses, or viruses, or otherwise interferes with any user's access to the Service;

- is intended to or does harass or bully other users;

- impersonates or misrepresents your affiliation with another user, person, or entity, or is otherwise fraudulent, false, deceptive, or misleading;

- uses automated means to artificially promote content;

- involves the transmission of unsolicited mass mailings or other forms of spam ("spam"), junk mail, chain letters, or similar, including through the Spotify inbox;

- involves commercial or sales activities, such as advertising, promotions, contests, sweepstakes, or pyramid schemes, that are not expressly authorized by Spotify;

- links to, references, or otherwise promotes commercial products or services, except as expressly authorized by Spotify;

- interferes with or in any way disrupts the Spotify Service, tampers with, breaches, or attempts to probe, scan, or test for vulnerabilities in the Service or Spotify's computer systems, network, usage rules, or any of Spotify's security components, authentication measures or any other protection measures applicable to the Service, the Content or any part thereof; or

- conflicts with the Agreements, as determined by Spotify.

You acknowledge and agree that posting any such User Content may result in immediate termination or suspension of your Spotify account. You also agree that Spotify may also reclaim your username for any reason.

Please be thoughtful about how you use the Spotify Service and what you share. The Spotify Service includes social and interactive features, including the ability to post User Content, share content, and make certain information about you public. Remember that shared or publicly available information may be used and re-shared by other users on Spotify or across the web, so please use Spotify carefully and be mindful of your account settings. Spotify has no responsibility for your choices to post material on the Service.

Your password protects your user account, and you are solely responsible for keeping your password confidential and secure. You understand that you are responsible for all use of your username and password on the Service. If your username or password is lost or stolen, or if you believe there has been unauthorized access to your account by third parties, please notify us immediately and change your password as soon as possible.

## 9 Infringement and reporting User Content

Spotify respects the rights of intellectual property owners. If you believe that any Content infringes your intellectual property rights or other rights, see Spotify's copyright policy. If Spotify is notified by a copyright holder that any Content infringes a copyright, Spotify may in its absolute discretion take actions without prior notification to the provider of that Content. If the provider believes that the content is not infringing, the provider may submit a counter-notification to Spotify with a request to restore the removed content.

If you believe that any Content does not comply with the User guidelines, please fill out our notice form.

## 10 Service limitations and modifications

Spotify will make reasonable efforts to keep the Spotify Service operational. However, certain technical difficulties or maintenance may, from time to time, result in temporary interruptions. To the extent permissible under applicable law, Spotify reserves the right, periodically and at any time, to modify or discontinue, temporarily or permanently, functions and features of the Spotify Service, with or without notice, all without liability to you, except where prohibited by law, for any interruption, modification, or discontinuation of the Spotify Service or any function or feature thereof. Notwithstanding the foregoing, if you have prepaid fees for Paid Subscriptions that Spotify permanently discontinues prior to the end of the Pre-Paid Period (defined in the Payments, cancellations, and cooling off section), Spotify will refund you the prepaid fees for the Pre-Paid Period after such discontinuation. You understand, agree, and accept that Spotify has no obligation to maintain, support, upgrade, or update the Service, or to provide all or any specific content through the Service. This section will be enforced to the extent permissible by applicable law. Spotify and/or the owners of any Content may, from time to time, remove any such Content without notice to the extent permitted by applicable law.

EXHIBIT 18
9 of 21

9/21

# 11 Brand Accounts

If you establish a Spotify account on behalf of a company, organization, entity, or brand (a "Brand", and such account a "Brand Account"), the terms "you" and "your", as used throughout the Agreements, apply to both you and the Brand, as applicable.

If you open a Brand Account, you represent and warrant that you are authorized to grant all permissions and licences provided in the Agreements and to bind the Brand to the Agreements.

## 11.1 Following

The Brand may only follow users who first follow the Brand; and the Brand may not take any action that implies an endorsement or relationship between the Brand and the followed user, unless the Brand has independently obtained the rights to imply such an endorsement. Upon Spotify's request, in its sole discretion, a Brand must cease following a user.

## 11.2 Listening

The Brand may not stream media.

## 11.3 Messaging

The Brand may only send messages to users who first send messages to the Brand.

## 11.4 Brand Playlists and Sharing

The Brand may not create or share any Spotify playlists, whether within the Spotify Service or elsewhere, that imply an endorsement or relationship between the Brand and any artist or any other party, unless the Brand has independently obtained the rights to imply such an endorsement. Brands may wish to consult Spotify's Brand Playlist Guidelines.

# 12 Spotify Support Community

The Spotify Support Community is a place for discussions and exchange of information, tips, and other materials related to the Spotify Service. In order to use the Spotify Support Community, you must (1) have an existing Spotify account; and (2) authenticate your Spotify account for use on the Support Community (a "Spotify Support Account"). Instructions for creating a Spotify Support Account can be found on the Community registration page. In addition to the Agreements, you also agree to adhere to the Spotify Support Community Guidelines that you will be presented with upon registration (the "Support Community Guidelines") when using the Spotify Support Community. If you do not agree to the Agreements or the Support Community Guidelines, you may not use the Spotify Support Community.

## 12.1 Spotify Support Accounts

By creating a Spotify Support Account, you confirm that any registration information that you submit to Spotify is true, accurate, and complete and that you will update such information in order to keep it

EXHIBIT 18
10 of 21                    10/21

current. It is strictly prohibited to include information in your profile that suggests that you are a Spotify employee or moderator or to otherwise pose as such an employee or moderator when using the Spotify Support Community. You also acknowledge and agree that Spotify may remove or reclaim your username at any time if Spotify in its absolute discretion considers such action appropriate.

## 12.2 No official support

No User Content or other content posted by Spotify employees, moderators and/or representatives on the Spotify Support Community should be construed as official support provided by Spotify. For details regarding official support, see the section Customer Support. Any content provided or made available to you on the Spotify Support Community by Spotify employees, moderators, and/or representatives is provided on an "as is" basis without warranties of any kind.

You acknowledge that opinions expressed in User Content on the Spotify Support Community are those of contributors of such User Content only and do not reflect the opinions or policies of Spotify or any of its officers, shareholders, employees, agents, directors, subsidiaries, affiliates, suppliers, or licensors.

## 12.3 Reward Program

The Spotify Support Community features a reward system whereby Spotify, in its sole discretion, may reward users based on the amount of "Kudos" received or quality of responses by a user. You agree to only give Kudos to other users (and not to yourself) and only when deserved, and to refrain from any attempts to manipulate the reward system, e.g., by creating multiple accounts or artificial responses. You acknowledge that Spotify's decision in respect of any reward shall be final and binding.

# 13 Customer support

For customer support with account-related and payment-related questions ("Customer Support Queries"), please submit a ticket to our customer service department using the Customer Service contact form on the About Us section of our website. We will use reasonable endeavours to respond to all Customer Support Queries within a reasonable time frame but we make no guarantees or warranties of any kind that any Customer Support Queries will be responded to within any particular time frame and/or that we will be able to satisfactorily answer any such queries.

# 14 Export control

Spotify's products may be subject to U.S. export and re-export control laws and regulations or similar laws applicable in other jurisdictions, including the Export Administration Regulations ("EAR") maintained by the U.S. Department of Commerce, trade and economic sanctions maintained by the Treasury Department's Office of Foreign Assets Control ("OFAC"), and the International Traffic in Arms Regulations ("ITAR") maintained by the Department of State. You warrant that you are (1) not located in Cuba, Iran, North Korea, Sudan, or Syria; and (2) are not a denied party as specified in the regulations listed above.

EXHIBIT 18
11 of 21                    11/21

You agree to comply with all applicable export and reexport control laws and regulations, including the EAR, trade and economic sanctions maintained by OFAC, and the ITAR. Specifically, you agree that you shall not – directly or indirectly – sell, export, reexport, transfer, divert, or otherwise dispose of any products, software, or technology (including products derived from or based on such technology) received from Spotify under the Agreements to any destination, entity, or person prohibited by any applicable laws or regulations of the United States or any other jurisdiction without obtaining prior authorization from the competent government authorities as required by those laws and regulations. This export control clause shall survive termination or cancellation of the Agreements.

## 15 Payments, cancellations, and cooling off

Paid Subscriptions can be purchased either by (1) paying a monthly subscription fee; or (2) pre-payment giving you access to the Spotify Service for a specific time period ("Pre-Paid Period"). If you have purchased a Paid Subscription using a Code, your Paid Subscription will automatically terminate at the end of the Pre-Paid Period, or when there is an insufficient pre-paid balance to pay for the Service.

When you register for a Paid Subscription, Trial, or Code online, you consent to get access to Spotify Premium immediately. If you reside outside the United States and register for a Paid Subscription or Code online, you may change your mind for any or no reason and receive a full refund of all monies paid within fourteen (14) days (the "Cooling-off Period"). Refunds will not, however, be provided if you have accessed Spotify at any time during the Cooling-off Period.

Unless your Paid Subscription has been purchased as a Pre-Paid Period, your payment to Spotify (or to a third party through whom you purchased the Paid Subscription, such as a telephone company) will automatically renew at the end of the subscription period, unless you cancel your Paid Subscription through your subscription page before the end of the current subscription period. The cancellation will take effect the day after the last day of the current subscription period, and you will be downgraded to the Free Service. However, if you cancel your payment or Paid Subscription and/or terminate any of the Agreements (1) after you have accessed Spotify during the Cooling-off Period, or (2) after the Cooling-off Period is over (where applicable), or (3) before the end of the current subscription period, we will not refund any subscription fees already paid to us.

If you wish to receive a full refund of all monies paid before the Cooling-off Period is over, you must contact Customer Support.

Spotify may change the price for the Paid Subscriptions, Pre-Paid Period (for periods not yet paid for), or Codes from time to time, and will communicate any price changes to you in advance and, if applicable, how to accept those changes. Price changes for Paid Subscriptions will take effect at the start of the next subscription period following the date of the price change. As permitted by local law, you accept the new price by continuing to use the Spotify Service after the price change takes effect. If you do not agree with the price changes, you have the right to reject the change by unsubscribing

EXHIBIT 18
12 of 21                    12/21

from the Spotify Service prior to the price change going into effect. Please therefore make sure you read any such notification of price changes carefully.

# 16 Term and termination

The Agreements will continue to apply to you until terminated by either you or Spotify. However, you acknowledge and agree that the perpetual licence granted by you in relation to User Content, including Feedback, is irrevocable and will therefore continue after expiry or termination of any of the Agreements for any reason. Spotify may terminate the Agreements or suspend your access to the Spotify Service at any time, including in the event of your actual or suspected unauthorised use of the Spotify Service and/or Content, or non-compliance with the Agreements. If you or Spotify terminate the Agreements, or if Spotify suspends your access to the Spotify Service, you agree that Spotify shall have no liability or responsibility to you and Spotify will not refund any amounts that you have already paid, to the fullest extent permitted under applicable law. To learn how to terminate your Spotify account, please contact us through the Customer Service contact form which is available on our About Us page. This section will be enforced to the extent permissible by applicable law. You may terminate the Agreements at any time.

Sections 6, 7, 8, 10, 14, 16, 17, 18, 19, 20, 21, 22, 23, and 24 herein, as well as any other sections of the Agreements that, either explicitly or by their nature, must remain in effect even after termination of the Agreements, shall survive termination.

# 17 Warranty and disclaimer

WE ENDEAVOUR TO PROVIDE THE BEST SERVICE WE CAN, BUT YOU UNDERSTAND AND AGREE THAT THE SPOTIFY SERVICE IS PROVIDED "AS IS" AND "AS AVAILABLE", WITHOUT EXPRESS OR IMPLIED WARRANTY OR CONDITION OF ANY KIND. YOU USE THE SPOTIFY SERVICE AT YOUR OWN RISK. TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, SPOTIFY AND ALL OWNERS OF THE CONTENT MAKE NO REPRESENTATIONS AND DISCLAIM ANY WARRANTIES OR CONDITIONS OF SATISFACTORY QUALITY, MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, OR NON-INFRINGEMENT. NEITHER SPOTIFY NOR ANY OWNER OF CONTENT WARRANTS THAT THE SPOTIFY SERVICE IS FREE OF MALWARE OR OTHER HARMFUL COMPONENTS. IN ADDITION, SPOTIFY MAKES NO REPRESENTATION NOR DOES IT WARRANT, ENDORSE, GUARANTEE, OR ASSUME RESPONSIBILITY FOR ANY THIRD PARTY APPLICATIONS (OR THE CONTENT THEREOF), USER CONTENT, OR ANY OTHER PRODUCT OR SERVICE ADVERTISED OR OFFERED BY A THIRD PARTY ON OR THROUGH THE SPOTIFY SERVICE OR ANY HYPERLINKED WEBSITE, OR FEATURED IN ANY BANNER OR OTHER ADVERTISING. YOU UNDERSTAND AND AGREE THAT SPOTIFY IS NOT RESPONSIBLE OR LIABLE FOR ANY TRANSACTION BETWEEN YOU AND THIRD PARTY PROVIDERS OF THIRD PARTY APPLICATIONS OR PRODUCTS OR SERVICES ADVERTISED ON OR THROUGH THE SPOTIFY SERVICE. AS WITH ANY PURCHASE OF A PRODUCT OR SERVICE THROUGH ANY MEDIUM OR IN ANY ENVIRONMENT, YOU SHOULD USE YOUR JUDGMENT AND EXERCISE CAUTION WHERE

EXHIBIT 18
13 of 21

APPROPRIATE. NO ADVICE OR INFORMATION WHETHER ORAL OR IN WRITING OBTAINED BY YOU FROM SPOTIFY SHALL CREATE ANY WARRANTY ON BEHALF OF SPOTIFY IN THIS REGARD. SOME ASPECTS OF THIS SECTION MAY NOT APPLY IN SOME JURISDICTIONS IF PROHIBITED BY APPLICABLE LAW.

THIS DOES NOT AFFECT YOUR STATUTORY RIGHTS AS A CONSUMER.

## 18 Limitation

YOU AGREE THAT, TO THE EXTENT PERMITTED BY APPLICABLE LAW, YOUR SOLE AND EXCLUSIVE REMEDY FOR ANY PROBLEMS OR DISSATISFACTION WITH THE SPOTIFY SERVICE IS TO UNINSTALL ANY SPOTIFY SOFTWARE AND TO STOP USING THE SPOTIFY SERVICE. WHILE SPOTIFY ACCEPTS NO RESPONSIBILITY FOR THIRD PARTY APPLICATIONS OR THE CONTENT THEREOF, AND WHILE YOUR RELATIONSHIP WITH SUCH THIRD PARTY APPLICATIONS MAY BE GOVERNED BY SEPARATE AGREEMENTS WITH SUCH THIRD PARTIES, TO THE EXTENT PERMITTED BY APPLICABLE LAW, YOUR SOLE AND EXCLUSIVE REMEDY, AS WITH RESPECT TO SPOTIFY, FOR ANY PROBLEMS OR DISSATISFACTION WITH THIRD PARTY APPLICATIONS OR THE CONTENT THEREOF, IS TO UNINSTALL AND/OR STOP USING ANY SUCH THIRD PARTY APPLICATIONS.

TO THE FULLEST EXTENT PERMITTED BY LAW, IN NO EVENT WILL SPOTIFY, ITS OFFICERS, SHAREHOLDERS, EMPLOYEES, AGENTS, DIRECTORS, SUBSIDIARIES, AFFILIATES, SUCCESSORS, ASSIGNS, SUPPLIERS, OR LICENSORS BE LIABLE FOR (1) ANY INDIRECT, SPECIAL, INCIDENTAL, PUNITIVE, EXEMPLARY, OR CONSEQUENTIAL DAMAGES; (2) ANY LOSS OF USE, DATA, BUSINESS, OR PROFITS (WHETHER DIRECT OR INDIRECT), IN ALL CASES ARISING OUT OF THE USE OR INABILITY TO USE THE SPOTIFY SERVICE, THIRD PARTY APPLICATIONS, OR THIRD PARTY APPLICATION CONTENT, REGARDLESS OF LEGAL THEORY, WITHOUT REGARD TO WHETHER SPOTIFY HAS BEEN WARNED OF THE POSSIBILITY OF THOSE DAMAGES, AND EVEN IF A REMEDY FAILS OF ITS ESSENTIAL PURPOSE; OR (3) AGGREGATE LIABILITY FOR ALL CLAIMS RELATING TO THE SPOTIFY SERVICE, THIRD PARTY APPLICATIONS, OR THIRD PARTY APPLICATION CONTENT MORE THAN THE AMOUNTS PAID BY YOU TO SPOTIFY DURING THE PRIOR TWELVE MONTHS IN QUESTION, TO THE EXTENT PERMISSIBLE BY APPLICABLE LAW.

Nothing in the Agreements removes or limits Spotify's liability for fraud, fraudulent misrepresentation, death or personal injury caused by its negligence, and, if required by applicable law, gross negligence. Some aspects of this section may not apply in some jurisdictions if prohibited by applicable law.

## 19 Third party rights

You acknowledge and agree that the owners of the Content and certain distributors (such as app store providers) are intended beneficiaries of the Agreements and have the right to enforce the Agreements directly against you. Other than as set out in this section, the Agreements are not intended to grant rights to anyone except you and Spotify, and in no event shall the Agreements

create any third party beneficiary rights. Furthermore, the rights to terminate, rescind, or agree to any variation, waiver, or settlement of the Agreements are not subject to the consent of any other person.

If you have downloaded the App from the Apple, Inc. ("Apple") App Store or if you are using the App on an iOS device, you acknowledge that you have read, understood, and agree to the following notice regarding Apple. This Agreement is between you and Spotify only, not with Apple, and Apple is not responsible for the Service and the content thereof. Apple has no obligation whatsoever to furnish any maintenance and support services with respect to the Service. In the event of any failure of the Service to conform to any applicable warranty, then you may notify Apple and Apple will refund any applicable purchase price for the App to you; and, to the maximum extent permitted by applicable law, Apple has no other warranty obligation whatsoever with respect to the Service. Apple is not responsible for addressing any claims by you or any third party relating to the Service or your possession and/or use of the Service, including, but not limited to: (1) product liability claims; (2) any claim that the Service fails to conform to any applicable legal or regulatory requirement; and (3) claims arising under consumer protection or similar legislation. Apple is not responsible for the investigation, defense, settlement and discharge of any third party claim that the Service and/or your possession and use of the App infringe that third party's intellectual property rights. You agree to comply with any applicable third party terms, when using the Service. Apple, and Apple's subsidiaries, are third party beneficiaries of this Agreement, and upon your acceptance of this Agreement, Apple will have the right (and will be deemed to have accepted the right) to enforce this Agreement against you as a third party beneficiary of this Agreement. You hereby represent and warrant that (1) you are not located in a country that is subject to a U.S. Government embargo, or that has been designated by the U.S. Government as a "terrorist supporting" country; and (2) you are not listed on any U.S. Government list of prohibited or restricted parties.

## 20 Entire agreement

Other than as stated in this section or as explicitly agreed upon in writing between you and Spotify, the Agreements constitute all the terms and conditions agreed upon between you and Spotify and supersede any prior agreements in relation to the subject matter of these Agreements, whether written or oral.

Please note, however, that other aspects of your use of the Spotify Service may be governed by additional agreements. That could include, for example, access to the Spotify Service as a result of a gift card or free or discounted Trials. When you are presented with an offer for such aspects of your use, you will be presented with any related additional agreement, and you may have an opportunity to agree to additional terms. Some of those additional terms are listed on Spotify's website. To the extent that there is any irreconcilable conflict between any additional terms and these Terms, the additional terms shall prevail.

## 21 Severability and waiver

Unless as otherwise stated in the Agreements, should any provision of the Agreements be held invalid or unenforceable for any reason or to any extent, such invalidity or enforceability shall not in any manner affect or render invalid or unenforceable the remaining provisions of the Agreements, and the application of that provision shall be enforced to the extent permitted by law.

Any failure by Spotify or any third party beneficiary to enforce the Agreements or any provision thereof shall not waive Spotify's or the applicable third party beneficiary's right to do so.

## 22 Assignment

Spotify may assign the Agreements or any part of them, and Spotify may delegate any of its obligations under the Agreements. You may not assign the Agreements or any part of them, nor transfer or sub-license your rights under the Agreements, to any third party.

## 23 Indemnification

To the fullest extent permitted by applicable law, you agree to indemnify and hold Spotify harmless from and against all damages, losses, and expenses of any kind (including reasonable attorney fees and costs) arising out of: (1) your breach of this Agreement; (2) any User Content; (3) any activity in which you engage on or through the Spotify Service; and (4) your violation of any law or the rights of a third party.

## 24 Choice of law, mandatory arbitration and venue

### 24.1 Governing Law / Jurisdiction

Unless otherwise required by a mandatory law of a member state of the European Union or any other jurisdiction, the Agreements (and any non-contractual disputes/claims arising out of or in connection with them) are subject to the laws of the state or country listed below, without regard to choice or conflicts of law principles.

Further, you and Spotify agree to the jurisdiction of the courts listed below to resolve any dispute, claim, or controversy that arises in connection with the Agreements (and any non-contractual disputes/claims arising out of or in connection with them). (In some cases, that jurisdiction will be "exclusive", meaning that no other countries' courts can preside over the matter; have jurisdiction; in other cases, the jurisdiction is "non-exclusive", meaning that other countries' courts may have jurisdiction as well. This is indicated in the chart as well.)

| Country | Choice of Law | Jurisdiction |
|---------|---------------|--------------|
| Poland, Italy | Laws of Sweden | Exclusive; Courts of Local Country |

EXHIBIT 18
16 of 21

| Turkey | Laws of Sweden | Non-exclusive; Courts and other tribunals in the Republic of Turkey |
|---|---|---|
| Brazil | Laws of Brazil | Exclusive; State and Federal Courts of São Paulo, State of São Paulo, Brazil |
| Canada | Laws of the Province of Ontario | Exclusive; Courts of Ontario, Canada |
| United States, Argentina, Bolivia, Chile, Colombia, Costa Rica, Dominican Republic, Ecuador, El Salvador, Guatemala, Honduras, Nicaragua, Panama, Paraguay, Peru, Uruguay | State of California, United States | Exclusive; State and Federal Courts of San Francisco County, CA or New York, NY |
| Estonia, Hong Kong, Latvia, Lithuania | Laws of Sweden | Non-exclusive; Courts of Sweden |
| Spain | Laws of Spain | Exclusive; Courts of the consumer's current domicile in Spain. |
| All remaining countries | Laws of Sweden | Exclusive; Courts of Sweden |

Spotify does not accept any codes of conduct as mandatory in connection with the services provided under this agreement.

## 24.2 CLASS ACTION WAIVER

WHERE PERMITTED UNDER THE APPLICABLE LAW, YOU AND SPOTIFY AGREE THAT EACH MAY BRING CLAIMS AGAINST THE OTHER ONLY IN YOUR OR ITS INDIVIDUAL CAPACITY AND NOT AS A PLAINTIFF OR CLASS MEMBER IN ANY PURPORTED CLASS OR REPRESENTATIVE ACTION. Unless both you and Spotify agree, no arbitrator or judge may consolidate more than one person's claims or otherwise preside over any form of a representative or class proceeding.

## 24.3 ARBITRATION

If you are located in, are based in, have offices in, or do business in a jurisdiction in which this Section 24.3. is enforceable, the following mandatory arbitration provisions apply to you:

### 24.3.1 Dispute resolution and arbitration

You and Spotify agree that any dispute, claim, or controversy between you and Spotify arising in connection with or relating in any way to these Agreements or to your relationship with Spotify as a user of the Service (whether based in contract, tort, statute, fraud, misrepresentation, or any other legal theory, and whether the claims arise during or after the termination of the Agreements) will be determined by mandatory binding individual arbitration. Arbitration is more informal than a lawsuit in court. THERE IS NO JUDGE OR JURY IN ARBITRATION, AND COURT REVIEW OF AN ARBITRATION AWARD IS LIMITED. There may be more limited discovery than in court. The arbitrator must follow this agreement and can award the same damages and relief as a court (including attorney fees), except that the arbitrator may not award declaratory or injunctive relief benefiting anyone but the parties to the arbitration. This arbitration provision will survive termination of the Agreements.

### 24.3.2 Exceptions

Notwithstanding clause (24.3.1) above, you and Spotify both agree that nothing herein will be deemed to waive, preclude, or otherwise limit either of our rights, at any time, to (1) bring an individual action in a U.S. small claims court, (2) pursue enforcement actions through applicable U.S. federal, state, or local agencies where such actions are available, (3) seek injunctive relief in a court of law, or (4) to file suit in a court of law to address intellectual property infringement claims.

### 24.3.3 Arbitration rules

Either you or we may start arbitration proceedings. If you are located in, are based in, have offices in, or do business in the United States, any arbitration between you and Spotify will be finally settled under the Commercial Dispute Resolution Procedures and the Supplementary Procedures for Consumer Related Disputes of the American Arbitration Association ("AAA") then in force (the "AAA Rules"), as modified by the Agreements. You and Spotify agree that these Agreements affect interstate commerce, so the U.S. Federal Arbitration Act and federal arbitration law apply and govern the interpretation and enforcement of this provision (despite the choice of law provision above). The AAA Rules, as well as instructions on how to file an arbitration proceeding with the AAA, appear at adr.org, or you may call the AAA at 1-800-778-7879. Spotify can also help put you in touch with the AAA.

Any arbitration hearings will take place at a location to be agreed upon in San Francisco, California or New York, New York, provided that if the claim is for $10,000 or less, you may choose whether the arbitration will be conducted (1) solely on the basis of documents submitted to the arbitrator; (2) through a non-appearance based telephonic hearing; or (3) by an in-person hearing as established by the AAA Rules in the county (or parish) of your billing address.

Your arbitration fees and your share of arbitrator compensation will be limited to those fees set forth in the AAA's Consumer Rules with the remainder paid by Spotify. If the arbitrator finds that either the substance of your claim or the relief sought in the Demand is frivolous or brought for an improper purpose (as measured by the standards set forth in Federal Rule of Civil Procedure 11(b)), then the

EXHIBIT 18
18 of 21

payment of all fees will be governed by the AAA Rules. In such case, you agree to reimburse Spotify for all monies previously disbursed by it that are otherwise your obligation to pay under the AAA Rules. Regardless of the manner in which the arbitration is conducted, the arbitrator shall issue a reasoned written decision sufficient to explain the essential findings and conclusions on which the decision and award, if any, are based. The arbitrator may make rulings and resolve disputes as to the payment and reimbursement of fees or expenses at any time during the proceeding and upon request from either party made within 14 days of the arbitrator's ruling on the merits.

If you are not located in, are not based in, do not have offices in, and do not do business in the United States, any arbitration between you and Spotify will be finally settled under the Rules of Arbitration of the International Chamber of Commerce (the "ICC") then in force (the "ICC Rules") by one or more arbitrators appointed in accordance with the ICC Rules, as modified by these Developer Terms, and will be administered by the International Court of Arbitration of the ICC.

Any arbitration will be conducted in the English language and unless otherwise required by a mandatory law of a member state of the European Union or any other jurisdiction, the law to be applied in any arbitration shall be the law of the State of California, United States, without regard to choice or conflicts of law principles.

### 24.3.4 Time for filing

Any arbitration must be commenced by filing a demand for arbitration within ONE (1) YEAR after the date the party asserting the claim first knows or reasonably should know of the act, omission, or default giving rise to the claim; and there shall be no right to any remedy for any claim not asserted within that time period. If applicable law prohibits a one-year limitation period for asserting claims, any claim must be asserted within the shortest time period permitted by applicable law.

### 24.3.5 Notice; Process

A party who intends to seek arbitration must first send a written notice of the dispute to the other, by certified mail or Federal Express (signature required), or in the event that we do not have a physical address on file for you, by electronic mail ("Notice"). Spotify's address for Notice is: Spotify, Attn: General Counsel, 45 W. 18th Street, 7th Floor, New York, New York 10011, USA. The Notice must (1) describe the nature and basis of the claim or dispute; and (2) set forth the specific relief sought ("Demand"). We agree to use good faith efforts to resolve the claim directly, but if we do not reach an agreement to do so within 30 days after the Notice is received, you or Spotify may commence an arbitration proceeding. During the arbitration, the amount of any settlement offer made by you or Spotify shall not be disclosed to the arbitrator until after the arbitrator makes a final decision and award, if any. In the event our dispute is finally resolved through arbitration in your favor, Spotify shall pay you (1) the amount awarded by the arbitrator, if any, (2) the last written settlement amount offered by Spotify in settlement of the dispute prior to the arbitrator's award; or (3) $1,000.00, whichever is greater. All documents and information disclosed in the course of the arbitration shall be kept strictly confidential by the recipient and shall not be used by the recipient for any purpose other than for

EXHIBIT 18
19 of 21

purposes of the arbitration or the enforcement of arbitrator's decision and award and shall not be disclosed except in confidence to persons who have a need to know for such purposes or as required by applicable law. Except as required to enforce the arbitrator's decision and award, neither you nor Spotify shall make any public announcement or public comment or originate any publicity concerning the arbitration, including, but not limited to, the fact that the parties are in dispute, the existence of the arbitration, or any decision or award of the arbitrator.

### 24.3.6 Modifications

In the event that Spotify makes any future change to this arbitration provision (other than a change to Spotify's address for Notice), you may reject any such change by sending us written notice within 30 days of the change to Spotify's address for Notice, in which case your account with Spotify shall be immediately terminated and this arbitration provision, as in effect immediately prior to the amendments you reject, shall survive.

### 24.3.7 Enforceability

If the class action waiver at Section 24.2 is found to be unenforceable in arbitration or if the entirety of this Section 24 is found to be unenforceable, then the entirety of this Section 24.3 shall be null and void and, in such case, the parties agree that the exclusive jurisdiction and venue described in Section 24.1 shall govern any action arising out of or related to the Agreements.

# 25 Contact us

If you have any questions concerning the Spotify Service or the Agreements, please contact Spotify customer service by visiting the About Us section of our website.

If you are a California resident, you may have the Agreements mailed to you electronically by sending a letter to Spotify, Attn: General Counsel, 45 West 18th Street, 7th Floor, New York, New York 10011, USA with your email address and a request for the Agreements. In addition, under California Civil Code Section 1789.3, you may contact the Complaint Assistance Unit of the Division of Consumer Services of the California Department of Consumer Affairs in writing at 1625 N. Market Blvd., Suite S-202, Sacramento, California 95834, or by telephone at 1-800-952-5210 in order to resolve a complaint regarding the service or to receive further information regarding use of the service.

Thank you for reading our Terms. We hope you enjoy Spotify!

Contracting entity:

Spotify USA Inc.
45 W 18th Street, Floor 7, New York, NY 10011
USA

© Spotify AB.

EXHIBIT 18
20 of 21                    20/21

COMPANY

About

Jobs

Press

News

COMMUNITIES

For Artists

Developers

Brands

USEFUL LINKS

Help

Gift

USA

© 2016 Spotify AB

Legal   Cookies   AdChoices

# EXHIBIT 19
## To Brophy Declaration



Simon Emanuel performing some tracks in the Spotify Stockholm office. Check him out » http://t.co/Q(

Sign up    Log in

| What is Spotify? | Get Spotify | Mobile | Help | About us | Jobs | Blog |

Privacy policy    **Terms and Conditions of Use**    Premium Code Terms    Mobile Terms of Use    Unlimited Code Terms

48-Hour Free Trial Continuation Offer Terms and Conditions

# Spotify® Terms and Conditions of Use

Effective as from 14 October 2011

This document (the "**Agreement**") is a legally binding agreement between you and Spotify USA Inc., a Delaware company ("**Spotify**"), that governs your use of Spotify's software application, including the Mobile Client as defined in Section 5 below (the "**Spotify Software Application**") and online streaming Spotify Service (as defined below), both available at the Spotify Websites (as defined in the Spotify Privacy Policy). The Spotify Service can be accessed (i) as an ad-supported free-to-the-user service having no monthly cap on listening hours or a cap on number of plays of a unique track during the first 6 months following creation of your Spotify account but thereafter a cap of 10 listening hours per month and a cap of 5 plays per unique track (the "**Free Service**"), (ii) as an advertisement free version of the Spotify Service for which you pay a monthly or yearly subscription (the "**Unlimited Service**"), (iii) as an advertisement free version of the Spotify Service including an offline mode which makes it possible to listen to music without a connection to the Internet via conditional downloads and other additional features for which you pay a monthly or yearly subscription (the "**Premium Service**"), and (iv) as a version of the Spotify Service that provides access to aspects of the Spotify Service via a supported mobile handset (the "**Mobile Service**"). The Unlimited Service, the Premium Service and the Mobile Service are collectively referred to as the "**Spotify Paid for Service**". The Free Service, the Unlimited Service, the Premium Service, and the Mobile Service are collectively referred to as the "**Spotify Service**". Please note that you must read and agree to the terms and conditions of this Agreement before you use the Spotify Software Application or the Spotify Service. If you do not agree to the terms and conditions of the Agreement, you may NOT use the Spotify Software Application or the Spotify Service. For a detailed description of the features in each of the Spotify Paid for Services, please see the Spotify Websites.

## 1. Contract formation

By creating a Spotify account, either through Spotify or a third party such as Facebook, Inc ("**Facebook**"), or commencing download of the Spotify Software Application at the Facebook website or by using the Spotify Software Application (including but not limited to the downloading of said application) or the Spotify Service, you confirm that you are 18 years of age or more, or that you are 13 years of age or more and that you have received your parent's or guardian's consent to enter into this Agreement, that you have your residence in the United States, that any registration information that you submit to Spotify is true, accurate and complete, that you will update such information in order to keep it current, and that you agree to the terms and conditions of this Agreement and the Spotify Privacy Policy.

## 2. Changes to the Agreement and notices

Spotify may make changes to this Agreement at its sole discretion. Changes will be communicated to you by us posting the new version of the Agreement on the Spotify Websites or as otherwise determined by Spotify in its sole discretion and your acceptance of and / or continued use of the Spotify Software Application or the Spotify Service after such notification of changes to this Agreement will constitute your acceptance of such changes. You may also be asked to reacknowledge and reaccept this Agreement following any material changes.

## 3. Grant of license

You are granted a limited, non-exclusive, revocable license to make personal non-commercial use of the Spotify Software Application (including a right to download said application) and the Spotify Service and to receive by stream (and, where you have purchased the Premium Service or the Mobile Service, by conditional download) the media content made available through the Spotify Service in the United States. You do not have a right to transfer or sublicense your rights under this Agreement.

## 4. Purchase of the Spotify Paid for Service

If you agree to pay the fee for access to the applicable Spotify Paid for Service, such fee will be charged by the company designated by Spotify in accordance with the payment method you have chosen for your purchase. If you are paying by credit or debit card, by designating a card to be billed, you confirm that you are authorized to make such purchase and that you are the holder of such card (i.e. that the card is issued in your name). All prices stated on the Spotify Websites are inclusive of any applicable sales taxes and fees. Spotify accepts a variety of different payment methods, so please check the Spotify Websites for the best way for you to pay.

## 5. The Mobile Service

You are required to have the most recent mobile version of the Spotify Software Application (the "**Mobile Client**") on your mobile handset in order to use the Mobile Service. The Mobile Client may be acquired only via the official channels authorized by Spotify. You agree that your access to and right to use the Mobile Service is expressly conditioned on your registering as a mobile subscriber via the authentication process associated with the Mobile Client, which authentication process may include additional terms and conditions applicable to the Mobile Service (the "**Mobile Terms**") and any Mobile Terms shall form part of this Agreement. Only handsets that are supported by Spotify may be used to

EXHIBIT 19
1 of 49

access the Mobile Service and you agree that Spotify has no obligation to support any particular make or model of handset, whether or not such make or model is currently, or was previously supported by Spotify.

## 6. Premium code and unlimited code

Spotify also allows you to purchase an access code which will provide access to the Premium Service and the Mobile Service ("**Premium Code**"). In order to purchase a Premium Code please go to the Spotify Websites and follow instructions. Your purchase and use of a Premium Code will be governed by the Premium Code Terms and Conditions, as well as this Agreement. Or you can choose to purchase an access code which will provide access to the Unlimited Service ("**Unlimited Code**"). In order to purchase an Unlimited Code please go to the Spotify Websites and follow instructions. Your purchase and use of an Unlimited Code will be governed by the Unlimited Code Terms and Conditions, as well as this Agreement.

## 7. Use of cached content

The "offline mode" of the Premium Service and the Mobile Service permits you to download temporary copies of content and play it locally for so long as you maintain your subscription to the applicable Spotify Paid for Service. As a subscriber to the Premium Service, you are permitted to store such cached content on up to three (3) separate devices.

## 8. Local files

The Spotify Software Application automatically generates a list of the local music files which you have stored on your computer or other relevant device. This function does not automatically copy or import these music files. This automatic list function can be disabled in the preferences view in the Spotify Software Application. The "local files" function of the Spotify Service permits you to choose to import local files stored on your computer or other relevant device into the Spotify Software Application or to copy local files from your computer onto your mobile handset or other relevant device using the Mobile Client. You may only import or copy files that you have legally acquired, and have the right to import or copy. For instance, you may not use the Spotify Service to import or copy any music you have illegally downloaded from the Internet.

## 9. Prices

Spotify may change the price for the Spotify Paid for Service from time to time. In respect of the Spotify Paid for Service, such changed price will take effect after the expiry of the then current paid for period (i.e. the term that you have already paid for). Any price change will be communicated to you. If you do not wish to be bound by such changed price relating to your Spotify Paid for Service you may terminate your subscription of your Spotify Paid for Service in accordance with Section 15 (Term and termination). Your continued use of the Spotify Paid for Service after the communication of such price change to you constitutes an acceptance of such new price.

## 10. Automatic subscription renewal

Your subscription to the Spotify Paid for Service will automatically renew at the end of each subscription term unless you terminate your subscription prior to the end of such subscription term in accordance with Section 15 (Term and termination), or, in the case of the Mobile Service, your access to the Mobile Service is revoked by Spotify in accordance with the Mobile Terms. Such renewal will always be for a monthly subscription term, even if the previous subscription term was for a longer period. If you would like to renew for a longer term, then please log into your account on the Spotify Websites. At the time of renewal the payment method you have designated to be charged for the purchase of the Spotify Paid for Service will automatically be charged with the applicable amount.

## 11. Spotify Social

The Spotify Software Application has features that allow you to make your profile publicly available, share links to tracks and playlists with other users of the Spotify Service, integrate your activities on the Spotify Service with functionality offered by third party social networking services, including Facebook and Twitter, including to connect your Spotify account to your Facebook account ("**Spotify Social**"). If you choose to activate Spotify Social, including choosing to connect to a Facebook account, your Spotify profile, including your Facebook user name and Facebook profile photo, will become publicly viewable to other users of the Spotify Service in the Spotify Software Application. If you connect your Spotify account to a Facebook account, in the preferences pane you can choose whether or not to automatically share your listening activities to Facebook, including whether or not to publish your playlists when created, to other Spotify Social users or to Facebook if you have activated sharing to Facebook. You agree that Spotify is not responsible for content once it is shared to Facebook. If you use Spotify Social, you must respect other users of the Spotify Service in your interactions with them. Spotify reserves the right, in its absolute discretion, to disable your account if it believes that you are violating this principle. Unacceptable behavior will result in your account being terminated and you being blocked from accessing the Spotify Service. Examples of unacceptable behavior include, but are not limited to:

   i. giving playlists offensive, abusive, defamatory, pornographic or obscene titles;

   ii. harassing or bullying other users;

   iii. spamming other users through the inbox, or using automated means to artificially promote content; and

   iv. using a photo on your profile that infringes the copyright of a third party, or is offensive, abusive, defamatory, pornographic or obscene.

## 12. Restrictions of use

For the avoidance of doubt, you agree that you may not (without limitation):

   i. copy, reproduce, "rip", record, make available to the public or otherwise use any part of the Spotify Software Application or the Spotify Service or its content (including but not limited to tracks, images and text) in a manner not expressly permitted under this Agreement;

ii. sell or attempt to sell any invite to access the Spotify Service, or resell any code used to access the Spotify Paid for Service;

iii. provide your password to any other person or use any other person's user name and password;

iv. reverse-engineer, decompile, disassemble, modify or create derivative works based on the Spotify Software Application or the Spotify Service or any part thereof;

v. circumvent any technology used by Spotify, its licensors, or any third party to protect content accessible through the Spotify Software Application and Spotify Service;

vi. rent or lease any part of the Spotify Software Application or the Spotify Service;

vii. use the Spotify Software Application or the Spotify Service in a way that violates the terms of this Agreement;

viii. circumvent any territorial restrictions applied by Spotify;

ix. artificially increase play count or otherwise manipulate the Spotify Software Application or the Spotify Service by using a script or other automated process;

x. import any local files which you have not legally acquired into the Spotify Service; and

xi. copy any local files which you have not legally acquired onto your mobile handset or other device using the Mobile Client.

In addition to the above, you agree to take all reasonable care to prevent unauthorized use of the Spotify Software Application and the Spotify Service and its content. You also acknowledge and agree that Spotify may remove or reclaim your username at any time if Spotify in its absolute discretion considers such action appropriate.

## 13. Advertising and use of computational resources

As consideration for your rights under this Agreement, you agree that (i) Spotify and its business partners have a right to provide promotional offers, advertising and other information to you by email or other means of communication, and that (ii) Spotify has a right to allow the Spotify Software Application and the Spotify Service to utilize the processor, bandwidth and storage hardware on your computer or other relevant device for the limited purpose of facilitating the communication and transmission of content and other data or features to you and other users of the Spotify Software Application and the Spotify Service, and to facilitate the operation of the network on which the Spotify Software Application and the Spotify Service runs. You may opt out of receiving promotional messages from Spotify and its business partners at any time by changing your account settings or by hitting the "unsubscribe" link in any of your emails. You may adjust the level of usage that the Spotify Service makes of your computer in the settings of the Spotify Software Application.

## 14. Customer support

If you have any questions concerning the Spotify Software Application, the Spotify Service or this Agreement, please contact Spotify customer service by visiting the help section.

## 15. Term and termination

This Agreement will become effective in relation to you when you create a Spotify account or when you start using the Spotify Software Application or the Spotify Service and will remain effective until terminated by you or Spotify. You may cancel your subscription of the Spotify Paid for Service at any time by visiting your subscription page which termination shall have effect at the expiry of the then-current subscription period that you have already paid for (e.g. one month, one quarter or a year). Spotify will not refund any remaining portion of subscription fees you have already paid for. Spotify reserves the right to terminate this Agreement or suspend your Spotify account at any time in case of unauthorized, or suspected unauthorized use of the Spotify Software Application or the Spotify Service whether in contravention of this Agreement or otherwise. If Spotify terminates this Agreement, or suspends your Spotify account for any of the reasons set out in this section, Spotify shall have no liability or responsibility to you, and Spotify will not refund any amounts that you have previously paid.

## 16. NO WARRANTY

THE USE OF THE SPOTIFY SOFTWARE APPLICATION AND THE SPOTIFY SERVICE (INCLUDING BUT NOT LIMITED TO ITS CONTENT) IS AT YOUR OWN RISK. THE SPOTIFY SOFTWARE APPLICATION AND THE SPOTIFY SERVICE IS PROVIDED AND LICENSED ON AN "AS IS" AND "AS AVAILABLE" BASIS. TO THE FULLEST EXTENT POSSIBLE UNDER APPLICABLE LAW, SPOTIFY DISCLAIMS AND GIVES NO WARRANTY, EXPRESS OR IMPLIED, INCLUDING WITHOUT LIMITATION ANY WARRANTY AS TO THE QUALITY, CONTENT AND AVAILABILITY OR FITNESS FOR A SPECIFIC PURPOSE OF THE SPOTIFY SOFTWARE APPLICATION OR THE SPOTIFY SERVICE OR WARRANTY OF TITLE OR NON-INFRINGEMENT. In addition, Spotify does not warrant, endorse, guarantee or assume responsibility for any product or service advertised or offered by a third party on or through the Spotify Service or any hyperlinked website, or featured in any banner or other advertising. Consequently Spotify will in no way be responsible for any transaction between you and third-party providers of products or services advertised on or through the Spotify Service. As with any purchase of a product or service through any medium or in any environment, you should use your judgment and exercise caution where appropriate. No advice or information whether oral or in writing obtained by you from Spotify shall create any warranty on behalf of Spotify in this regard.

## 17. LIMITATION OF LIABILITY

TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, IN NO EVENT SHALL SPOTIFY, ITS AFFILIATES, OFFICERS, DIRECTORS, EMPLOYEES OR LICENSORS BE LIABLE FOR ANY DIRECT, INDIRECT, INCIDENTAL, SPECIAL OR CONSEQUENTIAL DAMAGES (INCLUDING BUT NOT LIMITED TO ANY LOSS OF PROFITS, BUSINESS INTERRUPTION, CORRUPTION OF FILES, LOSS OF BUSINESS INFORMATION, LOSS OF DATA, SERVICE INTERRUPTION, COMPUTER FAILURE OR PECUNIARY LOSS) ARISING OUT OF THE USE OF OR INABILITY TO USE THE SPOTIFY SOFTWARE APPLICATION OR THE SPOTIFY SERVICE (INCLUDING BUT NOT LIMITED TO ITS CONTENT), EVEN IF YOU HAVE ADVISED SPOTIFY ABOUT THE POSSIBILITY OF SUCH LOSS, AND INCLUDING ANY

**DAMAGES RESULTING THEREFROM.**

Your only right with respect to any problems or dissatisfaction with the Spotify Software Application and the Spotify Service is to uninstall the Spotify Software Application and to stop using the Spotify Service. In no event will Spotify's total liability to you in connection with this Agreement exceed the greater of one dollar (U.S. $1.00) or the total amount paid by you for the relevant Spotify Services.

Nothing in this Agreement removes or limits Spotify's liability for fraudulent misrepresentation, death or personal injury caused by its negligence.

## 18. Indemnity

You agree to indemnify and hold Spotify and its officers, directors, employees and licensors harmless from any claim or demand (including but not limited to reasonable legal fees) made by a third party due to or arising out of or related to your violation of the terms and conditions of this Agreement or your violation of any laws, regulations or third party rights.

## 19. Intellectual property

Spotify respects intellectual property rights, and expects you to do the same. The Spotify Software Application, the Spotify Service and the content provided through the Spotify Service is the property of Spotify or Spotify's licensors and protected by intellectual property rights (including but not limited to copyright), and you do not have a right to use the Spotify Software Application or the Spotify Service (including but not limited to its content) in any manner not covered by the Agreement. Furthermore, you must not infringe any third party's intellectual property rights in using the Spotify service, which means that (for example) you may not import or copy any music which you have not legally acquired and have the right to so import or copy into the Spotify Software Application or the Mobile Client. Further, you may not remove or alter any copyright, trademark or other intellectual property notices contained on or provided through the Spotify Software Application or the Spotify Service.

## 20. Infringement Notice and Takedown Policy

It is Spotify's policy (a) to block access to or remove postings or other content that it believes in good faith infringes the copyrights of third parties, and (b) to remove and discontinue service to repeat infringers. If you believe that content made available on this website or through use of any services offered by Spotify infringes your copyright, please send a notice of claimed copyright infringement, with the following information, to the email address noted below: i. Information reasonably sufficient to permit Spotify to contact you, such as your real name, address, telephone number, and, if available, an electronic email address at which you may be contacted; ii. Identification of the copyrighted work that you claim has been infringed, or, if multiple copyrighted works on the site or any of the services are covered by a single notification, a representative list of such works; iii. Identification of the material that you claim is infringing or to be the subject of infringing activity and that is to be removed or access to which is to be disabled, and information reasonably sufficient to permit Spotify to locate such material, including if possible the name of such work, and where such material may be found on the site or service (please be as detailed as possible so that we can actually find the material that you claim is infringing); iv. A statement by you that you have a good faith belief that the disputed use of the material is not authorized by the copyright owner, its agent, or the law; v. A statement that the information in the notification is accurate, and under penalty of perjury, that you are authorized to act on behalf of the owner of an exclusive right that is allegedly infringed; and vi. Your electronic or physical signature.

Once a complete and proper notice of claimed copyright infringement is received at the email address below, Spotify will investigate such matter and take appropriate action(s), which may include, without limitation, removal of or disabling of access to infringing material and termination of site or service privileges of anyone who repeatedly infringes the copyrights of others. The email address for the above notices is: legal@spotify.com

## 21. Technology limitations and modifications

Spotify will make reasonable efforts to keep the Spotify Software Application and the Spotify Service operational. However, certain technical difficulties or maintenance may, from time to time, result in temporary interruptions. Spotify reserves the right at any time and from time to time to modify or discontinue, temporarily or permanently, functions and features of the Spotify Software Application and the Spotify Service with or without notice.

## 22. Privacy

You agree that Spotify has a right to collect and process your personal information in accordance with the Spotify Privacy Policy.

## 23. Assignment by Spotify

Spotify may assign this Agreement or any part of it without restrictions. You may not assign this Agreement or any part of it to any third party.

## 24. Entire agreement

This Agreement together with the Spotify Privacy Policy, the Mobile Terms(if applicable), the Premium Code Terms and Conditions (if applicable) and the Unlimited Code Terms and Conditions (if applicable) (the "**Agreements**") constitutes all the terms and conditions agreed upon between you and Spotify and supersede any prior agreements in relation to the subject matter of these Agreements, whether written or oral. Any additional or different terms or conditions in relation to the subject matter of these Agreements in any written or oral communication from you to Spotify are void. You agree and accept that you have not accepted the terms and conditions of this Agreement in reliance of or to any oral or written representations made by Spotify not contained in this Agreement.

EXHIBIT 19

4 of 49

## 25. Severability

Should for any reason or to any extent any provision of this Agreement be held invalid or unenforceable, such invalidity or enforceability shall not in any manner affect or render invalid or unenforceable the remaining provisions of this Agreement and the application of that provision shall be enforced to the extent permitted by law.

## 26. Mandatory arbitration; exceptions to mandatory arbitration, waiver of class action rights; limitations period; venue and choice of law

i. You and Spotify agree that any dispute, claim or controversy arising out of or relating in any way to the Spotify Service and Spotify Software Application or your use thereof, including our Agreement, shall be determined by mandatory binding arbitration. You agree that the U.S. Federal Arbitration Act governs the interpretation and enforcement of this provision, and that you and Spotify are each waiving the right to a trial by jury and the right to participate in a class or multi-party action. This arbitration provision shall survive termination of this Agreement and the termination of your Spotify subscription. The arbitration will be governed by the Commercial Arbitration Rules and the Supplementary Procedures for Consumer Related Disputes of the American Arbitration Association (the "AAA Rules"), as modified by this Agreement, and as administered by the AAA.

ii. You and Spotify agree that (a) any claims seeking to enforce, protect, or determine the validity or ownership of any intellectual property rights, and (b) any claims related to allegations of theft, piracy or unauthorized use of the Spotify Service or Spotify Software Application are NOT subject to mandatory arbitration. Instead, you and Spotify agree that the preceding claims (including but not limited to claims for injunctive or equitable relief) shall be exclusively decided by Courts of competent jurisdiction in New York, New York, and that applicable New York and/or Federal law shall govern, without regarding to choice of law principals.

iii. YOU AND SPOTIFY AGREE THAT EACH MAY BRING CLAIMS AGAINST THE OTHER ONLY IN YOUR OR ITS INDIVIDUAL CAPACITY, AND NOT AS A CLASS MEMBER OR IN ANY REPRESENTATIVE CAPACITY OR PROCEEDING. Further, the arbitrator shall not consolidate any other person's claims with your claims, and may not otherwise preside over any form of a multi-party or class proceeding. If this specific provision is found to be unenforceable in any way, then the entirety of this arbitration section shall be null and void. The arbitrator may not award declaratory or injunctive relief.

iv. Any arbitration must be commenced by filing a demand for arbitration with the AAA within ONE (1) YEAR after the date the party asserting the claim first knows or reasonably should know of the act, omission or default giving rise to the claim; and there shall be no right to any remedy for any claim not asserted within that time period. If applicable law prohibits a one-year limitations period for asserting claims, any claim must be asserted within the shortest time period permitted by applicable law. Your arbitration fees and your share of arbitrator compensation will be limited to those fees set forth in the AAA's Consumer Rules with the remainder paid by Spotify. Any arbitration costs or fees deemed "excessive" will be paid by Spotify.

v. You and Spotify agree that this Agreement involves interstate commerce and is subject to the Federal Arbitration Act. You and Spotify further agree that applicable laws of the State of New York shall exclusively govern any dispute without regard to choice or conflicts of law rules. The sole and exclusive venue for the resolution of any dispute, whether or not subject to mandatory arbitration as described above, shall lie in New York, New York.

## 27. English version prevails

In the event that this Agreement is translated into other languages and there is a discrepancy between the two language versions, the English language version shall prevail to the extent that such discrepancy is the result of an error in translation. Copyright © 2008-2011 Spotify USA Inc. and its affiliates. All rights reserved.

Spotify USA Inc., 76 9th Avenue
Suite 1110, 11th Floor
New York, NY 10011
USA

---

### Quick links

**What is Spotify?**
What is Spotify?
Features
Social
Spotify on Facebook
Local music
Spotify on the Web
Music catalogue info

**Download**
Mac OS X
Windows
Other platforms
Previews

**Account**
Overview
Edit profile
Share Spotify
Subscription
Redeem a code

**Work with us**
Labels and Artists
Advertisers
Partners
Developers

**About us**
Contact
Press
Jobs

**Legal**
Privacy policy
Terms and Conditions of Use
Premium Code Terms
Mobile Terms of Use
Unlimited Code Terms
48-Hour Free Trial Continuation Offer
Terms and Conditions

**Country**
USA

**Spotify on**
Facebook
Twitter
Flickr
YouTube

Copyright © 2007-2011 Spotify Ltd

EXHIBIT 19
6 of 49

Hello there. Would you like to get Spotify on your mobile for 30 days free? Find out more here.

**Sign up**  **Log in** ⊗

| What is Spotify? | Get Spotify | Mobile | Community | About us | Jobs | Help |

Privacy Policy   **Terms and Conditions of Use**   Premium Code Terms   Mobile Terms and Conditions   Unlimited Code Terms

48-Hour Free Trial Continuation Offer Terms and Conditions   New 30-Days Free Trial Terms and Conditions

# Spotify® Terms and Conditions of Use

Effective as from 30 November 2011.

This document (the "**Agreement**") is a legally binding agreement between you and Spotify USA Inc., a Delaware company ("**Spotify**"), that governs your use of Spotify's software application, including the Mobile Client as defined in Section 5 below (the "**Spotify Software Application**") and online streaming Spotify Service (as defined below), both available at the Spotify Websites (as defined in the Spotify Privacy Policy). The Spotify Service can be accessed (i) as an ad-supported free-to-the-user service having no monthly cap on listening hours or a cap on number of plays of a unique track during the first 6 months following creation of your Spotify account but thereafter a cap of 10 listening hours per month and a cap of 5 plays per unique track (the "**Free Service**"), (ii) as an advertisement free version of the Spotify Service for which you pay a monthly or yearly subscription (the "**Unlimited Service**"), (iii) as an advertisement free version of the Spotify Service including an offline mode which makes it possible to listen to music without a connection to the Internet via conditional downloads and other additional features for which you pay a monthly or yearly subscription (the "**Premium Service**"), and (iv) as a version of the Spotify Service that provides access to aspects of the Spotify Service via a supported mobile handset (the "**Mobile Service**"). The Unlimited Service, the Premium Service and the Mobile Service are collectively referred to as the "**Spotify Paid for Service**". The Free Service, the Unlimited Service, the Premium Service, and the Mobile Service are collectively referred to as the "**Spotify Service**". Please note that you must read and agree to the terms and conditions of this Agreement before you use the Spotify Software Application or the Spotify Service. If you do not agree to the terms and conditions of the Agreement, you may NOT use the Spotify Software Application or the Spotify Service. For a detailed description of the features in each of the Spotify Paid for Services, please see the Spotify Websites.

## 1. Contract formation

By creating a Spotify account, either through Spotify or a third party such as Facebook, Inc ("**Facebook**"), or commencing download of the Spotify Software Application at the Facebook website or by using the Spotify Software Application (including but not limited to the downloading of said application) or the Spotify Service, you confirm that you are 18 years of age or more, or that you are 13 years of age or more and that you have received your parent's or guardian's consent to enter into this Agreement, that you have your residence in the United States, that any registration information that you submit to Spotify is true, accurate and complete, that you will update such information in order to keep it current, and that you agree to the terms and conditions of this Agreement and the Spotify Privacy Policy.

## 2. Changes to the Agreement and notices

Spotify may make changes to this Agreement at its sole discretion. Changes will be communicated to you by us posting the new version of the Agreement on the Spotify Websites or as otherwise determined by Spotify in its sole discretion and your acceptance of and / or continued use of the Spotify Software Application or the Spotify Service after such notification of changes to this Agreement will constitute your acceptance of such changes. You may also be asked to reacknowledge and reaccept this Agreement following any material changes.

## 3. Grant of license

You are granted a limited, non-exclusive, revocable license to make personal non-commercial use of the Spotify Software Application (including a right to download said application) and the Spotify Service and to receive by stream (and, where you have purchased the Premium Service or the Mobile Service, by conditional download) the media content made available through the Spotify Service in the United States. You do not have a right to transfer or sublicense your rights under this Agreement. Third party components included in the Spotify Software Application are licensed to you either under this Agreement, or under the relevant third party component license terms, as applicable, and published in the help section of the Spotify Software Application.

## 4. Purchase of the Spotify Paid for Service

If you agree to pay the fee for access to the applicable Spotify Paid for Service, such fee will be charged by the company designated by Spotify in accordance with the payment method you have chosen for your purchase. If you are paying by credit or debit card, by designating a card to be billed, you confirm that you are authorized to make such purchase and that you are the holder of such card (i.e. that the card is issued in your name). All prices stated on the Spotify Websites are inclusive of any applicable sales taxes and fees. Spotify accepts a variety of different payment methods, so please check the Spotify Websites for the best way for you to pay.

## 5. The Mobile Service

You are required to have the most recent mobile version of the Spotify Software Application (the "**Mobile Client**") on your mobile handset in order to use the Mobile Service. The Mobile Client may be acquired only via the official channels authorized by Spotify. You agree that your access and right to use the Mobile Service is expressly conditioned on your registering as a mobile subscriber via the authentication process

EXHIBIT 19

7 of 49

associated with the Mobile Client, which authentication process may include additional terms and conditions applicable to the Mobile Service (the "**Mobile Terms**") and any Mobile Terms shall form part of this Agreement. Only handsets that are supported by Spotify may be used to access the Mobile Service and you agree that Spotify has no obligation to support any particular make or model of handset, whether or not such make or model is currently, or was previously supported by Spotify.

## 6. Premium code and unlimited code

Spotify also allows you to purchase an access code which will provide access to the Premium Service and the Mobile Service ("**Premium Code**"). In order to purchase a Premium Code please go to the Spotify Websites and follow instructions. Your purchase and use of a Premium Code will be governed by the Premium Code Terms and Conditions, as well as this Agreement. Or you can choose to purchase an access code which will provide access to the Unlimited Service ("**Unlimited Code**"). In order to purchase an Unlimited Code please go to the Spotify Websites and follow instructions. Your purchase and use of an Unlimited Code will be governed by the Unlimited Code Terms and Conditions, as well as this Agreement.

## 7. Use of cached content

The "offline mode" of the Premium Service and the Mobile Service permits you to download temporary copies of content and play it locally for so long as you maintain your subscription to the applicable Spotify Paid for Service. As a subscriber to the Premium Service, you are permitted to store such cached content on up to three (3) separate devices.

## 8. Local files

The Spotify Software Application automatically generates a list of the local music files which you have stored on your computer or other relevant device. This function does not automatically copy or import these music files. This automatic list function can be disabled in the preferences view in the Spotify Software Application. The "local files" function of the Spotify Service permits you to choose to import local files stored on your computer or other relevant device into the Spotify Software Application or to copy local files from your computer onto your mobile handset or other relevant device using the Mobile Client. You may only import or copy files that you have legally acquired, and have the right to import or copy. For instance, you may not use the Spotify Service to import or copy any music you have illegally downloaded from the Internet.

## 9. Prices

Spotify may change the price for the Spotify Paid for Service from time to time. In respect of the Spotify Paid for Service, such changed price will take effect after the expiry of the then current paid for period (i.e. the term that you have already paid for). Any price change will be communicated to you at least 14 days in advance so that you have an opportunity to elect to not renew. If you do not wish to be bound by such changed price relating to your Spotify Paid for Service you may terminate your subscription of your Spotify Paid for Service in accordance with Section 16 (Term and termination). Your continued use of the Spotify Paid for Service after the communication of such price change to you constitutes an acceptance of such new price.

## 10. Automatic subscription renewal

Your subscription to the Spotify Paid for Service will automatically renew at the end of each subscription term unless you terminate your subscription prior to the end of such subscription term in accordance with Section 16 (Term and termination), or, in the case of the Mobile Service, your access to the Mobile Service is revoked by Spotify in accordance with the Mobile Terms. Such renewal will always be for a monthly subscription term, even if the previous subscription term was for a longer period. If you would like to renew for a longer term, then please log into your account on the Spotify Websites. At the time of renewal the payment method you have designated to be charged for the purchase of the Spotify Paid for Service will automatically be charged our then current fees for the applicable subscription.

## 11. Spotify Social

The Spotify Software Application has features that allow you to make your profile publicly available, share links to tracks and playlists with other users of the Spotify Service, integrate your activities on the Spotify Service with functionality offered by third party social networking services, including Facebook and Twitter, including to connect your Spotify account to your Facebook account ("**Spotify Social**"). If you choose to activate Spotify Social, including choosing to connect to a Facebook account, your Spotify profile, including your Facebook user name and Facebook profile photo, will become publicly viewable to other users of the Spotify Service in the Spotify Software Application. If you connect your Spotify account to a Facebook account, in the preferences pane you can choose whether or not to automatically share your listening activities to Facebook, including whether or not to publish your playlists when created, to other Spotify Social users or to Facebook if you have activated sharing to Facebook. You agree that Spotify is not responsible for content once it is shared to Facebook. If you use Spotify Social, you must respect other users of the Spotify Service in your interactions with them. Spotify reserves the right, in its absolute discretion, to disable your account if it believes that you are violating this principle. Unacceptable behavior will result in your account being terminated and you being blocked from accessing the Spotify Service. Examples of unacceptable behavior include, but are not limited to:

    i.  giving playlists offensive, abusive, defamatory, pornographic or obscene titles;

    ii.  harassing or bullying other users;

    iii.  spamming other users through the inbox, or using automated means to artificially promote content; and

    iv.  using a photo on your profile that infringes the copyright of a third party, or is offensive, abusive, defamatory, pornographic or obscene.

## 12. Third Party Applications and Third Party Applications Content

The partner section of the Spotify Software Application links to software applications which are owned and operated by third parties ("**Third Party Applications**"). Such Third Party Applications and all third party content available through such applications ("**Third Party Applications**

EXHIBIT 19
8 of 49

Content") are provided by the relevant third parties only and not by Spotify. Use of Third Party Applications and Third Party Applications Content are subject to the terms of use of such Third Party Applications. Your use of the Third Party Application and Third Party Application Content is subject to Section 17 (No warranty) and Section 18 (Limitation of liability).

## 13. Restrictions of use

For the avoidance of doubt, you agree that you may not (without limitation):

   i. copy, reproduce, "rip", record, make available to the public or otherwise use any part of the Spotify Software Application or the Spotify Service or its content (including but not limited to tracks, images and text) in a manner not expressly permitted under this Agreement;

   ii. sell or attempt to sell any invite to access the Spotify Service, or resell any code used to access the Spotify Paid for Service;

   iii. provide your password to any other person or use any other person's user name and password;

   iv. reverse-engineer, decompile, disassemble, modify or create derivative works based on the Spotify Software Application or the Spotify Service or any part thereof;

   v. circumvent any technology used by Spotify, its licensors, or any third party to protect content accessible through the Spotify Software Application and Spotify Service;

   vi. rent or lease any part of the Spotify Software Application or the Spotify Service;

   vii. use the Spotify Software Application or the Spotify Service in a way that violates the terms of this Agreement;

   viii. circumvent any territorial restrictions applied by Spotify;

   ix. artificially increase play count or otherwise manipulate the Spotify Software Application or the Spotify Service by using a script or other automated process;

   x. import any local files which you have not legally acquired into the Spotify Service; and

   xi. copy any local files which you have not legally acquired onto your mobile handset or other device using the Mobile Client.

In addition to the above, you agree to take all reasonable care to prevent unauthorized use of the Spotify Software Application and the Spotify Service and its content. You also acknowledge and agree that Spotify may remove or reclaim your username at any time if Spotify in its absolute discretion considers such action appropriate.

## 14. Advertising and use of computational resources

As consideration for your rights under this Agreement, you agree that (i) Spotify and its business partners have a right to provide promotional offers, advertising and other information to you by email or other means of communication, and that (ii) Spotify has a right to allow the Spotify Software Application and the Spotify Service to utilize the processor, bandwidth and storage hardware on your computer or other relevant device for the limited purpose of facilitating the communication and transmission of content and other data or features to you and other users of the Spotify Software Application and the Spotify Service, and to facilitate the operation of the network on which the Spotify Software Application and the Spotify Service runs. You may opt out of receiving promotional messages from Spotify and its business partners at any time by changing your account settings or by hitting the "unsubscribe" link in any of your emails. You may adjust the level of usage that the Spotify Service makes of your computer in the settings of the Spotify Software Application.

## 15. Customer support

If you have any questions concerning the Spotify Software Application, the Spotify Service or this Agreement, please contact Spotify customer service by visiting the help section.

## 16. Term and termination

This Agreement will become effective in relation to you when you create a Spotify account or when you start using the Spotify Software Application or the Spotify Service and will remain effective until terminated by you or Spotify. You may cancel your subscription of the Spotify Paid for Service at any time by visiting your subscription page which termination shall have effect at the expiry of the then-current subscription period that you have already paid for (e.g. one month, one quarter or a year). Spotify will not refund any remaining portion of subscription fees you have already paid for. Spotify reserves the right to terminate this Agreement or suspend your Spotify account at any time in case of unauthorized, or suspected unauthorized use of the Spotify Software Application or the Spotify Service whether in contravention of this Agreement or otherwise. If Spotify terminates this Agreement, or suspends your Spotify account for any of the reasons set out in this section, Spotify shall have no liability or responsibility to you, and Spotify will not refund any amounts that you have previously paid.

## 17. NO WARRANTY

THE USE OF THE SPOTIFY SOFTWARE APPLICATION AND THE SPOTIFY SERVICE (INCLUDING BUT NOT LIMITED TO ITS CONTENT) IS AT YOUR OWN RISK. THE SPOTIFY SOFTWARE APPLICATION AND THE SPOTIFY SERVICE IS PROVIDED AND LICENSED ON AN "AS IS" AND "AS AVAILABLE" BASIS. TO THE FULLEST EXTENT POSSIBLE UNDER APPLICABLE LAW, SPOTIFY DISCLAIMS AND GIVES NO WARRANTY, EXPRESS OR IMPLIED, INCLUDING WITHOUT LIMITATION ANY WARRANTY AS TO THE QUALITY, CONTENT AND AVAILABILITY OR FITNESS FOR A SPECIFIC PURPOSE OF THE SPOTIFY SOFTWARE APPLICATION OR THE SPOTIFY SERVICE OR WARRANTY OF TITLE OR NON-INFRINGEMENT. In addition, Spotify does not warrant, endorse, guarantee or assume responsibility for any Third Party Application, Third Party Application Content or any other product or service advertised or offered by a third party on or through the Spotify Service or any hyperlinked website, or featured in any banner or other advertising. Consequently Spotify will in no way be responsible for any transaction between you and third-party providers of Third Party Applications or products or services advertised on or

through the Spotify Service. As with any purchase of a product or service through any medium or in any environment, you should use your judgment and exercise caution where appropriate. No advice or information whether oral or in writing obtained by you from Spotify shall create any warranty on behalf of Spotify in this regard.

## 18. LIMITATION OF LIABILITY

TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, IN NO EVENT SHALL SPOTIFY, ITS AFFILIATES, OFFICERS, DIRECTORS, EMPLOYEES OR LICENSORS BE LIABLE FOR ANY DIRECT, INDIRECT, INCIDENTAL, SPECIAL OR CONSEQUENTIAL DAMAGES (INCLUDING BUT NOT LIMITED TO ANY LOSS OF PROFITS, BUSINESS INTERRUPTION, CORRUPTION OF FILES, LOSS OF BUSINESS INFORMATION, LOSS OF DATA, SERVICE INTERRUPTION, COMPUTER FAILURE OR PECUNIARY LOSS) ARISING OUT OF THE USE OF OR INABILITY TO USE THE SPOTIFY SOFTWARE APPLICATION OR THE SPOTIFY SERVICE (INCLUDING BUT NOT LIMITED TO ITS CONTENT), THE THIRD PARTY APPLICATIONS OR THE THIRD PARTY APPLICATION CONTENT EVEN IF YOU HAVE ADVISED SPOTIFY ABOUT THE POSSIBILITY OF SUCH LOSS, AND INCLUDING ANY DAMAGES RESULTING THEREFROM.

Your only right with respect to any problems or dissatisfaction with the Spotify Software Application, the Spotify Service, the Third Party Applications or the Third Party Application Content is to uninstall the Spotify Software Application and to stop using the Spotify Service, the Third Party Applications or the Third Party Application Content. In no event will Spotify's total liability to you in connection with this Agreement exceed the greater of one dollar (U.S. $1.00) or the total amount paid by you for the relevant Spotify Services.

Nothing in this Agreement removes or limits Spotify's liability for fraudulent misrepresentation, death or personal injury caused by its negligence.

## 19. Indemnity

You agree to indemnify and hold Spotify and its officers, directors, employees and licensors harmless from any claim or demand (including but not limited to reasonable legal fees) made by a third party due to or arising out of or related to your violation of the terms and conditions of this Agreement or your violation of any laws, regulations or third party rights.

## 20. Intellectual property

Spotify respects intellectual property rights, and expects you to do the same. The Spotify Software Application, the Spotify Service and the content provided through the Spotify Service is the property of Spotify or Spotify's licensors and protected by intellectual property rights (including but not limited to copyright), and you do not have a right to use the Spotify Software Application or the Spotify Service (including but not limited to its content) in any manner not covered by the Agreement. Furthermore, you must not infringe any third party's intellectual property rights in using the Spotify Service or the Spotify Software Application, which means that (for example) you may not import or copy any music which you have not legally acquired and have the right to so import or copy into the Spotify Software Application or the Mobile Client. Further, you may not remove or alter any copyright, trademark or other intellectual property notices contained on or provided through the Spotify Software Application or the Spotify Service.

## 21. Copyright infringement and take down

If you are a copyright holder who believes that any of the products, services or content which are directly available via the Spotify Software Application or the Spotify Websites are infringing copies of your work, please let us know. Pursuant to The Digital Millennium Copyright Act, 17 United States Code 512(c)(3), a notice of alleged copyright infringement should be sent to Spotify's designated copyright agent at the following address:

Spotify USA Inc.
Attn: Legal Department, Copyright Agent
76 9th Avenue, Suite 1110, 11th Floor
New York, NY 10011, USA
legal@spotify.com

A notification of claimed copyright infringement must be addressed to Spotify's copyright agent listed above and include the following:

   i. A physical or electronic signature of the owner (or person authorized to act on behalf of the owner) of the copyright that is allegedly infringed;

  ii. Specific identification of each copyrighted work claimed to have been infringed;

 iii. A description of where the material believed to be infringed is located on Spotify Service or the Spotify Websites (please be as detailed as possible and provide a URL to help us locate the material you are reporting);

  iv. Contact information for the complaining party, such as a complete name, address, telephone number, and email address;

   v. A statement that the complaining party has a good faith belief that use of the work(s) in the manner complained of is not authorized by the copyright owner, its agent, or the law; and

  vi. A statement that the information in the notification is accurate, and under penalty of perjury, that the complaining party is authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.

## 22. Technology limitations and modifications

Spotify will make reasonable efforts to keep the Spotify Software Application and the Spotify Service operational. However, certain technical difficulties or maintenance may, from time to time, result in temporary interruptions. Spotify reserves the right at any time and from time to time

EXHIBIT 19
10 of 49

to modify or discontinue, temporarily or permanently, functions and features of the Spotify Software Application and the Spotify Service with or without notice.

## 23. Privacy

You agree that Spotify has a right to collect and process your personal information in accordance with the Spotify Privacy Policy.

## 24. Assignment by Spotify

Spotify may assign this Agreement or any part of it without restrictions. You may not assign this Agreement or any part of it to any third party.

## 25. Entire agreement

This Agreement together with the Spotify Privacy Policy, the Mobile Terms(if applicable), the Premium Code Terms and Conditions (if applicable) and the Unlimited Code Terms and Conditions (if applicable) (the "**Agreements**") constitutes all the terms and conditions agreed upon between you and Spotify and supersede any prior agreements in relation to the subject matter of these Agreements, whether written or oral. Any additional or different terms or conditions in relation to the subject matter of these Agreements in any written or oral communication from you to Spotify are void. You agree and accept that you have not accepted the terms and conditions of this Agreement in reliance of or to any oral or written representations made by Spotify not contained in this Agreement.

## 26. Severability

Should for any reason or to any extent any provision of this Agreement be held invalid or unenforceable, such invalidity or enforceability shall not in any manner affect or render invalid or unenforceable the remaining provisions of this Agreement and the application of that provision shall be enforced to the extent permitted by law.

## 27. Mandatory arbitration; exceptions to mandatory arbitration, waiver of class action rights; limitations period; venue and choice of law

i. You and Spotify agree that any dispute, claim or controversy arising out of or relating in any way to the Spotify Service and Spotify Software Application or your use thereof, including our Agreement, shall be determined by mandatory binding arbitration. You agree that the U.S. Federal Arbitration Act governs the interpretation and enforcement of this provision, and that you and Spotify are each waiving the right to a trial by jury and the right to participate in a class or multi-party action. This arbitration provision shall survive termination of this Agreement and the termination of your Spotify subscription. The arbitration will be governed by the Commercial Arbitration Rules and the Supplementary Procedures for Consumer Related Disputes of the American Arbitration Association (the "AAA Rules"), as modified by this Agreement, and as administered by the AAA.

ii. You and Spotify agree that (a) any claims seeking to enforce, protect, or determine the validity or ownership of any intellectual property rights, and (b) any claims related to allegations of theft, piracy or unauthorized use of the Spotify Service or Spotify Software Application are NOT subject to mandatory arbitration. Instead, you and Spotify agree that the preceding claims (including but not limited to claims for injunctive or equitable relief) shall be exclusively decided by Courts of competent jurisdiction in New York, New York, and that applicable New York and/or Federal law shall govern, without regarding to choice of law principals.

iii. YOU AND SPOTIFY AGREE THAT EACH MAY BRING CLAIMS AGAINST THE OTHER ONLY IN YOUR OR ITS INDIVIDUAL CAPACITY, AND NOT AS A CLASS MEMBER OR IN ANY REPRESENTATIVE CAPACITY OR PROCEEDING. Further, the arbitrator shall not consolidate any other person's claims with your claims, and may not otherwise preside over any form of a multi-party or class proceeding. If this specific provision is found to be unenforceable in any way, then the entirety of this arbitration section shall be null and void. The arbitrator may not award declaratory or injunctive relief.

iv. Any arbitration must be commenced by filing a demand for arbitration with the AAA within ONE (1) YEAR after the date the party asserting the claim first knows or reasonably should know of the act, omission or default giving rise to the claim; and there shall be no right to any remedy for any claim not asserted within that time period. If applicable law prohibits a one-year limitations period for asserting claims, any claim must be asserted within the shortest time period permitted by applicable law. Your arbitration fees and your share of arbitrator compensation will be limited to those fees set forth in the AAA's Consumer Rules with the remainder paid by Spotify. Any arbitration costs or fees deemed "excessive" will be paid by Spotify.

v. You and Spotify agree that this Agreement involves interstate commerce and is subject to the Federal Arbitration Act. You and Spotify further agree that applicable laws of the State of New York shall exclusively govern any dispute without regard to choice or conflicts of law rules. The sole and exclusive venue for the resolution of any dispute, whether or not subject to mandatory arbitration as described above, shall lie in New York, New York.

## 28. English version prevails

In the event that this Agreement is translated into other languages and there is a discrepancy between the two language versions, the English language version shall prevail to the extent that such discrepancy is the result of an error in translation. Copyright © 2008-2011 Spotify USA Inc. and its affiliates. All rights reserved.

Spotify USA Inc., 76 9th Avenue
Suite 1110, 11th Floor
New York, NY 10011

USA

## Quick links

**What is Spotify?**

What is Spotify?

Features

Play Button

Spotify apps

Spotify on Facebook

Spotify on iPad

Local music

Music catalogue info

**Download**

Mac OS X

Windows

Other platforms

Previews

**Account**

Overview

Edit profile

Share Spotify

Subscription

Redeem a code

**Work with us**

Labels

Artist Services

Advertisers

Partners

Developers

**About us**

Contact

Press

Jobs

Blog

**Legal**

Privacy Policy

Terms and Conditions of Use

Premium Code Terms

Mobile Terms and Conditions

Unlimited Code Terms

48-Hour Free Trial Continuation Offer Terms and Conditions

New 30-Days Free Trial Terms and Conditions

Copyright © 2007-2012 Spotify Ltd

## Country

USA

## Spotify on

Facebook

Google+

Tumblr

Twitter

YouTube

EXHIBIT 19
12 of 49

# Spotify

Features    Premium    Help    👤 Log In    **Get Spotify**

**Legal**    **Terms and Conditions of Use**    Mobile Terms and Conditions    Copyright Policy    Privacy Policy

# Spotify Terms and Conditions of Use
Effective as from 17 October 2012

1. Introductions
2. Changes to the Agreements
3. Enjoying Spotify
   - 3.1 Subscriptions
   - 3.2 Codes and other Limited Offers
   - 3.3 Trials

4. Licence and assignment
5. Third Party Applications
6. User generated content
7. Consideration
8. User Guidelines
9. Copyright infringement
10. Technology limitations and modifications
11. Export control
12. Payments, cancellations and cooling off
13. Term and termination
14. Warranty
15. Limitation
16. Entire agreement
17. Severability
18. Choice of law, mandatory arbitration and venue
19. Local Country chart

Hello, and welcome to our Terms and Conditions of Use. This is important and affects your legal rights, so please read them and our Privacy Policy carefully. We hope you're sitting comfortably. Here we go…

## 1. Introductions
Thanks for choosing Spotify **("Spotify", "we", "us", "our").** By using the Spotify service, websites, or software applications (together, the "Spotify Service" or "Service"), including by purchasing or receiving Codes or Limited Offers, you are entering into a binding contract with our local company in your country of residence (your "Local Country"), as detailed in this chart. Your agreement with us includes these Terms and Conditions of Use (**"Terms"**) and our Privacy Policy (together with the Mobile Terms where applicable, the **"Agreements"**). If you don't agree with these Terms, then please don't use the Service.

We're pleased to make our Service available to you. The Spotify Service includes social and interactive features. Learn more about the Spotify Service here.

In order to use the Spotify Service, you need to (a) be 18 or older, or be 13 or older and have your parent or guardian's consent to these Terms, (b) have the power to enter a binding contract with us and are not barred from doing so under any applicable laws, and (c) be resident in the Local Country. You also warrant that any registration information that you submit to Spotify is true, accurate and complete, and you agree to keep it that way at all times.

## 2. Changes to the Agreements
Occasionally we may, in our discretion, make changes to the Spotify Service and Agreements. When we make changes to the Agreements that we consider material, we'll notify you through the Service. By continuing to use the Service after those changes are made, you are expressing and

EXHIBIT 19
13 of 49

acknowledging your acceptance of the changes.

## 3. Enjoying Spotify

Here's some information about all the ways you can enjoy Spotify.

### 3.1 Subscriptions

Spotify account holders may access the Spotify Service by any of our several Subscriptions:

- **Free Service:** an ad-based, free-of-charge service;
- **Unlimited Service:** a subscription fee-based service;
- **Premium Service:** an ad-free, subscription fee-based service which enables you to listen to music while not connected to the internet, among other features; or
- **Mobile Service:** via a supported mobile handset.

The Premium Service permits you to store cached content on up to three (3) personal computers, mobile handsets and/or other relevant devices (collectively "Devices") while your Premium Service subscription is active. You may not transfer copies of cached content to any other device via any means. By using the Mobile Service, you agree to accept the Mobile Terms and to register for the Service as a mobile subscriber.

### 3.2 Codes and other Limited Offers

If you have purchased a code sold by or on behalf of Spotify for access to the Unlimited Service or Premium Service for the time period indicated on your email or paper receipt ("Code"), or if you are accessing the service through some other limited offer which you received or purchased from Spotify ("Limited Offer"), these Agreements apply to your access to the Service. Any separate sets of terms and conditions presented to you along with the Code or other Limited Offer also apply to your access to the Service using the Code or Limited Offer.

Subject to any rights you may have under Section 12, Codes are not redeemable for cash and may not be returned for a cash refund, exchanged, resold or used to purchase other Codes.

### 3.3 Trials

From time to time, we may offer trials of the Premium Service and/or Mobile Service for a specified period without payment (a "Trial"). Spotify reserves the right, in its absolute discretion, to determine your eligibility for a Trial, and to withdraw or to modify a Trial at any time without prior notice and with no liability.

For some Trials, we'll require you to provide your payment details to start the Trial. At the end of such Trials, we may automatically start to charge you for the Premium Service on the first day following the end of the Trial, on a recurring monthly basis. By providing your payment details in conjunction with the Trial, you agree to this charge. If you do not want this charge, you must change your Subscription to the Free Service through your Spotify account's settings before the end of the Trial.

## 4. Licence and assignment

The Spotify Service and the content provided through it are the property of Spotify or Spotify's licensors, and we grant you a limited, non-exclusive, revocable licence to make personal, non-commercial use of the Spotify Service and to receive the media content made available through the Spotify Service in your Local Country, based on the Subscription or Trial you have selected (the "Licence"). This Licence shall remain in effect for a period of 20 years unless terminated by you or Spotify.

The Spotify software applications are licensed, not sold, to you, and Spotify retains ownership of all copies of the Spotify software applications even after installation on your Devices. Spotify may assign these Agreements or any part of them without restriction. You may not assign these Agreements or any part of them, nor transfer or sub-licence your rights under this Licence, to any third party.

All Spotify trademarks, service marks, trade names, logos, domain names, and any other features of the Spotify brand are the sole property of Spotify. This Licence does not grant you any rights to use the Spotify trademarks, service marks, trade names, logos, domain names, or any other features of the Spotify brand, whether for commercial or non-commercial use.

You agree to abide by our User Guidelines and not to use the Spotify Service (including but not limited to its content) in any manner not expressly permitted by the Terms.

Third party software libraries included in the Spotify Service are licensed to you either under these Terms, or under the relevant third party software library's licence terms as published in the help or settings section of our desktop and mobile client and on our website.

## 5. Third Party Applications

The Spotify Service provides a platform for third party applications, websites and services to make available products and services to you ("**Third Party Applications**"), and your use of these Third Party Applications is subject to their terms of use. You understand and agree that Spotify is not responsible or liable for the behavior, features, or content of any Third Party Application.

## 6. User generated content

Spotify users may post, upload and/or contribute ("post") content to the Service, including pictures, text and playlist compilations ("**User Content**").

EXHIBIT 19
14 of 49

You represent that you have the right to post any User Content which you post to the Service, and that such User Content, or its use by us as contemplated by this Agreement, does not violate these Agreements, applicable law, or the intellectual property rights of others. You grant us a non-exclusive, transferable, sub-licensable, royalty-free, worldwide license to use any User Content that you post on or in connection with Spotify. This license lasts until you terminate your Spotify account, except in the case of User Content that you have published, made public and/or share with others. Aside from the rights specifically granted herein, you retain ownership of all rights, including intellectual property rights, in the User Content that you post to the Spotify Service, except that, where applicable under Local Country law, you agree to waive your right to be identified as the author of any User Content on the Spotify Service and your right to object to derogatory treatment of such User Content.

Spotify does not monitor, review, or edit User Content, but reserves the right to remove or disable access to any User Content for any or no reason, including but not limited to, User Content that, in Spotify's sole discretion, violates these Agreements. Spotify may take these actions without prior notification to you. Removal or disabling of access to User Content shall be at our sole discretion, and we do not promise to remove or disable access to any specific User Content.

Spotify is not responsible for User Content nor does it endorse any opinion contained in User Content. If you believe that any User Content infringes your intellectual property rights, please click here, or if you believe that any User Content does not comply with the User Guidelines (Section 8 below) or that your rights under applicable law have been otherwise infringed by any User Content, please contact us at legal-feedback@spotify.com.

## 7. Consideration

In consideration for the rights granted to you under these Terms, you grant us the right (a) to allow the Spotify Service to use the processor, bandwidth and storage hardware on your Device in order to facilitate the operation of the Service, (b) to provide advertising and other information to you, if you subscribe to the Free Service, and (c) to allow our business partners to do the same.

You grant Spotify a non-exclusive, transferable, sub-licensable, royalty-free, perpetual, worldwide licence to use, reproduce, make available to the public, publish, translate and distribute any User Content that you post on or otherwise provide through the Spotify Service.

These Terms are not intended to grant rights to anyone except you and Spotify, and in no event shall these Terms create any third party beneficiary rights. Any failure by Spotify to enforce these Terms or any provision thereof shall not waive Spotify's right to do so.

## 8. User Guidelines

We've established a few ground rules for you to follow when using the Service, to make sure Spotify stays enjoyable for everyone. Please follow these rules and encourage other users to do the same.

Spotify respects intellectual property rights and expects you to do the same. This means, for example, that the following is not permitted: (a) Copying, reproducing, "ripping", recording, or making available to the public any part of the Spotify Services or content delivered to you via the Spotify Services, or otherwise any making use of the Spotify Service which is not expressly permitted under these Terms; (b) using the Spotify service to import or copy any local files you do not have the legal right to import or copy in this way; (c) reverse-engineering, decompiling, disassembling, modification or creating derivative works based on the Spotify Services or any part thereof; (d) circumventing any technology used by Spotify, its licensors, or any third party to protect content accessible through the Service; (e) renting or leasing of any part of the Services; (f) circumventing of any territorial restrictions applied by Spotify; (g) artificially increasing play count or otherwise manipulating the Services by using a script or other automated process; (h) removing or altering any copyright, trademark or other intellectual property notices contained on or provided through the Spotify Service; (i) providing your password to any other person or using any other person's user name and password.

Please respect Spotify and other users of the Spotify Service. Don't engage in any activity on the Service or upload User Content, including registering and/or using a username, which is or includes material that (a) is offensive, abusive, defamatory, pornographic or obscene; (b) is illegal, or intended to promote or commit an illegal act of any kind, including but not limited to, violations of intellectual property rights, privacy rights or proprietary rights of Spotify or a third party; (c) includes personal data of third parties or is intended to solicit such personal data, (d) includes malicious content such as malware, trojan horses or viruses, or otherwise interferes with any user's access to the Service; (e) is intended or does harass or bully other users; (f) impersonates or misrepresents your affiliation with another user, person or entity, or is otherwise fraudulent, false, deceptive, or misleading; (g) uses automated means to artificially promote content; (h) involves the transmission of unsolicited mass mailing ("spam"), junk mail, chain letter, or similar, including through the Spotify inbox; (i) involves commercial or sales activities, such as advertising, contests, sweepstakes, or pyramid schemes; (j) promotes commercial products or services; (k) interferes with the Spotify Service, tampers with or attempts to probe, scan, or test for vulnerabilities in the Service or Spotify's computer systems or network, or breaches any of Spotify's security or authentication measures, or (l) conflicts with the Agreement, as determined by Spotify. You agree that Spotify may also reclaim your username for any reason.

Please be thoughtful about what you make public on Spotify. The Spotify Service includes social and interactive features, including the ability to post User Content, share content, and make certain information about you public, as further described in your account settings. Remember that shared or publicly available information may be used and re-shared by other users on Spotify or across the web, so please use Spotify carefully and manage your account settings regularly. Spotify has no responsibility for your choices to make any actions or material public on the Service.

Your password protects your user account, and you are solely responsible for keeping your password confidential and secure. You understand that you are responsible for all use of your username and password on the Service. If your username or password is lost or stolen, or if you believe there has been unauthorized access to your account by third parties, please notify us immediately and change your password as soon as possible.

## 9. Copyright infringement

EXHIBIT 19

Spotify respects the rights of intellectual property owners. For details on Spotify's copyright policy, please click here.

## 10. Technology limitations and modifications

Spotify will make reasonable efforts to keep the Spotify Service operational. However, certain technical difficulties or maintenance may, from time to time, result in temporary interruptions. Spotify reserves the right, periodically and at any time, to modify or discontinue, temporarily or permanently, functions and features of the Spotify Service, with or without notice, all without liability to you for any interruption, modification, or discontinuation of the Spotify Service or any function or feature thereof. You understand and agree that Spotify has no obligation to maintain, support, upgrade, or update the Service, or to provide all or any specific content through the Service.

## 11. Export control

Spotify's products may be subject to U.S. export and reexport control laws and regulations, including the Export Administration Regulations ("EAR") maintained by the U.S. Department of Commerce, trade and economic sanctions maintained by the Treasury Department's Office of Foreign Assets Control ("OFAC"), and the International Traffic in Arms Regulations ("ITAR") maintained by the Department of State. You warrant that you are (1) not located in Cuba, Iran, North Korea, Sudan, or Syria, and (2) are not a denied party as specified in the regulations listed above.

You agree to comply with all applicable export and reexport control laws and regulations, including the EAR, trade and economic sanctions maintained by OFAC, and the ITAR. Specifically, you agree that you shall not – directly or indirectly – sell, export, reexport, transfer, divert, or otherwise dispose of any products, software, or technology (including products derived from or based on such technology) received from Spotify under these Agreements to any destination, entity, or person prohibited by the laws or regulations of the United States, without obtaining prior authorization from the competent government authorities as required by those laws and regulations. This export control clause shall survive termination or cancellation of these Agreements.

## 12. Payments, cancellations and cooling off

If you reside in a Local Country which is part of the European Union and have purchased a Paid Subscription or Code online, you have the right to change your mind and receive a full refund within fourteen (14) days of purchase (the "Cooling-off Period"), but only if you have not logged in or otherwise redeemed or started to consume them.

If you have a Paid Subscription, your payment to Spotify will automatically renew at the end of the subscription period, unless you cancel your Paid Subscription through your subscription page before the end of the current subscription period. The cancellation will take effect the day after the last day of the current subscription period, and you will be downgraded to the Free Service. However, if you cancel your payment and/or terminate the Terms after the Cooling-off Period is over (where applicable), and/or before the end of the subscription period, we will not refund any subscription fees already paid to us.

Spotify may change the price for the Paid Subscriptions from time to time, and will communicate any price changes to you. Price changes for Paid Subscriptions will take effect at the start of the next subscription period following the date of the price change. By continuing to use the Spotify Service after the price change takes effect, you accept the new price.

## 13. Term and termination

These Terms will continue to apply to you until terminated by either you or Spotify. Spotify may terminate the Terms or suspend your access to the Spotify Service at any time, including in the event of your actual or suspected unauthorised use of the Spotify Service or non-compliance with the Terms. If you or Spotify terminate the Terms, or if Spotify suspends your access to the Spotify Service, you agree that Spotify shall have no liability or responsibility to you and Spotify will not refund any amounts that you have already paid, to the fullest extent permitted under applicable law. To learn how to terminate your Spotify account, please go here.

## 14. Warranty

We endeavor to provide the best service we can, but you understand and agree that THE SPOTIFY SERVICE IS PROVIDED "AS IS", WITHOUT EXPRESS OR IMPLIED WARRANTY OR CONDITION OF ANY KIND. YOU USE THE SPOTIFY SERVICE AT YOUR OWN RISK. SPOTIFY DISCLAIMS ANY WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE OR NON-INFRINGEMENT. In addition, Spotify does not warrant, endorse, guarantee or assume responsibility for any Third Party Applications, Third Party Application content, User Content, or any other product or service advertised or offered by a third party on or through the Spotify Service or any hyperlinked website, or featured in any banner or other advertising. You understand and agree that Spotify is not responsible or liable for any transaction between you and third-party providers of Third Party Applications or products or services advertised on or through the Spotify Service. As with any purchase of a product or service through any medium or in any environment, you should use your judgment and exercise caution where appropriate. No advice or information whether oral or in writing obtained by you from Spotify shall create any warranty on behalf of Spotify in this regard. Some aspects of this section may not apply in some jurisdictions.

## 15. Limitation

TO THE FULLEST EXTENT PERMITTED BY LAW, IN NO EVENT WILL SPOTIFY, ITS OFFICERS, SHAREHOLDERS, EMPLOYEES, AGENTS, DIRECTORS, SUBSIDIARIES, AFFILIATES, SUCCESSORS, ASSIGNS, SUPPLIERS OR LICENSORS BE LIABLE FOR (i) ANY INDIRECT, SPECIAL, INCIDENTAL, PUNITIVE, EXEMPLARY OR CONSEQUENTIAL (INCLUDING LOSS OF USE, DATA, BUSINESS, OR PROFITS) DAMAGES, REGARDLESS OF LEGAL THEORY, WITHOUT REGARD TO WHETHER SPOTIFY HAS BEEN WARNED OF THE POSSIBILITY OF THOSE DAMAGES, AND EVEN IF A REMEDY FAILS OF ITS ESSENTIAL PURPOSE; (ii) AGGREGATE LIABILITY FOR ALL CLAIMS RELATING TO THE SPOTIFY SERVICE MORE THAN THE GREATER OF THE AMOUNTS PAID BY YOU TO SPOTIFY DURING THE PRIOR THREE MONTHS IN QUESTION.

EXHIBIT 19
16 of 49

You agree that, to the extent permitted by applicable law, your sole and exclusive remedy for any problems or dissatisfaction with the Spotify Service, the Third Party Applications or the Third Party Application content is to uninstall any Spotify software and to stop using the Spotify Service, the Third Party Applications or the Third Party Application content. In no event shall Spotify be liable to you for any more than the total amounts you have paid to Spotify.

Nothing in these Agreements removes or limits Spotify's liability for fraudulent misrepresentation, death or personal injury caused by its negligence. Some aspects of this section may not apply in some jurisdictions.

## 16. Entire agreement

These Agreements constitute all the terms and conditions agreed upon between you and Spotify and supersede any prior agreements in relation to the subject matter of these Agreements, whether written or oral. Any additional or different terms or conditions in relation to the subject matter of the Agreements in any written or oral communication from you to Spotify are void. You represent that you have not accepted the Agreements in reliance on any oral or written representations made by Spotify that are not contained in the Agreements.

Please note, however, that other aspects of your use of the Spotify Service may be governed by additional agreements. That could include, for example, access to the Spotify Community for customer support, access to the Spotify Service as a result of a gift card, or free or discounted Trials. You will agree to separate terms and conditions in those circumstances, which are listed in full here. Those terms and conditions shall govern only with regard to the aspect of the Service to which they apply, and are distinct from and supplemental to these Agreements, and do not supersede these Agreements. To the extent that there is any conflict between those agreements and these Agreements, these Agreements shall control, except as otherwise provided in these Terms.

Occasionally we may offer you the chance to participate in sweepstakes, contests, and surveys ("Special Promotions") through the Service. Special Promotions may be governed by terms and conditions that are separate from these Terms. If the provisions of a Special Promotion's terms and conditions conflict with these Terms, those separate terms and conditions shall prevail.

## 17. Severability

Should any provision of the Terms be held invalid or unenforceable for any reason or to any extent, such invalidity or enforceability shall not in any manner affect or render invalid or unenforceable the remaining provisions of the Terms, and the application of that provision shall be enforced to the extent permitted by law.

## 18. Choice of law, mandatory arbitration and venue

Unless otherwise required by a mandatory law of a member state of the European Union or any other jurisdiction, these Agreements are subject to the law of the State of California, United States, without regard to choice or conflicts of law principles. Further, you and Spotify agree to the exclusive jurisdiction of the state and federal courts in San Francisco County, California or New York, New York to resolve any dispute, claim or controversy that arises in connection with these Agreements.

If you are a United States user, the following mandatory arbitration provisions also apply to you:

i. You and Spotify agree that any dispute, claim or controversy arising out of or relating in any way to the Spotify Service or your use thereof, including our Agreements, shall be determined by mandatory binding arbitration. You agree that the U.S. Federal Arbitration Act governs the interpretation and enforcement of this provision, and that you and Spotify are each waiving the right to a trial by jury and the right to participate in a class or multi-party action. This arbitration provision shall survive termination of these Agreements and the termination of your Spotify account. The arbitration will be governed by the Commercial Arbitration Rules and the Supplementary Procedures for Consumer Related Disputes of the American Arbitration Association (the "AAA Rules"), as modified by these Agreements, and as administered by the AAA. You and Spotify agree that these Agreements involve interstate commerce and are subject to the Federal Arbitration Act.

ii. You and Spotify agree that (a) any claims seeking to enforce, protect, or determine the validity or ownership of any intellectual property rights, and (b) any claims related to allegations of theft, piracy or unauthorized use of the Spotify Service are NOT subject to mandatory arbitration. Instead, you and Spotify agree that these claims (including but not limited to claims for injunctive or equitable relief) shall be exclusively decided by courts of competent jurisdiction in San Francisco County, California or New York, New York, and that applicable California and/or Federal law shall govern, without regard to choice of law principles.

iii. YOU AND SPOTIFY AGREE THAT EACH MAY BRING CLAIMS AGAINST THE OTHER ONLY IN YOUR OR ITS INDIVIDUAL CAPACITY, AND NOT AS A CLASS MEMBER OR IN ANY REPRESENTATIVE CAPACITY OR PROCEEDING. Further, no arbitrator shall consolidate any other person's claims with your claims, and may not otherwise preside over any form of a multi-party or class proceeding. If this specific provision is found to be unenforceable in any way, then the entirety of this arbitration section shall be null and void. The arbitrator may not award declaratory or injunctive relief.

iv. Any arbitration must be commenced by filing a demand for arbitration with the AAA within ONE (1) YEAR after the date the party asserting the claim first knows or reasonably should know of the act, omission or default giving rise to the claim; and there shall be no right to any remedy for any claim not asserted within that time period. If applicable law prohibits a one-year limitations period for asserting claims, any claim must be asserted within the shortest time period permitted by applicable law. Your arbitration fees and your share of arbitrator compensation will be limited to those fees set forth in the AAA's Consumer Rules with the remainder paid by Spotify. Any arbitration costs or fees deemed "excessive" will be paid by Spotify.

## 19. Local Country chart

This chart details the Spotify entity with which you are contracting by accepting these Agreements, depending on your Local Country of residence.

EXHIBIT 19
17 of 49

| Local Country of Residence | Spotify entity |
|---|---|
| Andorra | Spotify AB, registration number 556703-7485 |
| Australia or New Zealand | Spotify Australia PTY. Ltd., registration number ACN 154 200 941 |
| Austria | Spotify Austria GmbH, registration number FN 354148 g |
| Belgium | Spotify NV, registration number 0841.023.949 |
| Denmark | Spotify Denmark ApS, registration number 33785348 |
| Finland | Spotify Finland Oy, registration number 2388862-0 |
| France | Spotify France SAS, registration number 51193072900013 |
| Germany | Spotify GmbH, registration number HRB 114 530 B |
| Liechtenstein | Spotify AB, registration number 556703-7485 |
| Luxembourg | Spotify AB, registration number 556703-7485 |
| Monaco | Spotify AB, registration number 556703-7485 |
| Netherlands | Spotify Netherlands B.V., registration number 34388788 |
| Norway | Spotify Norway AS, registration number 994 445 820 |
| Spain | Spotify Spain S.L, registration number B85346294 |
| Sweden | Spotify Sweden AB, registration number 556786-5729 |
| Switzerland | Spotify Switzerland AG, registration number CH-020.3.037.242-8 |
| United Kingdom or Ireland | Spotify Limited, registration number 06436047 |
| USA | Spotify USA Inc, registered in Delaware with registration number 4664052 |

Thank you for reading our Terms. We hope you enjoy Spotify.

Copyright © 2012 Spotify AB. All rights reserved.

Spotify USA Inc., 76 9th Avenue
Suite 1110, 11th Floor
New York, NY 10011
USA

About   Jobs   Press   News

USA 🇺🇸

Legal   Cookies

© 2007-2012 Spotify Ltd

EXHIBIT 19
18 of 49

# Spotify

Features    Premium    Help    👤 Log In    Get Spotify

**Legal**    Terms and Conditions of Use    Mobile Terms and Conditions    Copyright Policy    Privacy Policy

# Spotify Terms and Conditions of Use
Effective as from 18 December 2012

1. Introductions
2. Changes to the Agreements
3. Enjoying Spotify
   - 3.1 Subscriptions
   - 3.2 Codes and other Limited Offers
   - 3.3 Trials

4. Licence and assignment
5. Third Party Applications
6. User generated content
7. Consideration
8. User Guidelines
9. Copyright infringement
10. Technology limitations and modifications
11. Export control
12. Payments, cancellations and cooling off
13. Term and termination
14. Warranty
15. Limitation
16. Entire agreement
17. Severability
18. Choice of law, mandatory arbitration and venue
19. Local Country chart

Hello, and welcome to our Terms and Conditions of Use. This is important and affects your legal rights, so please read them and our Privacy Policy carefully. We hope you're sitting comfortably. Here we go…

## 1. Introductions

Thanks for choosing Spotify (**"Spotify", "we", "us", "our"**). By using the Spotify service, websites, or software applications (together, the "Spotify Service" or "Service"), including by purchasing or receiving Codes or Limited Offers, you are entering into a binding contract with our local company in your country of residence (your "Local Country") if applicable or the company listed in this chart. Your agreement with us includes these Terms and Conditions of Use (**"Terms"**) and our Privacy Policy (together with the Mobile Terms where applicable, the **"Agreements"**). If you don't agree with these Terms, then please don't use the Service.

We're pleased to make our Service available to you. The Spotify Service includes social and interactive features. Learn more about the Spotify Service here.

In order to use the Spotify Service, you need to (a) be 18 or older, or be 13 or older and have your parent or guardian's consent to these Terms, (b) have the power to enter a binding contract with us and are not barred from doing so under any applicable laws, and (c) be resident in the Local Country. You also warrant that any registration information that you submit to Spotify is true, accurate and complete, and you agree to keep it that way at all times.

## 2. Changes to the Agreements

Occasionally we may, in our discretion, make changes to the Spotify Service and Agreements. When we make changes to the Agreements that we consider material, we'll notify you through the Service. By continuing to use the Service after those changes are made, you are expressing and

acknowledging your acceptance of the changes.

## 3. Enjoying Spotify

Here's some information about all the ways you can enjoy Spotify.

### 3.1 Subscriptions

Spotify account holders may access the Spotify Service by any of our several Subscriptions:

- **Free Service:** an ad-based, free-of-charge service;
- **Unlimited Service:** a subscription fee-based service;
- **Premium Service:** an ad-free, subscription fee-based service which enables you to listen to music while not connected to the internet, among other features; or
- **Mobile Service:** via a supported mobile handset.

The Premium Service permits you to store cached content on up to three (3) personal computers, mobile handsets and/or other relevant devices (collectively "Devices") while your Premium Service subscription is active. You may not transfer copies of cached content to any other device via any means. By using the Mobile Service, you agree to accept the Mobile Terms and to register for the Service as a mobile subscriber. The Premium Service and the Unlimited Service are hereinafter referred to as "Paid Subscriptions"

### 3.2 Codes and other Limited Offers

If you have purchased a code sold by or on behalf of Spotify for access to the Unlimited Service or Premium Service for the time period indicated on your email, card or paper receipt ("Code"), or if you are accessing the service through some other limited offer which you received or purchased from Spotify ("Limited Offer"), these Agreements apply to your access to the Service. Any separate sets of terms and conditions presented to you along with the Code or other Limited Offer also apply to your access to the Service using the Code or Limited Offer.

Subject to any rights you may have under Section 12, Codes are only redeemable in the country where you purchased such Code, not redeemable for cash and may not be returned for a cash refund, exchanged, resold or used to purchase other Codes.

### 3.3 Trials

From time to time, we may offer trials of the Premium Service and/or Mobile Service for a specified period without payment (a "Trial"). Spotify reserves the right, in its absolute discretion, to determine your eligibility for a Trial, and to withdraw or to modify a Trial at any time without prior notice and with no liability.

For some Trials, we'll require you to provide your payment details to start the Trial. At the end of such Trials, we may automatically start to charge you for the Premium Service on the first day following the end of the Trial, on a recurring monthly basis. By providing your payment details in conjunction with the Trial, you agree to this charge. If you do not want this charge, you must change your Subscription to the Free Service through your Spotify account's settings before the end of the Trial.

## 4. Licence and assignment

The Spotify Service and the content provided through it are the property of Spotify or Spotify's licensors, and we grant you a limited, non-exclusive, revocable licence to make personal, non-commercial use of the Spotify Service and to receive the media content made available through the Spotify Service in your Local Country, based on the Subscription or Trial, you have selected (the "Licence"). This Licence shall remain in effect for a period of 20 years unless terminated by you or Spotify.

The Spotify software applications are licensed, not sold, to you, and Spotify retains ownership of all copies of the Spotify software applications even after installation on your Devices. Spotify may assign these Agreements or any part of them without restrictions. You may not assign these Agreements or any part of them, nor transfer or sub-licence your rights under this Licence, to any third party.

All Spotify trademarks, service marks, trade names, logos, domain names, and any other features of the Spotify brand are the sole property of Spotify. This Licence does not grant you any rights to use the Spotify trademarks, service marks, trade names, logos, domain names, or any other features of the Spotify brand, whether for commercial or non-commercial use.

You agree to abide by our User Guidelines and not to use the Spotify Service (including but not limited to its content) in any manner not expressly permitted by the Terms.

Third party software libraries included in the Spotify Service are licensed to you either under these Terms, or under the relevant third party software library's licence terms as published in the help or settings section of our desktop and mobile client and on our website.

## 5. Third Party Applications

The Spotify Service provides a platform for third party applications, websites and services to make available products and services to you ("**Third Party Applications**"), and your use of these Third Party Applications is subject to their terms of use. You understand and agree that Spotify is not responsible or liable for the behavior, features, or content of any Third Party Application.

## 6. User generated content

EXHIBIT 19
20 of 49

Spotify users may post, upload and/or contribute ("post") content to the Service, including pictures, text and playlist compilations (**"User Content"**). You represent that you have the right to post any User Content which you post to the Service, and that such User Content, or its use by us as contemplated by this Agreement, does not violate these Agreements, applicable law, or the intellectual property rights of others. You grant us a non-exclusive, transferable, sub-licensable, royalty-free, worldwide license to use any User Content that you post on or in connection with Spotify. This license lasts until you terminate your Spotify account, except in the case of User Content that you have published, made public and/or share with others. Aside from the rights specifically granted herein, you retain ownership of all rights, including intellectual property rights, in the User Content that you post to the Spotify Service, except that, where applicable under Local Country law, you agree to waive your right to be identified as the author of any User Content on the Spotify Service and your right to object to derogatory treatment of such User Content.

Spotify does not monitor, review, or edit User Content, but reserves the right to remove or disable access to any User Content for any or no reason, including but not limited to, User Content that, in Spotify's sole discretion, violates these Agreements. Spotify may take these actions without prior notification to you. Removal or disabling of access to User Content shall be at our sole discretion, and we do not promise to remove or disable access to any specific User Content.

Spotify is not responsible for User Content nor does it endorse any opinion contained in User Content. If you believe that any User Content infringes your intellectual property rights, please click here, or if you believe that any User Content does not comply with the User Guidelines (Section 8 below) or that your rights under applicable law have been otherwise infringed by any User Content, please contact us at legal-feedback@spotify.com.

## 7. Consideration

In consideration for the rights granted to you under these Terms, you grant us the right (a) to allow the Spotify Service to use the processor, bandwidth and storage hardware on your Device in order to facilitate the operation of the Service, (b) to provide advertising and other information to you, if you subscribe to the Free Service, and (c) to allow our business partners to do the same.

You grant Spotify a non-exclusive, transferable, sub-licensable, royalty-free, perpetual, worldwide licence to use, reproduce, make available to the public, publish, translate and distribute any User Content that you post on or otherwise provide through the Spotify Service.

These Terms are not intended to grant rights to anyone except you and Spotify, and in no event shall these Terms create any third party beneficiary rights. Any failure by Spotify to enforce these Terms or any provision thereof shall not waive Spotify's right to do so.

## 8. User Guidelines

We've established a few ground rules for you to follow when using the Service, to make sure Spotify stays enjoyable for everyone. Please follow these rules and encourage other users to do the same.

Spotify respects intellectual property rights and expects you to do the same. This means, for example, that the following is not permitted: (a) Copying, reproducing, "ripping", recording, or making available to the public any part of the Spotify Services or content delivered to you via the Spotify Services, or otherwise any making use of the Spotify Service which is not expressly permitted under these Terms; (b) using the Spotify service to import or copy any local files you do not have the legal right to import or copy in this way; (c) reverse-engineering, decompiling, disassembling, modification or creating derivative works based on the Spotify Services or any part thereof; (d) circumventing any technology used by Spotify, its licensors, or any third party to protect content accessible through the Service; (e) renting or leasing of any part of the Services; (f) circumventing of any territorial restrictions applied by Spotify; (g) artificially increasing play count or otherwise manipulating the Services by using a script or other automated process; (h) removing or altering any copyright, trademark or other intellectual property notices contained on or provided through the Spotify Service; (i) providing your password to any other person or using any other person's user name and password.

Please respect Spotify and other users of the Spotify Service. Don't engage in any activity on the Service or upload User Content, including registering and/or using a username, which is or includes material that (a) is offensive, abusive, defamatory, pornographic or obscene; (b) is illegal, or intended to promote or commit an illegal act of any kind, including but not limited to, violations of intellectual property rights, privacy rights or proprietary rights of Spotify or a third party; (c) includes personal data of third parties or is intended to solicit such personal data, (d) includes malicious content such as malware, trojan horses or viruses, or otherwise interferes with any user's access to the Service; (e) is intended or does harass or bully other users; (f) impersonates or misrepresents your affiliation with another user, person or entity, or is otherwise fraudulent, false, deceptive, or misleading; (g) uses automated means to artificially promote content; (h) involves the transmission of unsolicited mass mailing ("spam"), junk mail, chain letter, or similar, including through the Spotify inbox; (i) involves commercial or sales activities, such as advertising, contests, sweepstakes, or pyramid schemes; (j) promotes commercial products or services; (k) interferes with the Spotify Service, tampers with or attempts to probe, scan, or test for vulnerabilities in the Service or Spotify's computer systems or network, or breaches any of Spotify's security or authentication measures, or (l) conflicts with the Agreement, as determined by Spotify. You agree that Spotify may also reclaim your username for any reason.

Please be thoughtful about what you make public on Spotify. The Spotify Service includes social and interactive features, including the ability to post User Content, share content, and make certain information about you public, as further described in your account settings. Remember that shared or publicly available information may be used and re-shared by other users on Spotify or across the web, so please use Spotify carefully and manage your account settings regularly. Spotify has no responsibility for your choices to make any actions or material public on the Service.

Your password protects your user account, and you are solely responsible for keeping your password confidential and secure. You understand that you are responsible for all use of your username and password on the Service. If your username or password is lost or stolen, or if you believe there has been unauthorized access to your account by third parties, please notify us immediately and change your password as soon as possible.

## 9. Copyright infringement

Spotify respects the rights of intellectual property owners. For details on Spotify's copyright policy, please click here.

## 10. Technology limitations and modifications

Spotify will make reasonable efforts to keep the Spotify Service operational. However, certain technical difficulties or maintenance may, from time to time, result in temporary interruptions. Spotify reserves the right, periodically and at any time, to modify or discontinue, temporarily or permanently, functions and features of the Spotify Service, with or without notice, all without liability to you for any interruption, modification, or discontinuation of the Spotify Service or any function or feature thereof. You understand and agree that Spotify has no obligation to maintain, support, upgrade, or update the Service, or to provide all or any specific content through the Service.

## 11. Export control

Spotify's products may be subject to U.S. export and reexport control laws and regulations, including the Export Administration Regulations ("EAR") maintained by the U.S. Department of Commerce, trade and economic sanctions maintained by the Treasury Department's Office of Foreign Assets Control ("OFAC"), and the International Traffic in Arms Regulations ("ITAR") maintained by the Department of State. You warrant that you are (1) not located in Cuba, Iran, North Korea, Sudan, or Syria, and (2) are not a denied party as specified in the regulations listed above.

You agree to comply with all applicable export and reexport control laws and regulations, including the EAR, trade and economic sanctions maintained by OFAC, and the ITAR. Specifically, you agree that you shall not – directly or indirectly – sell, export, reexport, transfer, divert, or otherwise dispose of any products, software, or technology (including products derived from or based on such technology) received from Spotify under these Agreements to any destination, entity, or person prohibited by the laws or regulations of the United States, without obtaining prior authorization from the competent government authorities as required by those laws and regulations. This export control clause shall survive termination or cancellation of these Agreements.

## 12. Payments, cancellations and cooling off

If you reside in a Local Country which is part of the European Union and have purchased a Paid Subscription or Code online, you have the right to change your mind and receive a full refund within fourteen (14) days of purchase (the "Cooling-off Period"), but only if you have not logged in or otherwise redeemed or started to consume them.

If you have a Paid Subscription, your payment to Spotify will automatically renew at the end of the subscription period, unless you cancel your Paid Subscription through your subscription page before the end of the current subscription period. The cancellation will take effect the day after the last day of the current subscription period, and you will be downgraded to the Free Service. However, if you cancel your payment and/or terminate the Terms after the Cooling-off Period is over (where applicable), and/or before the end of the subscription period, we will not refund any subscription fees already paid to us.

Spotify may change the price for the Paid Subscriptions from time to time, and will communicate any price changes to you. Price changes for Paid Subscriptions will take effect at the start of the next subscription period following the date of the price change. By continuing to use the Spotify Service after the price change takes effect, you accept the new price.

## 13. Term and termination

These Terms will continue to apply to you until terminated by either you or Spotify. Spotify may terminate the Terms or suspend your access to the Spotify Service at any time, including in the event of your actual or suspected unauthorised use of the Spotify Service or non-compliance with the Terms. If you or Spotify terminate the Terms, or if Spotify suspends your access to the Spotify Service, you agree that Spotify shall have no liability or responsibility to you and Spotify will not refund any amounts that you have already paid, to the fullest extent permitted under applicable law. To learn how to terminate your Spotify account, please go here.

## 14. Warranty

We endeavor to provide the best service we can, but you understand and agree that THE SPOTIFY SERVICE IS PROVIDED "AS IS", WITHOUT EXPRESS OR IMPLIED WARRANTY OR CONDITION OF ANY KIND. YOU USE THE SPOTIFY SERVICE AT YOUR OWN RISK. SPOTIFY DISCLAIMS ANY WARRANTIES OR CONDITIONS OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE OR NON-INFRINGEMENT. In addition, Spotify does not warrant, endorse, guarantee or assume responsibility for any Third Party Applications, Third Party Application content, User Content, or any other product or service advertised or offered by a third party on or through the Spotify Service or any hyperlinked website, or featured in any banner or other advertising. You understand and agree that Spotify is not responsible or liable for any transaction between you and third-party providers of Third Party Applications or products or services advertised on or through the Spotify Service. As with any purchase of a product or service through any medium or in any environment, you should use your judgment and exercise caution where appropriate. No advice or information whether oral or in writing obtained by you from Spotify shall create any warranty on behalf of Spotify in this regard. Some aspects of this section may not apply in some jurisdictions.

## 15. Limitation

You agree that, to the extent permitted by applicable law, your sole and exclusive remedy for any problems or dissatisfaction with the Spotify Service, the Third Party Applications or the Third Party Application content is to uninstall any Spotify software and to stop using the Spotify Service, the Third Party Applications or the Third Party Application content.

TO THE FULLEST EXTENT PERMITTED BY LAW, IN NO EVENT WILL SPOTIFY, ITS OFFICERS, SHAREHOLDERS, EMPLOYEES, AGENTS, DIRECTORS, SUBSIDIARIES, AFFILIATES, SUCCESSORS, ASSIGNS, SUPPLIERS OR LICENSORS BE LIABLE FOR (i) ANY INDIRECT,

EXHIBIT 19

SPECIAL, INCIDENTAL, PUNITIVE, EXEMPLARY OR CONSEQUENTIAL (INCLUDING LOSS OF USE, DATA, BUSINESS, OR PROFITS) DAMAGES, ARISING OUT OF THE USE OR INABILITY TO USE THE SPOTIFY SERVICE, THIRD PARTY APPLICATIONS OR THIRD PARTY APPLICATION CONTENT, REGARDLESS OF LEGAL THEORY, WITHOUT REGARD TO WHETHER SPOTIFY HAS BEEN WARNED OF THE POSSIBILITY OF THOSE DAMAGES, AND EVEN IF A REMEDY FAILS OF ITS ESSENTIAL PURPOSE; (ii) AGGREGATE LIABILITY FOR ALL CLAIMS RELATING TO THE SPOTIFY SERVICE, THIRD PARTY APPLICATIONS OR THIRD PARTY APPLICATION CONTENT MORE THAN THE AMOUNTS PAID BY YOU TO SPOTIFY DURING THE PRIOR THREE MONTHS IN QUESTION.

Nothing in these Agreements removes or limits Spotify's liability for fraud, fraudulent misrepresentation, death or personal injury caused by its negligence. Some aspects of this section may not apply in some jurisdictions.

## 16. Entire agreement

These Agreements constitute all the terms and conditions agreed upon between you and Spotify and supersede any prior agreements in relation to the subject matter of these Agreements, whether written or oral. Any additional or different terms or conditions in relation to the subject matter of the Agreements in any written or oral communication from you to Spotify are void. You represent that you have not accepted the Agreements in reliance on any oral or written representations made by Spotify that are not contained in the Agreements.

Please note, however, that other aspects of your use of the Spotify Service may be governed by additional agreements. That could include, for example, access to the Spotify Community for customer support, access to the Spotify Service as a result of a gift card, or free or discounted Trials. You will agree to separate terms and conditions in those circumstances, which are listed in full here. Those terms and conditions shall govern only with regard to the aspect of the Service to which they apply, and are distinct from and supplemental to these Agreements, and do not supersede these Agreements. To the extent that there is any conflict between those agreements and these Agreements, these Agreements shall control, except as otherwise provided in these Terms.

Occasionally we may offer you the chance to participate in sweepstakes, contests, and surveys ("Special Promotions") through the Service. Special Promotions may be governed by terms and conditions that are separate from these Terms. If the provisions of a Special Promotion's terms and conditions conflict with these Terms, those separate terms and conditions shall prevail.

## 17. Severability

Should any provision of the Terms be held invalid or unenforceable for any reason or to any extent, such invalidity or enforceability shall not in any manner affect or render invalid or unenforceable the remaining provisions of the Terms, and the application of that provision shall be enforced to the extent permitted by law.

## 18. Choice of law, mandatory arbitration and venue

Unless otherwise required by a mandatory law of a member state of the European Union or any other jurisdiction, these Agreements are subject to the law of the State of California, United States, without regard to choice or conflicts of law principles. Further, you and Spotify agree to the exclusive jurisdiction of the state and federal courts in San Francisco County, California or New York, New York to resolve any dispute, claim or controversy that arises in connection with these Agreements.

If you are a United States user, the following mandatory arbitration provisions also apply to you:

i. You and Spotify agree that any dispute, claim or controversy arising out of or relating in any way to the Spotify Service or your use thereof, including our Agreements, shall be determined by mandatory binding arbitration. You agree that the U.S. Federal Arbitration Act governs the interpretation and enforcement of this provision, and that you and Spotify are each waiving the right to a trial by jury and the right to participate in a class or multi-party action. This arbitration provision shall survive termination of these Agreements and the termination of your Spotify account. The arbitration will be governed by the Commercial Arbitration Rules and the Supplementary Procedures for Consumer Related Disputes of the American Arbitration Association (the "AAA Rules"), as modified by these Agreements, and as administered by the AAA. You and Spotify agree that these Agreements involve interstate commerce and are subject to the Federal Arbitration Act.

ii. You and Spotify agree that (a) any claims seeking to enforce, protect, or determine the validity or ownership of any intellectual property rights, and (b) any claims related to allegations of theft, piracy or unauthorized use of the Spotify Service are NOT subject to mandatory arbitration. Instead, you and Spotify agree that these claims (including but not limited to claims for injunctive or equitable relief) shall be exclusively decided by courts of competent jurisdiction in San Francisco County, California or New York, New York, and that applicable California and/or Federal law shall govern, without regard to choice of law principles.

iii. YOU AND SPOTIFY AGREE THAT EACH MAY BRING CLAIMS AGAINST THE OTHER ONLY IN YOUR OR ITS INDIVIDUAL CAPACITY, AND NOT AS A CLASS MEMBER OR IN ANY REPRESENTATIVE CAPACITY OR PROCEEDING. Further, no arbitrator shall consolidate any other person's claims with your claims, and may not otherwise preside over any form of a multi-party or class proceeding. If this specific provision is found to be unenforceable in any way, then the entirety of this arbitration section shall be null and void. The arbitrator may not award declaratory or injunctive relief.

iv. Any arbitration must be commenced by filing a demand for arbitration with the AAA within ONE (1) YEAR after the date the party asserting the claim first knows or reasonably should know of the act, omission or default giving rise to the claim; and there shall be no right to any remedy for any claim not asserted within that time period. If applicable law prohibits a one-year limitations period for asserting claims, any claim must be asserted within the shortest time period permitted by applicable law. Your arbitration fees and your share of arbitrator compensation will be limited to those fees set forth in the AAA's Consumer Rules with the remainder paid by Spotify. Any arbitration costs or fees deemed "excessive" will be paid by Spotify.

## 19. Local Country chart

This chart details the Spotify entity with which you are contracting by accepting these Agreements, depending on your Local Country of residence.

| Local Country of Residence | Spotify entity |
|---|---|
| Australia or New Zealand | Spotify Australia PTY. Ltd., registration number ACN 154 200 941 |
| Austria | Spotify Austria GmbH, registration number FN 354148 g |
| Belgium | Spotify NV, registration number 0841.023.949 |
| Denmark | Spotify Denmark ApS, registration number 33785348 |
| Finland | Spotify Finland Oy, registration number 2388862-0 |
| France | Spotify France SAS, registration number 51193072900013 |
| Germany | Spotify GmbH, registration number HRB 114 530 B |
| Liechtenstein, Luxembourg, Monaco and Andorra | Spotify AB, registration number 556703-7485 |
| Netherlands | Spotify Netherlands B.V., registration number 34388788 |
| Norway | Spotify Norway AS, registration number 994 445 820 |
| Spain | Spotify Spain S.L, registration number B85346294 |
| Sweden | Spotify Sweden AB, registration number 556786-5729 |
| Switzerland | Spotify Switzerland AG, registration number CH-020.3.037.242-8 |
| United Kingdom or Ireland | Spotify Limited, registration number 06436047 |
| USA | Spotify USA Inc, registered in Delaware with registration number 4664052 |

Thank you for reading our Terms. We hope you enjoy Spotify.

Copyright © 2012 Spotify AB. All rights reserved.

Spotify USA Inc., 76 9th Avenue
Suite 1110, 11th Floor
New York, NY 10011
USA

About    Jobs    Press    News

Legal    Cookies    ▷ AdChoices

USA 🇺🇸

© 2007-2013 Spotify Ltd

EXHIBIT 19
24 of 49



Privacy Policy

# Spotify Terms and Conditions of Use

Effective as from 20 June 2013

1. Introductions
2. Changes to the Agreements
3. Enjoying Spotify
    - 3.1 Subscriptions
    - 3.2 Codes and other Limited Offers
    - 3.3 Trials
4. Licence and assignment
5. Third Party Applications
6. User generated content
7. Consideration
8. User Guidelines
9. Copyright infringement
0. Technology limitations and modifications
1. Brand accounts
2. Export control
3. Payments, cancellations and cooling off
4. Term and termination
5. Warranty
6. Limitation
7. Entire agreement
8. Severability
9. Choice of law, mandatory arbitration and venue
0. Local Country chart

Hello, and welcome to our Terms and Conditions of Use. This is important and affects your legal rights, so please read them and our Privacy Policy carefully. We hope you're sitting comfortably. Here we go…

# 1. Introductions

Thanks for choosing Spotify **("Spotify", "we", "us", "our").** By using the Spotify service, websites, or software applications (together, the "Spotify Service" or "Service"), including by purchasing or receiving Codes or Limited Offers, you are entering into a binding contract with our local company in your country of residence (your "Local Country") if applicable or the company listed in this chart. Your agreement with us includes these Terms and Conditions of Use (**"Terms"**) and our Privacy Policy (together with the Mobile Terms where applicable, the **"Agreements"**). If you don't agree with these Terms, then please don't use the Service.

We're pleased to make our Service available to you. The Spotify Service includes social and interactive features. Learn more about the Spotify Service here.

In order to use the Spotify Service, you need to (a) be 18 or older, or be 13 or older and have your parent or guardian's consent to these Terms, (b) have the power to enter a binding contract with us and are not barred from doing so under any applicable laws, and (c) be resident in the Local Country. You also warrant that any registration information that you submit to Spotify is true, accurate and complete, and you agree to keep it that way at all times.

# 2. Changes to the Agreements

Occasionally we may, in our discretion, make changes to the Spotify Service and Agreements. When we make changes to the Agreements that we consider material, we'll notify you through the Service. By continuing to use the Service after those changes are made, you are expressing and acknowledging your acceptance of the changes.

# 3. Enjoying Spotify

Here's some information about all the ways you can enjoy Spotify.

### 3.1 Subscriptions

Spotify account holders may access the Spotify Service by any of our several Subscriptions:

- **Free Service:** an ad-based, free-of-charge service;
- **Unlimited Service:** a subscription fee-based service;
- **Premium Service:** an ad-free, subscription fee-based service which enables you to listen to music while not connected to the internet, among other features; or
- **Mobile Service:** via a supported mobile handset.

The Premium Service permits you to store cached content on up to three (3) personal computers, mobile handsets and/or other relevant devices (collectively "Devices") while your Premium Service subscription is active. You may not transfer copies of cached content to any other device via any means. By using the Mobile Service, you agree to accept the Mobile Terms and to register for the Service as a mobile subscriber. The Premium Service and the Unlimited Service are hereinafter referred to as "Paid Subscriptions"

EXHIBIT 19
26 of 49

### 3.2 Codes and other Limited Offers

If you have purchased a code sold by or on behalf of Spotify for access to the Unlimited Service or Premium Service for the time period indicated on your email, card or paper receipt ("Code"), or if you are accessing the service through some other limited offer which you received or purchased from Spotify ("Limited Offer"), these Agreements apply to your access to the Service. Any separate sets of terms and conditions presented to you along with the Code or other Limited Offer also apply to your access to the Service using the Code or Limited Offer.

Subject to any rights you may have under Section 12, Codes are only redeemable in the country where you purchased such Code, not redeemable for cash and may not be returned for a cash refund, exchanged, resold or used to purchase other Codes.

### 3.3 Trials

From time to time, we may offer trials of the Premium Service and/or Mobile Service for a specified period without payment (a "Trial"). Spotify reserves the right, in its absolute discretion, to determine your eligibility for a Trial, and to withdraw or to modify a Trial at any time without prior notice and with no liability.

For some Trials, we'll require you to provide your payment details to start the Trial. At the end of such Trials, we may automatically start to charge you for the Premium Service on the first day following the end of the Trial, on a recurring monthly basis. By providing your payment details in conjunction with the Trial, you agree to this charge. If you do not want this charge, you must change your Subscription to the Free Service through your Spotify account's settings before the end of the Trial.

## 4. Licence and assignment

The Spotify Service and the content provided through it are the property of Spotify or Spotify's licensors, and we grant you a limited, non-exclusive, revocable licence to make personal, non-commercial (except as permitted under Section 11) use of the Spotify Service and to receive the media content made available through the Spotify Service in your Local Country, based on the Subscription or Trial, you have selected (the "Licence"). This Licence shall remain in effect for a period of 20 years unless terminated by you or Spotify.

The Spotify software applications are licensed, not sold, to you, and Spotify retains ownership of all copies of the Spotify software applications even after installation on your Devices. Spotify may assign these Agreements or any part of them without restrictions. You may not assign these Agreements or any part of them, nor transfer or sub-licence your rights under this Licence, to any third party.

All Spotify trademarks, service marks, trade names, logos, domain names, and any other features of the Spotify brand are the sole property of Spotify. This Licence does not grant you any rights to use the Spotify trademarks, service marks, trade names, logos, domain names, or any other features of the Spotify brand, whether for commercial or non-commercial use.

You agree to abide by our User Guidelines and not to use the Spotify Service (including but not limited to its content) in any manner not expressly permitted by the Terms.

EXHIBIT 19

Third party software libraries included in the Spotify Service are licensed to you either under these Terms, or under the relevant third party software library's licence terms as published in the help or settings section of our desktop and mobile client and on our website.

## 5. Third Party Applications

The Spotify Service provides a platform for third party applications, websites and services to make available products and services to you (**"Third Party Applications"**), and your use of these Third Party Applications is subject to their terms of use. You understand and agree that Spotify is not responsible or liable for the behavior, features, or content of any Third Party Application.

## 6. User generated content

Spotify users may post, upload and/or contribute ("post") content to the Service, including pictures, text and playlist compilations ("**User Content**"). You are solely responsible for any User Content you provide and for any consequences thereof. You represent that you have the right to post any User Content which you post to the Service, and that such User Content, or its use by us as contemplated by this Agreement, does not: (a) violate these Agreements, applicable law, or the intellectual property or publicity rights of others; or (b) imply any affiliation, endorsement, approval or cooperation with you or your User Content by Spotify or any artist, band, label, entity or individual without express written consent from such individual or entity. You grant us a non-exclusive, transferable, sub-licensable, royalty-free, worldwide license to use any User Content that you post on or in connection with Spotify. This license lasts until you terminate your Spotify account, except in the case of User Content that you have published, made public and/or share with others. Aside from the rights specifically granted herein, you retain ownership of all rights, including intellectual property rights, in the User Content that you post to the Spotify Service, except that, where applicable under Local Country law, you agree to waive your right to be identified as the author of any User Content on the Spotify Service and your right to object to derogatory treatment of such User Content.

Spotify does not monitor, review, or edit User Content, but reserves the right to remove or disable access to any User Content for any or no reason, including but not limited to, User Content that, in Spotify's sole discretion, violates these Agreements. Spotify may take these actions without prior notification to you. Removal or disabling of access to User Content shall be at our sole discretion, and we do not promise to remove or disable access to any specific User Content.

Spotify is not responsible for User Content nor does it endorse any opinion contained in User Content. If you believe that any User Content infringes your intellectual property rights, please click here, or if you believe that any User Content does not comply with the User Guidelines (Section 8 below) or that your rights under applicable law have been otherwise infringed by any User Content, please contact us at legal-feedback@spotify.com.

## 7. Consideration

In consideration for the rights granted to you under these Terms, you grant us the right (a) to allow the Spotify

EXHIBIT 19
28 of 49

Service to use the processor, bandwidth and storage hardware on your Device in order to facilitate the operation of the Service, (b) to provide advertising and other information to you, if you subscribe to the Free Service, and (c) to allow our business partners to do the same.

You grant Spotify a non-exclusive, transferable, sub-licensable, royalty-free, perpetual, worldwide licence to use, reproduce, make available to the public, publish, translate and distribute any User Content that you post on or otherwise provide through the Spotify Service.

These Terms are not intended to grant rights to anyone except you and Spotify, and in no event shall these Terms create any third party beneficiary rights. Any failure by Spotify to enforce these Terms or any provision thereof shall not waive Spotify's right to do so.

## 8. User Guidelines

We've established a few ground rules for you to follow when using the Service, to make sure Spotify stays enjoyable for everyone. Please follow these rules and encourage other users to do the same.

Spotify respects intellectual property rights and expects you to do the same. This means, for example, that the following is not permitted: (a) Copying, reproducing, "ripping", recording, or making available to the public any part of the Spotify Services or content delivered to you via the Spotify Services, or otherwise any making use of the Spotify Service which is not expressly permitted under these Terms; (b) using the Spotify service to import or copy any local files you do not have the legal right to import or copy in this way; (c) reverse-engineering, decompiling, disassembling, modification or creating derivative works based on the Spotify Services or any part thereof; (d) circumventing any technology used by Spotify, its licensors, or any third party to protect content accessible through the Service; (e) renting or leasing of any part of the Services; (f) circumventing of any territorial restrictions applied by Spotify; (g) artificially increasing play count or otherwise manipulating the Services by using a script or other automated process; (h) removing or altering any copyright, trademark or other intellectual property notices contained on or provided through the Spotify Service; (i) providing your password to any other person or using any other person's user name and password.

Please respect Spotify and other users of the Spotify Service. Don't engage in any activity on the Service or upload User Content, including registering and/or using a username, which is or includes material that (a) is offensive, abusive, defamatory, pornographic or obscene; (b) is illegal, or intended to promote or commit an illegal act of any kind, including but not limited to, violations of intellectual property rights, privacy rights or proprietary rights of Spotify or a third party; (c) includes personal data of third parties or is intended to solicit such personal data, (d) includes malicious content such as malware, trojan horses or viruses, or otherwise interferes with any user's access to the Service; (e) is intended or does harass or bully other users; (f) impersonates or misrepresents your affiliation with another user, person or entity, or is otherwise fraudulent, false, deceptive, or misleading; (g) uses automated means to artificially promote content; (h) involves the transmission of unsolicited mass mailing ("spam"), junk mail, chain letter, or similar, including through the Spotify inbox; (i) involves commercial or sales activities, such as advertising, contests, sweepstakes, or pyramid schemes; (j) promotes commercial products or services (except as permitted under Section 11); (k) interferes with the Spotify Service, tampers with or attempts to probe, scan, or test for vulnerabilities in the Service or

Spotify's computer systems or network, or breaches any of Spotify's security or authentication measures, or (l) conflicts with the Agreement, as determined by Spotify. You agree that Spotify may also reclaim your username for any reason.

Please be thoughtful about what you make public on Spotify. The Spotify Service includes social and interactive features, including the ability to post User Content, share content, and make certain information about you public, as further described in your account settings. Remember that shared or publicly available information may be used and re-shared by other users on Spotify or across the web, so please use Spotify carefully and manage your account settings regularly. Spotify has no responsibility for your choices to make any actions or material public on the Service.

Your password protects your user account, and you are solely responsible for keeping your password confidential and secure. You understand that you are responsible for all use of your username and password on the Service. If your username or password is lost or stolen, or if you believe there has been unauthorized access to your account by third parties, please notify us immediately and change your password as soon as possible.

## 9. Copyright infringement

Spotify respects the rights of intellectual property owners. For details on Spotify's copyright policy, please click here.

## 10. Technology limitations and modifications

Spotify will make reasonable efforts to keep the Spotify Service operational. However, certain technical difficulties or maintenance may, from time to time, result in temporary interruptions. Spotify reserves the right, periodically and at any time, to modify or discontinue, temporarily or permanently, functions and features of the Spotify Service, with or without notice, all without liability to you for any interruption, modification, or discontinuation of the Spotify Service or any function or feature thereof. You understand and agree that Spotify has no obligation to maintain, support, upgrade, or update the Service, or to provide all or any specific content through the Service.

## 11. Brand Accounts

If you establish a Spotify account on behalf of a company, organization, entity or brand (a "Brand Account"): (a) the terms "you" and "your", as used throughout the Terms, apply to both you and the Brand (as defined below), as applicable; and (b) the following additional terms apply to your use of the Spotify Service for such purposes (the "Brand Account Terms"). To the extent of a conflict between these Brand Account Terms and the rest of the Terms, these Brand Account Terms shall apply, solely with respect to your Brand Account.

If you open a Brand Account, you represent and warrant that you are authorized to grant all permissions and licenses provided in these Terms and to bind the applicable company, organization, entity or brand (the "Brand") to these Terms. Spotify has no obligation to promote the Brand Account profile or Brand Playlists (as defined below) and reserves the right to remove or disable access to a Brand's User Content or profile, consistent with these Terms.

EXHIBIT 19
30 of 49

In addition to the User Guidelines set forth in Section 8, the following additional guidelines apply to the Brand's use of the Spotify Service under a Brand Account:

- **Brand Playlists.** "Brand Playlist" means any song compilation that a Brand creates using the Spotify Service. Unless the Brand has obtained all necessary rights and authorizations from all applicable artists, composers, publishers, labels and other relevant third parties with respect to a Brand Playlist: (a) the Brand Playlist may not be used for commercial or promotional purposes; (b) the name of the Brand Playlist may not include the Brand's name or the name of any specific entity, brand product, or service; and (c) the Brand Playlists must consist of at least 20 songs and may not include more than one track by a single artist or band.
- **Following.** Unless the Brand has obtained all necessary rights and authorizations from the applicable user: (a) the Brand may only follow users who first follow the Brand; (b) the Brand may not follow artists; and (c) the Brand may not follow a user in any manner that implies an endorsement or relationship between the Brand and the followed user. Spotify reserves the right to request that a Brand cease following any user(s), for any reason, in Spotify's sole discretion. In such event, the Brand must cease following such user(s).
- **Sharing.** Unless the Brand has obtained all necessary rights and authorizations from all applicable artists, composers, labels and other third parties: (a) the Brand may only share (including but not limited to posting and messaging on an automatic or individual basis) Brand Playlists complying with the Brand Playlist requirements above , but not individual songs; and (b) the Brand may not use the Spotify Play Button to embed Brand Playlists on the Brand's website(s), Facebook page(s) or other assets (but the Brand may use a Spotify link or Spotify Follow button on such assets complying with the Brand Playlist requirements above).

## 12. Export control

Spotify's products may be subject to U.S. export and reexport control laws and regulations, including the Export Administration Regulations ("EAR") maintained by the U.S. Department of Commerce, trade and economic sanctions maintained by the Treasury Department's Office of Foreign Assets Control ("OFAC"), and the International Traffic in Arms Regulations ("ITAR") maintained by the Department of State. You warrant that you are (1) not located in Cuba, Iran, North Korea, Sudan, or Syria, and (2) are not a denied party as specified in the regulations listed above.

You agree to comply with all applicable export and reexport control laws and regulations, including the EAR, trade and economic sanctions maintained by OFAC, and the ITAR. Specifically, you agree that you shall not – directly or indirectly – sell, export, reexport, transfer, divert, or otherwise dispose of any products, software, or technology (including products derived from or based on such technology) received from Spotify under these Agreements to any destination, entity, or person prohibited by the laws or regulations of the United States, without obtaining prior authorization from the competent government authorities as required by those laws and regulations. This export control clause shall survive termination or cancellation of these Agreements.

## 13. Payments, cancellations and cooling off

If you reside in a Local Country which is part of the European Union and have purchased a Paid Subscription or Code online, you have the right to change your mind and receive a full refund within fourteen (14) days of

purchase (the "Cooling-off Period"), but only if you have not logged in or otherwise redeemed or started to consume them.

If you have a Paid Subscription, your payment to Spotify will automatically renew at the end of the subscription period, unless you cancel your Paid Subscription through your subscription page before the end of the current subscription period. The cancellation will take effect the day after the last day of the current subscription period, and you will be downgraded to the Free Service. However, if you cancel your payment and/or terminate the Terms after the Cooling-off Period is over (where applicable), and/or before the end of the subscription period, we will not refund any subscription fees already paid to us.

Spotify may change the price for the Paid Subscriptions from time to time, and will communicate any price changes to you. Price changes for Paid Subscriptions will take effect at the start of the next subscription period following the date of the price change. By continuing to use the Spotify Service after the price change takes effect, you accept the new price.

## 14. Term and termination

These Terms will continue to apply to you until terminated by either you or Spotify. Spotify may terminate the Terms or suspend your access to the Spotify Service at any time, including in the event of your actual or suspected unauthorised use of the Spotify Service or non-compliance with the Terms. If you or Spotify terminate the Terms, or if Spotify suspends your access to the Spotify Service, you agree that Spotify shall have no liability or responsibility to you and Spotify will not refund any amounts that you have already paid, to the fullest extent permitted under applicable law. To learn how to terminate your Spotify account, please go here.

## 15. Warranty

We endeavor to provide the best service we can, but you understand and agree that THE SPOTIFY SERVICE IS PROVIDED "AS IS", WITHOUT EXPRESS OR IMPLIED WARRANTY OR CONDITION OF ANY KIND. YOU USE THE SPOTIFY SERVICE AT YOUR OWN RISK. SPOTIFY DISCLAIMS ANY WARRANTIES OR CONDITIONS OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE OR NON-INFRINGEMENT.

In addition, Spotify does not warrant, endorse, guarantee or assume responsibility for any Third Party Applications, Third Party Application content, User Content, or any other product or service advertised or offered by a third party on or through the Spotify Service or any hyperlinked website, or featured in any banner or other advertising. You understand and agree that Spotify is not responsible or liable for any transaction between you and third-party providers of Third Party Applications or products or services advertised on or through the Spotify Service. As with any purchase of a product or service through any medium or in any environment, you should use your judgment and exercise caution where appropriate. No advice or information whether oral or in writing obtained by you from Spotify shall create any warranty on behalf of Spotify in this regard. Some aspects of this section may not apply in some jurisdictions.

## 16. Limitation

EXHIBIT 19

You agree that, to the extent permitted by applicable law, your sole and exclusive remedy for any problems or dissatisfaction with the Spotify Service, the Third Party Applications or the Third Party Application content is to uninstall any Spotify software and to stop using the Spotify Service, the Third Party Applications or the Third Party Application content.

TO THE FULLEST EXTENT PERMITTED BY LAW, IN NO EVENT WILL SPOTIFY, ITS OFFICERS, SHAREHOLDERS, EMPLOYEES, AGENTS, DIRECTORS, SUBSIDIARIES, AFFILIATES, SUCCESSORS, ASSIGNS, SUPPLIERS OR LICENSORS BE LIABLE FOR (i) ANY INDIRECT, SPECIAL, INCIDENTAL, PUNITIVE, EXEMPLARY OR CONSEQUENTIAL (INCLUDING LOSS OF USE, DATA, BUSINESS, OR PROFITS) DAMAGES, ARISING OUT OF THE USE OR INABILITY TO USE THE SPOTIFY SERVICE, THIRD PARTY APPLICATIONS OR THIRD PARTY APPLICATION CONTENT, REGARDLESS OF LEGAL THEORY, WITHOUT REGARD TO WHETHER SPOTIFY HAS BEEN WARNED OF THE POSSIBILITY OF THOSE DAMAGES, AND EVEN IF A REMEDY FAILS OF ITS ESSENTIAL PURPOSE; (ii) AGGREGATE LIABILITY FOR ALL CLAIMS RELATING TO THE SPOTIFY SERVICE, THIRD PARTY APPLICATIONS OR THIRD PARTY APPLICATION CONTENT MORE THAN THE AMOUNTS PAID BY YOU TO SPOTIFY DURING THE PRIOR THREE MONTHS IN QUESTION.

Nothing in these Agreements removes or limits Spotify's liability for fraud, fraudulent misrepresentation, death or personal injury caused by its negligence. Some aspects of this section may not apply in some jurisdictions.

## 17. Entire agreement

These Agreements constitute all the terms and conditions agreed upon between you and Spotify and supersede any prior agreements in relation to the subject matter of these Agreements, whether written or oral. Any additional or different terms or conditions in relation to the subject matter of the Agreements in any written or oral communication from you to Spotify are void. You represent that you have not accepted the Agreements in reliance on any oral or written representations made by Spotify that are not contained in the Agreements.

Please note, however, that other aspects of your use of the Spotify Service may be governed by additional agreements. That could include, for example, access to the Spotify Community for customer support, access to the Spotify Service as a result of a gift card, or free or discounted Trials. You will agree to separate terms and conditions in those circumstances, which are listed in full here. Those terms and conditions shall govern only with regard to the aspect of the Service to which they apply, and are distinct from and supplemental to these Agreements, and do not supersede these Agreements. To the extent that there is any conflict between those agreements and these Agreements, these Agreements shall control, except as otherwise provided in these Terms.

Occasionally we may offer you the chance to participate in sweepstakes, contests, and surveys ("Special Promotions") through the Service. Special Promotions may be governed by terms and conditions that are separate from these Terms. If the provisions of a Special Promotion's terms and conditions conflict with these Terms, those separate terms and conditions shall prevail.

## 18. Severability

Should any provision of the Terms be held invalid or unenforceable for any reason or to any extent, such invalidity or enforceability shall not in any manner affect or render invalid or unenforceable the remaining provisions of the Terms, and the application of that provision shall be enforced to the extent permitted by law.

## 19. Choice of law, mandatory arbitration and venue

Unless otherwise required by a mandatory law of a member state of the European Union or any other jurisdiction, these Agreements are subject to the law of the State of California, United States, without regard to choice or conflicts of law principles. Further, you and Spotify agree to the exclusive jurisdiction of the state and federal courts in San Francisco County, California or New York, New York to resolve any dispute, claim or controversy that arises in connection with these Agreements.

If you are a United States user, the following mandatory arbitration provisions also apply to you:

1. You and Spotify agree that any dispute, claim or controversy arising out of or relating in any way to the Spotify Service or your use thereof, including our Agreements, shall be determined by mandatory binding arbitration. You agree that the U.S. Federal Arbitration Act governs the interpretation and enforcement of this provision, and that you and Spotify are each waiving the right to a trial by jury and the right to participate in a class or multi-party action. This arbitration provision shall survive termination of these Agreements and the termination of your Spotify account. The arbitration will be governed by the Commercial Arbitration Rules and the Supplementary Procedures for Consumer Related Disputes of the American Arbitration Association (the "AAA Rules"), as modified by these Agreements, and as administered by the AAA. You and Spotify agree that these Agreements involve interstate commerce and are subject to the Federal Arbitration Act.

2. You and Spotify agree that (a) any claims seeking to enforce, protect, or determine the validity or ownership of any intellectual property rights, and (b) any claims related to allegations of theft, piracy or unauthorized use of the Spotify Service are NOT subject to mandatory arbitration. Instead, you and Spotify agree that these claims (including but not limited to claims for injunctive or equitable relief) shall be exclusively decided by courts of competent jurisdiction in San Francisco County, California or New York, New York, and that applicable California and/or Federal law shall govern, without regard to choice of law principles.

3. YOU AND SPOTIFY AGREE THAT EACH MAY BRING CLAIMS AGAINST THE OTHER ONLY IN YOUR OR ITS INDIVIDUAL CAPACITY, AND NOT AS A CLASS MEMBER OR IN ANY REPRESENTATIVE CAPACITY OR PROCEEDING. Further, no arbitrator shall consolidate any other person's claims with your claims, and may not otherwise preside over any form of a multi-party or class proceeding. If this specific provision is found to be unenforceable in any way, then the entirety of this arbitration section shall be null and void. The arbitrator may not award declaratory or injunctive relief.

4. Any arbitration must be commenced by filing a demand for arbitration with the AAA within ONE (1) YEAR after the date the party asserting the claim first knows or reasonably should know of the act, omission or default giving rise to the claim; and there shall be no right to any remedy for any claim not asserted within that time period. If applicable law prohibits a one-year limitations period for asserting claims, any claim must be asserted within the shortest time period permitted by applicable law. Your arbitration fees and your share of arbitrator compensation will be limited to those fees set forth in the AAA's Consumer Rules with the remainder paid by Spotify. Any arbitration costs or fees deemed "excessive" will be paid by Spotify.

# 20. Local Country chart

This chart details the Spotify entity with which you are contracting by accepting these Agreements, depending on your Local Country of residence.

| Local Country of Residence | Spotify entity |
| --- | --- |
| Australia or New Zealand | Spotify Australia PTY. Ltd., registration number ACN 154 200 941 |
| Austria | Spotify Austria GmbH, registration number FN 354148 g |
| Belgium | Spotify NV, registration number 0841.023.949 |
| Denmark | Spotify Denmark ApS, registration number 33785348 |
| Finland | Spotify Finland Oy, registration number 2388862-0 |
| France | Spotify France SAS, registration number 51193072900013 |
| Germany | Spotify GmbH, registration number HRB 114 530 B |
| Liechtenstein, Luxembourg, Monaco and Andorra | Spotify AB, registration number 556703-7485 |
| Netherlands | Spotify Netherlands B.V., registration number 34388788 |
| Norway | Spotify Norway AS, registration number 994 445 820 |
| Spain | Spotify Spain S.L, registration number B85346294 |
| Sweden | Spotify Sweden AB, registration number 556786-5729 |
| Switzerland | Spotify Switzerland AG, registration number CH-020.3.037.242-8 |
| United Kingdom or Ireland | Spotify Limited, registration number 06436047 |
| USA | Spotify USA Inc, registered in Delaware with registration number 4664052 |

Thank you for reading our Terms. We hope you enjoy Spotify.

Copyright © 2012 Spotify AB. All rights reserved.

Spotify USA Inc., 45 W. 18th Street,
7th Floor
New York, NY 10011
USA

**About**

**Jobs**

**Press**

**News**

**USA**

© 2007-2014 Spotify AB



**Legal**

Terms and Conditions of Use

Mobile Terms and Conditions

Copyright Policy

Privacy Policy

# Spotify Terms and Conditions of Use

Effective as from 5 March 2014

1. Introductions
2. Changes to the Agreements
3. Enjoying Spotify
    - 3.1 Subscriptions
    - 3.2 Codes and other Limited Offers
    - 3.3 Trials
4. Licence and assignment
5. Third Party Applications
6. User generated content
7. Consideration
8. User Guidelines
9. Copyright infringement
10. Technology limitations and modifications
11. Brand accounts
12. Export control
13. Payments, cancellations and cooling off
14. Term and termination
15. Warranty
16. Limitation

EXHIBIT 19
37 of 49

17. Entire agreement
18. Severability
19. Choice of law, mandatory arbitration and venue
20. Local Country chart

Hello, and welcome to our Terms and Conditions of Use. This is important and affects your legal rights, so please read them and our Privacy Policy carefully. We hope you're sitting comfortably. Here we go…

# 1. Introductions

Thanks for choosing Spotify **("Spotify", "we", "us", "our").** By using the Spotify service, websites, or software applications (together, the "Spotify Service" or "Service"), including by purchasing or receiving Codes or Limited Offers, you are entering into a binding contract with our local company in your country of residence (your "Local Country") if applicable or the company listed in this chart. Your agreement with us includes these Terms and Conditions of Use (**"Terms"**) and our Privacy Policy (together with the Mobile Terms where applicable, the **"Agreements"**). If you don't agree with these Terms, then please don't use the Service.

We're pleased to make our Service available to you. The Spotify Service includes social and interactive features.

In order to use the Spotify Service, you need to (a) be 18 or older, or be 13 or older and have your parent or guardian's consent to these Terms, (b) have the power to enter a binding contract with us and are not barred from doing so under any applicable laws, and (c) be resident in the Local Country. You also warrant that any registration information that you submit to Spotify is true, accurate and complete, and you agree to keep it that way at all times.

# 2. Changes to the Agreements

Occasionally we may, in our discretion, make changes to the Spotify Service and Agreements. When we make changes to the Agreements that we consider material, we'll notify you through the Service. By continuing to use the Service after those changes are made, you are expressing and acknowledging your acceptance of the changes.

# 3. Enjoying Spotify

Here's some information about all the ways you can enjoy Spotify.

## 3.1 Subscriptions

Spotify account holders may access the Spotify Service by any of our several Subscriptions:

- **Free Service:** an ad-based, free-of-charge service;
- **Unlimited Service:** a subscription fee-based service;
- **Premium Service:** an ad-free, subscription fee-based service which enables you to listen to music while

EXHIBIT 19
38 of 49

> not connected to the internet, among other features; or

- **Mobile Service:** via a supported mobile handset.

The Premium Service permits you to store cached content on up to three (3) personal computers, mobile handsets and/or other relevant devices (collectively "Devices") while your Premium Service subscription is active. You may not transfer copies of cached content to any other device via any means. By using the Mobile Service, you agree to accept the Mobile Terms and to register for the Service as a mobile subscriber. The Premium Service and the Unlimited Service are hereinafter referred to as "Paid Subscriptions"

## 3.2 Codes and other Limited Offers

If you have purchased a code sold by or on behalf of Spotify for access to the Unlimited Service or Premium Service for the time period indicated on your email, card or paper receipt ("Code"), or if you are accessing the service through some other limited offer which you received or purchased from Spotify ("Limited Offer"), these Agreements apply to your access to the Service. Any separate sets of terms and conditions presented to you along with the Code or other Limited Offer also apply to your access to the Service using the Code or Limited Offer.

Subject to any rights you may have under Section 12, Codes are only redeemable in the country where you purchased such Code, not redeemable for cash and may not be returned for a cash refund, exchanged, resold or used to purchase other Codes.

## 3.3 Trials

From time to time, we may offer trials of the Premium Service and/or Mobile Service for a specified period without payment (a "Trial"). Spotify reserves the right, in its absolute discretion, to determine your eligibility for a Trial, and to withdraw or to modify a Trial at any time without prior notice and with no liability.

For some Trials, we'll require you to provide your payment details to start the Trial. At the end of such Trials, we may automatically start to charge you for the Premium Service on the first day following the end of the Trial, on a recurring monthly basis. By providing your payment details in conjunction with the Trial, you agree to this charge. If you do not want this charge, you must change your Subscription to the Free Service through your Spotify account's settings before the end of the Trial.

# 4. Licence and assignment

The Spotify Service and the content provided through it are the property of Spotify or Spotify's licensors, and we grant you a limited, non-exclusive, revocable licence to make personal, non-commercial (except as permitted under Section 11) use of the Spotify Service and to receive the media content made available through the Spotify Service in your Local Country, based on the Subscription or Trial, you have selected (the "Licence"). This Licence shall remain in effect for a period of 20 years unless terminated by you or Spotify.

The Spotify software applications are licensed, not sold, to you, and Spotify retains ownership of all copies of the Spotify software applications even after installation on your Devices. Spotify may assign these Agreements or any part of them without restrictions. You may not assign these Agreements or any part of

them, nor transfer or sub-licence your rights under this Licence, to any third party.

All Spotify trademarks, service marks, trade names, logos, domain names, and any other features of the Spotify brand are the sole property of Spotify. This Licence does not grant you any rights to use the Spotify trademarks, service marks, trade names, logos, domain names, or any other features of the Spotify brand, whether for commercial or non-commercial use.

You agree to abide by our User Guidelines and not to use the Spotify Service (including but not limited to its content) in any manner not expressly permitted by the Terms.

Third party software libraries included in the Spotify Service are licensed to you either under these Terms, or under the relevant third party software library's licence terms as published in the help or settings section of our desktop and mobile client and on our website.

## 5. Third Party Applications

The Spotify Service provides a platform for third party applications, websites and services to make available products and services to you (**"Third Party Applications"**), and your use of these Third Party Applications is subject to their terms of use. You understand and agree that Spotify is not responsible or liable for the behavior, features, or content of any Third Party Application.

## 6. User generated content

Spotify users may post, upload and/or contribute ("post") content to the Service, including pictures, text and playlist compilations ("**User Content**"). You are solely responsible for any User Content you provide and for any consequences thereof. You represent that you have the right to post any User Content which you post to the Service, and that such User Content, or its use by us as contemplated by this Agreement, does not: (a) violate these Agreements, applicable law, or the intellectual property or publicity rights of others; or (b) imply any affiliation, endorsement, approval or cooperation with you or your User Content by Spotify or any artist, band, label, entity or individual without express written consent from such individual or entity. You grant us a non-exclusive, transferable, sub-licensable, royalty-free, worldwide license to use any User Content that you post on or in connection with Spotify. This license lasts until you terminate your Spotify account, except in the case of User Content that you have published, made public and/or share with others. Aside from the rights specifically granted herein, you retain ownership of all rights, including intellectual property rights, in the User Content that you post to the Spotify Service, except that, where applicable under Local Country law, you agree to waive your right to be identified as the author of any User Content on the Spotify Service and your right to object to derogatory treatment of such User Content.

Spotify does not monitor, review, or edit User Content, but reserves the right to remove or disable access to any User Content for any or no reason, including but not limited to, User Content that, in Spotify's sole discretion, violates these Agreements. Spotify may take these actions without prior notification to you. Removal or disabling of access to User Content shall be at our sole discretion, and we do not promise to remove or disable access to any specific User Content.

Spotify is not responsible for User Content nor does it endorse any opinion contained in User Content. If you believe that any User Content infringes your intellectual property rights, please click here, or if you believe that any User Content does not comply with the User Guidelines (Section 8 below) or that your rights under applicable law have been otherwise infringed by any User Content, please contact us at legal-feedback@spotify.com.

# 7. Consideration

In consideration for the rights granted to you under these Terms, you grant us the right (a) to allow the Spotify Service to use the processor, bandwidth and storage hardware on your Device in order to facilitate the operation of the Service, (b) to provide advertising and other information to you, if you subscribe to the Free Service, and (c) to allow our business partners to do the same.

You grant Spotify a non-exclusive, transferable, sub-licensable, royalty-free, perpetual, worldwide licence to use, reproduce, make available to the public, publish, translate and distribute any User Content that you post on or otherwise provide through the Spotify Service.

These Terms are not intended to grant rights to anyone except you and Spotify, and in no event shall these Terms create any third party beneficiary rights. Any failure by Spotify to enforce these Terms or any provision thereof shall not waive Spotify's right to do so.

# 8. User Guidelines

We've established a few ground rules for you to follow when using the Service, to make sure Spotify stays enjoyable for everyone. Please follow these rules and encourage other users to do the same.

Spotify respects intellectual property rights and expects you to do the same. This means, for example, that the following is not permitted: (a) Copying, reproducing, "ripping", recording, or making available to the public any part of the Spotify Services or content delivered to you via the Spotify Services, or otherwise any making use of the Spotify Service which is not expressly permitted under these Terms; (b) using the Spotify service to import or copy any local files you do not have the legal right to import or copy in this way; (c) reverse-engineering, decompiling, disassembling, modification or creating derivative works based on the Spotify Services or any part thereof; (d) circumventing any technology used by Spotify, its licensors, or any third party to protect content accessible through the Service; (e) renting or leasing of any part of the Services; (f) circumventing of any territorial restrictions applied by Spotify; (g) artificially increasing play count or otherwise manipulating the Services by using a script or other automated process; (h) removing or altering any copyright, trademark or other intellectual property notices contained on or provided through the Spotify Service; (i) providing your password to any other person or using any other person's user name and password.

Please respect Spotify and other users of the Spotify Service. Don't engage in any activity on the Service or upload User Content, including registering and/or using a username, which is or includes material that (a) is offensive, abusive, defamatory, pornographic or obscene; (b) is illegal, or intended to promote or commit an illegal act of any kind, including but not limited to, violations of intellectual property rights, privacy rights or

EXHIBIT 19
41 of 49

proprietary rights of Spotify or a third party; (c) includes personal data of third parties or is intended to solicit such personal data, (d) includes malicious content such as malware, trojan horses or viruses, or otherwise interferes with any user's access to the Service; (e) is intended or does harass or bully other users; (f) impersonates or misrepresents your affiliation with another user, person or entity, or is otherwise fraudulent, false, deceptive, or misleading; (g) uses automated means to artificially promote content; (h) involves the transmission of unsolicited mass mailing ("spam"), junk mail, chain letter, or similar, including through the Spotify inbox; (i) involves commercial or sales activities, such as advertising, contests, sweepstakes, or pyramid schemes; (j) promotes commercial products or services (except as permitted under Section 11); (k) interferes with the Spotify Service, tampers with or attempts to probe, scan, or test for vulnerabilities in the Service or Spotify's computer systems or network, or breaches any of Spotify's security or authentication measures, or (l) conflicts with the Agreement, as determined by Spotify. You agree that Spotify may also reclaim your username for any reason.

Please be thoughtful about what you make public on Spotify. The Spotify Service includes social and interactive features, including the ability to post User Content, share content, and make certain information about you public, as further described in your account settings. Remember that shared or publicly available information may be used and re-shared by other users on Spotify or across the web, so please use Spotify carefully and manage your account settings regularly. Spotify has no responsibility for your choices to make any actions or material public on the Service.

Your password protects your user account, and you are solely responsible for keeping your password confidential and secure. You understand that you are responsible for all use of your username and password on the Service. If your username or password is lost or stolen, or if you believe there has been unauthorized access to your account by third parties, please notify us immediately and change your password as soon as possible.

## 9. Copyright infringement

Spotify respects the rights of intellectual property owners. For details on Spotify's copyright policy, please click here.

## 10. Technology limitations and modifications

Spotify will make reasonable efforts to keep the Spotify Service operational. However, certain technical difficulties or maintenance may, from time to time, result in temporary interruptions. Spotify reserves the right, periodically and at any time, to modify or discontinue, temporarily or permanently, functions and features of the Spotify Service, with or without notice, all without liability to you for any interruption, modification, or discontinuation of the Spotify Service or any function or feature thereof. You understand and agree that Spotify has no obligation to maintain, support, upgrade, or update the Service, or to provide all or any specific content through the Service.

## 11. Brand Accounts

If you establish a Spotify account on behalf of a company, organization, entity or brand (a "Brand Account"): (a) the terms "you" and "your", as used throughout the Terms, apply to both you and the Brand (as defined below), as applicable; and (b) the following additional terms apply to your use of the Spotify Service for such purposes (the "Brand Account Terms"). To the extent of a conflict between these Brand Account Terms and the rest of the Terms, these Brand Account Terms shall apply, solely with respect to your Brand Account.

If you open a Brand Account, you represent and warrant that you are authorized to grant all permissions and licenses provided in these Terms and to bind the applicable company, organization, entity or brand (the "Brand") to these Terms. Spotify has no obligation to promote the Brand Account profile or Brand Playlists (as defined below) and reserves the right to remove or disable access to a Brand's User Content or profile, consistent with these Terms.

In addition to the User Guidelines set forth in Section 8, the following additional guidelines apply to the Brand's use of the Spotify Service under a Brand Account:

- Brand Playlists."Brand Playlist" means any song compilation that a Brand creates using the Spotify Service. Unless the Brand has obtained all necessary rights and authorizations from all applicable artists, composers, publishers, labels and other relevant third parties with respect to a Brand Playlist: (a) the Brand Playlist may not be used for commercial or promotional purposes; (b) the name of the Brand Playlist may not include the Brand's name or the name of any specific entity, brand product, or service; and (c) the Brand Playlists must consist of at least 20 songs and may not include more than one track by a single artist or band.
- Following. Unless the Brand has obtained all necessary rights and authorizations from the applicable user: (a) the Brand may only follow users who first follow the Brand; (b) the Brand may not follow artists; and (c) the Brand may not follow a user in any manner that implies an endorsement or relationship between the Brand and the followed user. Spotify reserves the right to request that a Brand cease following any user(s), for any reason, in Spotify's sole discretion. In such event, the Brand must cease following such user(s).
- Sharing. Unless the Brand has obtained all necessary rights and authorizations from all applicable artists, composers, labels and other third parties: (a) the Brand may only share (including but not limited to posting and messaging on an automatic or individual basis) Brand Playlists complying with the Brand Playlist requirements above , but not individual songs; and (b) the Brand may not use the Spotify Play Button to embed Brand Playlists on the Brand's website(s), Facebook page(s) or other assets (but the Brand may use a Spotify link or Spotify Follow button on such assets complying with the Brand Playlist requirements above).

## 12. Export control

Spotify's products may be subject to U.S. export and reexport control laws and regulations, including the Export Administration Regulations ("EAR") maintained by the U.S. Department of Commerce, trade and economic sanctions maintained by the Treasury Department's Office of Foreign Assets Control ("OFAC"), and the International Traffic in Arms Regulations ("ITAR") maintained by the Department of State. You warrant that you are (1) not located in Cuba, Iran, North Korea, Sudan, or Syria, and (2) are not a denied

EXHIBIT 19

party as specified in the regulations listed above.

You agree to comply with all applicable export and reexport control laws and regulations, including the EAR, trade and economic sanctions maintained by OFAC, and the ITAR. Specifically, you agree that you shall not – directly or indirectly – sell, export, reexport, transfer, divert, or otherwise dispose of any products, software, or technology (including products derived from or based on such technology) received from Spotify under these Agreements to any destination, entity, or person prohibited by the laws or regulations of the United States, without obtaining prior authorization from the competent government authorities as required by those laws and regulations. This export control clause shall survive termination or cancellation of these Agreements.

## 13. Payments, cancellations and cooling off

If you reside in a Local Country which is part of the European Union and have purchased a Paid Subscription or Code online, you have the right to change your mind and receive a full refund within fourteen (14) days of purchase (the "Cooling-off Period"), but only if you have not logged in or otherwise redeemed or started to consume them.

If you have a Paid Subscription, your payment to Spotify will automatically renew at the end of the subscription period, unless you cancel your Paid Subscription through your subscription page before the end of the current subscription period. The cancellation will take effect the day after the last day of the current subscription period, and you will be downgraded to the Free Service. However, if you cancel your payment and/or terminate the Terms after the Cooling-off Period is over (where applicable), and/or before the end of the subscription period, we will not refund any subscription fees already paid to us.

Spotify may change the price for the Paid Subscriptions from time to time, and will communicate any price changes to you. Price changes for Paid Subscriptions will take effect at the start of the next subscription period following the date of the price change. By continuing to use the Spotify Service after the price change takes effect, you accept the new price.

## 14. Term and termination

These Terms will continue to apply to you until terminated by either you or Spotify. Spotify may terminate the Terms or suspend your access to the Spotify Service at any time, including in the event of your actual or suspected unauthorised use of the Spotify Service or non-compliance with the Terms. If you or Spotify terminate the Terms, or if Spotify suspends your access to the Spotify Service, you agree that Spotify shall have no liability or responsibility to you and Spotify will not refund any amounts that you have already paid, to the fullest extent permitted under applicable law. To learn how to terminate your Spotify account, please contact us through the Customer Service contact form.

## 15. Warranty

We endeavor to provide the best service we can, but you understand and agree that THE SPOTIFY SERVICE IS PROVIDED "AS IS", WITHOUT EXPRESS OR IMPLIED WARRANTY OR CONDITION OF

ANY KIND. YOU USE THE SPOTIFY SERVICE AT YOUR OWN RISK. SPOTIFY DISCLAIMS ANY WARRANTIES OR CONDITIONS OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE OR NON-INFRINGEMENT.

In addition, Spotify does not warrant, endorse, guarantee or assume responsibility for any Third Party Applications, Third Party Application content, User Content, or any other product or service advertised or offered by a third party on or through the Spotify Service or any hyperlinked website, or featured in any banner or other advertising. You understand and agree that Spotify is not responsible or liable for any transaction between you and third-party providers of Third Party Applications or products or services advertised on or through the Spotify Service. As with any purchase of a product or service through any medium or in any environment, you should use your judgment and exercise caution where appropriate. No advice or information whether oral or in writing obtained by you from Spotify shall create any warranty on behalf of Spotify in this regard. Some aspects of this section may not apply in some jurisdictions.

## 16. Limitation

You agree that, to the extent permitted by applicable law, your sole and exclusive remedy for any problems or dissatisfaction with the Spotify Service, the Third Party Applications or the Third Party Application content is to uninstall any Spotify software and to stop using the Spotify Service, the Third Party Applications or the Third Party Application content.

TO THE FULLEST EXTENT PERMITTED BY LAW, IN NO EVENT WILL SPOTIFY, ITS OFFICERS, SHAREHOLDERS, EMPLOYEES, AGENTS, DIRECTORS, SUBSIDIARIES, AFFILIATES, SUCCESSORS, ASSIGNS, SUPPLIERS OR LICENSORS BE LIABLE FOR (i) ANY INDIRECT, SPECIAL, INCIDENTAL, PUNITIVE, EXEMPLARY OR CONSEQUENTIAL (INCLUDING LOSS OF USE, DATA, BUSINESS, OR PROFITS) DAMAGES, ARISING OUT OF THE USE OR INABILITY TO USE THE SPOTIFY SERVICE, THIRD PARTY APPLICATIONS OR THIRD PARTY APPLICATION CONTENT, REGARDLESS OF LEGAL THEORY, WITHOUT REGARD TO WHETHER SPOTIFY HAS BEEN WARNED OF THE POSSIBILITY OF THOSE DAMAGES, AND EVEN IF A REMEDY FAILS OF ITS ESSENTIAL PURPOSE; (ii) AGGREGATE LIABILITY FOR ALL CLAIMS RELATING TO THE SPOTIFY SERVICE, THIRD PARTY APPLICATIONS OR THIRD PARTY APPLICATION CONTENT MORE THAN THE AMOUNTS PAID BY YOU TO SPOTIFY DURING THE PRIOR THREE MONTHS IN QUESTION.

Nothing in these Agreements removes or limits Spotify's liability for fraud, fraudulent misrepresentation, death or personal injury caused by its negligence. Some aspects of this section may not apply in some jurisdictions.

## 17. Entire agreement

These Agreements constitute all the terms and conditions agreed upon between you and Spotify and supersede any prior agreements in relation to the subject matter of these Agreements, whether written or oral. Any additional or different terms or conditions in relation to the subject matter of the Agreements in any written or oral communication from you to Spotify are void. You represent that you have not accepted the

EXHIBIT 19

Agreements in reliance on any oral or written representations made by Spotify that are not contained in the Agreements.

Please note, however, that other aspects of your use of the Spotify Service may be governed by additional agreements. That could include, for example, access to the Spotify Community for customer support, access to the Spotify Service as a result of a gift card, or free or discounted Trials. You will agree to separate terms and conditions in those circumstances, which are listed in full here. Those terms and conditions shall govern only with regard to the aspect of the Service to which they apply, and are distinct from and supplemental to these Agreements, and do not supersede these Agreements. To the extent that there is any conflict between those agreements and these Agreements, these Agreements shall control, except as otherwise provided in these Terms.

Occasionally we may offer you the chance to participate in sweepstakes, contests, and surveys ("Special Promotions") through the Service. Special Promotions may be governed by terms and conditions that are separate from these Terms. If the provisions of a Special Promotion's terms and conditions conflict with these Terms, those separate terms and conditions shall prevail.

## 18. Severability

Should any provision of the Terms be held invalid or unenforceable for any reason or to any extent, such invalidity or enforceability shall not in any manner affect or render invalid or unenforceable the remaining provisions of the Terms, and the application of that provision shall be enforced to the extent permitted by law.

## 19. Choice of law, mandatory arbitration and venue

Unless otherwise required by a mandatory law of a member state of the European Union or any other jurisdiction, these Agreements are subject to the law of the State of California, United States, without regard to choice or conflicts of law principles. Further, you and Spotify agree to the exclusive jurisdiction of the state and federal courts in San Francisco County, California or New York, New York to resolve any dispute, claim or controversy that arises in connection with these Agreements.

If you are a United States user, the following mandatory arbitration provisions also apply to you:

1. You and Spotify agree that any dispute, claim or controversy arising out of or relating in any way to the Spotify Service or your use thereof, including our Agreements, shall be determined by mandatory binding arbitration. You agree that the U.S. Federal Arbitration Act governs the interpretation and enforcement of this provision, and that you and Spotify are each waiving the right to a trial by jury and the right to participate in a class or multi-party action. This arbitration provision shall survive termination of these Agreements and the termination of your Spotify account. The arbitration will be governed by the Commercial Arbitration Rules and the Supplementary Procedures for Consumer Related Disputes of the American Arbitration Association (the "AAA Rules"), as modified by these Agreements, and as administered by the AAA. You and Spotify agree that these Agreements involve interstate commerce and are subject to the Federal Arbitration Act.

2. You and Spotify agree that (a) any claims seeking to enforce, protect, or determine the validity or ownership of any intellectual property rights, and (b) any claims related to allegations of theft, piracy or unauthorized use of the Spotify Service are NOT subject to mandatory arbitration. Instead, you and Spotify agree that these claims (including but not limited to claims for injunctive or equitable relief) shall be exclusively decided by courts of competent jurisdiction in San Francisco County, California or New York, New York, and that applicable California and/or Federal law shall govern, without regard to choice of law principles.

3. YOU AND SPOTIFY AGREE THAT EACH MAY BRING CLAIMS AGAINST THE OTHER ONLY IN YOUR OR ITS INDIVIDUAL CAPACITY, AND NOT AS A CLASS MEMBER OR IN ANY REPRESENTATIVE CAPACITY OR PROCEEDING. Further, no arbitrator shall consolidate any other person's claims with your claims, and may not otherwise preside over any form of a multi-party or class proceeding. If this specific provision is found to be unenforceable in any way, then the entirety of this arbitration section shall be null and void. The arbitrator may not award declaratory or injunctive relief.

4. Any arbitration must be commenced by filing a demand for arbitration with the AAA within ONE (1) YEAR after the date the party asserting the claim first knows or reasonably should know of the act, omission or default giving rise to the claim; and there shall be no right to any remedy for any claim not asserted within that time period. If applicable law prohibits a one-year limitations period for asserting claims, any claim must be asserted within the shortest time period permitted by applicable law. Your arbitration fees and your share of arbitrator compensation will be limited to those fees set forth in the AAA's Consumer Rules with the remainder paid by Spotify. Any arbitration costs or fees deemed "excessive" will be paid by Spotify.

## 20. Local Country chart

This chart details the Spotify entity with which you are contracting by accepting these Agreements, depending on your Local Country of residence.

| Local Country of Residence | Spotify entity |
|---|---|
| Australia or New Zealand | Spotify Australia PTY. Ltd., registration number ACN 15 |
| Austria | Spotify Austria GmbH, registration number FN 354148 g |
| Belgium | Spotify NV, registration number 0841.023.949 |
| Denmark | Spotify Denmark ApS, registration number 33785348 |
| Finland | Spotify Finland Oy, registration number 2388862-0 |
| France | Spotify France SAS, registration number 511930729000 |
| Germany | Spotify GmbH, registration number HRB 114 530 B |
| Liechtenstein, Luxembourg, Monaco and Andorra | Spotify AB, registration number 556703-7485 |

EXHIBIT 19

| Netherlands | Spotify Netherlands B.V., registration number 34388788 |
| Norway | Spotify Norway AS, registration number 994 445 820 |
| Spain | Spotify Spain S.L, registration number B85346294 |
| Sweden | Spotify Sweden AB, registration number 556786-5729 |
| Switzerland | Spotify Switzerland AG, registration number CH-020.3.0 |
| United Kingdom or Ireland | Spotify Limited, registration number 06436047 |
| USA | Spotify USA Inc, registered in Delaware with registration |

Thank you for reading our Terms. We hope you enjoy Spotify.

Copyright © 2012 Spotify AB. All rights reserved.

Spotify USA Inc.,
45 W. 18th Street
7th Floor
New York, NY 10011
USA

About

Jobs

Press

News

Gift

Web Player

Developers

Artists

Terms and Conditions of Use

Brands

Labels

**Follow us**

Legal | Cookies |  AdChoices

© 2015 Spotify AB

USA

http://web.archive.org/web/20150906095739/https://www.spotify.com/us/legal/end-user-agreement/[8/17/2016 5:58:43 PM]

EXHIBIT 19
49 of 49