IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY INGALLS and TONY HONG, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SPOTIFY USA, INC., a Delaware corporation, DOES 1–10, inclusive,<br><br>Defendants. | No. C 16-03533 WHA<br><br>**REQUEST FOR SUPPLEMENTAL BRIEFING AND EXTENDING DEADLINE FOR DEFENDANT'S REPLY** |

Defendant Spotify USA, Inc., has moved to compel arbitration. In its motion, Spotify contends, *inter alia*, that the parties delegated the issue of arbitrability to arbitration. Yesterday, our court of appeals decided *Mohamed v. Uber Technologies, Inc.*, No. 15-16178 (9th Cir. Sept. 7, 2016), which reversed the district court's decision that a delegation clause was unenforceable. Our plaintiffs cited the district court decision in *Mohamed v. Uber* extensively in their opposition. By **SEPTEMBER 14, AT NOON**, plaintiffs shall supplement their opposition brief to address the decision by our court of appeals. Plaintiffs' supplemental brief shall **NOT EXCEED FIVE PAGES**. The deadline for Spotify's reply brief shall be extended to **SEPTEMBER 21, AT NOON**. The hearing scheduled for **SEPTEMBER 29** remains in place.

**IT IS SO ORDERED.**

Dated: September 8, 2016.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE