UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** September 29, 2016 | **Time:** 1 hour, 14 min | **Judge:** WILLIAM ALSUP |
|---|---|---|
| **Case No.**: 16-cv-03533-WHA | **Case Name:** Gregory Ingalls, et al v. Spotify USA Inc. | |
| **Deputy Clerk:** Angella Meuleman | **Court Reporter:** Pamela Batalo | |

**Attorney for Plaintiff:** Rick Meyer, Gillian Wade, Marc Castaneda

**Attorney for Defendant:** Scott Commerson, Joseph Addiego, III

### PROCEEDINGS

[25] Motion to Compel - Taken Under Submission.

ICMC - HELD.  Written Order to issue regarding forthcoming dates.