JOSEPH E. ADDIEGO III (CA State Bar No. 169522)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone:      (415) 276-6500
Facsimile:       (415) 276-6599
Email:             joeaddiego@dwt.com

STEPHEN M. RUMMAGE (*Pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, Washington 98101-3045
Telephone:      (206) 622-3150
Fax:                (206) 757-7700
Email:             steverummage@dwt.com

SCOTT R. COMMERSON (CA State Bar No. 227460)
DAVIS WRIGHT TREMAINE LLP
865 S. Figueroa St., Suite 2400
Los Angeles, California 900017
Telephone:      (213) 633-6890
Fax:                (213) 633-4290
Email:             scottcommerson@dwt.com

Attorneys for Defendant SPOTIFY USA INC.

GILLIAN WADE (CA State Bar No. 229124)
MILSTEIN ADELMAN JACKSON FAIRCHILD & WADE, LLP
10250 Constellation Blvd., Suite 1400
Los Angeles, California 90067
Telephone:      (310) 396-9600
Facsimile:       (310) 396-9635
Email:             gwade@majfw.com

DEREK J. MEYER (CA State Bar No. 278346)
LEONARDMEYER LLP
5900 Wilshire Boulevard, Suite 500
Los Angeles, California 90036
Telephone:      (310) 220-0331
Email:             rmeyer@leonardmeyerllp.com

Attorneys for Plaintiffs GREGORY INGALLS and TONY HONG

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY INGALLS and TONY HONG, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SPOTIFY USA INC., a Delaware corporation,<br><br>Defendant. | Case No. CV 3:16-cv-3533<br><br>**STIPULATION EXTENDING DEADLINE FOR SPOTIFY USA INC. TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>**Complaint Filed: June 24, 2016**<br>**Process Served: June 30, 2016**<br><br>Judge: Hon. William H. Alsup<br>Courtroom 8 – 19th Floor |

This stipulation is entered by and between Plaintiffs Gregory Ingalls and Tony Hong ("Plaintiffs"), on the one hand, and Defendant Spotify USA Inc. ("Spotify"), on the other hand, with reference to the following facts:

1. On June 24, 2016, Plaintiffs filed this action against Spotify.

2. On June 30, 2016, Plaintiffs served Spotify with their initial Complaint.

3. On July 15, 2016, the parties stipulated to extend the deadline for Spotify to respond to the Complaint up to and including August 22, 2016.

4. On July 21, 2016, Plaintiffs filed a First Amended Complaint ("FAC").

5. On August 22, 2016, Spotify filed a Motion to Compel Arbitration.

6. On November 14, 2016, the Court denied the Motion to Compel Arbitration.

7. Under Federal Rules of Civil Procedure, the current deadline for Spotify to respond to the FAC is November 28, 2016.

NOW THEREFORE, it is HEREBY STIPULATED AND AGREED AS FOLLOWS:

1. The current deadline for Spotify to file to respond to the First Amended Complaint is November 28, 2016.

2. The deadline for Spotify to respond to the First Amended Complaint is extended by two weeks up to and including December 12, 2016. Further, in light of the Court's November 14, 2016 Order denying Spotify's Motion to Compel Arbitration, no further response to Count III of the First Amended Complaint, in which Plaintiffs have sought declaratory relief relating to the arbitration clause cited by Spotify in the Motion to Compel Arbitration, shall be required.

3. For purposes of any motion that Spotify may file on or before December 26, 2016: (a) Plaintiffs' Opposition shall not be due until the later of January 9, 2017 or twenty-one days from the date of the ECF filing of any such motion, and (b) Spotify shall obtain a hearing date for any such motion no sooner than twenty-one (21) days after the due date for Plaintiff's Opposition under (a) above.

4. Nothing herein shall otherwise alter or change the date of any event or any deadline already fixed by Court order or by any applicable rules.

IT IS SO STIPULATED.

DATED: November 22, 2016           DAVIS WRIGHT TREMAINE LLP

By: */s/ Scott R. Commerson*
       Scott R. Commerson

Attorneys for Defendant SPOTIFY USA INC.

DATED: November 22, 2016           LEONARDMEYER LLP

By: */s/ Derek J. Meyer*
       Derek J. Meyer

Attorneys for Plaintiffs GREGORY INGALLS and TONY HONG

**Attestation Pursuant to General Order 45**

I, Scott R. Commerson, hereby attest that concurrences in the filing of this document have been obtained from each of the signatories.

*/s/ Scott R. Commerson*
Scott R. Commerson