UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY INGALLS and TONY HONG, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SPOTIFY USA INC., a Delaware corporation,<br><br>Defendant. | Case No. CV 3:16-cv-3533<br><br>[PROPOSED] ORDER EXTENDING DEADLINE FOR SPOTIFY USA INC. TO RESPOND TO FIRST AMENDED COMPLAINT |

1

**ORDER**

Pursuant to the Stipulation Extending Deadline For Spotify USA Inc. to Respond to First Amended Complaint, the Court **ORDERS** that:

1. The current deadline for Spotify to file to respond to the First Amended Complaint is November 28, 2016.

2. By stipulation, the deadline for Spotify to respond to the First Amended Complaint is extended by two weeks up to and including December 12, 2016. Further, in light of the Court's November 14, 2016 Order denying Spotify's Motion to Compel Arbitration, no further response to Count III of the First Amended Complaint, in which Plaintiffs have sought declaratory relief relating to the arbitration clause cited by Spotify in the Motion to Compel Arbitration, shall be required.

3. For purposes of any motion that Spotify may file on or before December 26, 2016: (a) Plaintiffs' Opposition shall not be due until the later of January 9, 2017 or twenty-one days from the date of the ECF filing of any such motion, and (b) Spotify shall obtain a hearing date for any such motion no sooner than twenty-one (21) days after the due date for Plaintiff's Opposition under (a) above.

4. Nothing herein shall otherwise alter or change the date of any event or any deadline already fixed by Court order or by any applicable rules.

**IT IS SO ORDERED.**

Dated: November 28, 2016

By: _____
Judge William H. Alsup
United States District Court Judge