IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY INGALLS and TONY HONG, individually and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>SPOTIFY USA, INC., a Delaware corporation, DOES 1–10, inclusive,<br><br>  Defendants. | No. C 16-03533 WHA<br><br>**ORDER DENYING MOTION FOR STAY** |

Spotify moves to stay the action pending a resolution of its appeal of the order denying its motion to compel arbitration. Plaintiffs were unwilling to stipulate to that request. Any discovery taken in this action would also be useful in arbitration, so there is not good cause to stay the action. Accordingly, Spotify's motion is **DENIED**.

**IT IS SO ORDERED.**

Dated: December 8, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE