UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
CAND 435
(CAND Rev. 02/2015)

**TRANSCRIPT ORDER**
Please use one form per court reporter.
CJA counsel please use Form CJA24
Please read instructions on next page.

COURT USE ONLY
**DUE DATE:**

1a. CONTACT PERSON FOR THIS ORDER: David Marin
2a. CONTACT PHONE NUMBER: (310) 396-9600
3. CONTACT EMAIL ADDRESS: dmarin@majfw.com

1b. ATTORNEY NAME (if different): Gillian L. Wade
2b. ATTORNEY PHONE NUMBER: (310) 396-9600
3. ATTORNEY EMAIL ADDRESS: gwade@majfw.com

4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE):
Milstein Adelman Jackson Fairchild & Wade, LLP
10250 Constellation Blvd, 14th FL.,
Los Angeles, CA 90067

5. CASE NAME: Gregory Ingalls et al v. Spotify USA Inc.

6. CASE NUMBER: 16-03533-WHA

7. COURT REPORTER NAME ( FOR FTR, LEAVE BLANK AND CHECK BOX) → ☐ FTR
Pamela A. Batalo

8. THIS TRANSCRIPT ORDER IS FOR:
☐ APPEAL   ☐ CRIMINAL   ☐ In forma pauperis (NOTE: Court order for transcripts must be attached)
☐ NON-APPEAL   ☑ CIVIL   CJA: Do not use this form; use Form CJA24.

9. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION If requesting less than full hearing, specify portion (e.g. witness or time) | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | ECF ACCESS (web) | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | DAILY (Next day) | HOURLY (2 hrs) | REALTIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/29/2016 | WHA | Motion | | ● | ○ | ○ | ○ | ○ | ● | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |

a. HEARING(S) (OR PORTIONS OF HEARINGS)
b. SELECT FORMAT(S) (NOTE: ECF access is included with purchase of PDF, text, paper or condensed.)
c. DELIVERY TYPE (Choose one per line)

10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:

ORDER & CERTIFICATION (11. & 12.) By signing below, I certify that I will pay all charges (deposit plus additional).

11. SIGNATURE: /s/ Gillian L. Wade
12. DATE: 02/17/2017

DISTRIBUTION:   ☐ COURT COPY   ☐ TRANSCRIPTION COPY   ☐ ORDER RECEIPT   ☐ ORDER COPY

Clear Form