UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL CONFERENCE MINUTE ORDER

| **Date:** 2/21/17 | **Time:** 35 minutes | **Judge:** DONNA M. RYU |
|---|---|---|
| **Case No.**: 3:16-cv-03533-WHA | **Case Name:** Gregory Ingalls, et al v. Spotify USA Inc. | |

**For Plaintiffs:**
Derek Meyer
Sara Avila

**For Defendant:**
Joseph Addiego
Scott Commerson

**Deputy Clerk:** Ivy Lerma Garcia                 **FTR:** Not Recorded

## PROCEEDINGS

Pre-settlement conference discussion held.

**Results:**  Parties to discuss telephonic attendance of individual plaintiffs.  Defendant to consider bringing representative with operational knowledge.  Settlement conference scheduled for April 10, 2017 at 11:00 a.m.

cc:  Chambers