**MILSTEIN ADELMAN JACKSON**
**FAIRCHILD & WADE, LLP**
Gillian L. Wade, State Bar No. 229124
gwade@majfw.com
Sara D. Avila, State Bar No. 263213
savila@majfw.com
Marc A. Castaneda, State Bar No. 299001
mcastaneda@majfw.com
10250 Constellation Blvd., Suite 1400
Los Angeles, CA 90067
Tel: (310) 396-9600
Fax: (310) 396-9635

**LEONARDMEYER LLP**
Derek J. Meyer, State Bar No. 278346
rmeyer@leonardmeyerllp.com
5900 Wilshire Boulevard, Suite 500
Los Angeles, CA 90036
Tel: (310) 220-0331

Attorneys for Plaintiffs and the Class

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY INGALLS and TONY HONG, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SPOTIFY USA, INC., a Delaware corporation; and DOES 1 – 10, inclusive,<br><br>Defendants. | Case No. CV 4:16-cv-3533<br><br>**RESPONSE TO REQUEST FOR RESPONSE RE MOTION TO APPOINT INTERIM CLASS COUNSEL**<br><br>Hearing Date:   March 30, 2017<br>Hearing Time:   8:00 a.m.<br>Courtroom:   Courtroom 8- 19th Floor |

Plaintiffs Tony Hong and Gregory Ingalls ("Plaintiffs") respond to the Court's Request for Response Re Motion to Appoint Interim Class Counsel (the "Request") (Dkt. No. 55) as follows:

Plaintiffs respectfully request that the Court appoint Derek J. Meyer of LeonardMeyer, LLP and Gillian L. Wade of Milstein Adelman Jackson Fairchild & Wade, LLP as Interim Class Counsel pursuant to Fed. R. Civ. P. Rule 23(g) for the time period from the date of any order granting this motion through April 15, 2017. Dkt. No. 54 at page 9; Dkt. No. 54-3. The April 1 date in the header at

page 7 of the Motion was a typographical error—the "5" from the number "15" was inadvertently deleted. Dkt. 54 at 7.

Plaintiffs ask for their attorneys to be appointed Interim Class Counsel through April 15—five days after the Settlement Conference with Judge Ryu—so they may have a short cushion of time to finalize any class settlement that may be reached on April 10 and/or to seek any additional time from the Court if the circumstances warrant such a request.

No extenuating circumstances necessitating expedited settlement discussions prior to the class certification stage exist other than Plaintiffs' counsel's belief that having the authorization to discuss a potential class-wide resolution as part of Judge Ryu's process may assist the mediation process.

Dated: February 28, 2017               MILSTEIN ADELMAN JACKSON
                                       FAIRCHILD & WADE, LLP

                                       By: */s/ Gillian L. Wade*
                                       Gillian L. Wade
                                       One of the Attorneys for Plaintiffs

                                       Derek J. Meyer
                                       LEONARDMEYER LLP
                                       One of the Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document, **RESPONSE TO REQUEST FOR RESPONSE RE MOTION TO APPOINT INTERIM CLASS COUNSEL**, was electronically filed and served this 28th day of February, 2017, via the Court's CM/ECF system upon:

**Stephen Michael Rummage**
Davis Wright Tremaine LLP
1201 Third Avenue
Suite 2200
Seattle, WA 98101-3045
206-622-3150
206-757-7700 (fax)
steverummage@dwt.com

**Scott Robert Commerson**
Davis Wright Tremaine, LLP
865 S Figueroa St , #2400
Los Angeles, CA 90017-2566
213-633-6890
213-633-6899 (fax)
scottcommerson@dwt.com

**Joseph Edward Addiego, III**
Davis Wright Tremaine LLP
505 Montgomery Street
Suite 800
San Francisco, CA 94111-6533
415-276-6500
(415) 276-6599 (fax)
joeaddiego@dwt.com

**Derek J Meyer**
LeonardMeyer LLP
5900 Wilshire Boulevard
Suite 500
Los Angeles, CA 90036
310-220-0331
rmeyer@leonardmeyerllp.com

**John Patrick Killacky**
LeonardMeyer LLP
120 N. LaSalle St.
Suite 2000
Chicago, IL 60602
312-943-4888
312-264-0671 (fax)
jkillacky@leonardmeyerllp.com

                                        /s/ *Gillian L. Wade*
                                          Gillian L. Wade