IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY INGALLS and TONY HONG, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>SPOTIFY USA, INC., a Delaware corporation, and DOES 1–10, inclusive,<br><br>    Defendants.<br>                                           / | No. C 16-03533 WHA<br><br>**ORDER RE DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS** |

      The "Standing Order for All Judges of the Northern District of California," effective January 17, 2017, includes the following provision at the end of paragraph 19: "In any proposed class, collective, or representative action, the required disclosure [of non-party interested entities or persons] includes any person or entity that is funding the prosecution of any claim or counterclaim."  Although this provision became effective recently, it applies to then-pending actions (and, of course, to later-filed actions as well).  Accordingly, the parties in this action shall please supplement their disclosures as needed to fully comply with this provision by **MARCH 3 AT NOON**.

      **IT IS SO ORDERED.**

Dated: February 28, 2017.

                                                                WILLIAM ALSUP<br>
                                                                 UNITED STATES DISTRICT JUDGE