**MILSTEIN ADELMAN JACKSON**
**FAIRCHILD & WADE, LLP**
Gillian L. Wade, State Bar No. 229124
gwade@mjfwlaw.com
Sara D. Avila, State Bar No. 263213
savila@majfwlaw.com
Marc A. Castaneda, State Bar No. 299001
mcastaneda@mjfwlaw.com
10250 Constellation Blvd., Suite 1400
Los Angeles, CA 90067
Tel: (310) 396-9600
Fax: (310) 396-9635

**LEONARDMEYER LLP**
Derek J. Meyer, State Bar No. 278346
rmeyer@leonardmeyerllp.com
5900 Wilshire Boulevard, Suite 500
Los Angeles, CA 90036
Tel:  (310) 220-0331

Attorneys for Plaintiffs and the Class

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY INGALLS and TONY HONG, individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>                v.<br><br>SPOTIFY USA, INC., a Delaware corporation; and DOES 1 – 10, inclusive,<br><br>                Defendants. | Case No. 3:16-cv-03533-WHA<br><br>**PLAINTIFFS' WITHDRAWAL OF MOTION TO APPOINT INTERIM CLASS COUNSEL**<br><br>Hearing Date:    March 30, 2017<br>Hearing Time:   8:00 a.m.<br>Courtroom:     Courtroom 8- 19th Floor |

      Plaintiffs Tony Hong and Gregory Ingalls respectfully withdraw their Motion to Appoint Interim Class Counsel, filed at Dkt. No. 54.


Dated: March 1, 2017          MILSTEIN ADELMAN JACKSON
                           FAIRCHILD & WADE, LLP

                           By: */s/ Gillian L. Wade*
                           Gillian L. Wade
                           One of the Attorneys for Plaintiffs

1

2          Derek J. Meyer
           LEONARDMEYER LLP
3          One of the Attorneys for Plaintiffs

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNOPPOSED MOTION TO APPOINT INTERIM CLASS COUNSEL PURSUAMT TO FED. R. CIV. P. 23(G)

1

<u>**CERTIFICATE OF SERVICE**</u>

2

I hereby certify that a true and correct copy of the foregoing document, **PLAINTIFFS'**

3

**WITHDRAWAL OF MOTION TO APPOINT INTERIM CLASS COUNSEL**, was electronically

4

filed and served this 1st day of March, 2017, via the Court's CM/ECF system upon:

5

**Stephen Michael Rummage**

6

Davis Wright Tremaine LLP
1201 Third Avenue

7

Suite 2200
Seattle, WA 98101-3045

8

206-622-3150
206-757-7700 (fax)

9

steverummage@dwt.com

10

**Scott Robert Commerson**
Davis Wright Tremaine, LLP

11

865 S Figueroa St , #2400
Los Angeles, CA 90017-2566

12

213-633-6890
213-633-6899 (fax)

13

scottcommerson@dwt.com

14

**Joseph Edward Addiego, III**
Davis Wright Tremaine LLP

15

505 Montgomery Street
Suite 800

16

San Francisco, CA 94111-6533
415-276-6500

17

(415) 276-6599 (fax)
joeaddiego@dwt.com

18

**Derek J Meyer**

19

LeonardMeyer LLP
5900 Wilshire Boulevard

20

Suite 500
Los Angeles, CA 90036

21

310-220-0331
rmeyer@leonardmeyerllp.com

22

**John Patrick Killacky**

23

LeonardMeyer LLP
120 N. LaSalle St.

24

Suite 2000
Chicago, IL 60602

25

312-943-4888
312-264-0671 (fax)

26

jkillacky@leonardmeyerllp.com

27

28

_/s/ Gillian L. Wade_
Gillian L. Wade

UNOPPOSED MOTION TO APPOINT INTERIM CLASS COUNSEL PURSUAMT TO FED. R. CIV. P. 23(G)