**MILSTEIN JACKSON FAIRCHILD & WADE, LLP**
Gillian L. Wade, State Bar No. 229124
gwade@mjfwlaw.com
Sara D. Avila, State Bar No. 263213
savila@mjfwlaw.com
Marc A. Castaneda, State Bar No. 299001
mcastaneda@mjfwlaw.com
10250 Constellation Blvd., Suite 1400
Los Angeles, CA 90067
Tel: (310) 396-9600
Fax: (310) 396-9635

**LEONARDMEYER LLP**
Derek J. Meyer, State Bar No. 278346
rmeyer@leonardmeyerllp.com
5900 Wilshire Boulevard, Suite 500
Los Angeles, CA 90036
Tel: (310) 220-0331

Attorneys for Plaintiffs and the Class

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

GREGORY INGALLS and TONY HONG, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

SPOTIFY USA, INC., a Delaware corporation; and DOES 1 – 10, inclusive,

Defendants.

Case No. 3:16-cv-03533-WHA

**PLAINTIFFS GREGORY INGALLS AND TONY HONG'S REVISED CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil Local Rule 3-16, this Court's February 28, 2017 Order Re Disclosure of Non-Party Interested Entities or Persons (Dkt. No. 57) and the "Standing Order for all of the Northern District of California" at ¶ 19, the following listed persons, association of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: Plaintiffs Gregory Ingalls and Tony Hong. The entities funding the prosecution of the claims set forth in Plaintiffs' First Amended Complaint are Milstein Jackson Fairchild & Wade, LLP and LeonardMeyer LLP, Plaintiffs' counsel of record.

Dated: March 3, 2017

MILSTEIN JACKSON
FAIRCHILD & WADE, LLP

By: */s/ Gillian L. Wade*
Gillian L. Wade
One of the Attorneys for Plaintiffs

Derek J. Meyer
LEONARDMEYER LLP
One of the Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document, **PLAINTIFFS GREGORY INGALLS AND TONY HONG'S REVISED CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**, was electronically filed and served this 3rd day of March, 2017, via the Court's CM/ECF system upon:

**Stephen Michael Rummage**
Davis Wright Tremaine LLP
1201 Third Avenue
Suite 2200
Seattle, WA 98101-3045
steverummage@dwt.com

**Scott Robert Commerson**
Davis Wright Tremaine, LLP
865 S Figueroa St , #2400
Los Angeles, CA 90017-2566
scottcommerson@dwt.com

**Joseph Edward Addiego, III**
Davis Wright Tremaine LLP
505 Montgomery Street
Suite 800
San Francisco, CA 94111-6533
joeaddiego@dwt.com

**Derek J Meyer**
LeonardMeyer LLP
5900 Wilshire Boulevard
Suite 500
Los Angeles, CA 90036
rmeyer@leonardmeyerllp.com

**John Patrick Killacky**
LeonardMeyer LLP
120 N. LaSalle St.
Suite 2000
Chicago, IL 60602
jkillacky@leonardmeyerllp.com

/s/ *Gillian L. Wade*
Gillian L. Wade