**MILSTEIN JACKSON**
**FAIRCHILD & WADE, LLP**
Gillian L. Wade, State Bar No. 229124
gwade@mjfwlaw.com
Sara D. Avila, State Bar No. 263213
savila@mjfwlaw.com
Marc A. Castaneda, State Bar No. 299001
mcastaneda@mjfwlaw.com
10250 Constellation Blvd., Suite 1400
Los Angeles, CA 90067
Tel: (310) 396-9600
Fax: (310) 396-9635

**LEONARDMEYER LLP**
Derek J. Meyer, State Bar No. 278346
rmeyer@leonardmeyerllp.com
John Killacky, *admitted pro hac vice*
jkillacky@leonardmeyerllp.com
5900 Wilshire Boulevard, Suite 500
Los Angeles, CA 90036
Tel:  (310) 220-0331

Attorneys for Plaintiffs and the Class

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY INGALLS and TONY HONG, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>SPOTIFY USA, INC., a Delaware corporation; and DOES 1 – 10, inclusive,<br><br>    Defendants. | Case No. CV 4:16-cv-3533<br><br>**PLAINTIFFS' REPLY IN SUPPORT OF REQUEST FOR ADJOURNMENT OF SETTLEMENT CONFERENCE**<br><br>Date:    April 10, 2017<br>Time:   11:00 am<br>Judge:  Magistrate Judge Donna M. Ryu,<br>            Courtroom No. 4 |

On March 31, 2017, Plaintiffs filed their request for an adjournment of the settlement conference currently scheduled for April 10, 2017 before Magistrate Judge Donna M. Ryu. (*See* Dkt. No. 60). Spotify filed a response on April 3, 2017. (Dkt. No. 61).

In connection with Spotify's appeal and at its request, the parties previously engaged in a mediation regarding an individual settlement on February 7, 2016 in San Francisco, California with the Ninth Circuit Mediation Office. The parties did not reach an agreement. Nothing in Spotify's response yesterday addresses why a second mediation on the same record is needed. Also, its self-serving efforts to explain what information Plaintiffs may or may not need for a settlement conference should be given no weight.

The parties also have multiple disputes regarding Spotify's discovery responses, including Spotify's March 31, 2017 proposal to hold the deposition of its Rule 30(b)(6) deposition in Sweden (defendant is a domestic corporation). Plaintiffs also provided Spotify with a lengthy meet and confer letter on March 22, 2017 regarding its responses to Plaintiffs' discovery requests. Spotify indicated it wishes to respond in writing, but it has now been two weeks and it still has not responded.

Plaintiffs do not wish to needlessly expend the resources of Judge Ryu or Plaintiffs' counsel to conduct a second mediation regarding an individual settlement at Spotify's insistence. The prior mediation was only eight weeks ago. Plaintiffs respectfully reiterate their request for an adjournment of the settlement conference until after the District Court rules on class certification.

Dated: April 5, 2017

MILSTEIN JACKSON
FAIRCHILD & WADE, LLP


By: */s/ Gillian L. Wade*
Gillian L. Wade
One of the Attorneys for Plaintiffs


Derek J. Meyer
LEONARDMEYER LLP
One of the Attorneys for Plaintiffs

1

2

**CERTIFICATE OF SERVICE**

3
        I hereby certify that a true and correct copy of the foregoing document, **PLAINTIFFS'**

4
**REPLY IN SUPPORT OF REQUEST FOR ADJOURMENT OF SETTLEMENT**

5
**CONFERENCE**, was electronically filed and served this 5th day of April, 2017, via the Court's

6
CM/ECF system upon:

7
**Stephen Michael Rummage**

8
Davis Wright Tremaine LLP
1201 Third Avenue
Suite 2200

9
Seattle, WA 98101-3045
steverummage@dwt.com

10

11
**Scott Robert Commerson**
Davis Wright Tremaine, LLP
865 S Figueroa St , #2400

12
Los Angeles, CA 90017-2566
scottcommerson@dwt.com

13

14
**Joseph Edward Addiego, III**
Davis Wright Tremaine LLP
505 Montgomery Street

15
Suite 800
San Francisco, CA 94111-6533

16
joeaddiego@dwt.com

17
**Derek J Meyer**

18
LeonardMeyer LLP
5900 Wilshire Boulevard
Suite 500

19
Los Angeles, CA 90036
rmeyer@leonardmeyerllp.com

20

21
**John Patrick Killacky**
LeonardMeyer LLP
120 N. LaSalle St.

22
Suite 2000
Chicago, IL 60602

23
jkillacky@leonardmeyerllp.com

24

25
                                    /s/ *Gillian L. Wade*
                                    Gillian L. Wade

26

27

28

- 2 -