UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL CONFERENCE MINUTE ORDER

| **Date:** 4/5/17 | **Time:** 45 minutes | **Judge:** DONNA M. RYU |
|---|---|---|
| **Case No.**: 3:16-cv-03533-WHA | **Case Name:** Gregory Ingalls, et al v. Spotify USA Inc. | |

**For Plaintiff:**
Gillian Wade
Derek Meyer

**For Defendant:**
Joseph Addiego

**Deputy Clerk:** Ivy Lerma Garcia          **FTR:** Not Recorded

PROCEEDINGS

Further pre-settlement conference phone discussions held.

**Results:** In light of the discussions, the court vacates the April 10, 2017 settlement conference. The parties are invited to call Judge Ryu for assistance in the future.

cc: Chambers