Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GREGORY INGALLS and TONY HONG, et al.,

    Plaintiff(s),

v.

SPOTIFY USA, INC., a Delaware corporation, and DOES 1-10, inclusive,

    Defendant(s).

Case No: 3:16-cv-3533

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Michael Ryan Casey, an active member in good standing of the bar of Oregon Supreme Court, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiffs in the above-entitled action. My local co-counsel in this case is Gillian L. Wade, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 20 NE Thompson Street<br>Portland, OR 97212 | 10250 Constellation Blvd., Suite 1400<br>Los Angeles, CA 90067 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (503) 928-7611 | (310) 396-9600 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| ryan@rcaseylaw.com | gwade@mjfwlaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 152824.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 04/05/17

                              Michael Ryan Casey
                              APPLICANT

**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Michael Ryan Casey is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: April 7, 2017.

                              UNITED STATES DISTRICT/MAGISTRATE JUDGE