IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GREGORY INGALLS and TONY HONG, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

SPOTIFY USA INC., a Delaware corporation, and DOES 1–10, inclusive,

Defendants.

No. C 16-03533 WHA

**ORDER SETTING HEARING RE PLAINTIFFS' DISCOVERY DISPUTE**

The Court **SETS** a two-hour meet-and-confer starting from **8:30 A.M. AND CONTINUING TO 10:30 A.M. ON TUESDAY, MAY 2, 2017**, in the Court's jury room on the nineteenth floor of the San Francisco federal courthouse. At **10:30 A.M.**, the Court shall hear any outstanding discovery issue(s) in Courtroom No. 8. Defendant's response is due by 3:00 p.m. on Monday, May 1.

Please note that only those lawyers who personally participate in the meet-and-confer in the Court's jury room may be heard at the hearing.

**IT IS SO ORDERED.**

Dated: April 28, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE