United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GREGORY INGALLS and TONY HONG,
individually and on behalf of all others
similarly situated,

          Plaintiffs,

  v.

SPOTIFY USA INC., a Delaware corporation,
and DOES 1–10, inclusive,

          Defendants.

_____/

No. C 16-03533 WHA

**ORDER RESETTING
HEARING ON PARTIES'
DISCOVERY DISPUTES**

The Court is in receipt of both sides' letters regarding discovery disputes and therefore **SETS** a three-hour meet-and-confer starting from **10:00 A.M. AND CONTINUING TO 1:30 P.M. (WITH THIRTY MINUTES OFF AT NOON FOR LUNCH) ON WEDNESDAY, MAY 3, 2017**, in the Court's jury room on the nineteenth floor of the San Francisco federal courthouse. At **1:30 P.M.**, the Court shall hear any outstanding discovery issue(s) in Courtroom No. 8. The two-hour meet-and-confer and hearing on May 2 are **VACATED**. Responses are due by noon on Tuesday, May 2.

Please note that only those lawyers who personally participate in the meet-and-confer in the Court's jury room may be heard at the hearing.

**IT IS SO ORDERED.**

Dated: May 1, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE