**MILSTEIN JACKSON**
**FAIRCHILD & WADE, LLP**
Gillian L. Wade, State Bar No. 229124
gwade@mjfwlaw.com
Sara D. Avila, State Bar No. 263213
savila@mjfwlaw.com
Marc A. Castaneda, State Bar No. 299001
mcastaneda@mjfwlaw.com
10250 Constellation Blvd., Suite 1400
Los Angeles, CA 90067
Tel: (310) 396-9600
Fax: (310) 396-9635

Attorneys for Plaintiffs and the Class
(Additional counsel listed in signature block)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY INGALLS and TONY HONG, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>SPOTIFY USA, INC., a Delaware corporation; and DOES 1 – 10, inclusive,<br><br>    Defendants. | Case No. 3:16-cv-03533-WHA<br><br>**PLAINTIFFS GREGORY INGALLS AND TONY HONG'S SECOND REVISED CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil Local Rule 3-16, this Court's February 28, 2017 Order Re Disclosure of Non-Party Interested Entities or Persons (Dkt. No. 57) and the "Standing Order for all of the Northern District of California" at ¶ 19, the following listed persons, association of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the  proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be  substantially affected by the outcome of this proceeding: Plaintiffs Gregory Ingalls and Tony Hong. The entities funding the prosecution of the claims set forth in Plaintiffs' First Amended Complaint are Milstein Jackson Fairchild & Wade, LLP and LeonardMeyer LLP and The Casey Law Firm, LLC, Plaintiffs' counsel of record.

Dated:  May 1, 2017

MILSTEIN JACKSON
FAIRCHILD & WADE, LLP

By: */s/ Gillian L. Wade*
Gillian L. Wade
Sara D. Avila
Marc A. Castaneda

Derek J. Meyer
LEONARDMEYER LLP
5900 Wilshire Boulevard, Suite 500
Los Angeles, CA 90036

M. Ryan Casey
THE CASEY LAW FIRM, LLC
20 NE Thompson Street
Portland, OR 97212

*Counsel for Plaintiffs*

# **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document, **PLAINTIFFS GREGORY INGALLS AND TONY HONG'S SECOND REVISED CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**, was electronically filed and served this 1st day of April, 2017, via the Court's CM/ECF system upon:

**Stephen Michael Rummage**
Davis Wright Tremaine LLP
1201 Third Avenue
Suite 2200
Seattle, WA 98101-3045
steverummage@dwt.com

**Scott Robert Commerson**
Davis Wright Tremaine, LLP
865 S Figueroa St , #2400
Los Angeles, CA 90017-2566
scottcommerson@dwt.com

**Joseph Edward Addiego, III**
Davis Wright Tremaine LLP
505 Montgomery Street
Suite 800
San Francisco, CA 94111-6533
joeaddiego@dwt.com

**Derek J Meyer**
LeonardMeyer LLP
5900 Wilshire Boulevard
Suite 500
Los Angeles, CA 90036
rmeyer@leonardmeyerllp.com

**John Patrick Killacky**
LeonardMeyer LLP
120 N. LaSalle St.
Suite 2000
Chicago, IL 60602
jkillacky@leonardmeyerllp.com

M. Ryan Casey
**THE CASEY LAW FIRM, LLC**
20 NE Thompson Street
Portland, OR 97212
ryan@rcaseylaw.com

                                        /s/ *Gillian L. Wade*
                                           Gillian L. Wade