IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GREGORY INGALLS and TONY HONG, individually and on behalf of all others similarly situated,

   Plaintiffs,

 v.

SPOTIFY USA INC., a Delaware corporation, and DOES 1–10, inclusive,

   Defendants.

No. C 16-03533 WHA

**ORDER RE DISCOVERY DISPUTES**

  The parties met and conferred in the Court's jury room and reached agreement. The discovery disputes are now resolved.

  **IT IS SO ORDERED.**

Dated: May 3, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE