**EXHIBIT B**

CONFIDENTIAL

SPTFY-Inglls-000004



SPTFY-Inglls-000005_CONFIDENTIAL

full-page image



SPTFY-Inglls-000023



## Why upgrade to Premium?

   

**No more ads.**
Study til sunset. Dance til dawn. You won't be interrupted.

**Tons of music, instantly.**
Hear any song you want, whenever you want. Just hit play.

**Take your collection offline.**
Listen to songs anywhere without burning through your data.

**Easy on the ears.**
Premium packs even more sound quality into every song.

Spotify® Student Discount Offer Terms and Conditions apply. Offer available only to students at US Title IV accredited institutions in the United States.



SPTFY-Inglls-000030

**CONFIDENTIAL**                                                                                     **SPTFY-Inglls-000339**

**CONFIDENTIAL**   **SPTFY-Inglls-000340**