**EXHIBIT H**

# Early Period

6-23-2012 to 3-25-2014

SOURCE: Ex. 3 to the Sept. 29, 2016 Decl. of James Whitehead (D.E. 25-3 at 6)



# Xena Period

3-26-2014 to 4-3-2015

SOURCE: Ex. 6 to the Sept. 29, 2016 Decl. of James Whitehead (D.E. 25-3 at 12)



EXHIBIT 6
1 of 1

# Offer Panel Period

4-4-2015 through present

SOURCE: Spotify's website
(accessed April 2017)


