Joseph E. Addiego III (CA State Bar No. 169522)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
Email: joeaddiego@dwt.com

Stephen M. Rummage (Admitted *pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
Telephone: (206) 662-3150
Fax: (206) 757-7700
E-mail: steverummage@dwt.com

Scott R. Commerson (CA State Bar No. 227460)
DAVIS WRIGHT TREMAINE LLP
865 S. Figueroa St., Suite 2400
Los Angeles, California 900017
Telephone: (213) 633-6890
Fax: (213) 633-4290
Email: scottcommerson@dwt.com

Attorneys for Defendant
SPOTIFY USA INC.

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY INGALLS and TONY HONG, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SPOTIFY USA, INC., a Delaware corporation; and DOES 1 – 10, inclusive,<br><br>Defendants. | Case No. 3:16-cv-3533 WHA<br><br>**DECLARATION OF SCOTT R. COMMERSON IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF HIS NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION, AND JOINT DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION** |

### DECLARATION OF SCOTT R. COMMERSON

I, Scott R. Commerson, declare as follows:

1. I am a partner with the law firm of Davis Wright Tremaine, LLP, counsel of record for Defendant Spotify USA Inc. ("Spotify") in this action. I submit this declaration in support of Plaintiff's Administrative Motion to File under Seal Portions of His Notice of Motion and Motion for Class Certification, and Joint Declaration in Support of Plaintiff's Motion For Class Certification. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. On March 25, 2017, Plaintiff Gregory Ingalls filed under seal portions of Plaintiff's Notice of Motion and Motion for Class Certification, portions of Joint Declaration In Support Of Plaintiff's Motion For Class Certification, portions of Exhibit B, and Exhibits D, E, G, and I. Dkt. Nos. 77 and 78.

3. These documents contain information on Spotify's revenues, the number of subscribers for Spotify's various promotional campaigns at particular times, and information about Spotify's Web and payment operations systems. Spotify does not publicly disclose this information. Nor is the information generally known to third parties. As a result, Spotify considers this information valuable trade secret or proprietary information, which, if publicly disclosed, would give competitors access to sensitive business, commercial, and financial information about Spotify.

4. For example, because Spotify operates in a competitive market, where there are many other music streaming services, releasing this information would allow competitors to exercise an unfair competitive advantage over Spotify by undercutting Spotify's pricing, using Spotify's source code, or learning from Spotify's internal data.

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

Executed this 31st day of May 2017, in Los Angeles, California.

By: */s/ Scott R. Commerson*
Scott R. Commerson