Joseph E. Addiego III (CA State Bar No. 169522)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone:   (415) 276-6500
Facsimile:   (415) 276-6599
Email:       joeaddiego@dwt.com

Stephen M. Rummage (Admitted *pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
Telephone:   (206) 662-3150
Fax:         (206) 757-7700
E-mail:      steverummage@dwt.com

Scott R. Commerson (CA State Bar No. 227460)
DAVIS WRIGHT TREMAINE LLP
865 S. Figueroa St., Suite 2400
Los Angeles, California 900017
Telephone:   (213) 633-6890
Fax:         (213) 633-4290
Email:       scottcommerson@dwt.com

Attorneys for Defendant
SPOTIFY USA INC.

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY INGALLS and TONY HONG, individually and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>SPOTIFY USA, INC., a Delaware corporation; and DOES 1 – 10, inclusive,<br><br>  Defendants. | Case No. 3:16-cv-3533 WHA<br><br>**DECLARATION OF SCOTT R. COMMERSON IN SUPPORT OF DEFENDANT SPOTIFY USA INC.'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date: July 13, 2017<br>Time: 8:00 a.m.<br>Judge: Hon. William H. Alsup<br>Courtroom 8 – 19th Floor |

## DECLARATION OF SCOTT R. COMMERSON

I, Scott R. Commerson, declare as follows:

1. I am a partner with the law firm of Davis Wright Tremaine, LLP, counsel of record for Defendant Spotify USA Inc. ("Spotify") in this action. I submit this declaration in support of Spotify's Motion for Summary Judgment, or in the Alternative, for Partial Summary Judgment. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. On April 6, 2017, I deposed Plaintiff Tony Hong. Attached as **Exhibit 1** is a true and correct copy of relevant excerpts of the transcript from that deposition.

3. On May 5, 2017, Plaintiffs deposed Jim Whitehead in his capacity as Spotify's 30(b)(6) corporate representative. Attached as **Exhibit 2** is a true and correct copy of relevant excerpts of the transcript from that deposition.

4. On May 10, 2017, I deposed Plaintiff Gregory Ingalls. Attached as **Exhibit 3** is a true and correct copy of relevant excerpts of the transcript from that deposition.

5. A true and correct copy of a screenshot of Spotify's registration page attached as **Exhibit 4**. This document was marked as Exhibit 32 to the deposition of Mr. Ingalls and was authenticated at the deposition. *See* Ex. 1 at 102:3-17.

6. A true and correct copy of a screenshot of Spotify's payment selection page attached as **Exhibit 5**. This document was marked as Exhibit 33 to the deposition of Mr. Ingalls and was authenticated at the deposition. *See* Ex. 1 at 103:23-105:14. This exhibit is identical to Exhibit 1 attached to the Whitehead Declaration.

7. A true and correct copy of the document produced by Mr. Ingalls as Ingalls00008 is attached as **Exhibit 6**. This document was marked as Exhibit 35 to the deposition of Mr. Ingalls and was authenticated at the deposition. *See* Ex. 2 at 109:7-17. This exhibit is identical to Exhibit 2 attached to the Whitehead Declaration.

8. A true and correct copy of a screenshot of the confirm payment screen attached as **Exhibit 7**. This document was marked as Exhibit 36 to the deposition of Mr. Ingalls and was

DAVIS WRIGHT TREMAINE LLP

1

1  authenticated at the deposition. *See* Ex. 2 at 113:20-114-11.  This exhibit is identical to Exhibit 3
2  attached to the Whitehead Declaration.

3      9.    A true and correct copy of the screenshot of the confirmation page attached as
4  **Exhibit 8**.  This document was marked as Exhibit 37 to the deposition of Mr. Ingalls and was
5  authenticated at the deposition. *See* Ex. 2 at 120:23-121:22.  This exhibit is identical to Exhibit 4
6  attached to the Whitehead Declaration.

7      10.    A true and correct copy of the document produced by Mr. Ingalls as Ingalls00003 is
8  attached as **Exhibit 9**.  This document was marked as Exhibit 38 to the deposition of Mr. Ingalls
9  and was authenticated at the deposition. *See* Ex. 2 at 128:12-18.

10      11.    A true and correct copy of a screenshot showing the confirm payment page Mr.
11  Hong would have seen attached as **Exhibit 10**.  This document was marked as Exhibit 5 to the
12  deposition of Mr. Hong and was authenticated at the deposition. *See* Ex. 1 at 87:9-17.  This exhibit
13  is identical to Exhibit 6 attached to the Whitehead Declaration.

14      12.    A true and correct copy of a screenshot of "Spotify® Introductory Trial Offer
15  Terms and Conditions" page that Mr. Hong would have seen attached as **Exhibit 11**.  This
16  document was marked as Exhibit 6 to the deposition of Mr. Hong and was authenticated at the
17  deposition. *See* Ex. 1 at 91:22-92:12.  This exhibit is identical to Exhibit 7 attached to the
18  Whitehead Declaration.

19      13.    A true and correct copy of a screenshot of "Spotify® Introductory Trial Offer
20  Terms and Conditions" page that Mr. Hong would have seen attached as **Exhibit 12**.  This
21  document was marked as Exhibit 8 to the deposition of Mr. Hong and was authenticated at the
22  deposition. *See* Ex. 1 at 95:8-19.  This exhibit is identical to Exhibit 9 attached to the Whitehead
23  Declaration.

24      14.    A true and correct copy of the document produced by Mr. Hong as Hong00005 is
25  attached as **Exhibit 13**.  This document was marked as Exhibit 9 to the deposition of Mr. Hong
26  and was authenticated at the deposition. *See* Ex. 1 at 104:24-105:15.  This exhibit is similar to
27  Exhibit 10 attached to the Whitehead Declaration.
28

DAVIS WRIGHT TREMAINE LLP

15. A true and correct copy of a screenshot of "Start my Spotify Premium:" page that Mr. Hong would have attached as **Exhibit 14**. This document was marked as Exhibit 12 to the deposition of Mr. Hong and was authenticated at the deposition. *See* Ex. 1 at 113:7-14. This exhibit is identical to Exhibit 11 attached to the Whitehead Declaration.

16. A true and correct copy of the document produced by Mr. Hong as Hong00007 is attached as **Exhibit 15**. This document was marked as Exhibit 14 to the deposition of Mr. Hong and was authenticated at the deposition. *See* Ex. 1 at 114:15-115-1. This exhibit is similar to Exhibit 14 attached to the Whitehead Declaration.

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

Executed this 1st day of June 2017, in Los Angeles, California.

By: */s/ Scott R. Commerson*
Scott R. Commerson

DAVIS WRIGHT TREMAINE LLP

DECLARATION OF SCOTT R. COMMERSON
Case No. 3:16-cv-3533 WHA
4820-0348-7049v.3 0098755-000014