Exhibit 1

# CERTIFIED COPY

## IN THE UNITED STATE DISTRICT COURT
## THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GREGORY INGALLS and TONY HONG, individually and on behalf of all others similarly situated, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | CASE NO. 3:16-CV-3533 WHA |
| SPOTIFY USA, INC., a Delaware corporation; and DOES 1 - 10, inclusive, | ) ) ) | |
| Defendants. | ) ) ) | |

### VIDEOTAPED DEPOSITION OF TONY HONG
### Taken on April 06, 2017



**Court Reporting • Video • Trial Presentation**

LA 310.230.9700 • SF 415.445.0105
els@elitigationservices.com • www.elitigationservices.com

IN THE UNITED STATE DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

GREGORY INGALLS and TONY    )
HONG, individually and on   )
behalf of all others       )
similarly situated,         )
                           )  Case No.
          Plaintiffs,  )  3:16-cv-3533 WHA
                           )
        v.              )
                           )
SPOTIFY USA, INC., a Delaware )
corporation; and DOES 1 – 10, )
inclusive,               )
                           )
          Defendants.  )
_____)

      Videotaped Deposition of TONY HONG, taken on
behalf of defendants, at 10250 Constellation
Boulevard, Suite 1400, Los Angeles, California,
beginning at 9:42 a.m. and ending at 3:25 p.m., on
April 6, 2017, before Christianne Lee Fong, CSR
No. 7559, CCRR.

Tony Hong

Page 2

```
 1   APPEARANCES:

 2       FOR THE PLAINTIFFS:

 3           MILSTEIN JACKSON FAIRCHILD & WADE, LLP
             BY:  GILLIAN L. WADE
 4           BY:  SARA D. AVILA
             BY:  MARC A. CASTANEDA
 5           BY:  ANDREW C. WHITMAN
             Attorneys at Law
 6           10250 Constellation Boulevard, Suite 1400
             Los Angeles, California 90067
 7           310.396.9600
             gwade@mjfwlaw.com
 8           savila@mjfwlaw.com
             mcastaneda@mjfwlaw.com
 9           awhitman@mjfwlaw.com

10

11       FOR DEFENDANT SPOTIFY USA, INC.:

             DAVIS WRIGHT TREMAINE LLP
12           BY:  SCOTT R. COMMERSON
             Attorney at Law
13           865 South Figueroa Street, Suite 2400
             Los Angeles, California 90017
14           213.633.6890
             scottcommerson@dwt.com

15

16       ALSO PRESENT:

17           Irving Fong, Videographer

18

19

20

21

22

23

24

25
```

Tony Hong

```
 1                    I N D E X
 2   W I T N E S S :
 3   TONY HONG                              PAGE
 4         BY MR. COMMERSON:                  7
 5
 6
 7   INFORMATION REQUESTED
 8                    (None)
 9
10
11   QUESTIONS INSTRUCTED NOT TO ANSWER
12                 PAGE     LINE
13                  67       18
                    69       19
14                  74       19
                   128       11
15
16
17   EXHIBITS MARKED:
18   NO.         DESCRIPTION              PAGE
19     1   "About" Section of tonyhong.net      16
             2 pgs
20     2   3/14/17 Email from Sara Avila to Scott   70
           Commerson, with Attachment, 4 pgs
21
       3   5/31/13 Email from Spotify to        82
22         tonyhong1026@gmail.com, HONG00002, 1 pg
23     4   "Happy Premium" Screen Shot         85
             1 pg
24     5   "Start 3 months of Premium for $0.99"   87
           Screen Shot, 1 pg
25
```

Tony Hong

Page 4

| 1 | EXHIBITS: (CONTINUED) | |
|---|---|---|
| 2 | NO.          DESCRIPTION | PAGE |
| 3 | 6  "Spotify Introductory Trial Offer Terms and Conditions" Screen Shot, 1 pg | 91 |
| 4 | | |
| | 7  PayPal Screen Shot 1 pg | 94 |
| 5 | 8  "Enjoy Premium" Screen Shot 1 pg | 95 |
| 6 | 9  12/29/14 Email from Spotify to tonyhong1026@gmail.com, HONG00005, 1 pg | 104 |
| 7 | | |
| 8 | 10  3/31/15 Email from Spotify to tonyhong1026@gmail.com, HONG00006, 1 pg | 106 |
| 9 | | |
| | 11  Receipts, HONG00001 1 pg | 111 |
| 10 | 12  "Start My Spotify Premium" Screen Shot 1 pg | 113 |
| 11 | 13  "Enjoy Premium" Screen Shot 1 pg | 113 |
| 12 | 14  5/6/15 Email from Spotify to tonyhong1026@gmail.com, HONG00007, 1 pg | 114 |
| 13 | 15  Spotify Emails, HONG00008 - HONG00011 4 pgs | 115 |
| 14 | 16  Account Ledger, SPTFY-Inglls-000003 1 pg | 118 |
| 15 | 17  "Updated Terms" Screen Shot 1 pg | 120 |
| 16 | 18  "Updated Terms" Screen Shot 1 pg | 121 |
| 17 | 19  9/9/15 Spotify Terms and Conditions of Use, 21 pgs | 122 |
| 18 | 20  3/5/14 Spotify Terms and Conditions of Use, 13 pgs | 125 |
| 19 | | |
| 20 | 21  Class Action Complaint 25 pgs | 127 |
| 21 | 22  First Amended Class Action Complaint 28 pgs | 127 |
| 22 | 23  Plaintiff Tony Hong's Responses and Objections to Defendant Spotify USA, Inc.'s Requests for Production (Set One), 28 pgs | 127 |
| 23 | | |
| 24 | | |
| 25 | | |

Tony Hong

Page 5

```
1    EXHIBITS:  (CONTINUED)

2    NO.              DESCRIPTION                    PAGE

3        24   Plaintiff Tony Hong's Responses and        127
                Objections to Defendant Spotify USA,
4             Inc.'s Special Interrogatories (Set
                One), 8 pgs
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Tony Hong

Page 6

1       Los Angeles, California; Thursday, April 6, 2017

2

3           THE REPORTER:  My name is Christianne Lee

4   Fong, for eLitigation Services, Inc., located at 15332

5   Antioch Street, Suite 89, Los Angeles, California

6   90272.

7           This is the deposition of Tony Hong, taken in

8   the United States District Court, the Northern

9   District of California, in the case of "Ingalls and

10  Hong v. Spotify USA, Inc.," Case No. 3:16-cv-3533 WHA,

11  taken on April 6, 2017, at 9:24 a.m., at the Law

12  Offices of Milstein Jackson Fairchild & Wade, LLP,

13  10250 Constellation Boulevard, Suite 1400,

14  Los Angeles, California 90067.

15          Present are Scott Commerson for Davis Wright

16  Tremaine, LLP, representing the defendant, and Gillian

17  Wade of Milstein Jackson Fairchild & Wade for

18  plaintiffs, as well as Sara Avila, Marc Castaneda, and

19  Andrew Whitman, also of Milstein Jackson Fairchild &

20  Wade.  Also present is Irving Fong, the videographer.

21

22                    TONY HONG,

23            having been duly affirmed, was

24            examined and testified as follows:

25  ///

Tony Hong

Page 26

1    later.

2            Did you received a notification, such as an

3    email from PayPal, that your account had been charged?

4        A    I don't remember.

5        Q    But you do recall that you received

6    notification in some way that your account had been

7    charged 9.99?

8            MS. WADE:  Vague and ambiguous.  Misstates

9    testimony.

10            THE WITNESS:  Yes.  I found out; I don't

11    remember how.  Whether it was checking my account

12    or -- yeah.  I just don't remember.

13   BY MR. COMMERSON:

14       Q    When you say checking your account, do you

15   mean that you could have checked your Spotify account?

16       A    No.

17       Q    Do you mean that you could have checked your

18   credit or checking account?

19       A    I could have, or -- yeah, if it was via

20   PayPal.

21       Q    Are you currently a PayPal user?

22       A    Yes.

23       Q    Okay.  What -- so my understanding of PayPal

24   is that you have to link either a debit or a credit

25   card to your PayPal account, and then PayPal will draw

Tony Hong

Page 59

1    being, I guess, thrown off by it.  I don't know if

2    that's --

3        Q    When you say "thrown off," can you explain?

4        A    Or surprised.

5        Q    Okay.  Were you being forced to pay for a

6    service that you didn't want?

7        A    No.

8        Q    Did you want the Spotify Premium Service?

9        A    Yes.

10       Q    Even back when you purchased the three-month-

11   for-99-cents offer, did you want the Premium Service?

12       A    Yes.

13       Q    So had you known -- strike that.

14            Had you recalled that you would be charged

15   9.99 when the three-month trial ended, would you have

16   still continued with the service?

17            MS. WADE:  Vague and ambiguous.

18            THE WITNESS:  Could you repeat that one more

19   time?  Sorry.

20   BY MR. COMMERSON:

21       Q    So I believe you testified that, by the time

22   the three-month trial ended, you'd forgotten about the

23   end date; is that correct?

24       A    Yes.

25       Q    So, at that time, had you been aware that the

Tony Hong

Page 60

1    three-month trial would terminate on a given date,

2    would you have still continued the service?

3        A    I believe so.

4        Q    Because you enjoyed using it?

5        A    Yeah.

6        Q    And was it worth 9.99 a month to you?

7        A    Yes.

8        Q    And, indeed, you're continuing to use it?

9        A    Yeah.  The fact that I'm a current Premium

10   member now, yeah.

11       Q    Do you have an understanding of what has

12   transpired in this case to date?

13           MS. WADE:  Vague and ambiguous.

14           (Reporter interruption for clarification.)

15           MS. WADE:  Vague and ambiguous.

16           THE WITNESS:  Yeah.  If you could -- in what

17   context?

18   BY MR. COMMERSON:

19       Q    Sure.  Do you have an understanding as to

20   what's happened in the case so far?

21           MS. WADE:  Vague and ambiguous.

22           THE WITNESS:  I mean, I have some idea.  But

23   I --

24   BY MR. COMMERSON:

25       Q    Can you tell me what your idea is?

Tony Hong

Page 63

1    I would no longer have to pay for Premium?

2        Q    Yes.

3        A    No, I'm not looking to get free Premium

4    Service.

5        Q    Okay.  In terms of any past payments you've

6    made to Spotify, are you looking to get a refund for

7    any past payments you've made to Spotify?

8        A    No.

9        Q    You don't believe you're entitled to a refund

10   for any past payments from Spotify; is that correct?

11            MS. WADE:  Vague and ambiguous.

12            THE WITNESS:  No.  The fact that I'm still a

13   Premium member, I'm willing to pay for it.

14   BY MR. COMMERSON:

15       Q    And you're getting a benefit from it;

16   correct?

17       A    Yes.

18            MS. WADE:  Vague and ambiguous.

19   BY MR. COMMERSON:

20       Q    So I just want to make sure I close it out.

21            If you're not seeking any sort of money or

22   refund from Spotify, is there anything else that you

23   are seeking from Spotify in this case?

24            MS. WADE:  Vague and ambiguous.

25            THE WITNESS:  Maybe just clarity.

Tony Hong

1    your laptop, or your iPhone?

2        A      Possibly my classroom desktop, if I did do it

3    during class.

4               MR. COMMERSON:  This will be the next exhibit

5    in order.  I think we're up to Exhibit 5 now.

6               THE REPORTER:  Correct.

7               (Exhibit 5 marked.)

8    BY MR. COMMERSON:

9        Q      So Exhibit 5 is a re-creation Spotify has

10   done of a screen shot of the page you would have seen

11   after you clicked on "Upgrade to Premium" through the

12   three-month-for-99-cent trial.

13              Can you look at this page and let me know if

14   you recognize the page as something that you saw at

15   the time you signed up.

16              MS. WADE:  Vague and ambiguous.

17              THE WITNESS:  It would be hard for me to say.

18   BY MR. COMMERSON:

19       Q      Okay.  Do you see that it says "Start 3

20   months of Premium for $0.99" at the top?

21       A      Yes.

22       Q      Do you see that it says "$9.99 + tax per

23   month after offer period.  Cancel online anytime you

24   want," below it?

25       A      Yes.

Tony Hong

Page 88

1      Q      Did you have any trouble reading either of

2  those disclosures?

3      A      No.

4      Q      Do you have an understanding of what it means

5  when the page says "$9.99 + tax per month after offer

6  period.  Cancel online anytime you want"?

7      A      No.

8      Q      You don't understand what that means?

9      A      I do understand.

10     Q      What does that mean?

11     A      That I will be charged 9.99 plus tax after

12  the three months.  And that I can cancel anytime.

13     Q      And then do you see there, close to the

14  bottom of the page, it says (as read):

15             If you do not cancel your

16             subscription before March 29, 2015, the

17             credit card or payment method you provide

18             will automatically be charged the Premium

19             subscription fee each month until you

20             cancel.  No refunds or credits for

21             partial monthly subscriptions periods.

22             For complete terms and conditions, please

23             see our terms of service.

24             Do you see that?

25     A      Yes.

Tony Hong

Page 89

1    Q    Do you have an understanding what that means?

2    A    Yes.

3    Q    Can you explain to me what your understanding

4    is?

5    A    That I have until March 29, 2015, to cancel.

6    Otherwise, payment will automatically be charged for

7    Premium subscription.

8    Q    Do you have any reason to believe that on

9    December 24, 2014, when you were signing up, that you

10   weren't given a specific deadline there of when your

11   three-month trial would end?

12        MS. WADE:  Vague and ambiguous.

13        THE WITNESS:  I was just thinking of getting

14   Premium at that time.

15   BY MR. COMMERSON:

16   Q    Right.  But my question is, do you have any

17   reason to believe that this information on the page

18   wasn't disclosed to you with respect to the expiration

19   date of your three-month trial period?

20        MS. WADE:  Vague and ambiguous.

21        THE WITNESS:  I don't remember.

22   BY MR. COMMERSON:

23   Q    And then there's a link there to terms of

24   service.

25        Do you recall clicking on that link in order

Tony Hong

Page 90

1    to read the terms of service?

2        A    I don't remember.

3        Q    Are terms of -- when you've signed up for

4    subscriptions for services in the past, have you

5    typically read terms of service for the company?

6        A    Honestly, no.

7        Q    So is it your testimony that when you signed

8    up for the three months of Premium for 99 cents, you

9    didn't read this language that's on the page?

10       A    I don't remember.

11       Q    Okay.  But is it true, in fact, that, had you

12   read the language on this page, you would have

13   understood that, when your three-month trial ended,

14   your subscription for Spotify Premium would

15   automatically renew at a price of 9.99 per month?  Is

16   that correct?

17            MS. WADE:  Vague and ambiguous.

18            THE WITNESS:  As you said, if I had read it

19   and remembered, yes, I would have understood it.

20   BY MR. COMMERSON:

21       Q    Typically, when you're signing up for a

22   service that automatically renews, do you read the

23   language regarding how much you'll be charged prior to

24   providing your payment information?

25            MS. WADE:  Vague and ambiguous.

Tony Hong

Page 91

1           THE WITNESS:  I do now.  I mean -- and I

2    think we talked about the Coreology and -- my gym

3    membership being the most recent.

4    BY MR. COMMERSON:

5        Q    Is there a specific reason you didn't do that

6    in December 2014, when you signed up for the

7    three-months-for-99-cents trial for Spotify Premium?

8           MS. WADE:  Vague and ambiguous.

9           THE WITNESS:  I can't recall.

10   BY MR. COMMERSON:

11       Q    From your perspective, is the language on

12   this page clear about the fact that you will be

13   charged 9.99 per month after the three-month trial

14   period ends?

15       A    Yes.

16       Q    Is this page clear about the fact that you

17   can cancel online any time you want?

18       A    Yes.

19       Q    Okay.

20           MS. WADE:  Scott, when you're ready, can we

21   take another break?

22           MR. COMMERSON:  Why don't we just do this

23   exhibit.  This will be Exhibit 6.

24           (Exhibit 6 marked.)

25   ///

Tony Hong

Page 92

```
1    BY MR. COMMERSON:
2        Q    Mr. Hong, I'll represent to you that on the
3    prior page, there was a hyperlink to terms of service.
4    These are the terms of service that it would have
5    linked to.
6             I know that you couldn't recall one way or
7    the other ever reading terms of service, but just
8    looking at this, can you recall having reviewed these
9    at any point?
10            MS. WADE:  Vague and ambiguous.  Asked and
11   answered.
12            THE WITNESS:  I can't remember.
13   BY MR. COMMERSON:
14       Q    If you look to about the third sentence down,
15   it says (as read):
16               If you decide that you do not want to
17               remain a paying user of the Spotify
18               Premium Service, you have to cancel your
19               subscription to the Premium Service by
20               logging on to your Spotify account and
21               following the prompts on the account page
22               or by clicking here and following
23               instructions prior to the end of the
24               Introductory Trial Period.  Otherwise, at
25               the end of your Introductory Trial
```

Tony Hong

Page 95

1           Can you just let me know if this looks

2    familiar to you?

3        A    Yes.

4        Q    All right.  Did you receive a receipt with

5    your purchase of the three-months-for-99-cents

6    subscription?

7        A    I don't recall.

8             MR. COMMERSON:  Okay.  This will be

9    Exhibit 8.

10            (Exhibit 8 marked.)

11   BY MR. COMMERSON:

12       Q    Okay.  I'll represent to you that this is a

13   re-creation that Spotify created based on its records

14   of what the receipt that you received will look like.

15   The date on it is incorrect of when you would have

16   received it.

17            But, generally, do you recall receiving a

18   receipt that said this?

19       A    I don't remember.

20       Q    Are you aware that we served a document

21   request in this case, "we" being Spotify?

22            MS. WADE:  Vague and ambiguous.

23            THE WITNESS:  I gave files to the attorneys,

24   yes.

25   ///

Tony Hong

Page 101

1    canceled it on March 31, 2015.

2          Is that right?

3     A    Okay.

4     Q    What led you to cancel the service?

5     A    I think just the -- the surprise of -- or the

6    reality of the 9.99.

7     Q    So when you realized you were being charged

8    9.99, you decided you didn't want to pay that; is that

9    correct?

10    A    Yes.

11    Q    Is it because you didn't think the service

12   was worth 9.99 a month?

13    A    Somewhat.

14    Q    Okay.  But, just to be clear, you've since

15   decided that it is worth 9.99, because you've

16   resubscribed several times; correct?

17    A    Yes.

18    Q    And each time you resubscribed, you were

19   aware that you would be charged 9.99 per month; is

20   that correct?

21    A    Yes.

22    Q    How did you -- strike that.

23          Can you tell me the steps you took to cancel

24   the Spotify Premium Service in late March 2015?

25    A    It's hard to say.  I don't remember.

Tony Hong

Page 102

1       Q      Do you remember having any difficulty in
2   canceling the service?
3       A      Not that I can remember.
4       Q      Do you remember that the instructions on how
5   to cancel were easy to follow for you?
6       A      I believe so.
7       Q      So did you attempt to get a refund for the
8   9.99 that you had paid for those two days after your
9   three-month trial ended?
10      A      No.
11      Q      Why not?
12      A      Because I didn't think that I could get it.
13      Q      Did you go back to review emails or -- did
14  you go back and review your email from Spotify to see
15  if they disclosed the 9.99 recurring charge to you?
16      A      I don't remember.
17      Q      Did you at that point look at Spotify's
18  website to see whether the website disclosed that
19  there would be a 9.99 charge after the three-month
20  trial ended?
21      A      I don't remember.
22      Q      So your testimony is that by the time late
23  March rolled around, you had forgotten the fact that
24  the three-month term would expire; is that right?
25      A      Pretty much, yes.

Tony Hong

Page 103

1      Q    Is it fair to say that you knew that you were

2    on a trial that would expire at some point, but you

3    had just forgotten the particular date it would

4    expire?

5      A    You could say that, yes.

6      Q    Okay.  So you knew that, after that

7    three-month period ended, you would be charged 9.99,

8    but you had forgotten as to exactly what date the

9    three-month period would expire; is that true?

10          MS. WADE:  Vague and ambiguous.  Misstates

11   testimony.

12          THE WITNESS:  If you could re- -- rephrase

13   the question.

14   BY MR. COMMERSON:

15     Q    Sure.  You understood that after the

16   three-month period ended, you would be charged 9.99

17   per month, but you had forgotten as to the exact date

18   the three-month period would expire; is that correct?

19          MS. WADE:  Vague and ambiguous.

20          THE WITNESS:  Yes.

21   BY MR. COMMERSON:

22     Q    Do you know whether Spotify would have given

23   you a refund had you requested one?

24     A    No.

25     Q    At any point have you attempted to get a

Tony Hong

Page 104

1    refund from Spotify of that 9.99 charge for that one

2    month?

3        A    No.

4        Q    Do you believe you're entitled to a refund

5    from Spotify for that 9.99 charge for that one month?

6        A    No.

7        Q    Why not?

8        A    Because that's -- that's the fee that Spotify

9    charges.

10       Q    Can you remind me, who was your friend that

11   works here?  Is it Mr. Su?

12       A    Yes.

13       Q    Are you a class rep in this case as a favor

14   to Mr. Su?

15       A    No.

16            MR. COMMERSON:  Apologies.  I couldn't find

17   this email earlier, so this will be the next exhibit

18   in order.

19            What number are we on?

20            THE REPORTER:  9.

21            MR. COMMERSON:  9.  Thanks.

22            (Exhibit 9 marked.)

23   BY MR. COMMERSON:

24       Q    Okay, Mr. Hong, I'll represent this is a

25   document Bates-stamped HONG00005, which has been

Tony Hong

Page 105

1   produced by your attorneys in this case.

2          Do you recognize this document?

3     A    Not specifically, no.

4     Q    Okay.  Do you recall, is this a document that

5   you pulled from your email?  Because it appears to be

6   an email from Spotify to the tonyhong1026@gmail.com

7   address.

8     A    Okay.

9     Q    I just asked, do you recall retrieving those

10  for your attorneys?

11    A    I could have.

12    Q    Its subject is "Spotify Receipt."  I know

13  that you testified that you could have received a

14  receipt; you don't recall one way or the other.

15         But does this at all look familiar to you as

16  something you received after you signed up for the

17  three-months-for-99-cents trial offer?

18    A    Not specifically.

19    Q    You see that it says on the receipt (as

20  read):

21             You've authorized Spotify to charge

22             you automatically every month, until you

23             cancel your subscription.  You may cancel

24             your subscription at any time by logging

25             into your Spotify account at --

Tony Hong

Page 106

1            And then there's a website address there, and

2    it says "and following the instructions."

3            Do you see that?

4    A      Yes.

5    Q      Is it clear to you that this email is

6    reminding you that you've authorized Spotify to start

7    charging you automatically every month until you

8    cancel your subscription after the free trial ends?

9    A      Yes.

10   Q      Does it also explain to you how you can

11   cancel if you want to cancel?

12   A      Yes.

13   Q      And do you recall one way or the other

14   whether that's the website address you went to when

15   you wanted to cancel the account?

16   A      That's hard to say.

17   Q      Because I think the way you would have done

18   it is to go into your Spotify account, click

19   "Account," and then go to "Subscription."

20           Does that ring a bell?

21           MS. WADE:  Vague and ambiguous.

22           THE WITNESS:  Yeah, I can't remember.

23           MR. COMMERSON:  This will be Exhibit 10.

24           (Exhibit 10 marked.)

25   ///

Tony Hong

Page 108

1       Q       Did you respond to Spotify in this email in

2   any way and complain about the lack of clarity or

3   anything else?

4       A       No.

5       Q       As you testified, you didn't respond to

6   requests for refund, did you?

7       A       No.

8       Q       So the Premium Service was still active for

9   approximately another month.

10          Do you recall continuing to use the service

11  for the remainder of that month?

12      A       I'm not sure.  I would think so.

13      Q       You already paid for it, so you might as well

14  have used it; is that correct?

15      A       Correct.

16      Q       At some point after you canceled the service

17  on March 31, 2015, did you resubscribe to Spotify

18  Premium?

19      A       I think so.  That's after the two days that I

20  canceled it.

21      Q       Right.  So you -- your subscription

22  automatically renewed on March 29.  You canceled on

23  March 31, 2015.

24          At some point after March 31, 2015, did you

25  resubscribe to Spotify Premium?

Tony Hong

1       A    Yes.

2       Q    Do you recall approximately when that was?

3       A    I believe it was two days after.

4       Q    So it's your recollection that after

5  canceling Spotify Premium Service, you then

6  resubscribed only two days later?

7       A    Yes.

8       Q    Can you explain why you would have canceled

9  and then resubscribed after only two days?

10      A    I felt that now that I was aware of the

11  monthly, and I play music in my class -- and so I play

12  music and didn't want to have commercials.  And so I

13  accepted the fact that I should get Premium.

14      Q    So you canceled on March 29 [verbatim] when

15  you remembered that your trial expired and you'd be

16  charged 9.99, but then, two days later, you decided

17  that you would resubscribe because you needed service

18  for your students; is that correct?

19      A    Yes.

20           MS. WADE:  Vague and ambiguous.

21  BY MR. COMMERSON:

22      Q    Can you explain you to me, how do you use

23  music with your students?

24      A    When they're working, it's just for the

25  environment, like, just the class energy.  They prefer

Tony Hong

Page 112

1    had resubscribed to Spotify Premium?

2       A    Not really.  I mean, I see it here, but --

3       Q    You thought it was a shorter period of time?

4       A    Yes.

5       Q    Okay, that's fine.

6            Just to be clear, I know you testified you

7    wanted to use the music with your students in the

8    classroom.

9            Was there anything else that prompted you to

10   resubscribe to Spotify Premium after you canceled the

11   first time?

12      A    It included my personal use as well.

13      Q    And at that point, I know you testified that

14   you used it a few times a week.

15           Was that true then, too, that you would use

16   Spotify a few times a week?

17      A    Yes.

18      Q    Do you listen to it in the car?

19      A    Rarely.

20      Q    I'm curious.  Do you have a hookup where you

21   can listen to it by Bluetooth?

22      A    No.

23      Q    And, again, when you signed up in or about

24   May of 2015, there was no doubt in your mind that you

25   were going to be charged 9.99 per month going forward

Tony Hong

Page 113

1   with for the service; correct?

2       A    Yes.

3            MR. COMMERSON:  This will be the next exhibit

4   in order.  This is 12, I think.

5            (Exhibit 12 marked.)

6   BY MR. COMMERSON:

7       Q    So I just want to show you this exhibit.

8   This is a re-creation Spotify has done of the page you

9   would have seen when you signed up for Spotify Premium

10  the second time.

11           Do you recognize Exhibit 12 as being a

12  general depiction of the page that you saw at that

13  time?

14      A    The general depiction, yes.

15      Q    Do you have any reason to believe that any of

16  the language on this page was not on the screen when

17  you signed up?

18      A    I can't say.

19      Q    Do you believe that this page clearly

20  discloses that you're going to be charged 9.99 per

21  month for the service and that you can cancel any time

22  you want?

23      A    Yes.

24           MR. COMMERSON:  This will be Exhibit 13.

25           (Exhibit 13 marked.)

Tony Hong

Page 114

1   BY MR. COMMERSON:

2        Q    Mr. Hong, I'll represent to you that this is

3   a re-creation of the confirmation page that would have

4   appeared on the screen of your device after you signed

5   up.

6             Do you generally recognize Exhibit 13 as

7   something that you would have seen at that point?

8        A    I could have, yes.

9        Q    Do you see that it discloses that you're

10  going to be charged 9.99 per month?

11       A    Yes.

12            MR. COMMERSON:  This will be Exhibit 14.

13            (Exhibit 14 marked.)

14  BY MR. COMMERSON:

15       Q    So Exhibit 14, Mr. Hong, is a document

16  Bates-labeled HONG00007.  It's a May 6, 2015, email

17  from Spotify to you.  Says "Spotify Receipt."  This is

18  a document you produced.

19            Is this a document you retrieved from your

20  email, Mr. Hong?

21       A    I would assume so.

22       Q    Do you recall receiving this email?

23       A    Not specifically.

24       Q    Do you have any reason to believe that you

25  did not receive this email?

Tony Hong

Page 115

```
1       A    No.
```

2              MR. COMMERSON:  This will be Exhibit 15.

3              (Exhibit 15 marked.)

4    BY MR. COMMERSON:

5       Q    Mr. Hong, please take a moment to review

6    this.  I'll represent that this is a series of

7    documents that you produced that we've attached

8    together for this exhibit.

9       A    (Witness reviews exhibit.)

10      Q    Mr. Hong, do you recall at some point in

11   November 2015 receiving a notification from Spotify

12   that your automatic payment had failed?

13      A    No, not specifically.

14      Q    And just -- do you have any reason to believe

15   that you did not receive these series of emails?

16      A    No.

17      Q    Do you recall making any sort of adjustment

18   or change to your payment method to fix the apparent

19   issue at this time?

20      A    Not specifically, I don't.

21      Q    I'll represent to you the records show that

22   it was, in fact, fixed because you were charged.  You

23   were just charged a little bit later than your --

24   excuse me -- your regular billing cycle.

25              So I'm just asking if you have any

Tony Hong

Page 123

```
1           Do you recall, did you ever review the terms
2    and conditions of use that are Exhibit 20?
3    A     This current one that I have as Exhibit 19?
4    Sticker says 19, but --
5    Q     Yes.  You're right.  I was wrong.
6          MS. WADE:  Yes.  The sticker -- it's on the
7    sticker, yeah.
8    BY MR. COMMERSON:
9    Q     You're right.  I was wrong.
10         So Exhibit 19 is Spotify's terms and
11   conditions of use effective as of September 9, 2015.
12         Feel free to just look through the document,
13   but I'm asking whether you recall at any point
14   reviewing these.
15   A     I don't remember.
16   Q     Okay.  If you can turn to page 4 of the
17   document, it's the Section 3.3, "Trials."
18   A     Okay.
19   Q     Okay.  And I'm just going to read this
20   language.  It says (as read):
21             For some trials, we'll require you to
22             provide your payment details to start the
23             trial.
24             And then in all caps, it says (as read):
25             At the end of such trials, we may
```

Tony Hong

Page 124

```
 1          automatically start to charge you for the
 2          applicable paid subscription on the first
 3          day following the end of the trial on a
 4          recurring monthly basis.  By providing
 5          your payment details in conjunction with
 6          the trial, you agree to this charge using
 7          such payment details.  If you do not want
 8          this charge, you must cancel the
 9          applicable paid subscription through your
10          Spotify account subscription page or
11          terminate your Spotify account before the
12          end of the trial.  If you don't want to
13          continue to be charged on a recurring
14          monthly basis, you must cancel the
15          applicable paid subscription through your
16          Spotify account subscription page or
17          terminate your Spotify account before the
18          end of the recurring monthly period.
19          Does this language make clear to you that, as
20  a user of the Spotify Premium Service, once the trial
21  ended, you would be automatically charged 9.99 a month
22  until you canceled?
23          MS. WADE:  Vague and ambiguous.
24          THE WITNESS:  After reading it now, yeah.
25  ///
```

Tony Hong

Page 125

1   BY MR. COMMERSON:

2      Q    I want to show you -- I think this will be

3   Exhibit 20.

4           So I'll represent to you these terms and

5   conditions of use were effective as from December 18,

6   2012, and I'll represent that these were the terms and

7   conditions of use that were effective when -- hold on.

8   Strike that.  Let's check.

9           March 29.  Actually, we can destroy that

10  exhibit.  I have the wrong one.

11          MS. WADE:  Exhibit 20?

12          MR. COMMERSON:  Yeah, we'll make this

13  Exhibit 20.

14          MS. WADE:  When you're ready, lunch is here.

15          MR. COMMERSON:  Sure.  This will be a good

16  time.

17          (Exhibit 20 marked.)

18  BY MR. COMMERSON:

19     Q    So we've marked as Exhibit 20, Mr. Hong,

20  terms and conditions of use that were effective as of

21  March 5, 2014.

22          I'll advise you that these were the terms and

23  conditions of use that were in effect at the time you

24  signed up for the three-months-for-99-cents trial in

25  December 2014.

Tony Hong

Page 126

1          If you can please turn to -- well, first, let

2    me ask it.

3          Do you recall ever having reviewed this

4    document?

5      A    Not specifically.

6      Q    If you can please turn to the third page of

7    the exhibit.  And I'll just state for the record, in

8    case this becomes confusing, this was marked as

9    Exhibit 19 to a declaration we had filed with the

10   Court.  But it's --

11         MS. WADE:  Yeah, just ignore that.

12   BY MR. COMMERSON:

13     Q    Yeah.  It's Exhibit 20 for purposes of this

14   deposition.

15         So under 3.3, which says "Trials," it says

16   (as read):

17              For some trials, we'll require you to

18              provide your payment details at the start

19              of the trial.  At the end of such trials,

20              we may automatically start to charge you

21              for the Premium Service on the first day

22              following the end of the trial on a

23              recurring monthly basis.  By providing

24              your payment details in conjunction with

25              the trial, you agree to this charge.  If

Tony Hong

Page 127

1            you do not want this charge, you must

2            change your subscription to the Free

3            Service through your Spotify settings

4            before the end of the trial.

5            Do you understand what that's saying,

6   Mr. Hong?

7       A    Yes.

8       Q    It's explaining to you that, if you don't

9   cancel or change to the free service prior to the

10  expiration of the trial, that you will be charged the

11  recurring monthly fee?

12      A    Yes.

13           MR. COMMERSON:  Why don't we break for lunch.

14           THE VIDEOGRAPHER:  The time is approximately

15  1:11 p.m.  We're off the record.

16           (Lunch recess taken from 1:11 p.m. to

17           2:09 p.m.)

18           (Exhibits 21, 22, 23, and 24 marked.)

19           THE VIDEOGRAPHER:  The time is approximately

20  2:09 p.m.  We're back on the record.

21  BY MR. COMMERSON:

22      Q    Mr. Hong, you testified that you received a

23  text from Mr. Su asking if you had Spotify Premium; is

24  that correct?

25      A    Yes.

Tony Hong

Page 139

1    BY MR. COMMERSON:

2        Q     So -- as long as you've been a Premium

3    subscriber, from subsequent to the expiration of your

4    initial three-month period, you've been paying a

5    monthly recurring subscription of 9.99 for the Premium

6    Service; is that correct?

7        A     Yes.

8        Q     The 9.99 charge has never increased or

9    changed, to your knowledge, has it?

10       A     No.

11       Q     If you knew that Spotify reserved the right

12   to change that price, would that affect your

13   willingness to remain a Premium subscriber?

14             MS. WADE:  Vague and ambiguous.

15             THE WITNESS:  Without knowing my -- without

16   knowing the change or my personal situation at that

17   time, it would be hard to say.

18   BY MR. COMMERSON:

19       Q     Okay.  As long as any price change that

20   Spotify did make was disclosed to you and you had the

21   right to accept or reject it, would you have any

22   objection to Spotify reserving the right to change the

23   price at some point down the road?

24       A     No.

25       Q     You would have no objection?

```
 1    STATE OF CALIFORNIA     )
                              ) SS.
 2    COUNTY OF LOS ANGELES   )

 3         I, Christianne Lee Fong, CSR No. 7559, CCRR,
      Certified Shorthand Reporter, hereby certify that:
 4
           I am authorized to administer oaths or
 5    affirmations (Cal. Code of Civ. P. Sec. 2093(b) and
      Fed. R. Civ. P. 28(a)).
 6
           The foregoing proceedings were taken before
 7    me at the time and place therein set forth, at which
      time the witness was duly sworn by me (Cal. Code Civ.
 8    Proc. 2025.330(a), 2025.540(a) and Fed. R. Civ. P.
      30(f)(1)).
 9
           The foregoing pages contain a full, true and
10    accurate record of all proceedings and testimony (Cal.
      Code Civ. Proc. 2025.540(a) and Fed. R. Civ. P.
11    30(f)(1)).

12         I am not a relative or employee of the
      parties, nor financially interested in the action
13    (Cal. Code Civ. Proc. 2025.320(a)).

14         Before completion of the proceedings, review
      of the transcript [x] was [  ] was not requested. If
15    requested, any changes made by the witness (and
      provided to the reporter) during the period allowed,
16    are appended hereto (Fed. R. Civ. P. 30(e)).

17         I declare under penalty of perjury under the
      laws of California that the foregoing is true and
18    correct.

19         Dated this 18th day of April, 2017.

20

21

22    Christianne Lee Fong
      CSR No. 7559, CCRR
23

24

25
                                                     175
```

Exhibit 2

1

2                    UNITED STATES DISTRICT COURT

3          FOR THE NORTHERN DISTRICT OF CALIFORNIA

4     ----------------------------------------X

5    GREGORY INGALLS and TONY HONG, individually
     and on behalf of all others similarly situated,

6
                          Plaintiffs,
7
     V.                                      Case No.
8                                            3:16-cv-03533-WHA

9    SPOTIFY USA, INC., a Delaware corporation,
     and DOES 1-10 inclusive,

10
                          Defendants.
11    ----------------------------------------X

12

13

14

15

16                  VIDEOTAPED DEPOSITION OF

17                     JAMES WHITEHEAD

18                  New York, New York

19                     May 5, 2017

20

21
     ATKINSON-BAKER, INC.
22   COURT REPORTERS
     (800) 288-3376
23   Www.depo.com

24   REPORTED BY:   TERRI FUDENS

25   FILE NO:   AB04AFC

Atkinson-Baker Court Reporters
www.depo.com

```
 1

 2                  UNITED STATES DISTRICT COURT

 3           FOR THE NORTHERN DISTRICT OF CALIFORNIA

 4      ----------------------------------------X

 5   GREGORY INGALLS and TONY HONG, individually
     and on behalf of all others similarly situated,
 6
                            Plaintiffs,
 7
     V.                                        Case No.
 8                                             3:16-cv-03533-WHA

 9   SPOTIFY USA, INC., a Delaware corporation,
     and DOES 1-10 inclusive,
10
                            Defendants.
11      ----------------------------------------X

12

13

14

15

16

17

18           Videotaped 30(b)(6) Deposition of

19   Spotify USA, Inc. by and through James Whitehead,

20   the witness herein, taken at 1251 Avenue of the

21   Americas, New York, New York, commencing at 9:59

22   A.M., Friday, May 5, 2017, before Terri Fudens, a

23   Stenotype Reporter and Notary Public of the State

24   of New York.

25
```

2

Atkinson-Baker Court Reporters
www.depo.com

```
 1

 2     A P P E A R A N C E S :

 3

 4          CASEY LAW FIRM, LLC
            Attorneys for Plaintiffs
 5               20 NE Thompson Street
                 Portland, Oregon  97212
 6               503.928.7611

 7          BY:  RYAN CASEY, ESQ.
                 ryan@rcaseylaw.com
 8

 9

10          DAVIS WRIGHT TREMAINE LLC
            Attorneys for Defendants
11               865 S. Figueroa Street
                 Suite 2400
12               Los Angeles, California  90017

13          BY:  SCOTT R. COMMERSON, ESQ.
                 scottcommerson@dwt.com
14

15

16

17   ALSO PRESENT:

18          Derek Tang, Esq. - In-house Counsel for Spotify

19          Jim Roberts, Videographer

20

21

22

23

24

25
```

3

James Whitehead
May 5, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
1

2                        I N D E X

3    WITNESS:          EXAMINATION BY:              PAGES:

4    James Whitehead

5                   Mr. Casey                          6

6

7                      E X H I B I T S

8    PLAINTIFF'S:    DESCRIPTION:                   PAGES:

9    10          A document Bates stamped        18
                 Spotify Ingalls 000004
10
     11          A document Bates labeled        25
11               Spotify Ingalls 171

12   12          A document Bates labeled        26
                 Spotify Ingalls 173 to 294
13
     13          A document Bates labeled       133
14               Spotify Ingalls 321 to 329

15   14          A document Bates stamped       167
                 Spotify Ingalls 000154 through
16               156

17

18       EXHIBITS MENTIONED BUT PREVIOUSLY MARKED

19   EXHIBIT:        DESCRIPTION:                   PAGES:

20   1            Plaintiff's revised 30(b)(6)     13
                  deposition notice
21

22

23   *** EXHIBITS TO BE ATTACHED TO THE TRANSCRIPTS ***

24

25
```

4

James Whitehead
May 5, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1

 2                  THE VIDEOGRAPHER:  Good morning.

 3          We're now on the record.  I'm Jim

 4          Roberts, your videographer.  I

 5          represent Atkinson-Baker, Inc. in          09:07:52

 6          Glendale, California.  I'm not

 7          financially interested in this

 8          action, nor am I relative or employee

 9          of any attorney or any of the

10          parties.                                    09:08:01

11              Today's date is May 5, 2017.

12          The time is approximately 9:07 a.m.

13              The deposition is taking place

14          at Davis Wright Tremaine located at

15          1251 Avenue of the Americas, New York       09:08:10

16          City, New York.

17              The case number is

18          3:16-cv-03533-WHA entitled Gregory

19          Ingalls, et al. versus Spotify USA

20          Inc., et al.                                09:08:27

21              The deponent is James Whitehead.

22          The deposition is being taken on

23          behalf of the plaintiff.

24              The court reporter is Terri

25          Fudens, also with Atkinson-Baker.           09:08:37
```

5

James Whitehead
May 5, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1              JAMES WHITEHEAD
 2              Counsel will please state their
 3         appearances for the record.
 4              MR. CASEY:  Ryan Casey for
 5         plaintiffs.                          09:08:44
 6              MR. COMMERSON:  Scott Commerson,
 7         Davis, Wright, Tremaine for the
 8         defendant Spotify USA.
 9              MR. TANG:  Derek Tang, Spotify
10         USA.                                 09:08:50
11              THE VIDEOGRAPHER:  Will the
12         court reporter please swear in the
13         witness.
14   J A M E S    W H I T E H E A D, the Witness
15         herein, having been first duly sworn 09:08:52
16         by Terri Fudens, a Notary Public of
17         the State of New York, was examined
18         and testified as follows:
19   EXAMINATION BY
20   MR. CASEY:                                 09:08:52
21        Q    Good morning, Mr. Whitehead.  Thanks
22   for being with us today.
23              My name is Ryan Casey.  I will be
24   taking your deposition.
25              Have you ever been deposed before? 09:09:09
```

James Whitehead
May 5, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1                    JAMES WHITEHEAD
 2         A    No, I have not.
 3         Q    Okay.  Let me just -- I'm sure your
 4    lawyers talked to you about it.  Let me go over a
 5    few rules.                                        09:09:20
 6              I just ask when I ask a question that
 7    you provide a verbal response.  Some people will
 8    nod their head, so just make sure you can get yes
 9    or no down on the record.
10              If you're confused about a question    09:09:30
11    or you'd like clarification, feel free to ask me.
12    If at any point you need a break for whatever
13    reason, just let your attorney know or let me
14    know.  I just ask that if I've asked a question
15    that you give me your answer before we take a     09:09:44
16    break.
17         A    Okay.
18         Q    What did you do to prepare for your
19    deposition today?
20         A    I met with Derek and Jen to speak       09:09:53
21    about the logistics of coming to New York and the
22    general idea of what the deposition would be.  And
23    then I met with Scott and Derek and Jen to speak
24    about the different capacities in which I would be
25    deposed.  So specifically representing Spotify and 09:10:12
```

7

```
 1                      JAMES WHITEHEAD
 2    then also in my individual capacity and
 3    understanding the differences between those.
 4               I reviewed the declaration that I
 5    produced for this case in addition to the          09:10:24
 6    declaration that was prepared by John Brophy.  I
 7    also conferred with several of my colleagues to
 8    confirm my understanding of aspects of the
 9    business that I was familiar with, but did not
10    directly work with at all times.                   09:10:42
11        Q     What colleagues would those be, and
12    what sort of aspects of the business did they
13    contribute to your preparation?
14        A     I spoke with Sarah Gabrielson, who is
15    a product owner in one of the teams in Stockholm   09:11:00
16    to confirm my understanding of the product
17    development process as it relates to legal.
18               I spoke with Patrik Falk to confirm
19    the relationship that we had with a consultancy
20    called ColorMunki in the end of 2013, and I spoke  09:11:21
21    with Chug, I'm not sure of his last name, to
22    confirm my understanding of the customer support
23    policies regarding refunds during the period.
24        Q     And the last two people you
25    mentioned, Patrik Falk and who was the other?      09:11:41
```

8

Atkinson-Baker Court Reporters
www.depo.com

```
 1              JAMES WHITEHEAD
 2   reflection of the disclosures we provided to the
 3   user for the automated renewal terms.
 4        Q    Does Spotify consider the
 5   confirmation E-mails as part of the payment flow      11:12:09
 6   process?
 7        A    The text receipts and E-mail receipts
 8   that are included in this document under payment
 9   flows, if we're using that terminology, then yes.
10        Q    Is it your understanding, or are all    11:12:30
11   of the versions of the confirming E-mail sent to
12   SP subscribers during the class period reflected
13   in this document?
14        A    I believe we became aware of a
15   version that is not included in this document,     11:12:49
16   which is a version of one of the early E-mail text
17   receipts.  So on page 142 there is a version of
18   that.
19        Q    A different version?
20        A    That's correct.  One that was          11:13:15
21   provided by the defendant or by the plaintiff.
22        Q    You refer to the -- let me ask this:
23             The payment selector, the payment
24   detail collection and the confirmation page, are
25   they always in that sequential order?             11:14:21
```

James Whitehead
May 5, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 2

 3              A C K N O W L E D G M E N T

 4

 5   STATE OF NEW YORK      )

 6                              ss:

 7   COUNTY OF _____  )

 8

 9        I, James Whitehead, hereby certify that I

10   have read the transcript of my testimony taken

11   under oath in my deposition of May 5, 2017; that

12   the transcript is a true and complete record of my

13   testimony, and that the answers on the record as

14   given by me are true and correct.

15

16

17              _____

18                   JAMES WHITEHEAD

19

20

21   Subscribed and sworn to before me

22   This     day of          2017

23   _____

24        (NOTARY PUBLIC)

25
```

196

James Whitehead
May 5, 2017

Atkinson-Baker Court Reporters
www.depo.com

2

3                    C E R T I F I C A T E

4

5           I, Terri Fudens, a stenotype reporter

6   and Notary Public within and for the State of New

7   York, do hereby certify:

8           That the witness whose testimony is

9   hereinbefore set forth was duly sworn by me and

10  that such testimony is a true record of the

11  testimony given by such witness.

12          I further certify that I am not related

13  to any of the parties by blood or marriage, and

14  that I am in no way interested in the outcome of

15  this matter.

16          IN WITNESS WHEREOF, I have hereunto set

17  my hand this 11th day of May, 2017.

18

19

20

21      _____

                    Terri Fudens

22

23

24          *** SIGNATURE REQUESTED ***

25

197

James Whitehead
May 5, 2017

Exhibit 3

Gregory Ingalls

Page 1

IN THE UNITED STATE DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

GREGORY INGALLS and TONY     )
HONG, individually and on    )
behalf of all others         )
similarly situated,           )
                          )  Case No.
          Plaintiffs,   )  3:16-cv-3533 WHA
                        )
        v.                )
                        )
SPOTIFY USA, INC., a Delaware )
corporation; and DOES 1 – 10, )
inclusive,               )
                        )
          Defendants.   )
_____)

Videotaped Deposition of GREGORY INGALLS,
taken on behalf of defendants, at 865 South Figueroa
Street, Suite 2400, Los Angeles, California, beginning
at 1:12 p.m. and ending at 6:17 p.m., on May 10, 2017,
before Christianne Lee Fong, CSR No. 7559, CCRR.

Gregory Ingalls

Page 2

 1   APPEARANCES:

 2       FOR THE PLAINTIFFS:

 3           MILSTEIN JACKSON FAIRCHILD & WADE, LLP
             BY:  SARA D. AVILA
 4           BY:  ANDREW C. WHITMAN
             Attorneys at Law
 5           10250 Constellation Boulevard, Suite 1400
             Los Angeles, California 90067
 6           310.396.9600
             savila@mjfwlaw.com
 7           awhitman@mjfwlaw.com

 8
         FOR DEFENDANT SPOTIFY USA, INC.:
 9
             DAVIS WRIGHT TREMAINE LLP
10           BY:  SCOTT R. COMMERSON
             Attorney at Law
11           865 South Figueroa Street, Suite 2400
             Los Angeles, California 90017
12           213.633.6890
             scottcommerson@dwt.com

13

14       ALSO PRESENT:

15           Irving Fong, Videographer

16

17

18

19

20

21

22

23

24

25

Page 3

1                          I N D E X

2    W I T N E S S :

3    GREGORY INGALLS                               PAGE

4         BY MR. COMMERSON:                         7

5

6

7    INFORMATION REQUESTED

8                          (None)

9

10

11   QUESTIONS INSTRUCTED NOT TO ANSWER

12                         (None)

13

14

15   EXHIBITS PREVIOUSLY MARKED AND ATTACHED:

16   DEFENDANTS'            DESCRIPTION            PAGE

17      17  "Updated Terms" Screen Shot            164
             1 pg
18      19  9/9/15 Spotify Terms and Conditions of  165
             Use, 21 pgs
19
        21  Class Action Complaint                  56
20           25 pgs
        22  First Amended Class Action Complaint    58
21           28 pgs

22

23

24

25

Gregory Ingalls

Page 4

1    EXHIBITS MARKED:
2    DEFENDANTS'           DESCRIPTION                    PAGE
3        25   LinkedIn Profile Screen Shot              27
              3 pgs
4        26   Screen Shot of "gregoryingalls.com"       29
              4 pgs
5        27   Screen Shot of Facebook Page for Top      29
              Shelf Boxers, 1 pg
6
         28   "Music for Every Moment" Spotify Screen   64
7             Shot, 1 pg
8        29   Spotify Terms and Conditions of Use       68
              Effective October 17, 2012,
9             SPTFY-Inglls-000083 -
              SPTFY-Inglls-000088, 6 pgs
10
         30   Receipts, INGALLS00001 - INGALLS00007     73
11            5 pgs
         31   Transaction Log, SPTFY-Inglls-000004      75
12            1 pg
         32   Spotify Free/Unlimited/Premium Screen     102
13            Shot, 1 pg
14       33   Spotify Premium Sign-In Page Screen       103
              Shot, 1 pg
15
         34   Spotify New 30-Days Free Trial Terms      108
16            and Conditions Screen Shot, 1 pg
17       35   Spotify® New 30-Days Free Trial Terms     109
              and Conditions, INGALLS00008, 1 pg
18
         36   Spotify "You're only 90 seconds away      113
19            from a world of music" Screen Shot, 1 pg
20       37   Spotify Receipt Screen Shot               120
              1 pg
21       38   Spotify Receipt, INGALLS00003             128
              1 pg
22       39   Spotify Cancellation Page, INGALLS00002   155
              1 pg
23       40   Spotify "Your Subscription" Screen Shot   158
              1 pg
24       41   Spotify "Your Accout" Screen Shot         160
              1 pg
25       42   Spotify "Account Overview" Screen Shot    161

Gregory Ingalls

Page 5

```
 1   EXHIBITS MARKED:   (Continued)

 2   DEFENDANTS'              DESCRIPTION              PAGE

 3      43   Spotify "Subscription and Payment"      162
             Screen Shot, 1 pg
 4
        44   PayPal "Review your agreement,"         169
 5           HONG00012, 1 pg

 6      45   7/6/15 PayPal Payment Notice,           173
             HONG00013 - HONG00014, 2 pgs
 7
        46   Plaintiff Gregory Ingalls' Responses   175
 8           and Objections to Defendant Spotify
             USA, Inc.'s Requests for Production
 9           (Set One), 27 pgs

10      47   Plaintiff Gregory Ingalls' Supplemental 176
             Responses and Objections to Defendant
11           Spotify USA, Inc.'s Special
             Interrogatories (Set One), 9 pgs
12
        48   Shopify "Terms and Conditions           213
13           Generator" Screen Shot, 9 pgs

14      49   Shopify "Free return policy generator"  215
             Screen Shot, 3 pgs
15

16

17

18

19

20

21

22

23

24

25
```

Gregory Ingalls

Page 6

1     Los Angeles, California; Wednesday, May 10, 2017

2

3          THE REPORTER:  My name is Christianne Lee

4    Fong, for eLitigation Services, Inc., located in

5    Los Angeles, California.

6          This is the deposition of Gregory Ingalls,

7    taken in the United States District Court, the

8    Northern District of California, in the case of

9    "Ingalls and Hong v. Spotify USA, Inc.," Case

10   No. 3:16-cv-3533 WHA, taken on May 10, 2017, at

11   1:11 p.m., at the Law Offices of Davis Wright

12   Tremaine, LLP, 865 South Figueroa Street, Suite 2400,

13   Los Angeles, California 90017.

14          Present are Scott Commerson for Davis Wright

15   Tremaine, LLP, representing the defendant, and Sara

16   Avila and Andrew Whitman of Milstein Jackson

17   Fairchild & Wade for plaintiffs.  Also present is

18   Irving Fong, the videographer.

19

20               GREGORY INGALLS,

21          having been duly affirmed, was

22          examined and testified as follows:

23   ///

24   ///

25   ///

Gregory Ingalls

Page 67

1            Do you recall -- well, let me ask you this.
2    What device were you using when you signed up for the
3    Spotify free service?
4        A    It was a PC.
5        Q    Do you recall what the page looked like when
6    you signed up for the Spotify free service?
7        A    I don't.
8        Q    This is an example of the page that says
9    "Spotify Music for Every Moment."  There's a button
10   you can push to get Spotify for free.
11           Do you recall selecting a button like that to
12   download the free service?
13           MS. AVILA:  Vague and ambiguous.
14           THE WITNESS:  I don't remember.
15   BY MR. COMMERSON:
16       Q    Okay.  On this page they also have a link at
17   the bottom to the terms and conditions and privacy
18   policy.  And both the terms and conditions and privacy
19   policy are hyperlinked.
20           Do you recall seeing terms and conditions on
21   the Spotify page when you first signed up?
22       A    I don't recall.
23       Q    Do you recall reviewing terms and conditions
24   for service when you first signed up for the free
25   service?

Gregory Ingalls

Page 68

1      A    I don't recall.

2      Q    I'd like to show you this exhibit, which will

3  be Exhibit 29.

4           (Exhibit 29 marked.)

5  BY MR. COMMERSON:

6      Q    I'll represent to you that these are

7  Spotify's terms and conditions of use that were

8  effective as from October 17, 2012.

9           You can just flip through this document and

10  let me know if you recall seeing it before.

11     A    (Witness reviews exhibit.)

12          (A discussion was held off the record.)

13          THE WITNESS:  I don't remember seeing

14  anything like this.

15  BY MR. COMMERSON:

16     Q    Can you say one way or the other whether you

17  may have reviewed this and just don't recall?

18          MS. AVILA:  Vague and ambiguous.

19          THE WITNESS:  I don't think I reviewed this.

20  BY MR. COMMERSON:

21     Q    Having populated the standard terms and

22  conditions on your Top Shelf Boxers website, you

23  understood that, by using the Spotify service, you

24  were agreeing to certain terms and conditions that

25  were hyperlinked on that website; is that correct?

Gregory Ingalls

Page 69

```
1              MS. AVILA:  Vague and ambiguous.

2              THE WITNESS:  Yes.

3    BY MR. COMMERSON:

4        Q     If you can turn to the second page of the

5    document, 3.3, "Trials," it says (as read):

6                   From time to time we may offer trials

7                   of the Premium Service and/or mobile

8                   service for a specified period without

9                   payment (a "Trial").  Spotify reserves

10                  the right in its absolute discretion to

11                  determine your eligibility for a Trial

12                  and to withdraw or to modify a Trial at

13                  any time without prior notice and with no

14                  liability.  For some Trials we'll require

15                  you to provide your payment details to

16                  start the Trial.  At the end of such

17                  Trials, we may automatically start to

18                  charge you for the Premium Service on the

19                  first day following the end of the Trial

20                  on a recurring monthly basis.  By

21                  providing your payment details in

22                  conjunction with the Trial, you agree to

23                  this charge.  If you do not want this

24                  charge, you must change your subscription

25                  to the free service through your Spotify
```

Gregory Ingalls

Page 70

1          settings before the end of the trial.

2          Reading this text, Mr. Ingalls, do you

3    understand that you were agreeing that once the free

4    trial ended, you would need to cancel your

5    subscription and revert to the free service;

6    otherwise, you would be charged for the service going

7    forward?

8          MS. AVILA:  Vague and ambiguous.

9          THE WITNESS:  Listening to you read it right

10   now, I understand that.

11   BY MR. COMMERSON:

12      Q    Did you use the free service after you signed

13   up for it?

14      A    The free service, you're saying?

15      Q    Yes.

16      A    I think a little bit, yes.

17      Q    Approximately how often did you use the free

18   service?

19      A    I used it -- it's hard to say, because I was

20   going back and forth between that and Pandora.  I'd

21   probably use it -- I don't know -- once or twice a

22   week.

23      Q    Just to be clear, you would use the Spotify

24   free service once or twice a week?

25      A    Yes.

Gregory Ingalls

Page 77

1    the Spotify Premium that it was commercial free and

2    that you could potentially make playlists on it?

3        A    Yes.

4        Q    Was there anything else that attracted you to

5    the Spotify Premium Service?

6            MS. AVILA:  Vague and ambiguous.

7            THE WITNESS:  Not really.

8    BY MR. COMMERSON:

9        Q    So, just looking at Exhibit 30, you signed up

10   for the free trial on June 8, 2013.  That's shown on

11   Ingalls 00004; is that correct?

12       A    Correct.

13       Q    And then you were charged for the Premium

14   Service starting on July 8, 2013; again on August 8,

15   2013; and again on September 8, 2013; is that correct?

16       A    Yes.

17           MS. AVILA:  Vague and ambiguous.

18   BY MR. COMMERSON:

19       Q    And you canceled your service on

20   September 17, 2013; is that correct?

21       A    Yes.

22       Q    So you had the Premium Service for

23   approximately three and a half months before you

24   canceled; is that correct?

25       A    Correct.

Gregory Ingalls

Page 102

1          (Exhibit 32 marked.)

2   BY MR. COMMERSON:

3      Q     Exhibit 32 is a screen shot of showing three

4   options:  Free, unlimited, and Premium.  And there's

5   the options of "Get Free," "Get Unlimited," or "Try

6   Premium."

7          Do you recall seeing a screen similar to this

8   when you first signed up for the Premium Service?

9          MS. AVILA:  Vague and ambiguous.

10          THE WITNESS:  It looks vaguely familiar.

11   BY MR. COMMERSON:

12      Q     And do you recall clicking on the "Try

13   Premium" button?

14      A     Not specifically.

15      Q     Generally, do you recall clicking on a button

16   that may have said something like "Try Premium"?

17      A     I think so.

18      Q     And do you recall seeing text telling you

19   that the Premium Service would be 9.99 per month?

20          MS. AVILA:  Vague and ambiguous.

21          THE WITNESS:  I don't recall.

22   BY MR. COMMERSON:

23      Q     Is it possible that a screen similar to

24   Exhibit 32 was displayed to you in which you were told

25   that the Premium Service was 9.99 a month?

Gregory Ingalls

Page 103

1           MS. AVILA:  Vague and ambiguous.

2           THE WITNESS:  I believe it's possible.

3    BY MR. COMMERSON:

4       Q     Do you recall seeing an option for an

5    unlimited service that Spotify offered at one point

6    that was 4.99 per month?

7       A     I don't remember that.

8       Q     Did you recall that one of the features of

9    the Premium Service is that you can listen to music on

10   all your devices, whereas at some point the free

11   service is only available on certain devices?

12      A     That sounds familiar.

13      Q     To be clear, when you had the Premium

14   Service, do you recall using it in any devices aside

15   from your PC?

16      A     I don't recall.

17      Q     Did you ever use it on your cell phone, for

18   instance?

19      A     I don't think so.

20      Q     Do you have an iPad?

21      A     Eventually.  I don't think I had one during

22   this time.

23      Q     Okay.  This will be Exhibit 33.

24            (Exhibit 33 marked.)

25   ///

Gregory Ingalls

Page 104

```
1    BY MR. COMMERSON:
2        Q    I'll represent to you, Mr. Ingalls, that this
3    page represents a re-creation of the page you would
4    have seen after you signed in to Spotify Premium.
5             Obviously, there's a different user name
6    there.  That's not your user name, but otherwise this
7    page -- we believe this page basically shows what you
8    would have seen.
9             Can you tell me if you recognize this page?
10            MS. AVILA:  Vague and ambiguous.
11            THE WITNESS:  Not specifically.
12   BY MR. COMMERSON:
13       Q    Do you see that it says "Try Spotify Premium
14   for 30 days"?  And below it, it says (as read):
15               Your Spotify Premium 30-day free
16            trial will give you access to the full
17            Spotify experience without commitment,
18            you can cancel at any time.  If you don't
19            wish to continue enjoying Spotify Premium
20            after your trial, simply cancel before
21            the trial ends and no charges will apply.
22            There's a hyperlink that says "Learn more."
23            MS. AVILA:  Vague and ambiguous.
24   BY MR. COMMERSON:
25       Q    Do you see that language?
```

Gregory Ingalls

Page 105

1      A     Yes, I see it.

2      Q     Do you have any reason to believe that this

3  page was not displayed to you when you were going

4  through the sign-up process for Spotify Premium 30-day

5  free trial?

6      A     I don't remember it.

7      Q     Just to be clear, do you have any reason to

8  believe that this page was not displayed to you at

9  that time?

10     A     I can't recall.

11     Q     Is it possible that this page was displayed

12 to you at that time and you simply can't recall the

13 language on the page?

14     A     Possibly.

15     Q     If this page were displayed to you, you see

16 below there, there's the option to select the payment

17 method.

18           Would you have read that language on this

19 page prior to selecting a payment method?

20           MS. AVILA:  Vague and ambiguous.

21           THE WITNESS:  I think so.

22 BY MR. COMMERSON:

23     Q     Okay.  Is it possible that you would have

24 just signed up without even reading the language above

25 the "select a payment method" option?

Gregory Ingalls

Page 106

1           MS. AVILA:  Vague and ambiguous.

2           THE WITNESS:  It is possible.

3    BY MR. COMMERSON:

4      Q    So it's possible that you signed up for this

5    without really reading the terms; is that correct?

6           MS. AVILA:  Vague and ambiguous.

7           THE WITNESS:  Correct.

8    BY MR. COMMERSON:

9      Q    When you have signed up for services in the

10   past, do you typically take the time to understand and

11   review the terms of the offer that you are agreeing

12   to?

13          MS. AVILA:  Vague and ambiguous.

14          THE WITNESS:  I think it would depend on how

15   it's presented.

16   BY MR. COMMERSON:

17     Q    Is there anything about the presentation on

18   Exhibit 33 that would lead you to ignore the

19   information on that page?

20          MS. AVILA:  Vague and ambiguous.

21          THE WITNESS:  Possibly the text size.

22   BY MR. COMMERSON:

23     Q    When you say "the text size," are you

24   referring to the text size of the text below the "Try

25   Premium" -- "Spotify Premium for 30 days"?

Gregory Ingalls

Page 109

1    Q    You produced a copy of this page.

2    A    Yeah.

3    Q    Okay.  Let's go ahead and mark this as

4    Exhibit 35.

5         (Exhibit 35 marked.)

6    BY MR. COMMERSON:

7    Q    So looking at Exhibit 35, you'll see that

8    it's marked INGALLS00008.  I'll represent it was

9    produced by your counsel in this case.

10        Do you recall retrieving this document for

11   your counsel?

12   A    Yes.

13   Q    Is this a document that you had retained?

14   A    "Retained" as in found?

15   Q    Yes.  Where did you get this document from?

16   Let me ask it a different way.

17   A    Yes.  I got it from Spotify.

18   Q    Okay.  But when your counsel asked you to

19   provide documents and you searched for documents, how

20   did you retrieve Exhibit 35?

21   A    It was either through an email or going --

22   like, logging back in to Spotify to find the terms and

23   conditions.

24   Q    I'll represent this is -- you see it says

25   "Copyright 2011," and it's referring to the 30-day

Gregory Ingalls

Page 110

1    free trial terms and conditions.

2          Is it possible that you printed these out at

3    the time you signed up for the 30-day free trial?

4    A    Definitely not.

5    Q    Then can you tell me how you retrieved this

6    document, Exhibit 35?

7    A    Might have been an email, like I said.

8    Q    So could this document have linked to an

9    email receipt you received from Spotify?

10   A    Possibly.

11   Q    We'll look at that email receipt.

12         So do you recall reviewing these terms and

13   conditions in Exhibit 35 at the time you signed up for

14   the Spotify Premium 30-day free trial?

15   A    I do not recall that.

16   Q    Is it possible that you reviewed these terms

17   and conditions and simply have forgotten about doing

18   that?

19   A    Probably not.

20   Q    Why do you say that?

21   A    Generally, when there's a link to terms and

22   conditions, they tend to be very long, and so I don't

23   tend to click on that and investigate.

24   Q    Do you see on the second sentence here of

25   Exhibit 35, it says (as read):

Gregory Ingalls

Page 111

```
1              By submitting your payment details,
2         you accept the New 30-Days Free Trial
3         Offer and (i) consent to us using your
4         payment details in accordance with our
5         Privacy Policy, (ii) acknowledge and
6         agree to Spotify Terms and Conditions of
7         Use and these Spotify Premium Service
8         General Free Trial Terms and Conditions.
9         If you decide that you do not want to
10        become a paying user of the Spotify
11        Premium Service upon the lapse of the
12        Free Trial Period, you have to terminate
13        your Premium Service (instructions for
14        this can be found at) -- and there's a
15        link there -- by the end of the Free
16        Trial Period.
17             Does this explain to you that you would have
18   to terminate the Premium Service prior to the
19   expiration of the 30-day free trial period or
20   otherwise you would be charged for it?
21             MS. AVILA:  Vague and ambiguous.
22             THE WITNESS:  Yes.  Reading it now, it does.
23   BY MR. COMMERSON:
24        Q     So, looking back at Exhibit 33, do you recall
25   what payment method you selected in that page?
```

Gregory Ingalls

Page 113

1    more for emergencies.

2    BY MR. COMMERSON:

3        Q    I see.  So the Wells Fargo Visa was sort of

4    for more ongoing personal expenses?

5        A    Correct.

6        Q    And the Bank of America card would be for

7    more one-off expenses?

8        A    Correct.

9        Q    So you used your Wells Fargo Visa for the

10   Spotify purchase because this was considered an

11   ongoing personal expense; is that correct?

12           MS. AVILA:  Vague and ambiguous.  Misstates

13   testimony.

14           THE WITNESS:  No.  I used it for this because

15   it was the card I would use for daily transactions.

16   BY MR. COMMERSON:

17       Q    So this was a daily transaction as opposed to

18   a one-off or emergency transaction; is that correct?

19       A    Yes.

20       Q    Let's mark this as Exhibit 36.

21           (Exhibit 36 marked.)

22   BY MR. COMMERSON:

23       Q    So after you input Visa as your payment

24   selector -- select your method, you would have then

25   come to this page, which, again, we've recreated.

Gregory Ingalls

Page 114

1           Do you recognize Exhibit 36?

2      A    Not specifically.

3      Q    More generally, do you recognize this page as

4  looking familiar as something you would have seen when

5  you were signing up?

6           MS. AVILA:  Vague and ambiguous.

7           THE WITNESS:  Generally, yes.

8  BY MR. COMMERSON:

9      Q    Do you have any reason to believe you did not

10 see this page when signing up for Spotify Premium?

11     A    No.

12     Q    Did you put your credit card information in

13 on this page?

14     A    I know I put my credit card information in on

15 some kind of page.

16     Q    Because you were able to complete the

17 transaction; is that correct?

18     A    Because they had my credit card information.

19     Q    Do you recall providing your credit card

20 information?

21     A    Not specifically, but I know I must have.

22     Q    Do you see above the "Confirm payment"

23 button, there's some language there?  Let me read it.

24 (As read):

25           If you do not cancel -- if you do not

Gregory Ingalls

Page 115

```
 1              cancel your subscription before the end
 2              of the free trial, the credit card you
 3              provide will automatically be charged the
 4              Spotify Premium subscription fee of U.S.
 5              $9.99 (plus applicable taxes) per month
 6              until you cancel.  You can cancel at any
 7              time by logging into your Spotify account
 8              and follow the cancellation instructions.
 9              No refunds or credits for partial monthly
10              subscriptions period.  For complete terms
11              and conditions, please see our terms of
12              service.
13              Do you see that language?
14      A       Yes.
15      Q       Does this language explain to you that once
16      the 30-day free trial ended, you would be charged the
17      9.99 fee automatically to your credit card until you
18      canceled?
19              MS. AVILA:  Vague and ambiguous.
20              THE WITNESS:  Reading it here now, yes.
21      BY MR. COMMERSON:
22      Q       Does this also explain to you that you can
23      cancel by logging into your Spotify account and
24      following the cancellation instructions there?
25              MS. AVILA:  Vague and ambiguous.
```

Gregory Ingalls

Page 116

1            THE WITNESS:  That it does.

2    BY MR. COMMERSON:

3        Q     Does the language also explain to you that

4    you will not be refunded or credited for any partial

5    monthly subscriptions at the time you terminate?

6            MS. AVILA:  Vague and ambiguous.

7            THE WITNESS:  It does.

8    BY MR. COMMERSON:

9        Q     When you clicked the "Confirm payment"

10   button, did you understand that you were confirming

11   your agreement to the terms above?

12           MS. AVILA:  Vague and ambiguous.

13           THE WITNESS:  I did not.

14   BY MR. COMMERSON:

15       Q     So when you provided your payment information

16   and hit the "Confirm payment" button, is it your

17   testimony that you did not read the information above

18   the "Confirm payment" button?

19           MS. AVILA:  Vague and ambiguous.

20           THE WITNESS:  I must not have.

21   BY MR. COMMERSON:

22       Q     We've discussed a number of services that

23   you've signed up for on a recurring basis, be it

24   multiple gym memberships, Netflix subscription, and

25   even a service for dog food.

Gregory Ingalls

Page 118

1    BY MR. COMMERSON:

2        Q    But I'm just talking generally.  With respect

3    to those services, can you tell me which ones you

4    actually read the terms for and which ones you did

5    not?

6        A    No.

7        Q    It's possible that, for other of those

8    services, you similarly did not bother to read the

9    terms before you signed up?

10           MS. AVILA:  Vague and ambiguous.  Misstates

11   testimony.

12           THE WITNESS:  It is possible.

13   BY MR. COMMERSON:

14       Q    Do you see that the language above the

15   "Confirm payment" button on Exhibit 36 is highlighted

16   in yellow?

17       A    Yes.

18       Q    Do you have any problem reading the text on

19   that page, on Exhibit 36?

20           MS. AVILA:  Vague and ambiguous.

21           THE WITNESS:  No.

22   BY MR. COMMERSON:

23       Q    Just to be clear, sitting here today, you

24   believe when you signed up for Spotify Premium Service

25   and hit the "Confirm payment" button on Exhibit 36,

Gregory Ingalls

1  you did not bother reading the text immediately above

2  it that's in the highlighted box; is that correct?

3          MS. AVILA:  Vague and ambiguous, misstates

4  testimony.

5          THE WITNESS:  (Witness reviews exhibit.)

6          If this was the page, then, yeah, I don't

7  remember reading that text.

8  BY MR. COMMERSON:

9      Q    Is it your belief that you hit the "Confirm

10  payment" button without having read the text in the

11  highlighted box above the button?

12          MS. AVILA:  Vague and ambiguous.

13          THE WITNESS:  Could you restate the -- or

14  repeat?

15  BY MR. COMMERSON:

16      Q    Sure.  So, sitting here today, Mr. Ingalls,

17  is it your belief that you input your credit card

18  information and clicked the "Confirm payment" button

19  without reading the text immediately above the

20  "Confirm payment" button that explains the automatic

21  renewal terms?

22          MS. AVILA:  Vague and ambiguous.

23          THE WITNESS:  Yes, I believe so.

24  BY MR. COMMERSON:

25      Q    This will be Exhibit 37.

Gregory Ingalls

Page 120

1           (Exhibit 37 marked.)

2    BY MR. COMMERSON:

3        Q    Just to be clear, because I'm rereading my

4    question, it's your belief that you did not read the

5    automatic renewal language above the "Confirm payment"

6    button on Exhibit 36 when you were completing your

7    transaction; is that correct?

8               MS. AVILA:  Vague and ambiguous.

9               THE WITNESS:  (Witness reviews exhibit.)

10              I'm not sure.  The "Confirm payment" is -- it

11   calls a lot more attention to itself in color and in

12   size than the yellow box of text.  So I may have

13   skimmed past it.

14   BY MR. COMMERSON:

15       Q    But it's your belief that you did not read

16   the text in the highlighted box above the "Confirm

17   payment" button when you were completing this

18   transaction; is that correct?

19       A    Correct.

20              MS. AVILA:  Vague and ambiguous.  Misstates

21   testimony.

22   BY MR. COMMERSON:

23       Q    So, looking at Exhibit 37, this is a

24   confirmation page that would have appeared on your

25   screen after you clicked the "Confirm payment" button

Gregory Ingalls

Page 120

1           (Exhibit 37 marked.)

2    BY MR. COMMERSON:

3        Q    Just to be clear, because I'm rereading my

4    question, it's your belief that you did not read the

5    automatic renewal language above the "Confirm payment"

6    button on Exhibit 36 when you were completing your

7    transaction; is that correct?

8              MS. AVILA:  Vague and ambiguous.

9              THE WITNESS:  (Witness reviews exhibit.)

10             I'm not sure.  The "Confirm payment" is -- it

11   calls a lot more attention to itself in color and in

12   size than the yellow box of text.  So I may have

13   skimmed past it.

14   BY MR. COMMERSON:

15       Q    But it's your belief that you did not read

16   the text in the highlighted box above the "Confirm

17   payment" button when you were completing this

18   transaction; is that correct?

19       A    Correct.

20             MS. AVILA:  Vague and ambiguous.  Misstates

21   testimony.

22   BY MR. COMMERSON:

23       Q    So, looking at Exhibit 37, this is a

24   confirmation page that would have appeared on your

25   screen after you clicked the "Confirm payment" button

Gregory Ingalls

Page 121

1    and then put your credit card information.

2            Do you recall seeing this page?

3       A    (Witness reviews exhibit.)

4            Not specifically.

5            MS. AVILA:  Vague and ambiguous.

6    BY MR. COMMERSON:

7       Q    Do you have any reason to believe that this

8    page did not appear on your screen as represented on

9    Exhibit 37 when you completed the transaction?

10      A    I mean, only because this page and Exhibit 36

11   have different logos.  They seem like they're from two

12   different time periods.

13      Q    Are you talking about the logo for Spotify?

14      A    Correct.

15      Q    Putting aside the logo, is there any reason

16   you have to believe that the general text of this

17   page -- obviously, leaving out the actual email, which

18   is a generic email -- but, other than that, do you

19   have any reason to believe that you did not receive an

20   online web page confirmation that generally looks like

21   this page?

22      A    No.

23      Q    So, on Exhibit 36, when you input your credit

24   card information, do you have an understanding of for

25   what purpose you're providing your credit card

Gregory Ingalls

Page 128

```
 1      A    (Witness reviews exhibit.)
 2           Is this a receipt, you're saying, or --
 3      Q    Well, one might call it the receipt.  It does
 4  say "Receipt."
 5           But, in addition, were you emailed a receipt?
 6  Do you recall?
 7      A    I don't recall, but I believe this is it.
 8  Right?
 9      Q    Let me show you Exhibit 38.
10           (Exhibit 38 marked.)
11  BY MR. COMMERSON:
12      Q    So Exhibit 38 is a document you produced.
13  It's marked INGALLS00003.
14           Do you recognize this document, Mr. Ingalls?
15      A    Yes.
16      Q    Is this a document you retrieved and provided
17  to your counsel?
18      A    I believe so.
19      Q    Do you still have access to your -- it looks
20  like the email address.
21           Was the email address from your
22  undergraduate?
23      A    Access, no, but it redirects to my current
24  email.
25      Q    To be clear, how did you retrieve this
```

Gregory Ingalls

Page 131

1    sometimes, and it can be annoying if you're running

2    and advertising comes on.

3              Do you ever listen to it at the gym?

4    A    Yes.

5    Q    In 2013, were you listening to your Spotify

6    Premium at the gym?

7    A    No.

8    Q    How were you -- let me ask this -- strike

9    that.

10              In what context were you using the Spotify

11   Premium Service in 2013?

12   A    From my PC.

13   Q    Would you use it as background music when you

14   were working?

15   A    Correct.

16   Q    Any other -- for example, did you ever use it

17   for parties?

18   A    No.

19   Q    Did you ever entertain guests and have music

20   on in the background?

21   A    It was only on my computer at school.

22   Q    You said you used it for a little bit.

23              How long did you use it?

24   A    Probably, like, two weeks.

25   Q    Approximately, during that two-week period,

Gregory Ingalls

Page 132

1    how many times did you use Spotify Premium?

2              MS. AVILA:  Vague and ambiguous.

3              THE WITNESS:  It's hard to say.  Daily

4    probably.

5    BY MR. COMMERSON:

6        Q    And for approximately how many hours each

7    day?  I know you said earlier you might use it for the

8    entire day while you were working?

9        A    Yeah, three to eight hours, probably.

10       Q    Six to eight hours?

11       A    Three to eight.

12       Q    Three to eight hours on a daily basis for

13   approximately two weeks; is that correct?

14       A    Correct.

15       Q    What led you to stop using the service after

16   that two-week period?

17       A    I realized that I liked the platform of

18   Pandora more.  I like their radio more.  They got

19   better options, more variety.  And then I found a

20   substitute for finding individual songs, which was

21   YouTube.

22       Q    If you play songs on YouTube, you have to

23   watch the video too; is that right?

24       A    You don't have to.

25       Q    The video plays?

Gregory Ingalls

Page 136

1    BY MR. COMMERSON:

2        Q    So you said that you stopped listening to

3    Spotify Premium about two weeks after signing up for

4    the service; is that right?

5        A    Around then, approximately.

6        Q    So did you cancel the service at that point?

7        A    I didn't think I had to.

8        Q    When did you realize that you had to cancel

9    the service?

10            MS. AVILA:  Vague and ambiguous.

11            THE WITNESS:  Upon seeing I was being charged

12   in September.

13   BY MR. COMMERSON:

14       Q    So you were first charged for the service on

15   July 8; correct?

16       A    Correct.

17       Q    And you were charged again on August 8;

18   correct?

19       A    Correct.

20       Q    And you were charged a third time on

21   September 8; correct?

22       A    Correct.

23       Q    I believe you said that you canceled Spotify

24   because you couldn't afford it; is that correct?

25       A    Correct.

Gregory Ingalls

Page 143

```
 1      A     Yes.

 2      Q     Did you immediately seek to cancel your

 3   account?

 4      A     Yes.

 5      Q     How did you cancel your account?

 6      A     I believe I logged into my account and

 7   followed the prompt.

 8      Q     Was that difficult to do?

 9            MS. AVILA:  Vague and ambiguous.

10            THE WITNESS:  I don't recall it being very

11   difficult.

12   BY MR. COMMERSON:

13      Q     Do you recall any sort of difficulty --

14   strike that.

15            Do you recall encountering any difficulty in

16   executing the cancellation of your Premium account?

17            MS. AVILA:  Vague and ambiguous.

18            THE WITNESS:  Nothing striking, no.

19   BY MR. COMMERSON:

20      Q     Did you request a refund from Spotify?

21            MS. AVILA:  Vague and ambiguous.

22            THE WITNESS:  No.  This is me requesting.

23   BY MR. COMMERSON:

24      Q     I'm sorry?

25      A     This is me requesting.
```

Gregory Ingalls

Page 150

1    BY MR. COMMERSON:

2        Q    But was this $30 significant to you that you

3    had paid Spotify?

4             MS. AVILA:  Vague and ambiguous.

5             THE WITNESS:  Yes, because it was student

6    loan money that has -- a high rate of interest

7    attached to it.

8    BY MR. COMMERSON:

9        Q    Were you using student loan money to pay for

10   Spotify?

11       A    All the money I was living on was student

12   loan money.

13       Q    Would it have been worth sending an email to

14   Spotify, composing a five-minute email or less, to

15   request a refund?

16            MS. AVILA:  Vague and ambiguous.

17            THE WITNESS:  Possibly.

18   BY MR. COMMERSON:

19       Q    Now, do you know if -- during the entire time

20   period when you were paying for Spotify Premium, were

21   the Spotify Premium features available to you?

22            MS. AVILA:  Vague and ambiguous.

23            THE WITNESS:  Can you repeat that?

24   BY MR. COMMERSON:

25       Q    Sure.  So between June 8, when you signed up

Gregory Ingalls

Page 151

1   for Spotify Premium, and September 13, 2013, when you

2   canceled Spotify Premium, do you have any reason to

3   believe that the Spotify Premium features were not

4   available to you?

5        A    No.  I wasn't using it.  So --

6        Q    But so it's your understanding that had you

7   used the Spotify Premium Service beyond those first

8   two weeks, you would have been able to have the

9   benefits of ad-free music, making playlists, and so

10  forth up until the time you canceled; is that correct?

11            MS. AVILA:  Vague and ambiguous.

12            THE WITNESS:  Correct.

13  BY MR. COMMERSON:

14       Q    Do you know whether Spotify would have given

15  you a refund had you requested one in September 2013?

16            MS. AVILA:  Vague and ambiguous.

17            THE WITNESS:  I do not.

18  BY MR. COMMERSON:

19       Q    Did you do any investigation of what

20  Spotify's refund policy was?

21            MS. AVILA:  Vague and ambiguous.

22            THE WITNESS:  No.

23  BY MR. COMMERSON:

24       Q    Did you do any investigation of what

25  disclosures Spotify had made with respect to its

Gregory Ingalls

Page 153

1      Q    Did you tell your girlfriend that you wanted

2   to file a lawsuit against Spotify?

3           MS. AVILA:  Vague and ambiguous.

4           THE WITNESS:  Yeah.

5   BY MR. COMMERSON:

6      Q    Is there any reason that you waited almost

7   three years before you considered filing a lawsuit

8   against Spotify?

9           MS. AVILA:  Vague and ambiguous.

10          THE WITNESS:  I didn't think I had the means

11  to file such a lawsuit.

12  BY MR. COMMERSON:

13     Q    Did you consider asking Spotify for a refund

14  of the monies you'd paid prior to filing a lawsuit?

15          MS. AVILA:  Vague and ambiguous.

16          THE WITNESS:  No.

17  BY MR. COMMERSON:

18     Q    Why not?

19     A    I guess, three years down the road, I figured

20  they wouldn't give me a refund.

21     Q    But you don't really know what Spotify would

22  have done because you never asked; correct?

23          MS. AVILA:  Vague and ambiguous.

24          THE WITNESS:  Correct.

25  ///

Gregory Ingalls

Page 154

1   BY MR. COMMERSON:

2       Q     Do you have any plans to purchase Spotify
3   Premium in the future?

4       A     No.

5       Q     You can be pretty certain that you're never
6   going to purchase Spotify Premium again; is that
7   correct?

8             MS. AVILA:  Vague and ambiguous.

9             THE WITNESS:  If it continues at the same
10  price with the same options, no.

11  BY MR. COMMERSON:

12      Q     And you have no present plans to purchase
13  Spotify Premium; is that correct?

14      A     Correct.

15      Q     Do you continue to use Spotify's free
16  service?

17      A     No.

18      Q     When is the last time you used Spotify's free
19  service?

20            MS. AVILA:  Vague and ambiguous.

21            THE WITNESS:  I can't remember, honestly.

22  BY MR. COMMERSON:

23      Q     Has it been within the last year?

24      A     No.

25      Q     So if our records show that you had used it

Gregory Ingalls

Page 156

1      Q     What was your purpose for printing it out?

2      A     To provide it to my lawyers.

3      Q     Do you know -- we looked at the 30-day free

4   trial terms and conditions earlier.  That was

5   Exhibit 35.  If you look at that page, there's a

6   hyperlink there about instructions for terminating

7   your Premium Service.

8          Do you happen to remember, did you click on

9   that hyperlink and then print this document,

10  Exhibit 39?

11     A     Most likely, yes.

12     Q     And reading these now, are these directions

13  for how to cancel your subscription clear to you?

14  We're talking about Exhibit 39.

15          MS. AVILA:  Vague and ambiguous.

16          THE WITNESS:  Yeah, they're clear.

17  BY MR. COMMERSON:

18     Q     So do you recall selecting a reason when you

19  canceled your subscription?

20          MS. AVILA:  Vague and ambiguous.

21          THE WITNESS:  I don't recall.

22  BY MR. COMMERSON:

23     Q     I believe, if you look at Exhibit 31, there's

24  just -- it says "Cancel event."  Next to it, it says

25  "Can't afford."

Gregory Ingalls

Page 176

1    BY MR. COMMERSON:

2        Q    This will be the next exhibit in order.

3             THE REPORTER:  47.

4             MR. COMMERSON:  47.  Thank you.

5             (Exhibit 47 marked.)

6    BY MR. COMMERSON:

7        Q    Have you seen this document before,

8    Mr. Ingalls?

9        A    Again, it's very similar to the previous

10   document, Exhibit No. 46.

11       Q    If you can just look at the response on

12   page 5.

13       A    (Witness reviews exhibit.)

14       Q    Have you seen this response before?

15       A    (Witness reviews exhibit.)

16            I don't remember it specifically.

17       Q    Mr. Ingalls, were you ever charged more than

18   9.99 per month for your Spotify Premium Service?

19       A    Not that I believe.  Minus taxes.

20       Q    So excluding any taxes you paid, you don't

21   believe you were ever charged more than 9.99 per

22   month; is that correct?

23       A    Correct.

24       Q    When is the last time you purchased a

25   physical CD?

Gregory Ingalls

Page 208

1   for purposes of this litigation; correct?

2       A    Correct.

3       Q    So my question, just to be clear, is whether

4   you ever did that, went to the "Receipts" tab, when

5   you were a subscriber?

6       A    I don't think so.  Possibly when I was

7   canceling, just to see.  But I don't remember doing

8   it.

9       Q    Did you ever look for any customer support

10  information or customer services contact information

11  at the time when you were canceling your subscription?

12          MS. AVILA:  Vague and ambiguous.

13          THE WITNESS:  No.

14  BY MR. COMMERSON:

15      Q    And I apologize if I asked this.  I want to

16  make sure I get a clear answer.

17          Did you ever investigate or review Spotify's

18  refund policy at the time you canceled your

19  subscription?

20          MS. AVILA:  Vague and ambiguous.

21          THE WITNESS:  No.

22  BY MR. COMMERSON:

23      Q    Does Pandora One have a pay-as-you-go option?

24  I can explain what I mean by that.

25      A    Yeah, please.

1    STATE OF CALIFORNIA      )
                              ) SS.
2    COUNTY OF LOS ANGELES    )

3           I, Christianne Lee Fong, CSR No. 7559, CCRR,
     Certified Shorthand Reporter, hereby certify that:

4
            I am authorized to administer oaths or
5    affirmations (Cal. Code of Civ. P. Sec. 2093(b) and
     Fed. R. Civ. P. 28(a)).

6
            The foregoing proceedings were taken before
7    me at the time and place therein set forth, at which
     time the witness was duly sworn by me (Cal. Code Civ.
8    Proc. 2025.330(a), 2025.540(a) and Fed. R. Civ. P.
     30(f)(1)).

9
            The foregoing pages contain a full, true and
10   accurate record of all proceedings and testimony (Cal.
     Code Civ. Proc. 2025.540(a) and Fed. R. Civ. P.
11   30(f)(1)).

12          I am not a relative or employee of the
     parties, nor financially interested in the action
13   (Cal. Code Civ. Proc. 2025.320(a)).

14          Before completion of the proceedings, review
     of the transcript [X] was [  ] was not requested.
15   If requested, any changes made by the witness (and
     provided to the reporter) during the period allowed,
16   are appended hereto (Fed. R. Civ. P. 30(e)).

17          I declare under penalty of perjury under the
     laws of California that the foregoing is true and
18   correct.

19          Dated this 18th day of May, 2017.

20

21

22          Christianne Lee Fong
            CSR No. 7559, CCRR
23

24

25

                                                        222

Exhibit 4



Exhibit No. 32
Witness:  Gregory Ingalls
Date:  5/10/17
Christianne Lee Fong, CSR 7559

EXHIBIT 11
1 of 1

Exhibit 5



**Exhibit No. 33**
Witness: Gregory Ingalls
Date: 5/10/17
Christianne Lee Fong, CSR 7559

Exhibit 6

**Legal**   Terms and Conditions of Use     Copyright Policy      Privacy Policy

# Spotify® New 30-Days Free Trial Terms and Conditions

This offer (the "New 30-Days Free Trial Offer"), which is made to you by Spotify (as defined in the Spotify Terms and Conditions of Use), entitles you access to the Spotify Premium Service (as defined in the Spotify Terms and Conditions of Use) for a period of thirty (30) days from the moment that you activate such trial period by submitting your payment details (the "Free Trial Period"). By submitting your payment details, you accept the New 30-Days Free Trial Offer and (i) consent to us using your payment details in accordance with our Privacy Policy, (ii) acknowledge and agree to Spotify Terms and Conditions of Use and these Spotify Premium Service General Free Trial Terms and Conditions. If you decide that you do not want to become a paying user of the Spotify Premium Service upon the lapse of the Free Trial Period, you have to terminate your Premium Service (instructions for this can be found at https://support.spotify.com/us/learn-more/faq/#l/article/How-to-cancel-your-subscription)) by the end of the Free Trial Period. You may only use this Free Trial Offer once. Spotify reserves the right, in its absolute discretion, to withdraw or to modify this Free Trial Offer and/or the Spotify New 30-Days Free Trial Terms and Conditions at any time without prior notice and with no liability.

Copyright © 2011 Spotify AB. All rights reserved.

Spotify USA Inc.,
45 W. 18th Street
7th Floor
New York, NY 10011
USA

**Exhibit No.  35**
Witness:  Gregory Ingalls
Date: 5/10/17
Christianne Lee Fong, CSR 7559

INGALLS00008

Exhibit 7



Exhibit No. 36
Witness:  Gregory Ingalls
Date: 5/10/17
Christianne Lee Fong, CSR 7559

1 of 1

Exhibit 8



**Exhibit No. 37**
Witness:  Gregory Ingalls
Date: 5/10/17
Christianne Lee Fong, CSR 7559

1 of 1

Exhibit 9

**Spotify Receipt**   📁   Inbox   x                                    🖨   🖼

Spotify no-reply@spotify.com via email.news.spotifymail.com      6/8/13   ☆   ↩   ▼
to gregory.ingalls ▼

Hope you're enjoying your Spotify Premium 30-day free trial! Here's your receipt:

Email address:  gregory.ingalls@colorado.edu
Username/ID:   1256702981
Date:          2013-06-08 17:25 UTC
Order ID:      206573817015
Payment type:  VISA **** **** **** 5011

Retailer:      Spotify USA Inc.
Tax ID number: 80-0555431

Items bought:  30 day free trial (Spotify Premium)
Total:         $0.00

Thanks for trying Spotify Premium!

The Spotify Team

=================================================

For terms and conditions, please go to: http://www.spotify.com/legal/new-30-days-free-trial-terms-and-conditions/

This is an automated message, please do not reply. Spotify USA Inc.. 76 9th Avenue, Suite 1110, 11th Floor, New York, NY 10011, USA

**Exhibit No. 38**
Witness:  Gregory Ingalls
Date: 5/10/17
Christianne Lee Fong, CSR 7559

INGALLS00003

Exhibit 10



Spotify

test_160811_084016 ▾

# Start 3 months of Premium for $0.99

$9.99 + tax per month after offer period. Cancel online anytime you want.

☑ Play offline on mobile
☑ No ads.
☑ Skip any song, any time

**PayPal**

**Please enter your zip code**

12345

• Want to use another payment option?

If you do not cancel your subscription before March 29, 2015 the credit card or payment method you provide will automatically be charged the Premium subscription fee each month, until you cancel. No refunds or credits for partial monthly subscriptions periods. for complete terms and conditions, please see our Terms of Service.

**START PREMIUM**

Exhibit No.  5
Witness:  Tony Hong
Date: 4/6/17
Christianne Lee Fong, CSR 7559

EXHIBIT 6
1 of 1

Exhibit 11

 Featured   Upgrade   Help  Log In   Page 34 of 34 **AD SPOTIFY**

**Legal**   Terms and Conditions of Use   Mobile Terms and Conditions   Copyright Policy   Privacy Policy

# Spotify® Introductory Trial Offer Terms and Conditions

This offer (the "Introductory Trial Offer"), which is made to you by Spotify (as defined in the Spotify Terms and Conditions of Use), entitles you to access the Spotify Premium Service (as defined in the Spotify Terms and Conditions of Use) for a period of three (3) months from the moment that you activate such trial period by submitting your payment details and paying the advertised price (the "Introductory Trial Period"). By submitting your payment details, (i) you accept the Introductory Trial Offer, (ii) consent to us using your payment details in accordance with our Privacy Policy, (iii) acknowledge and agree to the Spotify Terms and Conditions of Use and these Introductory Trial Offer Terms and Conditions. If you decide that you do not want to remain a paying user of the Spotify Premium Service, you have to cancel your subscription to the Premium Service by logging into your Spotify account and following the prompts on the Account page, or by clicking here and following the instructions, prior to the end of your Introductory Trial Period. Otherwise, at the end of your Introductory Trial Period, you will automatically become a paying user of the Spotify Premium Service at the regular Spotify Premium monthly price, and the payment method you provided will automatically be charged the Spotify Premium subscription fee each month, until you cancel your Premium Service subscription. If you wish to cancel your Premium Service subscription after the end of your Introductory Trial Period, you may do so by following the instructions above. There are no refunds or credits for partial monthly subscriptions. If Spotify increases the monthly fee in the future, we will provide you notice. Price changes will take effect at the start of the next subscription period following the date of the price change. By continuing to use the Spotify Service after the price change takes effect, you accept the new price. You may only use this Introductory Trial Offer once. If you have subscribed to the Premium or Unlimited service or have taken a 30-day free trial offer or 60-day free trial offer previously, you are ineligible for this Introductory Trial Offer. You may also be ineligible for this Introductory Trial Offer if you have taken other previous trial offers offered by Spotify. The Spotify service may not be available on certain personal devices.

A limited number of Introductory Trial Offers are available, while supplies last. This Introductory Trial Offer expires and must be redeemed before the date advertised. Spotify reserves the right to earlier terminate this Introductory Trial Offer at any time and for any reason. After such time of termination, Spotify shall not be obligated to redeem any further Introductory Trial Offers.

Spotify USA Inc.

45 W. 18th Street
7th Floor
New York, NY 10011
USA

Exhibit No. 6
Witness: Tony Hong
Date: 4/6/17
Christianne Lee Fong, CSR 7559

EXHIBIT 7
1 of 1

About   Jobs   Press   News   Gift

USA 

Exhibit 12

9_99_web_receipt.png

Case 3:16-cv-03533-WHA   Document 80-2   Filed 06/01/17   Page 110 of 116   Page 1 of 1
Case 3:16-cv-03533-WHA   Document 25-3   Filed 08/22/16   Page 18 of 34



Exhibit No. 8
Witness: Tony Hong
Date: 4/6/17
Christianne Lee Fong, CSR 7559

EXHIBIT 9
1 of 1

Exhibit 13

| From: | Spotify [no-reply@spotify.com] |
|---|---|
| Sent: | Monday, December 29, 2014 10:23 AM |
| To: | tonyhong1026@gmail.com |
| Subject: | Spotify Receipt |

 Spotify

## Enjoy your Spotify Premium Thank you for signing up for Spotify Premium!Here's your receipt and a playlist to get you started.

 Top 100 tracks currently on Spotify

♫ **Order ID:** 10466945902071

♫ **Date:** 2014-12-29

♫ **Username:** 127386445

♫ **Payment method:**

♫ **Items bought:** Spotify Premium

♫ **Item price:** $0.99 Sales tax 0.0%: $0.00

♫ **Total:** $0.99

You've authorised Spotify to charge you automatically every month, until you cancel your subscription. You may cancel your subscription at any time by logging into your Spotify account at https://www.spotify.com/account/subscription and following the instructions.

### Welcome to Spotify! -The Spotify Team

*If you have questions or complaints, please* **contact us**.

**Terms & Conditions | Technical requirements** Spotify USA Inc.. c/o RL&F Service Corp., One Rodney Square, 10th floor, Tenth and King streets, Wilmington, New Castle Country, Delaware 19801, USA Tax ID number: 80-0555431

1

HONG00005

Exhibit No. 9
Witness: Tony Hong
Date: 4/6/17
Christianne Lee Fong, CSR 7559

Exhibit 14



Exhibit No. 12
Witness: Tony Hong
Date: 4/6/17
Christianne Lee Fong, CSR 7559

EXHIBIT 11
1 of 1

Exhibit 15

| | |
|---|---|
| **From:** | Spotify [no-reply@spotify.com] |
| **Sent:** | Wednesday, May 06, 2015 12:26 AM |
| **To:** | tonyhong1026@gmail.com |
| **Subject:** | Spotify Receipt |

 **Spotify**

# Enjoy your Spotify Premium Thank you for signing up for Spotify Premium! Here's your receipt and a playlist to get you started.

 Top 100 tracks currently on Spotify

♫ **Order ID:** 35097281902077

♫ **Date:** 2015-05-06

♫ **Username:** 127386445

♫ **Payment method:**

♫ **Items bought:** Spotify Premium

♫ **Item price:** $9.99 Sales tax 0.0%: $0.00

♫ **Total:** $9.99

You've authorised Spotify to charge you automatically every month, until you cancel your subscription. You may cancel your subscription at any time by logging into your Spotify account at https://www.spotify.com/account/subscription and following the instructions.

**Welcome to Spotify!** -The Spotify Team

*If you have questions or complaints, please* **contact us**.

**Terms & Conditions** | **Technical requirements** Spotify USA Inc., c/o RL&F Service Corp., One Rodney Square, 10th floor, Tenth and King streets, Wilmington, New Castle Country, Delaware 19801, USA Tax ID number: 80-0555431

HONG00007

**Exhibit No. 14**
Witness:  Tony Hong
Date: 4/6/17
Christianne Lee Fong, CSR 7559