IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY INGALLS and TONY HONG, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SPOTIFY USA, INC., a Delaware corporation, DOES 1–10, inclusive,<br><br>Defendants. | No. C 16-03533 WHA<br><br>**QUESTION REGARDING FUTURE SPOTIFY SUBSCRIPTION** |

At the hearing on July 13, counsel shall inform the Court whether, if an injunction were to issue in this action, Plaintiff Gregory Ingalls would purchase Spotify streaming services in the future.

**IT IS SO ORDERED.**

Dated: July 6, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE