IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY INGALLS and TONY HONG, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> SPOTIFY USA, INC., a Delaware corporation, DOES 1–10, inclusive, <br><br> Defendants. | No. C 16-03533 WHA <br><br> **ORDER REQUESTING INFORMATION** |

At the July 13 hearing, Spotify shall be prepared to explain whether there is a way to ascertain which users signed up for a free, or reduced-price trial, and were then charged full price once their trial ended even though they never used the service after their trial ended. In other words, can Spotify determine which consumers did not use its service after their trial subscription ended, but were nevertheless charged for it?

**IT IS SO ORDERED.**

Dated: July 11, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE