**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY INGALLS and TONY HONG, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> SPOTIFY USA, INC., a Delaware corporation, and DOES 1–10, inclusive, <br><br> Defendants. | No. C 16-03533 WHA <br><br> **ORDER REGARDING CLASS CERTIFICATION** |

No decision will issue on the motion for class certification until defendant Spotify USA, Inc. provides the number of people who signed up for Spotify's free or reduced-price trial, and were later charged for the paid service even though they never used it. Spotify shall submit a declaration stating this number by **JULY 19**.

**IT IS SO ORDERED.**

Dated: July 14, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE