
**MILSTEIN JACKSON FAIRCHILD & WADE, LLP**
Gillian L. Wade, State Bar No. 229124
gwade@mjfwlaw.com
Sara D. Avila, State Bar No. 263213
savila@mjfwlaw.com
Marc A. Castaneda, State Bar No. 299001
mcastaneda@mjfwlaw.com
10250 Constellation Blvd., Suite 1400
Los Angeles, CA 90067
Tel: (310) 396-9600
Fax: (310) 396-9635

**LEONARDMEYER LLP**
Derek J. Meyer, State Bar No. 278346
rmeyer@leonardmeyerllp.com
5900 Wilshire Boulevard, Suite 500
Los Angeles, CA 90036
Tel: (310) 220-0331

**THE CASEY LAW FIRM, LLC**
M. Ryan Casey
ryan@rcaseylaw.com
20 NE Thompson Street
Portland, OR 97212
Telephone: (503) 928-7611

Attorneys for Plaintiffs and the Class

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY INGALLS and TONY HONG, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>SPOTIFY USA, INC., a Delaware corporation; and DOES 1 – 10, inclusive,<br><br>    Defendants. | Case No. CV 3:16-cv-3533<br><br>**DECLARATION OF GREGORY INGALLS** |

**DECLARATION OF GREGORY INGALLS**

1. I, Gregory Ingalls, am the plaintiff in the above-captioned lawsuit. I have personal knowledge of the facts set forth in this Declaration, and could and would testify competently to said information if called upon to do so.

2. I am submitting this declaration pursuant to the Court's July 20, 2017 Order. (D.E. 94.)

3. I understand that earlier this week James Whitehead submitted a declaration stating that Spotify located my "listening history" and that it shows I "streamed approximately 1024 songs through [my] Premium account, and was active on Premium on 52 separate days" during the time period for which I was charged for a Premium Subscription (between July 8 and October 7 of 2013).

4. I have also reviewed a spreadsheet which I understand Spotify provided through its counsel on July 20, 2017 to my lawyer. This untitled Excel document contains columns with the following headings: *date, play_track, name* and *artistname*. Spotify says this document contains my Spotify Premium usage history and shows the song name, artist name and date of each song I have listened to on Spotify Free and Spotify Premium. I could not locate within the spreadsheet any personal information identifying me, such as my name or Spotify account number or username.

5. Spotify's recently produced 'listening history' document is the only thing I have seen that supposedly lists the songs I streamed on Spotify—to my knowledge, my Spotify account does not list every song I have ever streamed and/or the date streamed.

6. This was the first time a document purportedly containing my full Spotify streaming history has been made available to me (to my knowledge, it is not on my Spotify Account). Nothing Spotify produced in this litigation would have allowed me to refresh my recollection in advance of my deposition of all dates I may have streamed Spotify Premium or its free music service.

7. I understand the Court has asked me to "state whether it is true that [I] continued to use Spotify Premium during [my] paid subscription on 52 separate days to stream approximately 1,024 songs." D.E. 94. To prepare this declaration, I therefore reviewed the 'listening history' document Spotify gave my lawyers on July 20, 2017. Even after looking at it, I cannot confirm or deny that I continued to use Spotify Premium between July 8, 2013 and October 7, 2013 on 52 separate days to stream approximately 1,024 songs. At the same time, I feel obligated to share the following with the Court in an effort to address the Court's directive.

8. Although I cannot recall any specific songs I streamed on specific days in 2013, I am generally familiar with many of the artists listed in Spotify's document, and they appear to be consistent with what I can recall listening to back in 2013 on Spotify and in general. Thus, now that my recollection has been refreshed with the spreadsheet, while it is possible that I streamed those artists from July 8 to October 7 in 2013, I either streamed them during the free trial period, on Spotify's free service or with the understanding that was streaming them on Spotify's free service. I am quite certain of this because I recall being frustrated when I discovered that I was being charged for a service that I did not agree to pay for, did not know I had and did not believe I was using.

9. This does not change my testimony that I believed that I would be notified by Spotify when my free trial period ended at which time Spotify would seek my consent before charging me to maintain a Spotify Premium subscription and, without such consent, I would return to Spotify's free music streaming.

10. I did not want Spotify Premium after my free trial period ended on or about July 7, 2013 and did not want or intend to pay for Spotify Premium after my free trial period ended.

11. The 'listening history' document confirms my testimony that I did not use Spotify Premium after I cancelled on September 17, 2013.

12. I still believe I was wrongfully charged approximately $30 after I signed up for a free trial of Spotify Premium.

13. I take issue with any suggestion by Spotify that I testified untruthfully or improperly. I testified to the best of my ability at my May 10, 2017 deposition regarding my 2013 usage of Spotify. I would never intentionally mislead the Court.

I declare, under the penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 23 day of July, 2017 in Los Angeles, California.

_____
Gregory Ingalls, Declarant