IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY INGALLS and TONY HONG, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SPOTIFY USA, INC., a Delaware corporation, and DOES 1–10, inclusive,<br><br>Defendants. | No. C 16-03533 WHA<br><br>**ORDER DENYING MOTION FOR LEAVE TO SEEK CERTIFICATION OF NEWLY-DEFINED CLASS** |

On August 2, following denial of his motion for class certification, plaintiff Gregory Ingalls moved for leave to certify a newly-defined class, which would only address only one alleged Automatic Renewal Law violation, and would consist only of individuals who cancelled Spotify Premium and did not listen to it during the post-cancellation remainder of their paid term (Dkt. No. 103 at 1).

The parties have already gone through lengthy Rule 23 motion practice and discovery, and certification was denied. The newly-proposed class is too removed from the class the parties have sought to certify thus far. Ingalls motion for leave to seek certification of a newly-defined class is **DENIED**.

**IT IS SO ORDERED.**

Dated: August 7, 2017.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE