IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GREGORY INGALLS

    Plaintiff,

v.

SPOTIFY USA INC., a Delaware corporation, and DOES 1–10, inclusive,

    Defendants.

No. C 16-03533 WHA

**ORDER RE DISCOVERY DISPUTE**

As set forth on the record, defendant Spotify USA Inc. shall provide plaintiff Gregory Ingalls with communications it had with customers regarding why they were being charged for Spotify's service by **SEPTEMBER 22 AT NOON**. Spotify must provide all such communications that occurred prior to the date Ingalls began his free trial, and any responses thereto. These communications shall not be redacted.

Ingalls' request for the identifying information of Spotify users who were charged for the service without ever having used it is **DENIED**. Ingalls may nevertheless move for leave to amend his complaint or to allow for intervention by no later than **SEPTEMBER 29**.

**IT IS SO ORDERED.**

Dated: September 12, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE