**MILSTEIN JACKSON FAIRCHILD & WADE, LLP**
Gillian L. Wade, State Bar No. 229124
gwade@mjfwlaw.com
Sara D. Avila, State Bar No. 263213
savila@mjfwlaw.com
Marc A. Castaneda, State Bar No. 299001
mcastaneda@mjfwlaw.com
10250 Constellation Blvd., Suite 1400
Los Angeles, CA 90067
Tel: (310) 396-9600
Fax: (310) 396-9635

**LEONARDMEYER LLP**
Derek J. Meyer, State Bar No. 278346
rmeyer@leonardmeyerllp.com
1800 Century Park East, Suite 1400
Los Angeles, CA 90067
Tel:  (310) 220-0331

*Attorneys for Plaintiff Gregory Ingalls*

**DAVIS WRIGHT TREMAINE LLP**
Joseph E. Addiego III (State Bar No. 169522)
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
Email: joeaddiego@dwt.com

**DAVIS WRIGHT TREMAINE LLP**
Stephen M. Rummage (Admitted *pro hac vice*)
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
Telephone: (206) 662-3150
Fax: (206) 757-7700
E-mail: steverummage@dwt.com

**DAVIS WRIGHT TREMAINE LLP**
Scott R. Commerson (State Bar No. 227460)
865 S. Figueroa St., Suite 2400
Los Angeles, California 900017
Telephone: (213) 633-6890
Fax: (213) 633-4290
Email: scottcommerson@dwt.com

*Attorneys for Defendant Spotify USA, Inc.*

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY INGALLS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SPOTIFY USA, INC., a Delaware corporation,<br><br>　　　　　Defendants. | Case No. 3:16-cv-3533-WHA<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE (FED. R. CIV. P. 41(a)(1)(A)(ii))**<br><br>**Trial Date:   November 27, 2017**<br><br>**Pretrial Conference:  November 8, 2017**<br><br>[Assigned to the Hon. William H. Alsup] |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties, by and through their respective counsel, hereby stipulate to the dismissal of all claims of Gregory Ingalls with prejudice and without fees or costs to any party, and without prejudice as to the putative class alleged in the complaint.

Dated: November 8, 2017

*/s/ Derek J. Meyer*
Derek J. Meyer
**LEONARDMEYER LLP**

Gillian L. Wade
Sara D. Avila
Marc A. Castaneda
**MILSTEIN JACKSON FAIRCHILD & WADE, LLP**

M. Ryan Casey
**THE CASEY LAW FIRM, LLC**

Counsel for Plaintiff Gregory Ingalls

Dated: November 8, 2017

*/s/ Stephen M. Rummage*
Stephen M. Rummage
Joseph E. Addiego III
Scott R. Commerson
**DAVIS WRIGHT TREMAINE LLP**

Counsel for Defendant
SPOTIFY USA INC.