UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL CONFERENCE MINUTE ORDER

| **Date:** 11/8/17 | **Time:** 3 hours 40 minutes | **Judge:** DONNA M. RYU |
|---|---|---|
| **Case No.:** 3:16-cv-03533-WHA | **Case Name:** Gregory Ingalls, et al v. Spotify USA Inc. | |

**For Plaintiff:**
Gillian Wade
Rick Meyer
Sara Avila

**For Defendant:**
Stephen Rummage
Joseph Addiego
Derek Tang

**Deputy Clerk:** Ivy Lerma Garcia          **FTR:** Not Recorded

PROCEEDINGS

Further settlement conference held.

Results:   Matter fully settled, with signed settlement agreement.

cc:  Chambers